# EXHIBIT 4

### STUDENT HEARING OFFICE OF THE DISTRICT OF COLUMBIA
### REQUEST FOR MEDIATION/HEARING

➢ **This form shall be used to give notice to the District of Columbia Public Schools and/or a District of Columbia Public Charter School of parental disagreement with the identification, evaluation or educational placement of their child with a disability, or the timely provision of a free appropriate public education to that child, and to request a hearing and/or mediation regarding the same.**

➢ **This form must be sent to the Student Hearing Office of the District of Columbia, 825 North Capitol Street, N.E., 8th Floor, Washington, D.C. 20002. Fax number 202-442-5556**

---

Federal law requires that when a parent or representative requests mediation, it shall be offered at no cost to the parent. Mediation may be beneficial in your case. Please indicate your decision:

___ I REQUEST MEDIATION ___ I REQUEST MEDIATION AND A HEARING __X__ I REQUEST A HEARING

---

### STUDENT FOR WHOM MEDIATION/DUE PROCESS HEARING IS REQUESTED

Student Name: <u>Brittany Spencer</u>                    DOB: <u>2/10/87</u>

Address: <u>1101 West Virginia Ave, #2    Washington, D.C. 20002</u>

 <u>N/A</u>                                <u>Dunbar Senior  School</u>
Present School of Attendance:           Home School:
                                        (Neighborhood school where child is registered)

---

### COMPLAINT IS MADE AGAINST:            <u>DCPS</u>
                              DCPS and/or D.C. Public Charter School-specify  charter school

### INDIVIDUAL REQUESTING MEDIATION/DUE PROCESS HEARING

Name: ____<u>Denise Spencer</u>
Address:____<u>1101 West Virginia Ave, #2    Washington, D.C. 20002</u>

Phone: (H) <u>(202) 398-4396</u>          (W) _____          (Fax) _____

Relationship to Student: __X__ Parent ___ Self ___Legal Guardian ___ Parent Surrogate ___ Public Agency

### PARENT REPRESENTATIVE/ATTORNEY/ADVOCATE (if applicable):

Name: __<u>Roberta L. Gambale, Esq.</u> Phone: (W) ___<u>202-742-2000</u>____ (Fax) <u>202-742-2098</u>____

Address: _____<u>1220 L Street, NW, Suite 700, Washington, DC 20005</u>

---

Form 101                                                              02/01/2003

You must indicate three (3) dates when you and your representative (if you have one) are available within the next twenty (20) days for mediation (if you are requesting mediation) and/or three (3) dates within the next 35 days (or 30 days if you represent a student enrolled at ETS or Rock Creek Academy) when you, your representative, and witnesses will be available to appear for a hearing (if you are requesting a hearing). Please indicate whether you are available in the AM, PM, or both on the identified dates.

Hearings:    Sept. 21, 2004     Sept. 22, 2004        Sept. 23, 2004

Mediation:  _____   _____   _____

**FOR ALL DCPS STUDENTS, IF YOU PROPOSE DATES MORE THAN 35 DAYS FROM THE DATE OF YOUR REQUEST, YOUR SIGNATURE BELOW WILL INDICATE YOUR WAIVER OF YOUR RIGHT TO A HEARING OFFICER DETERMINATION WITH 45 DAYS OF THIS REQUEST. IN THE CASE OF A WAIVER, THE STUDENT HEARING OFFICE WILL CONTINUE TO USE BEST EFFORTS TO ISSUE A HEARING OFFICER DETERMINATION WITHIN 45 DAYS OF YOUR REQUEST (OR AS CLOSE TO 45 DAYS AS IS POSSIBLE).**

**FOR STUDENTS ATTENDING ETS OR ROCK CREEK ACADEMY, IF YOU PROPOSE DATES BEYOND THE 30-DAY PERIOD, YOUR SIGNATURE BELOW WILL INDICATE YOUR WAIVER OF YOUR RIGHT TO A HEARING WITHIN THAT PERIOD.**

Every effort will be made to accommodate your requested dates. Please be aware that proposed hearing dates which fall fewer than 21 days from the date of your request are difficult to accommodate. Your dates are most likely to be available if you propose hearing dates between 21 and 35 (or 30, for students enrolled at ETS or Rock Creek Academy) days from the date your request is received and docketed by the Student Hearing Office.

If none of your proposed dates are available, or if you fail to specify any dates, the Student Hearing Office will schedule your hearing for the first available date. Upon receipt of a Hearing Notice confirming the date of your hearing, you will have an opportunity to file a Motion for Continuance, if necessary, by using the form Motion attached to your Hearing Notice. *Please do not contact the Hearing Office by phone to request a continuance. Only the Hearing Officer assigned to your case is authorized to grant requests for continuances.*

Unless you receive notice that the Hearing Officer has granted your request for a continuance, you must appear for the hearing as scheduled. Failure to report for the hearing may result in dismissal of this case, or in a default decision against you. Disclosure of evidence and witnesses to the opposing party is required at least five business days prior to the hearing, with copies to the Special Education Student Hearing Office.

2. Special Accommodation Requests for Mediation/Due Process Hearing (please be specific):

        Interpreter
        __ Foreign Language _____
        ___ Sign Language _____
        ___ Other _____

    Special Communications _____
    Special Accommodation for Disability _____

Other _____

**3. In accordance with the Individuals with Disabilities Education Act (IDEA), please answer below:**

(You may attach additional pages to provide more information if needed.)

Describe the nature of the problem:

<u>**DENIAL OF FAPE AND/OR FAILURE TO ALLOW THE STUDENT ACCESS TO AN EDUCATIONAL PLACEMENT FOR THE 2004/2005 SCHOOL YEAR.**</u>

District of Columbia Public Schools ("DCPS") failed to allow Brittany Spencer, DOB: ----, to register at her neighborhood school and/or the placement that was proposed by DCPS for Brittany for the 2004/2005 school year.

On or about March 12, 2004  a Due Process Hearing was held on behalf of Brittany Spencer. A Hearing Officer's Determination ("HOD") was issued on or about March 15, 2004 requiring DCPS to convene a meeting on or about March 31, 2004 at Friendship Edison Public Charter School where Brittany attended during the 2003/2004 school year. At the meeting placement was to be determined and a Prior Notice of Change of Placement was to be issued within five (5) school days for placement at a public school. At the meeting, DCPS proposed placement for Brittany at Dunbar Senior High School, which is currently Brittany's home and/or neighborhood school. Parent had some reservations because she was not familiar with the program offered by Dunbar for students classified with a disability of Mental Retardation but was open to visiting the school. No other placements were proposed by DCPS. A PNOP was drafted at the meeting. However, when the parent went to Dunabar with the necessary registration information such as proof of residency and immunization records she was denied enrollment by DCPS. Parent brought a copy of the most recent IEP drafted for the student, as well as, other educational records obtained from the student's prior placement to the Dunbar when she attempted to register. Upon review of the IEP, the school informed the parent that Brittany would not be able to register. Subsequent to the hearing, Parent through counsel, confirmed through the department of special education, that Dunbar was the student's home school. As of the date of the filing of the hearing request, Brittany does not have a program to attend for the 2004/2005 school year. Not only did Dunbar refuse to accept Brittany in to their program, DCPS has failed to propose an alternate placement for Brittany. At the meeting, it was previously determined that Brittany's most recent placement was unable to meet her educational needs. As a result, Brittany has been denied a Free and Appropriate Public Education ("FAPE").

Describe issues to be addressed at the mediation and/or hearing, with specificity:

Whether DCPS violated failed to allow the student to register at the placement proposed by DCPS for the 2004/2005 school year?

Whether or not DCPS has failed to provide the student with an appropriate placement for the 2004/2005 school year?

**Describe relevant facts relating to the problem:**

See facts stated above.

**State how you would like to see the problem corrected**

1.  DCPS shall fund the private placement of the student at a suitable program and/or at parent election, convene a placement meeting for the purpose of identifying a suitable placement for the student for the 2004/2005 school year and issuing a Notice of Placement to that Program;

2.  DCPS shall send all notices of meetings through counsel for the parent via facsimile on 202-742-2098, with copies to the parent by no later than two business days prior to convening any meetings;

3.  In the event that no alternate placement is identified for Brittany, she will be attend Dunbar on an interim basis;

4.  A final determination shall be issued pursuant to the timelines set forth in the IDEA.

_____                    _____August 19, 2004_____
Signature of Applicant/Parent                                        Date

**MAIL, FAX, OR DELIVER APPLICATION TO:**
**Student Hearing Office of the District of Columbia**
**828 North Capitol Street, NE, 8th Floor**
**Washington, DC  20002            FAX:  (202) 442-5556**

*FOR OFFICE USE ONLY:*
Case Number: _____
Student ID#: _____

Form 101                                            Revised 02/01/2003

**STUDENT HEARING OFFICE OF THE DISTRICT OF COLUMBIA**
**REQUEST FOR MEDIATION/HEARING**

➢ **This form shall be used to give notice to the District of Columbia Public Schools and/or a District of Columbia Public Charter School of parental disagreement with the identification, evaluation or educational placement of their child with a disability, or the timely provision of a free appropriate public education to that child, and to request a hearing and/or mediation regarding the same.**

➢ **This form must be sent to the Student Hearing Office of the District of Columbia, 825 North Capitol Street, N.E., 8th Floor, Washington, D.C. 20002. Fax number 202-442-5556**

Federal law requires that when a parent or representative requests mediation, it shall be offered at no cost to the parent. Mediation may be beneficial in your case. Please indicate your decision:

___ I REQUEST MEDIATION   ___ I REQUEST MEDIATION AND A HEARING   _X_ I REQUEST A HEARING

## STUDENT FOR WHOM MEDIATION/DUE PROCESS HEARING IS REQUESTED

Student Name: Brittany Spencer                          DOB: 2/10/87

Address: 1101 West Virginia Ave, #2   Washington, D.C. 20002

 N/A                                   Dunbar Senior  School
Present School of Attendance:          Home School:
                                       (Neighborhood school where child is registered)

## COMPLAINT IS MADE AGAINST:                    DCPS
                             DCPS and/or D.C. Public Charter School-specify  charter school

## INDIVIDUAL REQUESTING MEDIATION/DUE PROCESS HEARING

Name:      Denise Spencer
Address:      1101 West Virginia Ave, #2   Washington, D.C. 20002

Phone:  (H)  (202) 398-4396          (W)                          (Fax)

Relationship to Student:  _X_ Parent ___ Self ___ Legal Guardian ___ Parent Surrogate ___ Public Agency

## PARENT REPRESENTATIVE/ATTORNEY/ADVOCATE (if applicable):

Name:   Roberta L. Gambale, Esq.  Phone: (W)    202-742-2000    (Fax) 202-742-2098

Address:     1220 L Street, NW, Suite 700, Washington, DC 20005

Form 101                                                            02/01/2003

You must indicate three (3) dates when you and your representative (if you have one) are available within the next twenty (20) days for mediation (if you are requesting mediation) and/or three (3) dates within the next 35 days (or 30 days if you represent a student enrolled at ETS or Rock Creek Academy) when you, your representative, and witnesses will be available to appear for a hearing (if you are requesting a hearing). Please indicate whether you are available in the AM, PM, or both on the identified dates.

