FLETCHER'S LEGAL SERVICE
6001 7TH PLACE, N.W.
WASHINGTON, DC 20011
202-345-0936

Janice Dickens
_Plaintiff_

vs.

Friendship Edison
_Defendant_

No. 1:06cv01466

## AFFIDAVIT OF SERVICE BY PROCESS SERVER

1. Julius Fletcher, having been duly authorized to make service of the Summons, Complaint and Initial Order in the above entitled case, hereby depose and say:

That my age and date of birth are as follows: 52/11.25.53

That the residential or (business) address is: 6001 7th Pl. N.W. WDC

That at 12:18 o'clock a.m./(p.m.) on the 13TH day of Sept 2006.

☐ I served the above named defendant(s)   (personally) _____
_____ (defendant's name) a copy of the Summons, Complaint and Initial Order at _____

☑ I served the above named defendant(s) Donald Hense (Registered Agent) (defendant's name) by leaving a copy of the Summons, Complaint and Initial Order at his/her place of abode or (business) at 120 G St N.E. with Ms Detra Johnson a person of approximately 25 years of age, who stated that he/she resides therein with the defendant.

SPECIFIC FACTS: Ms. Detra Johnson a Black Female whom indicated that has the authority to accept service

_____
Signature

Subscribed and sworn to before me this _____ day of _____, 20 _____

_____
Deputy Clerk/Notary Public