# DEFENDANT'S EXHIBIT 2

FROM :                                    FAX NO. :                              Mar. 06 2023 04:13PM  P9
03/19/2004 11:15 FAX 202 442 5098        OFF.OF GENERAL COUNSEL                            ☒010

P. DALTON

## STUDENT HEARING OFFICE OF THE DISTRICT OF COLUMBIA
## REQUEST FOR MEDIATION/HEARING

➤ This form shall be used to give notice to the District of Columbia Public Schools and/or a District of Columbia Public Charter School of parental disagreement with the identification, evaluation or educational placement of their child with a disability, or the timely provision of a free appropriate public education to that child, and to request a hearing and/or mediation regarding the same.

➤ This form must be sent to the Student Hearing Office of the District of Columbia, 825 North Capitol Street, N.E., 8th Floor, Washington, D.C. 20002. Fax number 202-442-5556

Federal law requires that when a parent or representative requests mediation, it shall be offered at no cost to the parent. Mediation may be beneficial in your case. Please indicate your decision:

___ I REQUEST MEDIATION  ___ I REQUEST MEDIATION AND A HEARING  _X_ I REQUEST A HEARING

### STUDENT FOR WHOM MEDIATION/DUE PROCESS HEARING IS REQUESTED

Student Name: Brittany Spencer          DOB: February 10th, 1987

Address:  1101 West Virginia Ave NE Washington D.C. 20002

Present School of Attendance:            Home School:
                                         (Neighborhood school where child is registered)

Friendship Edison Collegiate Academy     N/A

**COMPLAINT IS MADE AGAINST:** DCPS/Friendship Edison Public Charter School
                               DCPS and/or D.C. Public Charter School-specify charter school

### INDIVIDUAL REQUESTING MEDIATION/DUE PROCESS HEARING

Denis R. Spencer

Address: 1101 West Virginia Ave NE Washington D.C. 20002

Phone: (H) 202-234-0215  (W) 202-398-4396  (Fax) _____

Relationship to Student: ___Parent ___Self _X_ Legal Guardian ___Parent Surrogate ___Public Agency

### PARENT REPRESENTATIVE/ATTORNEY/ADVOCATE (if applicable):

Name:  Roberta L. Gambale Esq.  (James Brown & Associates, PLLC)

(Phone) 202-742-2000 (ext 2021)          (Fax) 202-742-2098

N15 10/16/03                                              11/21  TP

FROM :                               FAX NO. :                      Mar. 06 2003 04:14PM P10
03/19/2004 11:18 FAX 202 442 5098    OFF.OF GENERAL COUNSEL                          ☒011

Address: __1220 L Street, Suite 700, Washington, DC 20005__

1. You must indicate three (3) dates when you and your representative (if you have one) are available within the next twenty (20) days for mediation (if you are requesting mediation) and/or three (3) dates within the next 35 days (or 30 days if you represent a student enrolled at ETS or Rock Creek Academy) when you, your representative, and witnesses will be available to appear for a hearing (if you are requesting a hearing). Please indicate whether you are available in the AM, PM, or both on the identified dates.

Hearings: __November 6, 2003__     __November 7, 2003__     __November 8, 2003__

Mediation: _____    _____    _____

**FOR ALL DCPS STUDENTS, IF YOU PROPOSE DATES MORE THAN 35 DAYS FROM THE DATE OF YOUR REQUEST, YOUR SIGNATURE BELOW WILL INDICATE YOUR WAIVER OF YOUR RIGHT TO A HEARING OFFICER DETERMINATION WITHIN 45 DAYS OF THIS REQUEST. IN THE CASE OF A WAIVER, THE STUDENT HEARING OFFICE WILL CONTINUE TO USE BEST EFFORTS TO ISSUE A HEARING OFFICER DETERMINATION WITHIN 45 DAYS OF YOUR REQUEST (OR AS CLOSE TO 45 DAYS AS IS POSSIBLE).**

**FOR STUDENTS ATTENDING ETS OR ROCK CREEK ACADEMY, IF YOU PROPOSE DATES BEYOND THE 30-DAY PERIOD, YOUR SIGNATURE BELOW WILL INDICATE YOUR WAIVER OF YOUR RIGHT TO A HEARING WITHIN THAT PERIOD.**

Every effort will be made to accommodate your requested dates. Please be aware that proposed hearing dates which fall fewer than 21 days from the date of your request are difficult to accommodate. Your dates are most likely to be available if you propose hearing dates between 21 and 35 (or 30, for students enrolled at ETS or Rock Creek Academy) days from the date your request is received and docketed by the Student Hearing Office.

If none of your proposed dates are available, or if you fail to specify any dates, the Student Hearing Office will schedule your hearing for the first available date. Upon receipt of a Hearing Notice confirming the date of your hearing, you will have an opportunity to file a Motion for Continuance, if necessary, by using the form Motion attached to your Hearing Notice. *Please do not contact the Hearing Office by phone to request a continuance. Only the Hearing Officer assigned to your case is authorized to grant requests for continuances.*

Unless you receive notice that the Hearing Officer has granted your request for a continuance, you must appear for the hearing as scheduled. Failure to report for the hearing may result in dismissal of this case, or in a default decision against you. Disclosure of evidence and witnesses to the opposing party is required at least five business days prior to the hearing, with copies to the Special Education Student Hearing Office.

