### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JANICE DICKENS, *et al.* | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-01466(EGS) |
| | ) | |
| Friendship-Edison P.C.S. | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

### PRAECIPE

To the Clerk of the Court:

Please dismiss the following Plaintiff with prejudice:

Nina Spencer, parent and next friend of B.S., a minor.


Respectfully Submitted,

/s/ _____
Tilman L. Gerald, Esq.928796
Roxanne D. Neloms 478157
James E. Brown & Associates, PLLC
1220 L Street, N.W., Suite 700
Washington, D.C. 20005
(202)742-2000
Attorney for Plaintiffs