IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JANICE DICKENS,** *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 06-01466(EGS) |
| ) | |
| Friendship-Edison P.C.S. ) | |
| ) | |
| Defendant. ) | |

**CONSENT MOTION TO RESCHEDULE INITIAL CONFERENCE**

The Defendant, by and through counsel, hereby requests that the initial conference set for 12:15 p.m. on March 22, 2007, be rescheduled. The initial conference had been scheduled for 10:45 a.m., but the time was changed on March 20, 2007. Defendant's counsel has a scheduling conflict with the new time, and therefore is requesting that the Court reschedule the initial conference.

Plaintiff's counsel contacted defendants' counsel for consent to this motion and to discuss potential alternative dates for the status conference. She consented to the motion and the parties propose the following potential date: anytime on April 13th. If this date is not convenient for the Court, the parties are available for a teleconference to discuss different dates.

Based on defendant's counsel's scheduling conflict, the defendant requests that the March 22nd initial conference be rescheduled.

                    Respectfully submitted,

                    _____/s/_____
                    Paul S. Dalton, Esq.
                    D.C. Bar No. 439118
                    Dalton, Dalton, & Houston, P.C.
                    1008 Pendleton Street
                    Alexandria, Virginia 22314-1837
                    (703) 739-4300 (O)
                    (703) 739-2323 (F)
                    **Attorney for Defendant**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of March, 2007, a copy of the foregoing CONSENT MOTION TO RESCHEDULE INITIAL CONFERENCE was filed electronically with the District Court for the District of Columbia.

                    _____/s/_____
                    Paul S. Dalton, Esq.