UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                   )
JANICE DICKENS, *et al.*,          )
                                   )
                   Plaintiffs,     )
                                   )
         v.                        ) Civil Action No. 06-1466 (EGS)
                                   )
FRIENDSHIP EDISON P.C.S.,          )
                                   )
                   Defendant.      )
_____)

### ORDER

Pursuant to Local Civil Rule 73.1 and the representations of the parties in their Joint Rule 16.3 Report, it is hereby

**ORDERED** that the above captioned case is referred to Magistrate Judge Alan Kay for all purposes; and it is

**FURTHER ORDERED** that the status hearing before Judge Sullivan scheduled for March 22, 2007 is **VACATED**; and it is

**FURTHER ORDERED** that the Consent Motion to Reschedule Initial Conference is **DENIED AS MOOT**.  Further proceedings in this case will be determined by Magistrate Judge Kay.

**Signed:    Emmet G. Sullivan**
**            United States District Judge**
**            March 21, 2007**