UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANICE DICKENS, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>FRIENDSHIP EDISON P.C.S.,<br><br>    Defendant. | Civil Action No. 06-1466 (AK) |

## **ORDER**

THIS MATTER HAVING BEEN REFERRED TO THE UNDERSIGNED FOR ALL PURPOSES, IT IS THIS 12TH DAY OF APRIL, 2007, HEREBY

**ORDERED** THAT:

1. THIS CASE IS REFERRED FOR MEDIATION.

2. THE PARTIES SHALL ATTEND THE MEETING WITH THE MEDIATOR.

3. IF THE CASE SETTLES IN WHOLE OR IN PART, THE PARTIES SHALL ADVISE THE COURT OF THE SETTLEMENT BY AN APPROPRIATE FILING.

4. THE MEDIATION EFFORTS SHOULD BE CONCLUDED BY MAY 28, 2007, AT WHICH TIME THE PARTIES ARE TO NOTIFY CHAMBERS.

THE CLERK OF THE COURT IS DIRECTED TO FURNISH A COPY OF THIS ORDER, TOGETHER WITH A COPY OF THE COURT DOCKET SHEET, TO THE CIRCUIT EXECUTIVE FOR THE PURPOSE OF ASSIGNING A MEDIATOR.

                                                             /s/  
                                                             ALAN KAY  
                                                             UNITED STATES MAGISTRATE JUDGE