IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JANICE DICKENS,** *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 06-01466(EGS) |
| ) | |
| Friendship-Edison P.C.S. ) | |
| ) | |
| Defendant. ) | |

**JOINT PRAECIPE REGARDING THE STATUS OF THE CASE**

COMES NOW, the Plaintiff and Defendant, by and through their respective undersigned counsel, and respectfully files this Praecipe to inform the Court about the status of the motions schedule.

The Defendant requested the administrative record and transcript for each of the students involved in this case from the District of Columbia Public Schools Student Hearing Office ("SHO"). The four underlying due process hearings took place over a span of many days. The Defendant has the administrative record for two of the due process hearings convened. The administrative record for the other two, along with all four transcripts is still missing. The Defendant has contacted the SHO several times via phone to inquire as to the status of the missing records.

The Defendant will send a follow-up letter to the SHO again requesting the administrative records and transcripts. Once the Defendant is in possession of the entire record, the Defendant will contact the Plaintiff to draft and file a revised Rule 16.3 Report.

1

Respectfully Submitted,


 /s/ Paul S. Dalton
Paul S. Dalton [439118]
Dalton, Dalton, & Houston P.C.
1008 Pendleton Street
Alexandria, Virginia 22314
(703) 739-4300
(703) 739-2323
Counsel for Defendant Friendship Edison PCS

 /s/ Tilman L. Gerald
Tilman L. Gerald [928796]
 /s/ Roxanne D. Neloms
Roxanne D. Neloms [478157]
James E. Brown & Associates, PLLC
1220 L Street, N.W. Suite 700
Washington, DC 20005
202-742-2000
Counsel for Plaintiffs


DATE:    April 30, 2007

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing document was filed electronically, on this 30th day of April, 2007.

_____/s/_____
PAUL S. DALTON, Esq.
Counsel for the Defendant
