UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANICE DICKENS, et al. <br> Plaintiff(s) <br><br> v. <br><br> FRIENDSHIP-EDISON P.C.S. <br> Defendant(s) | Civil Action No. 06-1466 (AK) <br><br> **FILED** <br><br> MAR 2 1 2007 <br><br> NANCY MAYER WHITTINGTON, CLERK <br> U.S. DISTRICT COURT |

**CONSENT TO PROCEED BEFORE
A UNITED STATES MAGISTRATE JUDGE FOR ALL PURPOSES**

In accordance with the provisions of 28 U.S.C. § 636(c)(3), the parties to the above-captioned civil matter by and with the advice of their counsel hereby voluntarily waive their rights to proceed before a District Judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial.

_____     4/18/07
Attorney for the Plaintiff(s)             Date

_____     4-20-07
Attorney for the Defendant(s)            Date

NOTICE:   The foregoing Consent by Counsel shall be accepted upon the understanding that all counsel have secured the consent of their respective clients to the Consent and Referral to a United States Magistrate Judge for all purposes.

**ORDER OF REFERENCE**

IT IS HEREBY ORDERED that the above-captioned matter be referred to a United States Magistrate Judge for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c)(3) and the foregoing consent of the parties.

*/

_____     5/14/07
United States District Judge            Date  nunc pro tunc to 3/21/07

NOTE:  RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED
       TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE.

*/ IT IS FURTHER ORDERED THAT THIS CONSENT BE FILED AS OF    CO-942B
   3/21/07.                                                  Rev 3/95