IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JANICE DICKENS,** *et al.* | )<br>)<br>) |
| **Plaintiffs,** | )<br>) |
| v. | ) Civil Action No. 06-01466(EGS)<br>) |
| Friendship-Edison P.C.S. | )<br>) |
| **Defendant.** | )<br>) |

### PRAECIPE

To the Clerk of the Court:

Please withdraw the appearance of Tilman L. Gerald in this matter and enter notice of appearance for Roxanne D. Neloms.

Respectfully submitted,

/s/
Roxanne D. Neloms [478157]
James E. Brown & Associates, PLLC
1220 L Street, NW, Suite 700
Washington, D.C. 20005
(202) 742-2000
(202) 742-2098 (fax)
***Attorney for Plaintiffs***

1