IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JANICE DICKENS,** *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 06-01466(EGS) |
| ) | |
| **FRIENDSHIP-EDISON P.C.S.** ) | |
| ) | |
| Defendant. ) | |

### JOINT PRAECIPE REGARDING THE STATUS OF THE CASE

COMES NOW, the Plaintiff and Defendant, by and through their respective undersigned counsel, and respectfully files this Praecipe to inform the Court about the status of the motions schedule.

The Defendant previously requested the administrative record and transcripts for each of the students involved in this case from the District of Columbia Public Schools Student Hearing Office ("SHO") on four separate occasions. The underlying due process hearings involve multiple Plaintiffs and took place over a span of time. Until three days ago, the Defendant was in possession of only parts of the administrative record involving the four Plaintiffs. On May 28, 2008, the Defendant finally received from the Student Hearing Office all of the missing portions of the administrative records pertaining to the four Plaintiffs. Over the last two days, the Defendant has been in the process of redacting and paginating the administrative record for each of the Plaintiffs in preparation for filing.

Now that the Defendant is in possession of the entire record, the Defendant will electronically file it by no later than Monday, June 2, 2008 and the parties will file a revised Rule 16.3 Report.

Respectfully Submitted,

 /s/ Paul S. Dalton
Paul S. Dalton [439118]
Dalton, Dalton, &  Houston P.C.
1008 Pendleton Street
Alexandria, Virginia 22314
(703) 739-4300
(703) 739-2323
Counsel for Defendant Friendship Edison PCS

 /s/ Tilman L. Gerald
Tilman L. Gerald [928796]
 /s/ Roxanne D. Neloms
Roxanne D. Neloms [478157]
James E. Brown & Associates, PLLC
1220 L Street, N.W. Suite 700
Washington, DC 20005
202-742-2000
Counsel for Plaintiffs

DATE:    May 30, 2007

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing document was filed electronically, on this 30th day of April, 2007.

                                  /s/                                  
PAUL S. DALTON, Esq.
Counsel for the Defendant