UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DICKINS, et al., : | |
| : | |
| PLAINTIFFS : | |
| : | |
| v. : | Civil Action No. 06-1466(AK) |
| : | |
| FRIENDSHIP-EDISON, P.C.S. : | |
| : | |
| DEFENDANT : | |
| : | |

## ADMINISTRATIVE RECORD

Attached is an index and the record of the administrative proceedings at issue in this action.

                        Respectfully submitted,
                        /s/ Paul S. Dalton
                        Paul S. Dalton, Esq
                        D.C. Bar No. 439118
                        Dalton & Dalton, P.C.
                        1008 Pendleton Street
                        Alexandria, Virginia 22314
                        (703) 739-4300 (ph)
                        (703) 739-2323 (fax)
                        p.dalton@daltonlaw.com

May 31, 2008

**Dickens et al., v. Friendship-Edison P.C.S. Civ. Action No. 06-1466**

**Index of Record**

**T.D. (DOB 95)** | **Page**

1. Certification of Record — 1
2. Hearing Officer's Determination — 2-5
3. Parent's 5 Day Disclosure, 06-09-06 — 6-7
4. TD-01 Hearing Notice, 5/19/06 — 8-9
5. TD-02 Due Process Complaint Notice, 4/14/06 — 10-18
6. TD-03 Fax Cover Sheet, 5/22/06 — 19-20
7. TD-04 Scheduling Memorandum, 4/14/06 — 21-24
8. TD-05 Letters to SEC Southeast ES from Gambale 2nd request for initial evaluations & records, 1/10/06 — 25-31
9. TD-06 Letter to SEC Southeast ES from Gambale requesting initial evaluations, 1/06/06 — 32-35
10. TD-07 Letters to SEC Southeast ES from Gambale 2nd requesting initial evaluations & records, 12/20/05 — 36-46
11. TD-08 Consent for Evaluations, 02/14/05 — 47-48
10. TD-09 Student Evaluation Plan, 02/24/06 — 49-50
12. TD-10 MDT Meeting Notes, 02/24/06 — 51-54
13. TD-11 Teacher Referral undated — 55-56
14. TD-12 Parent Interview, undated — 57-59
15. TD-13 Authorization for Disclosure, 02/24/06 — 60-61
16. TD-14 Consent for Evaluation, 02/24/06 — 62-63

17. TD-15 Letter to SEC Southeast ES from Ms. Moody responding to Letter of Invitation dated 01/10/06 ............................................. 64-66

18. TD-16 Letters to SEC Southeast ES from Ms. Moody Parent's need to cancel meeting, dated 02/03/0606 ............................................. 67-69

19. Friendship-Southeast 5 Day Disclosure, 06/09/06 ............................................. 70-74

20. FSPCS-02 Request for Evaluations, 12/20/05 ............................................. 75-76

21. FSPCS-03 Request for Evaluations, 01/10/06 ............................................. 77-79

22. FSPCS-04 Letter of Invitation, 01/10/06 ............................................. 80-82

23. FSPCS-05 Response from Advocate, 01/11/06 ............................................. 83

24. FSPCS-06 SEP, 02/24/06 ............................................. 84-88

25. FSPCS-07 Occupational Therapy Evaluation, 05/08/06 ............................................. 89-95

26. FSPCS-08 Psycho-Education Evaluation, 05/22/06 ............................................. 96-102

27. FSPCS-09 Attendance Record for 2005-06, 06/09/06 ............................................. 103-105

28. FSPCS-10 Internal Memo Regard Difficulty Assessing Student, 06/09/06   106

30. Friendship-Southeast Fax Cover Sheet, dated 06/09/06   107

31. Duplication of Friendship-Southeast 5 Day Disclosure, 06/09/06 & Exhibits FSPCS 01-10 (originally at p. 70-106) ............................................. 108-144