Hearings: _____Dec. 21, 2004_____  ____Dec.  22, 2004_____    ____Dec.  23, 2004_____

Mediation: _____   _____  _____

**FOR ALL DCPS STUDENTS, IF YOU PROPOSE DATES MORE THAN 35 DAYS FROM THE DATE OF YOUR REQUEST, YOUR SIGNATURE BELOW WILL INDICATE YOUR WAIVER OF YOUR RIGHT TO A HEARING OFFICER DETERMINATION WITH 45 DAYS OF THIS REQUEST. IN THE CASE OF A WAIVER, THE STUDENT HEARING OFFICE WILL CONTINUE TO USE BEST EFFORTS TO ISSUE A HEARING OFFICER DETERMINATION WITHIN 45 DAYS OF YOUR REQUEST (OR AS CLOSE TO 45 DAYS AS IS POSSIBLE).**

**FOR STUDENTS ATTENDING ETS OR ROCK CREEK ACADEMY, IF YOU PROPOSE DATES BEYOND THE 30-DAY PERIOD, YOUR SIGNATURE BELOW WILL INDICATE YOUR WAIVER OF YOUR RIGHT TO A HEARING WITHIN THAT PERIOD.**

Every effort will be made to accommodate your requested dates. Please be aware that proposed hearing dates which fall fewer than 21 days from the date of your request are difficult to accommodate. Your dates are most likely to be available if you propose hearing dates between 21 and 35 (or 30, for students enrolled at ETS or Rock Creek Academy) days from the date your request is received and docketed by the Student Hearing Office.

If none of your proposed dates are available, or if you fail to specify any dates, the Student Hearing Office will schedule your hearing for the first available date. Upon receipt of a Hearing Notice confirming the date of your hearing, you will have an opportunity to file a Motion for Continuance, if necessary, by using the form Motion attached to your Hearing Notice. *Please do not contact the Hearing Office by phone to request a continuance. Only the Hearing Officer assigned to your case is authorized to grant requests for continuances.*

Unless you receive notice that the Hearing Officer has granted your request for a continuance, you must appear for the hearing as scheduled. Failure to report for the hearing may result in dismissal of this case, or in a default decision against you. Disclosure of evidence and witnesses to the opposing party is required at least five business days prior to the hearing, with copies to the Special Education Student Hearing Office.

2. Special Accommodation Requests for Mediation/Due Process Hearing (please be specific):

        Interpreter
        __ Foreign Language _____
        ___ Sign Language _____
        ___ Other _____

Special Communications _____
Special Accommodation for Disability _____

Other _____

**3. In accordance with the Individuals with Disabilities Education Act (IDEA), please answer below:**

    (You may attach additional pages to provide more information if needed.)

Describe the nature of the problem: ⸱

### FAILURE TO CONDUCT RE-EVALUATIONS REQUESTED BY THE MDT

On or about October 20, 2004 a Multi-Disciplinary Team ("MDT") meeting was held for Brittany Spencer, DOB: 2/10/87. The meeting, in part was to review the progress of Brittany in her new placement, Dunbar Senior High School, as well as, to review re-evaluations and revise the student's program as appropriate. Of particular concern for Brittany is the revision of her transition service plan. Brittany is currently a mentally retarded student completing her senior of high school. It is uncertain as to whether or not she will be able to graduate with a regular high school diploma this year. At the meeting concern was expressed by the District of Columbia Schools personnel that the Vineland results were not reliable and had not been administered correctly. A new Vineland was requested and the parent signed an authorization form at the meeting. The MDT agreed that a Vineland should be completed in 30 calendar days and that the team should reconvene so as to review the results and revise the student's educational program. DCPS has failed to conduct the evaluation and the student's program has yet to be revised or reviewed this school year, despite the change in placement that has occurred. DCPS has an obligation to re-evaluate pursuant to parent and teacher request. (See 34 C.F.R. Sections 300.536). As a result of DCPS's failure to conduct the re-evaluation, this student has been denied a FAPE.

### FAILURE TO CONDUCT ANNUAL REVIEW OF THE STUDENT'S EDUCATIONAL PROGRAM

District of Columbia Public Schools ("DCPS") failed to conduct the annual review of Brittany's Individualized Educational Program ("IEP") as required by the IDEA and her IEP has now expired (See 34 CFR Section 300.343). DCPS has an obligation to review and revise a student's program as appropriate not less than annually. The review and revision of this student's program is of particular insignificance because Brittany is in a new placement and is very much in need of a sound transitional plan as required by 34 C.F.R. Section 300.347. Brittany is now in her senior year of high school though may not graduate. At the present time she functions on a 2nd -3rd grade level. Her reading skills are particularly deficient. As a result of the failure to review and revise Brittany's IEP, she has been denied a FAPE and should be entitled to compensatory relief.

FIALURE TO IMPLEMENT THE STUDENT'S INDIVIDUALIZED EDUCATIONAL PROGRAM ("IEP").

District of Columbia Public Schools has failed to implement the Individualized Educational Program ("IEP") of Brittany Spencer in that they have failed to implement the current Transition Service Plan for this student, who is in her senior year of high school, though she may not be able to graduate this year. DCPS has failed to conduct the recommended Vocational Assessment and/or to offer Brittany the life management skills provided for in her plan. Given Brittany's struggles with reading in particular, parent is very concerned about Brittany's future. She expressed her concerns at the last meeting held. As a result of DCPS's failure to implement the student's IEP, she has been denied a FAPE and should be entitled to compensatory relief.

**Describe issues to be addressed at the mediation and/or hearing, with specificity:**

Whether DCPS violated failed to conduct re-evaluations pursuant to the request of the MDT?

Whether or not DCPS has failed to conduct the annual review of the student's IEP?

Whether DCPS failed to implement the student's Educational Program during the 2004/2005 school year to date?

Whether this student has been denied a FAPE and should be entitled to compensatory relief?

**Describe relevant facts relating to the problem:**

See facts stated above.

**State how you would like to see the problem corrected**

1.  DCPS shall convene an MDT meeting within 10 business days of the date of the HOD for the purpose of reviewing and revising the student's IEP and developing a compensatory education plan for the student;

2.  DCPS shall send all notices of meetings through counsel for the parent via facsimile on 202-742-2098, with copies to the parent by no later than two business days prior to convening any meetings;

3.  In the event that no alternate placement is identified for Brittany, she will be attend Dunbar on an interim basis;

4.  A final determination shall be issued pursuant to the timelines set forth in the IDEA.

_____        November 24, 2004
Signature of Applicant/Parent                           Date

**MAIL, FAX, OR DELIVER APPLICATION TO:**
**Student Hearing Office of the District of Columbia**
**828 North Capitol Street, NE, 8th Floor**
**Washington, DC  20002          FAX:  (202) 442-5556**

*FOR OFFICE USE ONLY:*
Case Number: _____
Student ID#: _____

Form 101                                          Revised 02/01/2003

```
*********************
***  TX REPORT  ***
*********************

TRANSMISSION OK

TX/RX NO              3521
CONNECTION TEL                    94425556
CONNECTION ID
ST. TIME             11/24 17:12
USAGE T              00'46
PGS. SENT            5
RESULT               OK
```

# JAMES E. BROWN & ASSOCIATES, PLLC

*A Professional Limited Liability Company*

James E. Brown
Domiento C.R. Hill*◊∆
Brenda McAllister*◊∆
Roberta Gambale
Miguel A. Hull
Christopher L. West◆◊

Attorneys at Law
1220 L Street, NW
Suite 700
Washington, D.C. 20005
Telephone: (202) 742-2000
Facsimile: (202) 742-2098

Juan J. Fernandez!◊
Christina Busso◆◊
John Straus
Tilman L. Gerald∆
Roxanne D. Neloms

* Admitted in Maryland Only
◆ Admitted in New York Only

! Admitted in Bolivia Only
∆ Member of the DC Federal Bar

# *FAX COVER SHEET*

DATE: November 24, 2004

TO:    Ms. Sharon Newsome, DCPS Student Hearing Coordinator

PHONE: (202) 442-5432

FAX NO: (202) 442-5556

FROM:   Roberta Gambale, Esq.

SUBJECT:  **Due Process Hearing Request for Brittany Spencer**

NUMBER OF PAGES INCLUDING COVER SHEET:

# JAMES E. BROWN & ASSOCIATES, PLLC

*A Professional Limited Liability Company*

James E. Brown
Domiento C.R. Hill*◊Δ
Brenda McAllister*◊Δ
Roberta Gambale
Miguel A. Hull
Christopher L. West◆◊

Attorneys at Law
1220 L Street, NW
Suite 700
Washington, D.C. 20005
Telephone: (202) 742-2000
Facsimile: (202) 742-2098

Juan J. Fernandez!◊
Christina Busso◆◊
John Straus
Tilman L. GeraldΔ
Roxanne D. Neloms

------------------------------------

* Admitted in Maryland Only
◆ Admitted in New York Only

! Admitted in Bolivia Only
Δ Member of the DC Federal Bar

# *FAX COVER SHEET*

DATE:  November 24, 2004

TO:   Ms. Sharon Newsome, DCPS Student Hearing Coordinator

PHONE: (202) 442-5432

FAX NO:  (202) 442-5556

FROM:   Roberta Gambale, Esq.