2. Special Accommodation Requests for Mediation/Due Process Hearing (please be specific):
    Interpreter:
    ___ Foreign Language
    ___ Sign Language _____
    ___ Other _____

FROM :                                    FAX NO. :                              Mar. 05 2003 04:15PM P11
03/19/2004 11:19 FAX 202 442 5098        OFF.OF GENERAL COUNSEL                      ☒012

Special Communications _____
Special Accommodation for Disability _____
Other _____

3. In accordance with the Individuals with Disabilities Education Act (IDEA), please answer below: (You may attach additional pages to provide more information if needed.)

**Describe the nature of the problem:**

1. *Failure to Conduct Re- Evaluations in a Timely Manner Pursuant to Parent Request and/or Failure to Conduct Triennial Evaluations Pursuant to 34 C.F.R. Section 300.536.*

   On or about August 14th, 2003, Denise Spencer, the grandmother and legal guardian (hereinafter referred to as "parent"), through counsel, requested that her child, Brittany Spencer, DOB: 2/10/87, be comprehensively re-evaluated. The request for re-evaluations was submitted in writing to Friendship Edison Collegiate Academy ("Charter School"). A copy of the request was submitted to District of Columbia Public Schools' ("DCPS") Office of Mediation and Compliance. The request included an evaluation authorization form signed by the parent. The request was made pursuant to the Individuals with Disabilities Education Act, 34 C.F.R. Section 300.536(b) which requires the public agency to conduct re-evaluations *"if conditions warrant a reevaluation, or if the child's parent or teacher requests a reevaluation, but at least once every three years"*.

   Not only did the Charter School and/or DCPS fail to respond to the parent's request for reevaluations, but to the best of parent's knowledge they also failed to conduct triennial evaluations for Brittany. The most recent evaluations that the parent has been provided with from the school pursuant to her request for records are dated 1994. Parent is concerned about the educational progress being made by her child. To date, District of Columbia Public Schools ("DCPS") has failed to respond to the parent's request. No re-evaluations have been scheduled and/or the parent has received no proposed dates for anticipated testing.

2. *Failure to Conduct an Annual Review of the Student's Individualized Educational Program ("IEP") and/or to Have a Current IEP in Effect at the Start of the 2001/2002; 2002/2003; and/or 2003/2004 School Years.*

   Pursuant to 34 C.F.R. Section 300. 342 of the Individuals with Disabilities Education Act ("IDEA") the public agency is required to have an IEP in effect for each student with a disability "at the beginning of the school year". Furthermore 34 C.F.R. Section 300.343 requires that the student's educational program be reviewed *"not less than annually"*. To the best of the parent's knowledge, both DCPS and/or the Charter School failed to review the student's IEP program during the 2001/2002, 2002/2003 and/or 2003/2004 school years. The most recent IEP for the student obtained from the school pursuant to a request

for records submitted August 14, 2003 is dated 1996. As a result the child has been denied FAPE.

### Describe issues to be addressed at the mediation and/or hearing, with specificity:

1. Whether or not District of Columbia Public Schools ("DCPS") and/or the Charter School failed to conduct re-evaluations for the student?

2. Whether or not District of Columbia Public Schools ("DCPS") and/or the Charter School failed to review and/or Revise the student's IEP?

### Describe relevant facts relating to the problem:

Brittany Spencer is currently an Eleventh Grade Student at Friendship Edison Collegiate Academy. She was first evaluated for Special Education Services in Kindergarten while attending Wheatley Elementary School. In academic testing conducted in 1994, Brittany fell within the mentally retarded range, though she was classified as speech and language impaired according to her 1996 IEP.

### State how you would like to see the problem corrected:

1. DCPS/Charter School shall conduct the following re-evaluations for the student, to include but not limited to: 1) Psycho-educational; 2) Speech and Language; 3) Social History; 4) Vineland and 5) occupational therapy or physical therapy if warranted and provide copies of all school records and completed evaluations to the parent's counsel within 30 calendar days of the issuance of the HOD;

2. In the event that DCPS/Charter School fails to conduct reevaluations for the student, DCPS/Charter School shall fund the parent's Independent Educational Evaluations;

3. The MDT shall be convened within 10 calendar days of the completion/receipt of the evaluation reports to review reevaluations, revise the IEP, discuss placement and develop a compensatory education plan for denials of FAPE over the past 3 years;

4. All meetings shall be scheduled through counsel for the parent;

5.    The hearing officer should order any and all other relief that is deemed to be appropriate.

_____    <u>October 14, 2003</u>
Signature of Applicant/Parent (Required)    Date (Required)

**MAIL, FAX, OR DELIVER APPLICATION TO:**
Student Hearing Office of the District of Columbia
828 North Capitol Street, NE, 8th Floor
Washington, DC 20002    FAX: (202) 442-5556

*FOR OFFICE USE ONLY:*
Case Number: _____
Student ID#: _____

Form 101    Revised 02/01/2003