32. Respondent DCPS Motion to Dismiss, 4/14/06 ............................................. 145-147

33. Friendship-Southeast's Answer to Due Process Complaint, 4/24/06   148-151

34. DCPS' Answer to Due Process Complaint, 4/24/06 ............................................. 152-154

35. Scheduling Memorandum, 04/14/06 ............................................. 155-167

36. Transcript of Hearing, 06/16/06 ............................................. 168-178

**T.D. (DOB 97)**     **Page**

1. Certification of Record — 1
2. Hearing Officer's Determination — 2-8
3. Friendship-Edison 5 Day Disclosure, 05/10/04 — 9-11
4. FEPCS-01 IEP and Meeting Notes, 04/34/03 — 12-26
5. FEPCS-02 Manifestation Meeting Notes, 03/18/04 — 27-32
6. FEPCS-03 Letter to Mr. & Mrs. Jemel Dixon from Principal John C. Pannell, Proposal for expulsion — 33
7. DCPS 5 Day Disclosure, 05/10/04 — 34-35
8. Parent's 5 Day Disclosure, 05/10/04 — 36-37
9. TD-01 Hearing Request, 04/26/04 — 38-47
10. TD-02 Hearing Notice, 03/31/04 — 48-49
11. TD-03 Letter to Friendship -Edison from C. Busso requesting manifestation meeting, 03/12/04 — 50-52
10. TD-04 S Letter from Friendship -Edison to Mrs. Sutton-Brock, requesting review of student's behavior — 53-55
12. TD-05 Letter to Friendship -Edison from C. Busso, requesting Expulsion hearing, 03/24/04 — 56-62
13. TD-06 Letter to Friendship -Edison from C. Busso requesting MDT/IEP meeting, 04/14/04 — 63-72
14. TD-07 HOD, 01/28/04 — 73-78
15. TD-08 HOD, 06/30/03 — 79-83
16. TD-09 IEP with MDT meeting notes, 04/23/03 — 84-110
17. TD-10 MDT meeting notes, 03/18/04 — 111-121

18. TD-11 MDT/SEP, 03/12/04 — 122-128

19. TD-12 MDT meeting notes, 02/12/04 — 129-134

20. TD-13 Progressive Discipline Policy, 03/24/04 — 135-138

21. TD-14 IEP report from the Center for Mental Health, 06/13/03 — 139-143

22. TD-15 Psychological Evaluation 03/06/03 — 144-150

23. TD-16 Psychiatric Evaluation and Diagnostic Cert. 01/22/03 — 151-155

24. TD-17 Parent Interview/Questionnaire 01/09/03 — 156-162

25. TD-18 Speech and Language Evaluation, 04/22/03 — 163-168

26. TD-19 MDT/SEP, 01/09/03 — 169-176

27. TD-20 Letter to Ms. Dixon From Orr ES regarding student's disruptive behavior, 11/01/01 — 177-178

28. TD-21 Letter to Ms. Dixon from Orr ES regarding half day program at Orr ES, undated — 179-180

29. TD-22 Placement letters sent to schools, 03/15/04 — 181-193

30. Transcript of the Hearing, 05/17/04 — 194-288

|  | **Page** |
|---|---|
| **A.M.** | |
| 1. Certification of Record | 1 |
| 2. Hearing Officer's Determination | 2-8 |
| 3. Fax of Encounter Tracking form from L. Faukner-Jones to Paul Dalton, 01/16/04 | 9-10 |
| 4. Friendship-Edison 5 Day Disclosure, 01/09/04 | 11-13 |
| 5. Parent's 5 Day Disclosure, 01/09/04 | 14-15 |
| 5. AM-01 Hearing Request, 11/19/03 | 16-24 |
| 6. AM-02 Hearing Notice, 12/22/03 | 25 |
| 7. AM-03 IEP, 04/22/03 | 26-34 |
| 8. AM-04 MDT prior notice, 04/22/03 | 35 |
| 9. AM-05 Psychological Evaluation, 03/07/03 | 36-41 |
| 10. AM-06 Psycho-educational Evaluation, 06/05/02 | 42-49 |
| 11. AM-07 Speech and Language Evaluation, 02/27/03 | 50-51 |
| 10. AM-08 Curriculum Vitae for Dr. Robin Boucher | 52-55 |
| 12. DCPS 5 Day Disclosure | 56-69 |
| 13. Transcript of the Hearing, 01/16/04 | 70-124 |

**G.W.**                                                                                                                                  **Page**

1.  Certification of Record                                                                                                                1

2.  Hearing Officer's Determination, 06/23/04                                                                                              2-18

3.  Hearing Officer's Interim Order, 05/11/04                                                                                              19-21

4.  Friendship-Edison's 5 Day Disclosure, 04/22/04                                                                                         22-23

5.  FEPCS-09 Instruction contact sheets dated 10/03/-03/04                                                                                 24-33

6.  FEPCS-10 Manifestation Meeting Notes, 03/18/04                                                                                         34-41

6.  FEPCS-11 Letter to Rubenstein requesting name and address of legal guardian 12/07/03                                                   42-43

7.  FEPCS-12 Letter of Invitation for Conference with legal guardian, 02/24/04                                                             44

8.  FEPCS-13 Letter of Invitation for Conference with legal guardian, 03/05/04                                                             45