SUBJECT:   **Due Process Hearing Request for Brittany Spencer**

NUMBER OF PAGES INCLUDING COVER SHEET:

**STATEMENT OF CONFIDENTIALITY:**
The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, please notify James E. Brown and Associates, PLLC immediately at (202) 742-2000, and destroy all copies of this message and any attachments.

◊ *"Practice is limited solely to matters before the District of Columbia Public Schools' Office of Student Hearings under the District of Columbia Court of Appeals Rule 49(c)(5)."*

## STUDENT HEARING OFFICE OF THE DISTRICT OF COLUMBIA
## AMENDED REQUEST FOR MEDIATION/HEARING

➢ **This form shall be used to give notice to the District of Columbia Public Schools and/or a District of Columbia Public Charter School of parental disagreement with the identification, evaluation or educational placement of their child with a disability, or the timely provision of a free appropriate public education to that child, and to request a hearing and/or mediation regarding the same.**

➢ **This form must be sent to the Student Hearing Office of the District of Columbia, 825 North Capitol Street, N.E., 8th Floor, Washington, D.C. 20002. Fax number 202-442-5556**

Federal law requires that when a parent or representative requests mediation, it shall be offered at no cost to the parent. Mediation may be beneficial in your case. Please indicate your decision:

___ I REQUEST MEDIATION ___ I REQUEST MEDIATION AND A HEARING _X_ I REQUEST A HEARING

## STUDENT FOR WHOM MEDIATION/DUE PROCESS HEARING IS REQUESTED

Student Name: Brittany Spencer          DOB: February 10th , 1987

Address: ___ 1101 West Virginia Ave NE  Washington D.C. 20002

Present School of Attendance:          Home School:
                                       (Neighborhood school where child is registered)

Friendship Edison Collegiate Academy          N/A

**COMPLAINT IS MADE AGAINST:** DCPS/Friendship Edison Public Charter  School _____
                               DCPS and/or D.C. Public Charter School-specify  charter school

## INDIVIDUAL REQUESTING MEDIATION/DUE PROCESS HEARING

Denis R. Spencer _____

Address: _1101 West Virginia Ave NE  Washington D.C. 20002

Phone:  (H) 202-234-0215  (W)  202-398-4396  (Fax) _____

Relationship to Student: ___Parent ___ Self _X_ Legal Guardian ___ Parent Surrogate ___ Public Agency

## PARENT REPRESENTATIVE/ATTORNEY/ADVOCATE (if applicable):

Name: ___ Roberta L. Gambale Esq. ___ ( James Brown & Associates, PLLC)

(Phone) _202-742-2000 (ext 2021) _____          (Fax) _202-742-2098 _____

Address: ____ 1220 L Street, Suite 700, Washington, DC 20005 _____

1. You must indicate three (3) dates when you and your representative (if you have one) are available within the next twenty (20) days for mediation (if you are requesting mediation) and/or three (3) dates within the next 35 days (or 30 days if you represent a student enrolled at ETS or Rock Creek Academy) when you, your representative, and witnesses will be available to appear for a hearing (if you are requesting a hearing). Please indicate whether you are available in the AM, PM, or both on the identified dates.

Hearings: November 6, 2003    November 7, 2003    November 8, 2003

Mediation: _____    _____    _____

**FOR ALL DCPS STUDENTS, IF YOU PROPOSE DATES MORE THAN 35 DAYS FROM THE DATE OF YOUR REQUEST, YOUR SIGNATURE BELOW WILL INDICATE YOUR WAIVER OF YOUR RIGHT TO A HEARING OFFICER DETERMINATION WITH 45 DAYS OF THIS REQUEST. IN THE CASE OF A WAIVER, THE STUDENT HEARING OFFICE WILL CONTINUE TO USE BEST EFFORTS TO ISSUE A HEARING OFFICER DETERMINATION WITHIN 45 DAYS OF YOUR REQUEST (OR AS CLOSE TO 45 DAYS AS IS POSSIBLE).**

**FOR STUDENTS ATTENDING ETS OR ROCK CREEK ACADEMY, IF YOU PROPOSE DATES BEYOND THE 30-DAY PERIOD, YOUR SIGNATURE BELOW WILL INDICATE YOUR WAIVER OF YOUR RIGHT TO A HEARING WITHIN THAT PERIOD.**

Every effort will be made to accommodate your requested dates. Please be aware that proposed hearing dates which fall fewer than 21 days from the date of your request are difficult to accommodate. Your dates are most likely to be available if you propose hearing dates between 21 and 35 (or 30, for students enrolled at ETS or Rock Creek Academy) days from the date your request is received and docketed by the Student Hearing Office.

If none of your proposed dates are available, or if you fail to specify any dates, the Student Hearing Office will schedule your hearing for the first available date. Upon receipt of a Hearing Notice confirming the date of your hearing, you will have an opportunity to file a Motion for Continuance, if necessary, by using the form Motion attached to your Hearing Notice. *Please do not contact the Hearing Office by phone to request a continuance. Only the Hearing Officer assigned to your case is authorized to grant requests for continuances.*

Unless you receive notice that the Hearing Officer has granted your request for a continuance, you must appear for the hearing as scheduled. Failure to report for the hearing may result in dismissal of this case, or in a default decision against you. Disclosure of evidence and witnesses to the opposing party is required at least five business days prior to the hearing, with copies to the Special Education Student Hearing Office.

2. Special Accommodation Requests for Mediation/Due Process Hearing (please be specific):
         Interpreter:
    ____ Foreign Language
    ____ Sign Language _____
    ____ Other _____

Special Communications  _____
Special Accommodation for Disability  _____
Other  _____

3. In accordance with the Individuals with Disabilities Education Act (IDEA), please answer below:
   (You may attach additional pages to provide more information if needed.)

**Describe the nature of the problem:**

1.  ***Failure to Conduct Re- Evaluations in a Timely Manner Pursuant to Parent Request
    and/or Failure to Conduct Triennial Evaluations Pursuant to 34 C.F.R. Section
    300.536.***

    On or about August 14th, 2003, Denise Spencer, the grandmother and legal guardian
    (hereinafter referred to as "parent"), through counsel, requested that her child, Brittany
    Spencer, DOB: 2/10/87, be comprehensively re-evaluated. The request for re-evaluations
    was submitted in writing to Friendship Edison Collegiate Academy ("Charter School"). A
    copy of the request was submitted to District of Columbia Public Schools' ("DCPS")
    Office of Mediation and Compliance.  The request included an evaluation authorization
    form signed by the parent. The request was made pursuant to the Individuals with
    Disabilities Education Act, 34 C.F.R. Section 300.536(b) which requires the public
    agency to conduct re-evaluations "*if conditions warrant a reevaluation, or if the child's
    parent or teacher requests a reevaluation, but at least once every three years*".

    Not only did the Charter School and/or DCPS fail to fully respond to the parent's request
    for reevaluations, but to the best of parent's knowledge they also failed to conduct all
    needed triennial evaluations for Brittany.  The most recent psychological testing for the
    child was completed in 1997.  Furthermore the psycho-educational testing completed was
    incomplete. Parent is concerned about the educational progress being made by her child.
    To date, District of Columbia Public Schools ("DCPS") has failed to respond to the
    parent's request.  No re-evaluations have been scheduled and/or the parent has received
    no proposed dates for anticipated testing.

2.  ***Failure to Convene a Meeting to Review Evaluation Results Pursuant to 34 C.F.R.
    Section 300.343.***

    On or about June 2003 and July 2003,   psycho-educational evaluation was completed for
    Brittany Spencer.  Despite the fact that the parent, through counsel, requested re-
    evaluations for this student, copies of re-evaluations reports were not supplied until
    October 23, 2003.  An MDT was not convened to review evaluation results and revise the
    IEP as required by 34 C.F.R. Section 300.343.  The student's IQ scores on the psycho-
    educational evaluation were alarming low.  Her Verbal IQ was 40 her Matrice IQ was 56
    and her Kaufman IQ was 40.   This information was never incorporated into her

educational programming for the 2003/2004 school year. As a result the child has been denied FAPE.

3.    ***Failure to Comprehensively Evaluate the Student Pursuant to 34 C.F.R. Sections 300.531 through 300.533.***

Despite the fact that student's initial test scores and re-evaluation test scores fell within the mentally deficient range, further testing such as an adaptive behavior assessment like the Vineland was never administered to rule out or confirm a diagnosis of mental retardation. In addition, a social history evaluation was never conducted and initial evaluations failed to address whether or not an occupational therapy evaluation and/or a physical therapy evaluation was warranted. Furthermore a vocational assessment was never conducted for this student who is now 16 years of age and for whom graduation with a high school diploma may not be feasible. Initial evaluations were first conducted in 1994.

Furthermore, recent psycho-educational testing completed for Brittany was woefully inadequate more academic batteries should have been administered, as well as, the VMI Index and testing instruments to address psychological functioning.

Due to the failure to comprehensively evaluate and/or re-evaluate, the student has not been appropriately programmed for and/or classified and has failed to make appropriate educational progress. As a result she has been denied FAPE and Compensatory Education should be awarded.

4.    ***Failure to Conduct an Annual Review of the Student's Individualized Educational Program ("IEP") and/or to Have a Current IEP in Effect at the Start of the 2002/2003 and/or 2003/2004 School Years.***

Pursuant to 34 C.F.R. Section 300. 342 of the Individuals with Disabilities Education Act ("IDEA") the public agency is required to have an IEP in effect for each student with a disability "at the beginning of the school year". Furthermore 34 C.F.R. Section 300.343 requires that the student's educational program be reviewed *"not less than annually"*. To the best of the parent's knowledge, both DCPS and/or the Charter School failed to review the student's IEP program during the 2002/2003 and/or 2003/2004 school years. The most recent IEP for the student obtained from the school pursuant to a request for records submitted August 14, 2003 is dated 2001. As a result the child has been denied FAPE.

\

**Describe issues to be addressed at the mediation and/or hearing, with specificity:**

1.     Whether or not District of Columbia Public Schools ("DCPS") and/or the Charter School failed to conduct re-evaluations for the student?

2.     Whether or not District of Columbia Public Schools ("DCPS") and/or the Charter School failed to convene a meeting to review evaluation results pursuant to 34 C.F.R. Section 300.343?