9.  FEPCS-14 Letter of confirmation of Conference with legal guardian, 03/14/04                                                            46

10. FEPCS-15 Memo from Nancy Opalack to Paul Dalton regarding meeting with legal guardian, 03/31/04                                        47

11. FEPCS-16 IEP and Meeting notes , 04/20/04                                                                                              48-77

12. FEPCS-17 Hearing screening, 04/20/04                                                                                                   78

13. FEPCS-18 Vocational Assessment, 04/22/04                                                                                               79-81

14. Parent's 5 Day Disclosure, 05/10/04                                                                                                    82-83

15. GW-27 Amended DPH Request, 04/16/04                                                                                                    84-94

16. GW-28 Letter to Paul S. Dalton, Esq. From Roberta Gambale, Esq. requesting status of evaluations, 04/13/04                             95

17. GW-29  Letter to Paul S. Dalton, Esq. From Roberta Gambale, Esq.
        requesting status of evaluations, 04/13/04                                  96

18. GW-30 Letter to FEPCS From Ed. Adv. regarding
        requested meeting 3/23/04                                                   97-98

19. GW-31 Letter to FEPCS From Ed. Adv.
        requested meeting, 03/29/04                                                 99-100

14. Interim Order, 04/09/04                                                         101-104

15.  DCPS 5 Day Disclosure, 04/25/04                                                105-106

16. FEPCS 5 Day Disclosure, 04/25/04                                                107-108

17. FEPCS-08 Letter to Gambale with Confirmation of Meeting, 03/22/04               109-110

18. FEPCS-07 Clinical Evaluation, 03/15/04                                          111-113

19. FEPCS-06 Social Work Evaluation, 03/04/04                                       114-118

21. FEPCS-05 Speech and Language Evaluation, 03/04/04                               119-123

22. FEPCS-04 Vision Screening, 03/03/04                                             124

21. FEPCS-03 Classroom Observation, 03/03/04                                        125-126

22. FEPCS-02 Psycho-Educational Evaluation, 02/27/04                                127-129

23. FEPCS-01 Educational Evaluation, 11/13/03                                       130-132

24. Parent's 5 Day Disclosure, 05/25/04                                             133-134

25. GW-01 DCPS Hearing Notice, 03/09/04                                             135

26. GW-02 Letter to Educational Support Services
        requesting more information, 12/19/03                                       136-138

27. GW-03 Due Process Hearing Request, 02/13/04                                     139-144

28. GW-04 Letter from Educational Support Services
        regarding confirmation of information received & notices
        of intent to evaluate, 12/19/03                                             145-150

29. GW-05 Report Card, 07/03/01                                                     151

30. GW-06 Report Card, 07/20/01 — 152

31. GW-07 Stanford Report, 09/00 — 153-154

32. GW-08 Quarterly Deficiency/Progress Report, — 155-156

33. GW-09 Quarterly Learning Contract S& 01-02 — 157-163

34. GW-10 Stanford Report, 04/01 — 164-165

35. GW-11 4th Q Grade Report, 4/22/03-06/27/03 — 166

36. GW-12 Progress/Deficiency Report, SY02-03 — 167

37. GW-13 Stanford Report, 04/02 — 168-169

38. GW-14 Stanford Report, 04/03 — 170-171

39. GW-15 Student's schedule of classes, 9/16/03 — 172

40. GW-16 Initial Placement, 06/13/02 — 173

41. GW-17 Social Work Evaluation, 01/19/04 — 174-177

42. GW-18 Psycho-Educational Evaluation, 02/27/04 — 178-180

43. GW-19 Educational Evaluation, 11/13/03 — 181-183

44. GW-20 Speech Therapy Evaluation, 03/04/04 — 184-191

45. GW-21 New Addendum Meeting Page, 12/04/03 — 192

46. GW-22 MDT Continuation Meeting Notes, 01/30/87 — 193

47. GW-23 IEP dated 06/13/02 — 194-195

48. GW-24 Psychological Evaluations, 05/06/03 & 06/13/02 — 196-199

49. GW-25 Speech & Language Evaluations, 10/05 & 06/01 — 200-205

50. GW-26 IEP, 06/13/02 — 206-216

51. Notices from SHO of Rescheduling of Hearing, 03/09/04 — 217-218

52. Request for DPH to be Rescheduled, 03/03/04 — 219-220

53. Notice of DPH Request sent by SHO, 02/27/04 — 221-229

54. Transcript of Hearing March 27, 2004 — 230-350

55. Transcript of Hearing April 1, 2004 — 351-387

56. Transcript of Hearing April 29, 2004 — 388-519