3.     Whether or not District of Columbia Public Schools ("DCPS") and/or the Charter School failed to comprehensively evaluate the student pursuant to 34 C.F.R. Sections 300.531 through 300.533?

4.     Whether or not District of Columbia Public Schools ("DCPS") and/or the Charter School failed to review and/or Revise the student's IEP?

**Describe relevant facts relating to the problem:**

Brittany Spencer is currently an Eleventh Grade Student at Friendship Edison Collegiate Academy.  She was first evaluated for Special Education Services in Kindergarten while attending Wheatley Elementary School.  In academic testing conducted in 1994, Brittany fell within the mentally retarded range, though she was classified as speech and language impaired according to her 1996 IEP.

**State how you would like to see the problem corrected:**

1.     DCPS/Charter School shall conduct/supplement the following re- evaluations for the student, to include but not limited to: 1) Psycho-educational;  2) Social History; 3) Vineland and 5) Occupational Therapy and/or Physical Therapy if warranted and  6) Level III Vocational Assessment and provide copies of all  completed evaluations to the parent's counsel within 30 calendar days of the issuance of the HOD;

2.     In the event that DCPS/Charter School fails to conduct reevaluations for the student, DCPS/Charter School shall fund the parent's Independent Educational Evaluations;

3.     The MDT shall be convened within 10 calendar days of the completion/receipt of the evaluation reports to review reevaluations, revise the IEP, discuss placement and develop a compensatory education plan for denials of FAPE over the past 3 years;

4.    All meetings shall be scheduled through counsel for the parent;

5.    The hearing officer should order any and all other relief that is deemed to be appropriate.

_____    November 4, 2003
Signature of Applicant/Parent (Required)    Date (Required)

**MAIL, FAX, OR DELIVER APPLICATION TO:**
**Student Hearing Office of the District of Columbia**
**828 North Capitol Street, NE, 8th Floor**
**Washington, DC  20002           FAX:  (202) 442-5556**

*FOR OFFICE USE ONLY:*
Case Number: _____
Student ID#: _____

Form 101                                    Revised 02/01/2003

**STUDENT HEARING OFFICE OF THE DISTRICT OF COLUMBIA**
**REQUEST FOR MEDIATION/HEARING**

➤ **This form shall be used to give notice to the District of Columbia Public Schools and/or a District of Columbia Public Charter School of parental disagreement with the identification, evaluation or educational placement of their child with a disability, or the timely provision of a free appropriate public education to that child, and to request a hearing and/or mediation regarding the same.**

➤ **This form must be sent to the Student Hearing Office of the District of Columbia, 825 North Capitol Street, N.E., 8th Floor, Washington, D.C. 20002. Fax number 202-442-5556**

Federal law requires that when a parent or representative requests mediation, it shall be offered at no cost to the parent. Mediation may be beneficial in your case. Please indicate your decision:

____ I REQUEST MEDIATION ____ I REQUEST MEDIATION AND A HEARING _X_ I REQUEST A HEARING

**STUDENT FOR WHOM MEDIATION/DUE PROCESS HEARING IS REQUESTED**

Student Name: Brittany Spencer _____    DOB: February 10th , 1987

Address: ___ 1101 West Virginia Ave NE  Washington D.C. 20002

Present School of Attendance:              Home School:
                                          (Neighborhood school where child is registered)

Friendship Edison Collegiate Academy                    N/A

**COMPLAINT IS MADE AGAINST:** DCPS/Friendship Edison Public Charter  School _____
                                DCPS and/or D.C. Public Charter School-specify  charter school

**INDIVIDUAL REQUESTING MEDIATION/DUE PROCESS HEARING**

Denis R. Spencer _____ _____ ____

Address: _1101 West Virginia Ave NE  Washington D.C. 20002

Phone:  (H) 202-234-0215  (W)  202-398-4396   (Fax) _____

Relationship to Student: ___Parent ___ Self _X_ Legal Guardian ___ Parent Surrogate ___ Public Agency

**PARENT REPRESENTATIVE/ATTORNEY/ADVOCATE (if applicable):**

Name: ___ Roberta L. Gambale Esq. __ ( James Brown & Associates, PLLC)

(Phone) _202-742-2000 (ext 2021)_____   (Fax) _202-742-2098 _____ ____

Address: ___ 1220 L Street, Suite 700, Washington, DC 20005 ___

1. You must indicate three (3) dates when you and your representative (if you have one) are available within the next twenty (20) days for mediation (if you are requesting mediation) and/or three (3) dates within the next 35 days (or 30 days if you represent a student enrolled at ETS or Rock Creek Academy) when you, your representative, and witnesses will be available to appear for a hearing (if you are requesting a hearing). Please indicate whether you are available in the AM, PM, or both on the identified dates.

Hearings:    November 6, 2003        November 7, 2003        November 8, 2003

Mediation: _____    _____    _____

**FOR ALL DCPS STUDENTS, IF YOU PROPOSE DATES MORE THAN 35 DAYS FROM THE DATE OF YOUR REQUEST, YOUR SIGNATURE BELOW WILL INDICATE YOUR WAIVER OF YOUR RIGHT TO A HEARING OFFICER DETERMINATION WITH 45 DAYS OF THIS REQUEST. IN THE CASE OF A WAIVER, THE STUDENT HEARING OFFICE WILL CONTINUE TO USE BEST EFFORTS TO ISSUE A HEARING OFFICER DETERMINATION WITHIN 45 DAYS OF YOUR REQUEST (OR AS CLOSE TO 45 DAYS AS IS POSSIBLE).**

**FOR STUDENTS ATTENDING ETS OR ROCK CREEK ACADEMY, IF YOU PROPOSE DATES BEYOND THE 30-DAY PERIOD, YOUR SIGNATURE BELOW WILL INDICATE YOUR WAIVER OF YOUR RIGHT TO A HEARING WITHIN THAT PERIOD.**

Every effort will be made to accommodate your requested dates. Please be aware that proposed hearing dates which fall fewer than 21 days from the date of your request are difficult to accommodate. Your dates are most likely to be available if you propose hearing dates between 21 and 35 (or 30, for students enrolled at ETS or Rock Creek Academy) days from the date your request is received and docketed by the Student Hearing Office.

If none of your proposed dates are available, or if you fail to specify any dates, the Student Hearing Office will schedule your hearing for the first available date. Upon receipt of a Hearing Notice confirming the date of your hearing, you will have an opportunity to file a Motion for Continuance, if necessary, by using the form Motion attached to your Hearing Notice. *Please do not contact the Hearing Office by phone to request a continuance. Only the Hearing Officer assigned to your case is authorized to grant requests for continuances.*

Unless you receive notice that the Hearing Officer has granted your request for a continuance, you must appear for the hearing as scheduled. Failure to report for the hearing may result in dismissal of this case, or in a default decision against you. Disclosure of evidence and witnesses to the opposing party is required at least five business days prior to the hearing, with copies to the Special Education Student Hearing Office.

2. Special Accommodation Requests for Mediation/Due Process Hearing (please be specific):
   Interpreter:
   ___ Foreign Language
   ___ Sign Language _____
   ___ Other _____

Special Communications _____
Special Accommodation for Disability _____
Other _____

3. In accordance with the Individuals with Disabilities Education Act (IDEA), please answer below:
   (You may attach additional pages to provide more information if needed.)

**Describe the nature of the problem:**

1. ***Failure to Conduct Re- Evaluations in a Timely Manner Pursuant to Parent Request
   and/or Failure to Conduct Triennial Evaluations Pursuant to 34 C.F.R. Section
   300.536.***

   On or about August 14th, 2003, Denise Spencer, the grandmother and legal guardian
   (hereinafter referred to as "parent"), through counsel, requested that her child, Brittany
   Spencer, DOB: 2/10/87, be comprehensively re-evaluated. The request for re-evaluations
   was submitted in writing to Friendship Edison Collegiate Academy ("Charter School"). A
   copy of the request was submitted to District of Columbia Public Schools' ("DCPS")
   Office of Mediation and Compliance.  The request included an evaluation authorization
   form signed by the parent. The request was made pursuant to the Individuals with
   Disabilities Education Act, 34 C.F.R. Section 300.536(b) which requires the public
   agency to conduct re-evaluations *"if conditions warrant a reevaluation, or if the child's
   parent or teacher requests a reevaluation, but at least once every three years"*.

   Not only did the Charter School and/or DCPS fail to respond to the parent's request for
   reevaluations, but to the best of parent's knowledge they also failed to conduct triennial
   evaluations for Brittany.  The most recent evaluations that the parent has been provided
   with from the school pursuant to her request for records are dated 1994.   Parent is
   concerned about the educational progress being made by her child.  To date, District of
   Columbia Public Schools ("DCPS") has failed to respond to the parent's request.  No re-
   evaluations have been scheduled and/or the parent has received no proposed dates for
   anticipated testing.

2. ***Failure to Conduct an Annual Review of the Student's Individualized Educational
   Program ("IEP") and/or to Have a Current IEP in Effect at the Start of the
   2001/2002; 2002/2003;and/or  2003/2004 School Years.***

   Pursuant to 34 C.F.R. Section 300. 342 of the <u>Individuals with Disabilities Education Act
   ("IDEA")</u>  the public agency is required to have an IEP in effect for each student with a
   disability "at the beginning of the school year". Furthermore 34 C.F.R. Section 300.343
   requires that the student's educational program be reviewed *"not less than annually"*.  To
   the best of the parent's knowledge, both DCPS and/or the Charter School failed to review
   the student's IEP program during the 2001/2002, 2002/2003 and/or 2003/2004 school
   years.  The most recent IEP for the student obtained from the school pursuant to a request

for records submitted August 14, 2003 is dated 1996. As a result the child has been denied FAPE.

**Describe issues to be addressed at the mediation and/or hearing, with specificity:**

1.    Whether or not District of Columbia Public Schools ("DCPS") and/or the Charter School failed to conduct re-evaluations for the student?

2.    Whether or not District of Columbia Public Schools ("DCPS") and/or the Charter School failed to review and/or Revise the student's IEP?

**Describe relevant facts relating to the problem:**

Brittany Spencer is currently an Eleventh Grade Student at Friendship Edison Collegiate Academy.  She was first evaluated for Special Education Services in Kindergarten while attending Wheatley Elementary School.  In academic testing conducted in 1994, Brittany fell within the mentally retarded range, though she was classified as speech and language impaired according to her 1996 IEP.

**State how you would like to see the problem corrected:**

1.    DCPS/Charter School shall conduct the following re- evaluations for the student, to include but not limited to: 1) Psycho-educational; 2) Speech and Language; 3) Social History; 4) Vineland and 5) occupational therapy or physical therapy if warranted and provide copies of all school records and completed evaluations to the parent's counsel within 30 calendar days of the issuance of the HOD;

2.    In the event that DCPS/Charter School fails to conduct reevaluations for the student, DCPS/Charter School shall fund the parent's Independent Educational Evaluations;

3.    The MDT shall be convened within 10 calendar days of the completion/receipt of the evaluation reports to review reevaluations, revise the IEP, discuss placement and develop a compensatory education plan for denials of FAPE over the past 3 years;

4.    All meetings shall be scheduled through counsel for the parent;

5.      The hearing officer should order any and all other relief that is deemed to be appropriate.

_____      <u>October 14, 2003</u>
Signature of Applicant/Parent (Required)      Date (Required)

**MAIL, FAX, OR DELIVER APPLICATION TO:**
**Student Hearing Office of the District of Columbia**
**828 North Capitol Street, NE, 8th Floor**
**Washington, DC 20002      FAX: (202) 442-5556**

---

*FOR OFFICE USE ONLY:*
Case Number: _____
Student ID#: _____

Form 101      Revised 02/01/2003

# District of Columbia Public Schools
## *Office of Compliance*
## STUDENT HEARING OFFICE
825 North Capitol Street, N.E.
8TH Floor
Washington, D.C. 20002
FAX: (202) 442-5556



## *FACSIMILE SHEET*

Date: 3-15-04

TO: R. Gambale

FROM: STUDENT HEARING OFFICE

RE: HOD B. Spencer

TOTAL NUMBER OF PAGES, INCLUDING COVER: 9

COMMENTS:

transmittal

*CONFIDENTIALITY NTOICE*: The information accompanying this facsimile is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the content of this telecopied information is strictly prohibited.

# *District of Columbia Public Schools*

## *Office of Management Services*
### *Confidential*

**FREDERICK E. WOODS**, Esq., Due Process Hearing Officer
825 North Capitol Street, N.E., 8th Floor
Washington, D.C. 20002
Facsimile: (202) 442-5556

| | | |
|---|---|---|
| **In the Matter of** | ) | **IMPARTIAL** |
| | ) | **DUE PROCESS HEARING** |
| **Brittany Spencer** | ) | |
| Date of Birth: 02/10/87 | ) | |
| Petitioner, | ) | **DECISION AND ORDER** |
| | ) | |
| vs. | ) | Hearing Request: October 28, 2003 |
| | ) | Hearing Date: November 21, 2003 |
| | ) | **Continued Date: March 12, 2004** |
| The District of Columbia Public Schools, | ) | Held at: 825 North Capitol Street, N.E. |
| The LEA: Friendship-Edison Public | ) | Eighth Floor |
| Charter School, Washington, D.C. | ) | Washington, D.C. 20002 |
| | ) | |
| Respondent. | ) | |

---

**Parent:**

Nina Spencer, Mother
1101 West Virginia Ave., N.E.
Washington, D.C. 20002

**Counsel for the Parent/Student:**

Roberta Gambale, Esq.
James E. Brown & Associates, PLLC
1220 L Street N.W., Suite 700
Washington, D.C. 20005

**Counsel for Friendship-Edison P.C.S.:**

Paul S. Dalton, Esq.
Dalton, Dalton & Houston, P.C.
6303 Little River Turnpike, Suite 310
Alexandria, VA 22312

**District of Columbia Public Schools:**

Tiffany S. Puckett, Esq.
Attorney Advisor
Office of the General Counsel, DCPS
825 North Capitol Street, N.E., 9th Floor
Washington, D.C. 20002

1

## I.    JURISDICTION

The Due Process Hearing was convened and this Order written pursuant to Public Law 105-17, the Individuals with Disabilities Education Act of 1997, 20 U.S.C. §§ 1400 et seq.; 34 C.F.R. §§ 300 et seq.; 5 D.C.M.R. §§ 3000 et seq.; and Section 143 of the D.C. Appropriations Act, effective October 21, 1998.

## II.    DUE PROCESS RIGHTS

Parent's counsel waived a formal reading of the due process rights.

## III.    FIVE-DAY DISCLOSURES

Petitioner:    Admitted, without objection, a disclosure letter filed 03/04/04 that lists five witnesses and attached twenty-six exhibits sequentially labeled BS-01 through BS-26. Two witnesses were present but not called to testify: Nina Spencer, the student's grandmother; and Michelle Moody, the student's Special Education Advocate.

Respondents:    DCPS: Admitted, without objection, a disclosure letter filed 03/05/04 that lists three witnesses. No exhibits were offered into evidence. No witnesses were present or called to testify.

Friendship-Edison P.C.S.: Admitted, without objection, a disclosure letter filed 03/05/04 that list three witnesses and attached ten exhibits sequentially labeled and tabbed F.E.C.H.-01 through F.E.C.H.-10. No witnesses were present or called to testify.

## IV.    STATEMENT OF THE CASE

Brittany Spencer, born 02/10/87, age 17-years 1-month, is a child with a disability receiving her special education and related services as a 11th grade, 100% out-of-general education, Mentally Retarded (MR) student at Friendship-Edison Public Charter School (P.C.S.) in the District of Columbia. (R. at F.E.C.H.-10.)

The parent alleged in her 10/28/03 Due Process Hearing Request that DCPS did not evaluate Brittany in all areas of suspected disabilities and provide an appropriate placement to implement her 11/20/03 IEP. (R. at BS-02.) Consequently, the parent alleged DCPS denied Brittany a Free Appropriate Public Education (FAPE). (R. at BS-02.)

2

The Student Hearing Office, DCPS, scheduled a Due Process Hearing for November 21, 2003 that was **continued until 11:00 a.m., Friday, March 12, 2004,** at DCPS Headquarters, 825 North Capitol Street, N.E., 8th Floor, Washington, D.C. 20002. The hearing convened as scheduled.

Attorney Advisor Tiffany S. Puckett appeared in-person for DCPS. Attorney Paul S. Dalton appeared in-person for Friendship-Edison P.C.S. Attorney Roberta Gambale appeared in-person on behalf of Brittany, who was not present; and her mother, Nina Spencer who was not present.

Therefore, in consideration of the record evidence, the hearing officer finds it in the best interest of the child to issue this:

## ORDER

DCPS shall .................................................

1.  Convene Brittany's BLMDT/IEP/Placement Meeting on March 31, 2004, at 3:00 p.m., at Friendship Edison Public Charter School (P.C.S.) unless DCPS contacts the parent, her attorney, and Edison P.C.S. to confirm another mutually agreed to meeting date, for this purpose:

    a.  To review Brittany's existing evaluation results to determine if additional evaluations are necessary, and if so, provide them;
    b.  To discuss and decide placement; and issue Brittany's Prior Written Notice of Change in Placement (PNCOP) for school year 2003-04; and 2004-05, if possible, as follows:

        (i)   Issue the PNCOP within 5-school days of the BLMDT Meeting if to a public placement; and

        (ii)  Issue the PNCOP within 30-calendar days of the BLMDT Meeting if to a non-public placement.
    c.  To discuss and decide whether a Compensatory Education Plan is warranted for Brittany.

2.  Allow Brittany's BLMDT to discuss the amount, form, and means of delivering her Compensatory Education by developing her Compensatory Education Plan.

3.  Schedule all meetings at a mutually agreeable time through the parent and her counsel. And provide parent's counsel written notice of any change to the meeting scheduled in this Order by facsimile at (202) 742-2098.

4. Day-for-Day Caveat: Any scheduling, evaluation or meeting delay due to acts of the parent, student, student-advocate or student's attorney shall extend DCPS' performance timelines established in this Order by one day for each day of delay.

5. This Order resolves all issues in this case and the hearing officer makes no additional findings.

   **This is THE FINAL ADMINISTRATIVE DECISION. An Appeal can be made to a court of competent jurisdiction within thirty (30) days of the issue date of this decision.**

 

 

**Frederick E. Woods**
**Hearing Officer**

3/15/04
Date

Issued: _____3-15-04_____
**Student Hearing Office, DCPS**

4

*District of Columbia Public Schools*
**Office of Management Services**

In the Matter of )
)
**Brittany Spencer** )
Petitioner, ) **IMPARTIAL**
vs. ) **DUE PROCESS HEARING**
)
**The District of Columbia Public Schools,** )
**Friendship Edison Public Charter School** )
Respondent. )

The Individuals with Disabilities Education Act (IDEA) 20 U.S.C. §§ 1400 et seq.

Case Information:  Hearing Request Date: October 28, 2003
Continued Date: March 12, 2004
Held at:  825 North Capitol Street, N.E.
Eighth Floor
Washington, D.C. 20002
SETS Case Number: _____
Student's Birth Date: February 10, 1987
Attending School: Friendship Edison Public Charter School
Managing School: Friendship Edison Public Charter School

## CERTIFICATION OF RECORD

I, Frederick E. Woods, Impartial Due Process Hearing Officer in this matter, do

Hereby Certify that the attached Record of Proceedings and Index of Exhibits itemizes

the entire record in the above captioned matter as of this date, consisting of all letters,

pleadings, orders, exhibits, depositions, and tapes.

I Further Certify that the materials forwarded herewith are either the original or

true copy of the original documents submitted in this matter.

Executed this __15 th__ day of __March__, 2004.

_Fred E. Woods_
Due Process Hearing Officer

5

**Re: MATTER OF**
**BRITTANY SPENCER v. DCPS & LEA, FRIENDSHIP EDISON PUBLIC**
**CHARTER SCHOOL**

# INDEX OF EXHIBITS

| EXHIBIT No.: | | IDENTIFICATION: | ADMITTED: |
|---|---|---|---|
| 1. | BS-01 | The 10/28/03 Due Process Hearing Notice | Yes |
| 2. | BS-02 | The 10/28/03 Due Process Hearing Request | Yes |
| 3. | BS-03 | The 10/31/03 Counsel Letter to Friendship Edison | Yes |
| 4. | BS-04 | The 10/28/03 Counsel Letter to Gary Kiang | Yes |
| 5. | BS-05 | The 10/24/03 Counsel Letter to Friendship Edison | Yes |
| 6. | BS-06 | The 10/07/03 Counsel Letter to Friendship Edison | Yes |
| 7. | BS-07 | The 08/14/03 Request for Reevaluation | Yes |
| 8. | BS-08 | The 07/31/03 General Authorization Release | Yes |
| 9. | BS-09 | The 07/31/03 Parental Consent to Evaluate | Yes |
| 10. | BS-10 | The undated DCPS Reevaluation Summary Report | Yes |
| 11. | BS-11 | The 06/26/01 IEP for Brittany | Yes |
| 12. | BS-12 | The 06/12/03 Speech-Language Evaluation | Yes |
| 13. | BS-13 | The 07/28/03 Psycho-Educational Evaluation | Yes |
| 14. | BS-14 | The 12/03/93 Psycho-Educational Evaluation | Yes |
| 15. | BS-15 | The 10/23/03 Counsel Letter to Friendship Edison | Yes |
| 16. | BS-16 | The 11/04/93 Social Work Reevaluation | Yes |
| 17. | BS-17 | The 05/11/93 Student Medical Record Review | Yes |
| 18. | BS-18 | The 03/21/94 BLMDT Report | Yes |

| | | | |
|---|---|---|---|
| 19. | BS-19 | The 02/26/04 Amended Hearing Request | Yes |
| 20. | BS-20 | The 11/13/03 Motion to Continue | Yes |
| 21. | BS-21 | The 11/18/03 Motion to Continue Objection | Yes |
| 22. | BS-22 | The 11/12/03 Counsel Letter to Friendship Edison | Yes |
| 23. | BS-23 | The 10/06/03 Meeting Addendum | Yes |
| 24. | BS-24 | The 06/06/03 Vocational Evaluation | Yes |
| 25. | BS-25 | The 11/17/03 WJIII Version 1.1 Summary | Yes |
| 26. | BS-26 | The 11/10/03 Transitional Services Evaluation | Yes |
| 27. | FE-01 | The 06/12/03 Speech-Language Evaluation | Yes |
| 28. | FE-02 | The 07/28/03 Vocational Evaluation | Yes |
| 29. | FE-03 | The 07/28/03 Psycho-Educational Evaluation | Yes |
| 30. | FE-04 | The 11/10/03 Transition Service Evaluation | Yes |
| 31. | FE-05 | The 11/17/03 Social Work Evaluation | Yes |
| 32. | FE-06 | The 11/17/03 Woodstock Johnson Score Report | Yes |
| 33. | FE-07 | The 11/18/03 Psychological Evaluation | Yes |
| 34. | FE-08 | The 11/19/03 Transition Service Evaluation | Yes |
| 35. | FE-09 | The 11/20/03 MDT Notes | Yes |
| 36. | FE-10 | The 11/20/03 IEP & IEP Notes | Yes |

_____ E. Woode                    3/15/04

**Due Process Hearing Officer**          **Date**

Re: MATTER OF
**BRITTANY SPENCER v. DCPS & LEA, FRIENDSHIP EDISON PUBLIC
CHARTER SCHOOL**

# RECORD OF PROCEEDINGS

## DATE:          DESCRIPTION:

| | |
|---|---|
| 10/20/03 | Due Process Hearing Request Filed |
| 10/28/03 | Notice of Due Process Hearing Date Sent to Parties |
| 11/13/03 | Public Charter School Motion to Continue Filed |
| 11/18/03 | Parent's Objection to the Motion Filed |
| 02/26/04 | Amended Due Process Hearing Request Filed |
| 03/01/04 | Notice of Due Process Hearing Date Sent to Parties |
| 03/12/04 | Due Process Hearing Convened, Completed, and Audio Tapped—1-tape, sides A & B, Settlement Reached. |
| 03/15/04 | Hearing Officer's Decision Filed with the SHO |
| 03/15/04 | Hearing Officer's Decision Issued by the SHO |

_(signature)_                           3/15/04

**Due Process Hearing Officer**       **Date**

8

# James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

James E. Brown

Domiento C.R. Hill*◇
Brenda McAllister*◇
Roberta Gambale
Miguel A. Hull
Christopher L. West♦◇

\* Admitted in Maryland Only
♦ Admitted in New York Only

**Attorneys at Law**

, 1220 L Street, NW
Suite 700
Washington, DC 20005
Telephone: (202) 742-2000
Facsimile: (202) 742-2098

e-mail: Admin@Jeblaw.biz

Juan J. Fernandez!◇

Christina R. Busso♦◇
Tilman L. Gerald
Roxanne D. Neloms
John A. Straus*◇

! Admitted in Bolivia Only
Δ Member of the DC Federal Bar

October 6, 2004

Ms. Janet Guzman
**FRIENDSHIP EDISON**
**c/o EDISON SCHOOL, INC.**
11th Floor
521 Fifth Avenue
New York, New York 10175

            RE:   **Our client: Ms. Nina Spencer**
                      **Name of Student: Brittany Spencer**
                      **Date of Birth: February 10, 1987**
                      <u>**Date of Settlement: March 12, 2004**</u>

Dear Ms. Guzman:

        We are enclosing herewith, for your review and favorable consideration, a copy of an invoice that was originally submitted for payment on April 2, 2004 in the amount of $20,824.80. As of the date hereof, the subject invoice remains unpaid. Therefore, we are hereby kindly requesting that you remit the full amount of this invoice upon receipt hereof. If you are without the authority necessary to make the remittance required, kindly forward this letter to the person having such authority so that we can conclude this matter without any further delay. If you should have any questions concerning this matter, you should direct your inquiries to the undersigned. Please note, however, that if payment is not received in full or if alternative satisfactory payment arrangements are not made within fourteen (14) days from the date hereof, we will construe that to mean that you have no intention of resolving this matter amicably and quickly, and we will advise our client accordingly. We close by thanking you in advance for your anticipated prompt remittance and cooperation.

                  Very truly yours,

                ~~JAMES E. BROWN~~ & ASSOCIATES, PLLC

                Tilman L. Gerald

Enclosure
TLG:JGuzman.FEdisonPCS.NSpencerltr.100604

## Fee Application Under The Individuals With Disabilities Education Act For Parents Who Prevailed Against A District Of Columbia Public Charter Schools

| Attorney Information | |
|---|---|
| Law Firm | James E. Brown & Associates, PLLC |
| Attorney | James E. Brown |
| Attorney's Federal Tax ID No. | 52-1500760 |
| D.C. Bar No. | 61622 |

| Student Information | |
|---|---|
| Student | Brittany Spencer |
| Date of Birth | 2/10/87 |
| Date of Request for Hearing | 10/14/03 |
| | Month / Day / Year |
| Parent/Guardian | Nina Spencer |
| Address | 1101 West Virginia Ave., NE |
| | Washington, DC 20002 |
| Current School | Friendship-Edison PCS |
| Home School | |

| Payment Information | |
|---|---|
| Attorneys' Invoice # | 04-010C |
| Date of Payment Request | 4/2/04 |
| Payment Request No. | 1 |
| Date Services Rendered | 7/31/03 - 3/17/04 |
| Current Payment Request | $20,824.80 |

**MAKE PAYMENT TO:** *LAW OFFICE OF JAMES E. BROWN*: **FOR:** **$20,824.80**

## Fee Application Under The Individuals With Disabilities Education Act For Parents Who Prevailed Against A District Of Columbia Public Charter Schools

RECEIVED

APR 02 2004

DALTON, DALTON & HOUSTON, PC

| Attorney Information | |
|---|---|
| Law Firm | James E. Brown & Associates, PLLC |
| Attorney | James E. Brown |
| Attorney's Federal Tax ID No. | 52-1500760 |
| D.C. Bar No. | 61622 |

| Student Information | |
|---|---|
| Student | Brittany Spencer |
| Date of Birth | 2/10/87 |
| Date of Request for Hearing | 10/14/03 |
| | Month / Day / Year |
| Parent/Guardian | Nina Spencer |
| Address | 1101 West Virginia Ave., NE |
| | Washington, DC 20002 |
| Current School | Friendship-Edison PCS |
| Home School | |

| Payment Information | |
|---|---|
| Attorneys' Invoice # | 04-010C |
| Date of Payment Request | 4/2/04 |
| Payment Request No. | 1 |
| Date Services Rendered | 7/31/03 - 3/17/04 |
| Current Payment Request | $20,824.80 |

**MAKE PAYMENT TO:** *LAW OFFICE OF JAMES E. BROWN*: **FOR:** $20,824.80

# Fee Application Under The Individuals With Disabilities Education Act For Parents Who Prevailed Against A District Of Columbia Public Charter Schools

| Attorney Information | |
|---|---|
| Law Firm | James E. Brown & Associates, PLLC |
| Attorney | James E. Brown |
| Attorney's Federal Tax ID No. | 52-1500760 |
| D.C. Bar No. | 61622 |

| Student Information | |
|---|---|
| Student | Brittany Spencer |
| Date of Birth | 2/10/87 |
| Date of Request for Hearing | 10/14/03 |
| | Month / Day / Year |
| Parent/Guardian | Nina Spencer |
| Address | 1101 West Virginia Ave., NE |
| | Washington, DC 20002 |
| Current School | Friendship-Edison PCS |
| Home School | |

| Payment Information | |
|---|---|
| Attorneys' Invoice # | 04-010C |
| Date of Payment Request | 4/2/04 |
| Payment Request No. | 1 |
| Date Services Rendered | 7/31/03 - 3/17/04 |
| Current Payment Request | $20,824.80 |

**MAKE PAYMENT TO:** *LAW OFFICE OF JAMES E. BROWN*: **FOR:** **$20,824.80**

# LEGEND

## ATTORNEYS

| | |
|---|---|
| JEB | James E. Brown, Esq. |
| DH | Domiento Hill, Esq. |
| CW | Christopher West, Esq. |
| BM | Brenda McAllister, Esq. |
| RG | Roberta Gambale, Esq. |
| MH | Miguel Hull, Esq. |
| MID | Mary I. DuVall, Esq. |
| RR | Rachel Rubenstein, Esq. |
| JF | Juan Fernandez, Esq. |
| CB | Christina Busso, Esq. (effective 3/19/03) |
| JS | John Straus, Esq. |
| RN | Roxanne Neloms, Esq. |

## PARALEGALS/ LAW CLERKS/ADVOCATES

| | |
|---|---|
| AAG | Aracelly A. Gonzalez |
| AJ | Altemese Johnson |
| BDL | Blanca De La Sancha |
| SB | Sara Benkharafa |
| EG | Edward Garcia |
| WB | Williams Bautista |
| YA | Yamileth Amaya |
| CMM | Claudia M. Martinez |
| NF | Nuvia Flores |
| HR | Heidi Romero |
| DM | Daniel Myers |
| KD | Kelly Dau |
| LM | Lorraine Mejia |
| LD | Laura Dau |
| DP | Delmis Pineda |
| MT | Michele Torry, BA, L. Cert. |
| MM | Michelle Moody, MA |
| NP | Nadjai Plowden, MA |
| CS | Cheron Sutton-Brock, MA |
| KC | Kevin Carter, MA |
| MB | Margo Beeken, MA |
| SM | Sharon Millis, M. Ed. |
| GR | Glenda Richmond, MA |
| MJB | Michael J. Byers, MA |
| JD | Jennifer Dugger, MS Ed. |
| CM | Carolyn Monford, MA |
| GH | Garfield Mark Holman, MA |
| MAB | Marlinda Boxley, MA, JD |
| RB | C. Robin Boucher, Ph.D. |
| EB | Earl Brown |
| TJ | Tomeka Jack, M. Ed. |

James E. Brown, Esq.
James E. Brown & Associates, PLLC
A Professional Limited Liability Company
1220 L Street, NW Suite 700
Washington, DC  20005

Invoice submitted to:
Brittany Spencer

April 01, 2004

Invoice #14158

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 07/31/2003 | SB | Initial conference with  parent and attorney | 1.00<br>95.00/hr | 95.00 |
| | RG | Consultation with parent and legal assistant, research and case preparation. | 1.00<br>300.00/hr | 300.00 |
| 08/04/2003 | AAG | Drafted introduction letter to parent | 0.75<br>95.00/hr | 71.25 |
| | AAG | Record reviewed and discussion with parent | 0.75<br>95.00/hr | 71.25 |
| 08/05/2003 | RG | Discussion with paralegal. Reviewed file and drafted memorandum to paralegal re: requests for records and re-evaluations to be sent to LEA and SEA and status letter to send to client | 0.58<br>300.00/hr | 174.00 |
| | YA | Discussion with the child's attorney | 0.08<br>95.00/hr | 7.60 |
| | AAG | Prepared documents for child's advocate | 0.47<br>95.00/hr | 44.65 |
| | AAG | Prepared documents for child's attorney | 0.42<br>95.00/hr | 39.90 |
| 08/12/2003 | MB | Reviewed intake information | 0.25<br>150.00/hr | 37.50 |
| 08/14/2003 | YA | Drafted letter requesting records to Friendship PC | 1.00<br>95.00/hr | 95.00 |

Brittany Spencer                                                                          Page    2

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 08/14/2003 YA | Requested Re-evaluations from Friendship PC | 1.00<br>95.00/hr | 95.00 |
| YA | Research educational needs to find out which program | 0.33<br>95.00/hr | 31.35 |
| YA | Telephone call to DCPS school staff re: confirm receipt of request for records and re-evaluations | 0.17<br>95.00/hr | 16.15 |
| 08/18/2003 YA | Reviewed file and made changes in student directory | 0.42<br>95.00/hr | 39.90 |
| 09/11/2003 YA | School Records review from DCPS,distributed to advocate and placed in order in master file | 1.00<br>95.00/hr | 95.00 |
| 09/24/2003 MM | File review and developed  monthly case status report review all records sent and dev a repot for atty re: hearing request. | 3.00<br>150.00/hr | 450.00 |
| 09/25/2003 JEB | Contact with parent: Reported Advocate's assessment | 0.50<br>350.00/hr | 175.00 |
| 10/07/2003 YA | Assisted attorney to Record request again, no prior response form DCPS | 0.50<br>95.00/hr | 47.50 |
| YA | Phone call to Friendship Edison Academy re: to confirm receipt of record request letter | 0.25<br>95.00/hr | 23.75 |
| RG | Conference with parent- telephone cal and left msg;(10)   reviewed file to ascertain DCPS compliance with request (20);  drafted follow up letter to the school re: requests for evals and records (35) ;  status letter to parent (35) reviewed evaluations 60) | 2.67<br>300.00/hr | 801.00 |
| 10/09/2003 MM | Discussion with the child's attorney | 0.25<br>150.00/hr | 37.50 |
| RG | Discussion with advocate re: case status and upcoming deadlines | 0.25<br>300.00/hr | 75.00 |
| 10/14/2003 RG | Discussion with paralegal drafted memorandum re: heraing request; letter to send to parent and follow up with DCPS | 0.42<br>300.00/hr | 126.00 |
| RG | Prepared and file due process hearing request to DCPS | 2.00<br>300.00/hr | 600.00 |
| RG | Reviewed file and contacted parent and advocate re: status | 0.58<br>300.00/hr | 174.00 |
| YA | Discussion with the child's attorney | 0.42<br>95.00/hr | 39.90 |
| MM | Discussion with the child's attorney | 0.58<br>150.00/hr | 87.00 |

Brittany Spencer                                                                                    Page    3

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/15/2003 | JEB | Examined and certified hearing request filed by attorney | 0.58 350.00/hr | 203.00 |
|  | YA | File review and developed  monthly case status report to parent re: Hearing Request Notice | 0.75 95.00/hr | .71.25 |
|  | YA | Assisted attorney in preparation of request for hearing | 0.58 95.00/hr | 55.10 |
| 10/16/2003 | RG | Reviewed file (10) and discussion with advocate re: obseration to be scheduled and hearing reqquest filed (15) | 0.42 300.00/hr | 126.00 |
|  | MM | Discussion with the child's attorney | 0.25 150.00/hr | 37.50 |
| 10/22/2003 | MM | Discussion with school | 0.33 150.00/hr | 49.50 |
|  | YA | Discussion with advocate re: school attending | 0.25 95.00/hr | 23.75 |
|  | MM | Discussion with paralegal | 0.25 150.00/hr | 37.50 |
| 10/24/2003 | RG | Drafted letter to DCPS / Attorney re: records and progress and follow up telephone xcall (45) and advised advocate (15) | 1.00 300.00/hr | 300.00 |
|  | RG | Reviewed psychoeducational evaluaiton (30) rieiwed speech evaluation (30) reviewed 01 IEP (25) and previous IEPS (25) | 1.83 300.00/hr | 549.00 |
| 10/27/2003 | MM | Discussion with school | 0.33 150.00/hr | 49.50 |
| 10/28/2003 | YA | Discussion with the child's attorney | 0.42 95.00/hr | 39.90 |
|  | RG | Discussion with Gary Kiang re: Hearing Request and dates and faxed corepsondence to MR. Kiahng with cover letter | 0.42 300.00/hr | 126.00 |
|  | RG | Discussion with paralegal re: upcoming dates and deadlines and notice to be provided to parents | 0.42 300.00/hr | 126.00 |
| 10/29/2003 | JEB | Contact with parent: Reported Advocate's assessment | 0.58 350.00/hr | 203.00 |
|  | RG | Discussion with paralegal re: due process hearing request and communiction from Charter school | 0.25 300.00/hr | 75.00 |
|  | YA | File review and developed  monthly case status report to parent re: Hearing Date Notice | 0.75 95.00/hr | 71.25 |

Brittany Spencer                                                                 Page     4

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/29/2003 | YA | assist attorney with letter to sent DCPS | 0.33<br>95.00/hr | 31.35 |
| | YA | Discussion with the child's attorney | 0.25<br>95.00/hr | 23.75 |
| 10/31/2003 | RG | Discussion with paralegal re: follow up on letter | 0.42<br>300.00/hr | 126.00 |
| | YA | Draft letter to Friendship Edison | 0.42<br>95.00/hr | 39.90 |
| | YA | Assist attorney with draft to DCPS Mediation and Compliance | 0.42<br>95.00/hr | 39.90 |
| | RG | Discussion with educational advocate (CB) re evaluations and need for Vineland and OT | 0.42<br>300.00/hr | 126.00 |
| | MM | Discussion with the child's attorney | 0.42<br>150.00/hr | 63.00 |
| | CB | Discussion with the child's attorney | 0.42<br>300.00/hr | 126.00 |
| | RG | Discussion with educational advcate re: contact from school and call to parent | 0.42<br>300.00/hr | 126.00 |
| | RG | Reviewed records received including report cards (15) ; psycho-educational eval (25) , speech eval (25), and previous completed evaluations (30) | 1.75<br>300.00/hr | 525.00 |
| | CS | Discussion with the child's attorney re testing | 0.42<br>150.00/hr | 63.00 |
| | RG | Drafted letter to DCPS / Attorney re:evaluations and correpsondence | 1.00<br>300.00/hr | 300.00 |
| 11/03/2003 | YA | File review and developed  monthly case status report to parent re: correspondence sent to Friendship Edison Collegiate Academy | 0.75<br>95.00/hr | 71.25 |
| 11/04/2003 | YA | Discussion with the child's attorney | 0.42<br>95.00/hr | 39.90 |
| | RG | Conducted research re: MR classification and testing | 1.42<br>300.00/hr | 426.00 |
| | RG | Discussion with paralegal re: letter to be sent to aprent and follow u[p on hearing | 0.42<br>300.00/hr | 126.00 |
| | RG | Discussion with expert re: hearing availbility | 0.25<br>300.00/hr | 75.00 |

Brittany Spencer

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 11/05/2003 MM | Discussion with the child's attorney | 0.25<br>150.00/hr | 37.50 |
| RG | Discussion with advocte re: status | 0.25<br>300.00/hr | 75.00 |
| 11/06/2003 RG | Discussion with educational expert re: testimony and hearing and testing | 1.00<br>300.00/hr | 300.00 |
| YA | Assisted attorney with Amended Hearing Request to SHO | 0.58<br>95.00/hr | 55.10 |
| RG | Amended and file due process hearing request to DCPS to adress new information provided by school | 2.00<br>300.00/hr | 600.00 |
| RB | Prepared for Due Process Hearing: Discussed case w/atty, prep for hearing expert testimony | 1.00<br>175.00/hr | 175.00 |
| 11/10/2003 YA | Telephone call to Friendship Edison Collegiate Academy staff re: receipt of amended HR | 0.25<br>95.00/hr | 23.75 |
| 11/12/2003 RG | Discussion with paralegal | 0.33<br>300.00/hr | 99.00 |
| YA | Discussion with the child's attorney | 0.33<br>95.00/hr | 31.35 |
| RG | Discussion with Mr. Dalton re: case status | 0.25<br>300.00/hr | 75.00 |
| RG | Prepare disclosure to DCPS | 2.00<br>300.00/hr | 600.00 |
| 11/13/2003 MM | Discussion with attorney | 0.33<br>150.00/hr | 49.50 |
| YA | Reviewed memo from attorney re: disclosure | 0.25<br>95.00/hr | 23.75 |
| YA | Assisted attorney to prepare disclosure to DCPS and Paul Dalton | 1.50<br>95.00/hr | 142.50 |
| YA | Draft letter to Paul Dalton Esq. re: Disclosure | 0.50<br>95.00/hr | 47.50 |
| RG | Prepare disclosure to DCPSand Paul Dalton- reviewed file to identify witnesses and documents for disclosure and instructed paralegal re: service of documents | 1.50<br>300.00/hr | 450.00 |
| RG | Discussion with educational advocate re: tsudent progress and testing and 11/20/03 meeting | 0.33<br>300.00/hr | 99.00 |

Brittany Spencer                                                                    Page     6

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 11/13/2003 MM | Reviewed hr and documented | 0.50<br>150.00/hr | 75.00 |
| 11/14/2003 YA | File back disclosure documents in Masterfile | 0.75<br>95.00/hr | 71.25 |
| RG | Drafted letter to Attorney | 0.75<br>300.00/hr | 225.00 |
| MM | School visit; classroom observation | 4.00<br>150.00/hr | 600.00 |
| MM | File review and developed monthly case status report | 0.75<br>150.00/hr | 112.50 |
| 11/17/2003 MM | File review and developed monthly case status report | 1.00<br>150.00/hr | 150.00 |
| YA | assist attorney in sending letter to DCPS attorney Paul Dalton | 0.42<br>95.00/hr | 39.90 |
| 11/18/2003 RG | Drafted letter to DCPS / Attorney objection to request for continuance. | 0.75<br>300.00/hr | 225.00 |
| 11/19/2003 RG | Discussion with advocate | 0.17<br>300.00/hr | 51.00 |
| RG | Discussion with sho and parent re: hearing | 0.25<br>300.00/hr | 75.00 |
| RB | Discussion with the child's attorney: document review for hearing | 0.17<br>175.00/hr | 29.75 |
| 11/20/2003 RG | Pre-hearing conference with witnesses | 1.00<br>300.00/hr | 300.00 |
| RG | Reviewed Social history; educational evaluation | 0.83<br>300.00/hr | 249.00 |
| MM | Prepared for Due Process Hearing | 2.00<br>150.00/hr | 300.00 |
| RG | Prepared for Due Process Hearing | 2.00<br>300.00/hr | 600.00 |
| RG | Discussion with parent and student | 0.25<br>300.00/hr | 75.00 |
| RG | Telephone call to SHO | 0.17<br>300.00/hr | 51.00 |

Brittany Spencer                                                                          Page    7

|  |  | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/21/2003 | RG | Conference with parent re: testimony (25); call to SHO (10) follow up calls to witnesses re: contiuance of hearing date (25) | 1.00 300.00/hr | 300.00 |
| 12/15/2003 | JEB | File Review and sent letter to parent/student | 0.25 350.00/hr | 87.50 |
| 12/30/2003 | MM | File review and developed  monthly case status report | 0.75 150.00/hr | 112.50 |
| 01/30/2004 | JEB | File Review and sent letter to parent/student | 0.25 350.00/hr | 87.50 |
| 02/02/2004 | MM | File review and developed  monthly case status report | 0.58 150.00/hr | 87.00 |
| 02/26/2004 | RG | Drafted letter to DCPS / Attorney and amended hrg req. | 1.00 300.00/hr | 300.00 |
| 03/01/2004 | YA | Reviewed Hearing Notice and tickle calendar | 0.17 95.00/hr | 16.15 |
| 03/03/2004 | YA | Review hearing Notice | 0.17 95.00/hr | 16.15 |
|  | YA | File review and developed  monthly case status report to parent re: Hearing Notice | 0.75 95.00/hr | 71.25 |
| 03/04/2004 | RB | Discussion with the child's attorney: possible need for advocate testimony at 3/12/04 hearing by teleconference | 0.25 175.00/hr | 43.75 |
| 03/05/2004 | MM | Discussion with paralegal | 0.25 150.00/hr | 37.50 |
|  | YA | Drafted letter to Paul Dalton re: Amended disclosure | 0.58 95.00/hr | 55.10 |
|  | YA | Research educational needs re: continuance disxlosure | 0.58 95.00/hr | 55.10 |
|  | YA | Discussion with advocate re: disclosure | 0.25 95.00/hr | 23.75 |
|  | YA | Assisted attorney to prepare disclosure to DCPS | 2.00 95.00/hr | 190.00 |
|  | RG | Prepare disclosure to DCPS | 2.00 300.00/hr | 600.00 |
| 03/09/2004 | RG | Reviewed evals supplied; reviewed motion to dismiss ; preared response letter to motion ; discussion with expert | 1.33 300.00/hr | 399.00 |

Brittany Spencer                                                                    Page    8

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 03/09/2004 | RB | Reviewed Psychological evaluation report of 7/23/03 | 0.42<br>175.00/hr | 73.50 |
| | RB | Discussion with the child's attorney: need for my testimony at 3/12/04 hearing by TC; presented documents to review | 0.33<br>175.00/hr | 57.75 |
| 03/10/2004 | RB | Reviewed Psychological evaluation report of 11/03 for 3/12/04 hearing | 0.33<br>175.00/hr | 57.75 |
| 03/11/2004 | RG | Pre-hearing conference with witnesses | 1.00<br>300.00/hr | 300.00 |
| | RG | Reviewed MDT notes and new evaluations | 0.75<br>300.00/hr | 225.00 |
| 03/12/2004 | MM | Prepared for Due Process Hearing | 1.50<br>150.00/hr | 225.00 |
| | MM | Appearance to 825 North Capital for due process hearing | 3.00<br>150.00/hr | 450.00 |
| | RB | phone call from atty Gambale re 3/12/04 hearing | 0.17<br>175.00/hr | 29.75 |
| | RG | Appearance to 825 North Capital for due process hearing and post hearing discussion with advocate and parnt | 3.00<br>300.00/hr | 900.00 |
| | RG | Prepared for Due Process Hearing | 3.00<br>300.00/hr | 900.00 |
| 03/15/2004 | RG | Reviewed HOD and memo to paralegal | 0.58<br>300.00/hr | 174.00 |
| | YA | File review and developed  monthly case status report to parent with copy of Hearing Officer's Determination | 0.75<br>95.00/hr | 71.25 |
| | YA | Review Hearing Officer's Determination and Tickle Calendar | 0.42<br>95.00/hr | 39.90 |
| | | For professional services rendered | 95.82 | $20,421.00 |
| | | Additional Charges : | | |
| 07/31/2003 | | Copied documents; initial intake | | 3.00 |
| 08/04/2003 | | Copied documents | | 0.50 |
| | | Postage; letter to parent  regarding Intial letter | | 0.37 |
| 08/14/2003 | | Facsimile, request records to Anne Gay | | 5.00 |

Brittany Spencer                                                              Page    9

|  |  | Amount |
|---|---|---|
| 08/14/2003 | Facsimile, request records to Friendship Edison | 5.00 |
|  | Facsimile, request records to Veleter Mazyk | 5.00 |
|  | Facsimile, request records to Judith Smith | 5.00 |
|  | Copied documents, request for records | 2.50 |
| 09/11/2003 | Copied documents | 30.25 |
| 10/07/2003 | Facsimile; letter request records | 2.00 |
|  | Facsimile; request for records | 2.00 |
| 10/15/2003 | Copied documents for parent and advocte<br>RE: Hearing request + status report for parent | 3.00 |
|  | Facsimile to SHO<br>RE: hearing request | 6.00 |
| 10/16/2003 | Postage; letter to parent re: HRN | 0.60 |
| 10/29/2003 | Postage; letter to parent re: HDN | 0.37 |
|  | Facsimile to OGC: HR | 6.00 |
|  | Copied documents; HDN | 0.50 |
| 10/31/2003 | Facsimile- Correspondence to School, Friendship and Mediation | 6.00 |
|  | Copied documents- Correspondence re: meeting | 4.00 |
| 11/05/2003 | Copied documents<br>RE: status report to parent | 0.50 |
|  | Status letter to parent | 0.37 |
| 11/06/2003 | Copied documents<br>RE: status letter+ amended hearing request | 3.50 |
| 11/13/2003 | Copied documents; 5 day disclosures | 100.00 |
|  | Go West Courier Service to and from Paul Dalton (5-day Disclosures) | 37.50 |
|  | Messenger Service to and from DCPS (5-day Disclosures) | 20.00 |
| 12/15/2003 | Postage; letter to parent | 0.37 |
| 01/30/2004 | Postage; letter to parent | 0.37 |
| 03/04/2004 | Postage; letter to parent (HDN to parent) | 0.37 |

Brittany Spencer                                                            Page    10

                                                                              Amount

03/04/2004  Copied documents                                                    0.50

03/05/2004  Messenger Service to and from DCPS (Amended 5-day Disclosures)      20.00

03/12/2004  Sedan taxi service to and from  DCPS for hearing                   14.00

03/15/2004  Copied documents; HOD                                              11.25

            Copied documents; letter to parent                                  0.50

            Facsimile Received from DCPS; HOD                                   9.00

03/17/2004  File review preparation of bill and invoice audit                  96.88

            Copied documents; Confirmation  Notice                              0.50

            Postage; letter to parent ; HOD                                     0.60

            Copied documents; conf. notice                                      0.50

            Total costs                                                     $403.80

            Total amount of this bill                                    $20,824.80