# CERTIFICATION OF RECORD

INDIVIDUALS WITH DISABILITIES EDUCATION ACT (IDEA) 20 USC § 1400

## Office of Compliance & Review
### *STUDENT HEARING OFFICE*
### SPECIAL EDUCATION

In the Matter RE:        D██████, T██████ **vs. DCPS & Friendship-Edison PCS**

Case Information:        Hearing Dates: **06/16/2006**
Held at: **District of Columbia Public Schools**
**825 North Capitol Street, N.E. 8th FL.**
**Washington, D.C. 20002**
Student Identification Number: ████████
Student's Date of Birth: ████████95
Attending School: **Friendship-Edison PCS**
Managing School:
Hearing Request Date(s): **04/14/2006**

## <u>CERTIFICATION OF RECORD</u>

I, **Shawnta Maddox, Legal Assistant of the Student Hearing Office**,

DO HEREBY CERTIFY that the attached Record of Proceeding is the entire record in

the above entitled matter as of this date, consisting of all letters, pleadings, orders,

exhibits and depositions.

I FURTHER CERTIFY that the materials forwarded herewith are the true copy

of the original documents submitted in this matter.

EXECUTED this Monday, March 3, 2008.

**LEGAL ASSISTANT**
**STUDENT HEARING OFFICE**

1

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS
ENFORCEMENT AND INVESTIGATION DIVISION**

**SPECIAL EDUCATION DUE PROCESS HEARING**

**CONFIDENTIAL**

**HEARING OFFICER'S DETERMINATION**

STUDENT: T███████ D██████     **DATE OF BIRTH:** ███95

ADDRESS: 3710 2nd Street, S.E.
Washington, D.C.

PRESENT SCHOOL ATTENDING: Friendship Edison Southeast Academy
HOME SCHOOL:  N/A

DATE OF HEARING: June 16, 2006

Student's Representative: Roberta Gambale, Esq.
Address: 1220 L Street, N.W.
Washington, D.C. 20005
FAX: 202-742-2098

Friendship Edison's Representative: Laura Duos, Esq.
Address: 1008 Pendleton Street
Alexandria, Va. 22314
FAX: 703-739-2323

2006 JUN 19  AM 8: 58
DC PUBLIC
SCHOOL SYSTEM

**INTRODUCTION:**

A hearing was held at the District of Columbia Public Schools (DCPS), 825 N. Capitol Street, N.E., Washington, D.C. 20002, on June 16, 2006, at the request of Roberta Gambale, counsel for the parent and the student. Laura Duos represented Friendship Edison, the other party to this hearing.

**JURISDICTION:**

The hearing was held and this decision was written pursuant to the Individuals with Disabilities Education Act (IDEA) (P.L. 101-476), reauthorized as the IDEA Improvement Act of 1997 (P.L. 105-17) 20 U.S.C. 1400 Et. seq.; and their current regulations, specifically the Code of Federal Regulations at 34 CFR Part 300; further reauthorized as the IDEA Improvement Act of 2004 (P.L. 108-446) and District of Columbia Municipal Regulations, Chapter 30, Education Handicapped, Title V, Sections 3000-3099.

**ISSUE:**

1.    Did Friendship Edison fail to complete the special education process within the legally required 120 calendar days from the date of referral?

**DOCUMENTS SUBMITTED INTO EVIDENCE BY FRIENDSHIP EDISON:**

**FSPCS-1-FSPCS-10**

**DOCUMENTS SUBMITTED INTO EVIDENCE BY STUDENT:**

**TD-1-TD-16**

**FINDINGS OF FACT:**

1.    The student is an eleven-year-old male who is currently attending Friendship Edison Southeast Elementary Academy (FSPCS), its own LEA.

2.    On December 20th 2005, counsel for the parent sent a letter to FSPCS requesting the student be evaluated for special education and related services. The letter attached a consent to evaluate signed by the parent. (FSPCS-2)

3.    On January 10th 2006, counsel for the parent sent a second letter to FSPCS requesting the student be evaluated. (FSPCS-3)

4.  On January 9th 2006, FSPCS sent a letter of invitation to an SEP meeting to develop the student evaluation plan. (FSPCS-4)

5.  On February 24th 2006, an MDT/SEP Meeting was convened that recommended that a psychological, speech and language, educational and OT screening be conducted on the student. (FSPCS-6)

6.  On May 8th 2006, FSPCS completed an O.T. evaluation. (FSPCS-7)

7.  On May 22nd 2006, FSPC completed a psychological evaluation. (FSPCS-8)

8.  FSPCS did not complete the speech and language and educational evaluation until a few days before the due process hearing and after the five day disclosure period had lapsed.

9.  To the date of this hearing, FSPCS has not convened an MDT meeting to determine eligibility.

## DISCUSSION AND CONCLUSIONS OF LAW:

FSPCS, its own LEA, did not comply with DCMR 3005 & 3019 and complete the special education process within the 120 calendar day legally required time line from the date of referral for special education. FSPCS received the written referral request to initiate evaluations to determine eligibility for special education in December 2005 which included a consent to evaluate form signed by the parent. FSPCS has still not convened the MDT/Eligibility meeting in well over 120 calendar days from the December 20th letter from counsel for the parent. The parties now agree to convene an MDT/Eligibility Meeting on June 20th 2006.

It is hereby **ORDERED** that:

**If the student is found eligible for special education at the June 20th MDT meeting, the student will be entitled to compensatory education from May 1st 2006 until the implementation of his developed IEP for the failure to comply with the legally required 120 day time line.**

**This is the final administrative decision in this matter. Appeals on legal grounds may be made to a court of competent jurisdiction within 30 days of the rendering of this decision.**

Seymour DuBow, Esq.
Impartial Hearing Officer

Date filed: June 19, 2006

Date Issued:

4

HR: 2
Stat: 11:22

## ATTENDANCE SHEET

| STUDENT'S NAME: | ~~[redacted]~~ | |
|---|---|---|
| HEARING DATE: | 6/16/06 | |
| PRINTED NAME | ON BEHALF OF DCPS OR STUDENT | TITLE |
| Laura Duos | Friendship Southeast | Attorney |
| Charlene Glymph | Friendship Pub Charter School | Director of Sp.Ed. FPCS |
| Roberta Gambale | Student | PARENT'S Attorney |
| Janice Dickens | ~~mother~~ student | mother |

_(signature)_
Impartial Hearing Officer

# JAMES E. BROWN & ASSOCIATES, PLLC
### *A Professional Limited Liability Company*

James E. Brown
Domiento C.R. Hill
Roberta Gambale
Miguel A. Hull
Christopher L. West

Attorneys at Law
1220 L Street, NW
Suite 700
Washington, DC 20005
Telephone: (202) 742-2000
Facsimile: (202) 742-2098
e-mail: Admin@Jeblaw.biz

Juan J. Fernandez!
Tilman L. Gerald
John A. Straus
Ann Kreske*
Roxanne Neloms

------------------------------------

! Admitted in Bolivia Only

June 9, 2006

**Hand Delivery**
Rhondalyn Primes, Esq.
Office of General Counsel
District of Columbia Public Schools
825 North Capitol Street, NE, 9th Floor
Washington, DC 20002

Re: Five-Day Disclosure for T██████ D██████/ DOB: ███

Dear Ms. Primes:

For the upcoming hearing scheduled for ████████████████████ or any subsequent hearing regarding this student and pursuant to 34 C.F.R. 300.509 (a)(3); Assistance to States for the Education of Children with Disabilities, 70 Fed. Reg. 35782, 35872 (June 21, 2005) (to be codified at 34 C.F.R. pt. 300); and D.C. MUN. REGS. tit. 5, § 3031.2 (2003), and in addition to any documents and witnesses that the District of Columbia Public Schools ("DCPS") may disclose, the parent may rely on the following documents and witnesses:

### Witnesses

1. Janice Dickens, Mother;
2. T██████ D██████, Student;
3. Corey Hamilton, Educational Advocate, James Brown & Associates, PLLC; or designee;
4. Jessica Zegowits, Interdynamics, Inc or designee;
5. Yamileth Amaya, Paralegal or designee.

Page Two
5-Day Disclosure for T██████ D██████
June 9, 2006

### Documents

| | |
|---|---|
| TD-1 | DCPS Hearing Date Notice 5/19/06; |
| TD-2 | Due Process Complaint 4/14/06; |
| TD-3 | Fax communication to Dalton, Dalton, Houston, LLC 5/22/06 |
| TD-4 | Scheduling Memorandum from DCPS 4/14/06; |
| TD-5 | Second Request for Initial Evaluation 1/10/06; |
| TD-6 | Request for records and Initial Evaluation 1/6/06; |
| TD-7 | Request for records and Initial Evaluations 12/20/05; |
| TD-8 | Consent for evaluation 12/14/05; |
| TD-9 | (MDT) Student Evaluation Plan 2/24/06; |
| TD-10 | MDT Meeting Notes 2/24/06; |
| TD-11 | Teacher Referral; |
| TD-12 | Parent Interview 2/24/06; |
| TD-13 | Authorization for Disclosure 2/24/06; |
| TD-14 | Consent for Evaluation 2/24/06; |
| TD-15 | Correspondence to Friendship South East from advocate 1/11/06; |
| TD-16 | Correspondence to Friendship Edison PCS 2/3/06. |

**\* Witnesses may testify via telephone**

Parent reserves the right to rely on any documents presented by DCPS that the parent deems relevant in this case.

Additionally, parent reserves the right to introduce any and all witnesses and/or documents for the purpose of impeachment and rebuttal.

If you should have any questions or wish to discuss any aspect of this case before the hearing, please contact me at (202) 742-2000.

Sincerely,

Roberta Gambale, Esq.

Attachments
cc:  Sharon Newsome, Hearing Coordinator

*Admitted Only in Virginia.  Practicing Pursuant to Rule 49(c) (8); Supervision by Tilman L. Gerald and John Straus, Members of the D.C. Bar.*

# Exhibit 1

# District of Columbia Public Schools
## *State Enforcement & Investigation Division*
### STUDENT HEARING OFFICE

825 North Capitol Street, N.E.
8TH Floor
Washington, D.C. 20002
PHONE: (202) 442-5432
FAX: (202) 442-5556



### HEARING NOTICE

| MEMORANDUM VIA: [ X ] FACSIMILE [ ] MAIL [ ] HAND DELIVERY |
|---|

TO:     Parent (or Representative): _R. GAMBALE / P. DALTON_ Fax No.: _742-2098_
_(703) 739-2323_

LEA Legal Counsel: _R. PRIMES_

RE:     D_____ T_____ and (LEA) DOB: _____/95
        Student's Name

FROM:   __SHARON NEWSOME__
        Special Education Student Hearing Office Coordinator

DATE SENT:   __5/19/06__

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

The Student Hearing Office received your Request for Due Process Hearing or Mediation for the above named student on
__4/14/06__. Please be advised that the hearing has been scheduled for:

DATE:   __6/16/06__

TIME:   __11:00 AM__

AT:     825 North Capitol Street, NE, Washington, DC
        8th Floor

ASSIGNED HEARING OFFICER: _____

[ X ] THIS IS A FINAL NOTICE OF HEARING: If you wish to request a continuance of this hearing, you must submit your request in *writing on the attached form* to the Special Education Student Hearing Office at the above address, or by fax at 202 442-5556. All decisions regarding continuances are made *exclusively* by the Hearing Officer, and cannot be made by SHO administrative staff. Unless you receive notice that the Hearing Officer has granted your request for a continuance, you must appear for the hearing as scheduled above.

[ ] THIS IS A PROVISIONAL NOTICE OF HEARING: The SHO was unable to accommodate any of your proposed dates. If you are unavailable for the above date, you must inform the SHO in writing (letter or fax) that the date is unavailable and specify times during the next four business days when you are either available or unavailable for a teleconference with the Hearing Officer. If the SHO does not receive a response from you within three business days of your receiving this provisional notice, the notice becomes a final notice of hearing that may be modified with only a request for a continuance.

Failure to appear for a properly scheduled hearing may result in dismissal of the case or a default judgment against you. Disclosure of evidence and witnesses to the opposing party is required at least **five business days** prior to the hearing with copies to the Special Education Student Hearing Office.

9

# Exhibit 2

*State Edu...ion Agency for the District of Columbia*
*State Enforcement and Investigation Division (SEID)*
*Special Education Programs*



### *Due Process Complaint Notice*

- The form is used to give notice of a due process complaint to the **District of Columbia Public Schools, District of Columbia Public Charter Schools (DCPS or LEA) and/or parents** with respect to any matter relating to the identification, evaluation, or educational placement of a child with a disability, or the provision of a free appropriate public education to that child.  <u>**A party may not have a due process hearing until the party, or the attorney representing the party, files a notice that meets the requirements of the Individuals wit**</u>

- The due process complaint must describe an alleged violation that occurred not more than two (2) years before the date that the parent or school system knew or should have known about the alleged action that is the basis of the complaint.

- Notice must be provided to the Student Hearing Office for the DC Public Schools, 825 North Capitol Street, NE, 8th Floor, Washington, DC 20002; fax number 202/442-5556.

- <u>Unless the other party agrees, the party requesting the due process hearing shall not be allowed to raise issues at the due process hearing that are not raised in this Due Process Complaint Notice.</u>   Therefore, please be thorough in providing the information requested.

- Prior to the opportunity for an impartial due process hearing, the Local Educational Agency (LEA) shall convene a meeting **(called a "Resolution Session")** with the parent(s) unless the parent(s) and the Local Educational Agency agree in writing to waive this meeting.   You will be contacted by a representative of the Local Educational Agency to schedule the meeting.   **The Student Hearing Office does NOT schedule resolution meetings**.

- Mediation is also available to all parties as an alternative to a resolution meeting or a Due Process Hearing.

**A.** **INFORMATION ABOUT THE STUDENT:**

Name of the Student: T████ D████    Date of Birth: ████████95
Address: **3710 2nd Street SE Washington DC 20032**
Home School:  **Friendship Southeast Elementary Academy**
Present School of Attendance: **Friendship Southeast Elementary Academy**

      Is this a charter school? <u>Yes</u>     (If yes, you must also provide a copy of this notice to the charter school principal or director)

Parent/Guardian of the Student: **Ms. Janice Dickens**
Address (if different from the student's above): <u>same</u>

1

SEID DPCN Rev'd. 7/01/05

**B.**    **Legal Representative/Attorney:**

Name: **Roberta L. Gambale, Esq. ( James Brown and Associates, PLLC)**
Address: 1220 "L" Street, Suite 700, Washington, DC 20005
Phone: (w) (202)742-2000 (ext. 2021) (Fax) (202) 742-2098    (e-mail) Rgambale@jeblaw.biz
Will attorney / legal representative attend the resolution session?    **X** Yes    ☐ No

**C.**    **Complaint Made Against (check all that apply):**

**X  Friendship Southeast Elementary Academy ( LEA)**
**X District of Columbia Public Schools (SEA)**

**D.**    **Resolution Session Meeting Between Parent/Representative and LEA:**

I understand that it is my right to have a resolution meeting to resolve this complaint.  I also understand that I may voluntarily waive this right if I choose. (Note:  All parties must agree to waive the resolution meeting to avoid having this meeting.)

The parent, by and through counsel, wishes to waive the Resolution Session Meeting for  this process.

**E.**    **Mediation Process:**

IDEIA requires that any time a party requests a due process hearing, mediation should be offered at no cost to the parent.  Both parties can request mediation as an alternative to the Resolution Session Meeting or as an alternative to a Due Process Hearing.  Please check all that apply:

**I am requesting an administrative due process hearing only.**

**F.**    **Facts and Reasons for the Complaint:**

In accordance with the Individuals with Disabilities Education Improvement Act (IDEIA), please complete the following questions (attach additional pages if needed):

**I. Nature of the problem.**

**Background**

T████ D████ ( Hereinafter "T.D.")  is an 5th grade student attending   Friendship Edison Southeast Elementary Academy ("FSEA") which is its own LEA and is located in the District of Columbia.  The MDT that convened to address this student's need for testing agreed that verbal and written comprehension, retention skills, sequencing, processing, following directions and penmanship were all areas of concern for this student.

2

**Issues**

1. **Friendship Southeast Elementary Academy ("FSEA") failed to timely evaluate ( 120 days) and/or identify as a disabled student in need of Special Education Services pursuant to its obligation under the IDEIA and DC Municipal Regulations**

The Individuals with Disabilities Education Improvement Act of 2004, Pub. L. No. 108-446, at Sec. 101, § 612(3)(A), requires the Local Education Agency and/or State Education Agency to ensure that:

> All children with disabilities residing in the State, including children with disabilities who are homeless children or are wards of the District and children with disabilities attending private schools, regardless of the severity of their disabilities, and who are in need of special education and related services, are identified, located, and currently receiving needed special education and related services.

The public agency's child find obligation is an affirmative one. Lincoln County Sch. Dist. .A .A., 39 IDELR 185 (D.Or. 2003). Wise vs. Ohio Dept of Education, 80 F.3d. 177, 181 (6th Cir. 1996); Robertson County School System vs. King, 24 IDELR 1036 (6th Cir. 1996) (affirmative obligation on states and local school districts—not parents-to identify, locate and evaluate all children, including migrants and the homeless, with disabilities residing within the jurisdiction who have disabilities and are in need of special education or related services.) DCPS' unawareness of a student's possible disability and need for special education likewise will not relieve it of its obligation, if it should have suspected the student might have such a disability. Reid vs. District of Columbia, 310 F. Supp 2d 137 (D.D.C. 2004); 30 DCMR Sec. 3004.1(a) (child with a suspected disability to be referred to IEP team by school staff.) The proposed regulation at 34 C.F.R. 300.325(a)(1)(2) restate the statutory requirement and make it applicable to all children who are "suspected of being a child with a disability under Section 300.7 and in need of special education, even though they are advancing from grade to grade." The IDEIA's sweeping child find requirement applies to all children residing in the District of Columbia regardless of:

(a)     The severity of the disability;
(b)     Whether the child is in the custody or under the jurisdiction of any public or private agency or institution;
(c)     Whether the child has never attended or will never attend public school; and
(d)     Whether the District of Columbia serves infants and toddlers under Part C or preschool children under Part B

DC Municipal Regulations delineates sets forth the obligations that Charter Schools who are their own LEA have with regards to the identification of students[1]. It is the obligation of the Charter School to ensure that a full and comprehensive evaluation is completed and reviewed by an appropriate IEP team and/or if elgible a program is developed within the one hundred twenty (120) day time line. Initial evaluations were requested in writing in December 2005.

---

[1] See DCMR 3005 & 3019

SEID DPCN Rev'd. 7/01/05

Despite the fact that an MDT con. .ed in February 2006 and agreed that evalu...ons were warranted [2]evaluations have not been conducted and/or a meeting has not been held on behalf of this student. As a result, he has been denied a Free and Appropriate Public Education ("FAPE") [3]

As a result, this student has been denied a FAPE.

## II. Issues presented.

- Whether Friendship Southeast Elementary Academy failed to timely evaluate, convene an MDT to review evaluation results and address eligibility and/or if eligible develop an Individualized Educational Program ("IEP") for T.D. following the written request of the parent in December , 2005?

## III. To the extent known to you at this time, how can this problem be resolved?

WHEREFORE, the guardian, by and through counsel, requests the following relief:

1. That FSEA shall fund the following evaluations for T.D. to include but not limited to: a) psycho-educational evaluation; b) speech and language assessment; c) social history ; and d) classroom observation, e) clinical evaluation ( with Conner's Scale) f) occupational therapy evaluation, as well as, any evaluations warranted based upon the findings of these such as a functional behavioral assessment; a psychiatric evaluation and/or neuropsychological evaluation and/or audiological evaluation and/or occupational therapy evaluation;

2. That FSEA shall convene an MDT meeting within ten (10) calendars days of receipt of the assessments for the purpose of reviewing evaluations; revising the IEP; discussing compensatory education; discussing and determining placement;

3. That at the afore mentioned meeting, FSEA shall secure the participation of all necessary IEP team members to include but not limited to the appropriate personnel required to review assessments and develop an appropriate program for this child;

4. Should T.D. be determined to be eligible for services, parent reserves the right address compensatory education for denials of FAPE that have occurred and the student shall be entitled to receive compensatory education from April 14, 2005 to the date that the IEP is developed and implemented;

5. That FSEA agrees to pay counsel for the parent's reasonable attorney's fees in an amount not to exceed Four Thousand Dollars and Zero Cents ($4,000.00), as full payment of attorneys' fees and related costs incurred in the matter;

6. All meetings shall be scheduled through counsel for the parent, Roberta L. Gambale, Esq., in writing, via facsimile, at 202-742-2097 or 202-742-2098;

---

[2] The MDT specifically agreed that a psychological evaluation ( including the VMI); an educational evaluation; a speech and language evaluation, and an occupational therapy screening and Conner's Scale should be administered to and/or for T.D.

[3] It should be notes that not only was written request for evaluations submitted to FSEA but copies of said request were served upon the SEA – DCPS – Office of Special Education and/or Mediation and Compliance

SEID DPCN Rev'd. 7/01/05

7.  Provide the student w ... a due process hearing within 20 calenda.. .ays of a request on any issue arising out of the noncompliance with the agency's' obligation hereunder, or any disagreement with the assessment, programming or placement the parent may have;

8.  In the event that FSEA shall fail to comply with the terms herein, the parent shall have the authority to use self help without further notice to the agency and initiate an IEP and unilateral placement in an interim school or educational program until such time the public agency can come into compliance and properly assess, program and/or participate;

9.  Provide counsel for the parent with copies, pursuant to 5 DCMR 3021.8, of all evaluation reports and all educational records on the student no later than sixteen (16) business hours prior to the convening of any meeting;

10. 19.. The FSEA/DCPS shall ensure that this student has available a Free and Appropriate Public Education including special education, transportation (5 DCMR 3000.3), and Other related services as are defined at 34 C.F.R. 300.24, designed to meet this student's unique needs and preparation for employment and independent living;

11. That FSEA within ten (10) calendar days of the filing of this complaint, pursuant to the Individuals with Disabilities Education Improvement Act of 2004, Pub. L. No. 108-446, Sec. 101, § 615(c)(2)(B), provide the parent's representative, Roberta L. Gambale, Esq., via facsimile, at 202-742-2097 or 202-742-2098, the following: i) an explanation of why FSEA proposed or refused to take the action raised in the complaint; ii) a description of other options that the IEP team considered and the reasons why those options were rejected, iii) a description of each evaluation procedure, assessment, record, or report the agency used as the basis for the proposed or refused action, and iv) a description of the other factors that are relevant to the agency's proposed or refused action;

12. That FSEA, in the event they fail to answer/respond to the issues alleged in the parent's administrative due process hearing complaint, within ten (10) calendar days, the arguments and facts as averred by the parent will be deemed true and accurate and act as a waiver, on the part of FSEA, for their desire to have a Resolution Session Meeting, and the guardian's administrative due process hearing will be scheduled pursuant to the applicable timelines contained in the IDEIA;

13. That FSEA, within fifteen (15) calendar days of receiving the parent's complaint, pursuant to the Individuals with Disabilities Education Improvement Act of 2004, Pub. L. No. 108-446, Sec. 101, § 615(c)(2)(C), respond to the parent's request alleging any insufficiency of notice.

14. That FSEA's failure to comply with the Individuals with Disabilities Education Improvement Act of 2004, Pub. L. No. 108-446, Sec. 101, § 615(c)(2)(C), and allege any insufficiency of the administrative due process complaint, will constitute waiver on the part of FSEA to make such argument at any later date and time.

15. That FSEA pursuant to the Individuals with Disabilities Education Improvement Act of 2004, Pub. L. No. 108-446, Sec. 101, § 615(f)(1)(B), within fifteen (15) calendar days of receiving the parent's administrative due process complaint, shall contact the parent's representative, in writing, via facsimile, at 202-742-2097 or 202-742-2098, to schedule and convene a Resolution Session Meeting;

16. That FSEA pursuant to the Individuals with Disabilities Education Improvement Act of 2004, Pub. L. No. 108-446, Sec. 101, § 615(f)(1)(B), convene the Resolution Session Meeting, with the parent, the parent's representative, and all necessary/relevant members of the student's MDT/IEP Team that have specific knowledge about the child and the

5

facts contained in the complaint. That the relevant members of the MDT/IEP Team that shall be present at the Resolution Session Meeting for the student shall include the following persons: 1) the student's special education teacher, 2) the student's regular education teacher, if applicable, 3) a representative of the local education agency with decision making authority, 4) a psychiatrist and/or clinical psychologist; 5) an occupational therapist; and/or 6) any person(s) who conducted any assessments on the student.

17. That FSEA failure to timely schedule and convene the Resolution Session Meeting within the timeframe identified according to the Individuals with Disabilities Education Improvement Act of 2004, Pub. L. No. 108-446, Sec. 101, § 615(f)(1)(B) constitute joint waiver between DCPS and the guardian to have such meeting and the forty-five (45) days timeline to schedule the student's administrative due process hearing and receive a timely decision will begin to run upon written notice, via facsimile, at 202-442-5556, to the DCPS Office of Student Hearings, by the parent's counsel; and

18. A finding that the parent is the prevailing party in this action.

G.    **Accommodations and Assistance Needed:**

- N/A

Dated this 14th Day of April, 2006

Roberta L. Gambale, Esq.,
James E. Brown & Associates, PLLC
1220 L Street, NW Suite 700
Washington, DC 20005
202-742-2021

**Mail, fax or deliver this complaint notices to:**
**State Enforcement and Investigation Division**
**For Special Education Programs (SEID)**
**Student Hearing Office (SHO)**
**825 North Capitol Street, NE, 8th Floor**
**Washington, DC  20002**
**Fax number: 202/442-5556**

6

16

```
**********************
***  TX REPORT  ***
**********************

TRANSMISSION OK

TX/RX NO              3395
RECIPIENT ADDRESS     94425556
DESTINATION ID
ST. TIME              04/14 08:55
TIME USE              00'56
PAGES SENT            7
RESULT               OK
```

## James E. Brown & Associates, PLLC
### *A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Juan J. Fernandez! |
| Domiento C.R. Hill | 1220 L Street, NW | Tilman L. Gerald |
| Roberta Gambale | Suite 700 | John A. Straus |
| Miguel A. Hull | Washington, DC 20005 | Ann Kreske* |
| Christopher L. West | Telephone: (202) 742-2000 | Roxanne Neloms |
| | Facsimile: (202) 742-2098 | |
| ------------------------------ | | ------------------------------ |
| | e-mail: Admin@Jeblaw.biz | ! Admitted in Bolivia Only |

# *FAX COVER SHEET*

TO:     Ms. Sharon Newsome- DCPS Student Hearing Coordinator

FROM:  Roberta L. Gambale, Esq.

DATE:  April 14 , 2006

FAX NO: 202-442-5556

<u>SUBJECT:</u>    Due Process Hearing Request- T██████ D██████

NUMBER OF PAGES, INCLUDING FAX COVER SHEET:

COMMENTS:

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO                3396
RECIPIENT ADDRESS       95620726
DESTINATION ID
ST. TIME                04/14 08:56
TIME USE                02'24
PAGES SENT                 7
RESULT                  OK
```

# James E. Brown & Associates, PLLC
### *A Professional Limited Liability Company*

James E. Brown
Domiento C.R. Hill
Roberta Gambale
Miguel A. Hull
Christopher L. West

Attorneys at Law
1220 L Street, NW
Suite 700
Washington, DC 20005
Telephone: (202) 742-2000
Facsimile: (202) 742-2098

e-mail: Admin@Jeblaw.biz

Juan J. Fernandez!
Tilman L. Gerald
John A. Straus
Ann Kreske*
Roxanne Neloms

-----------------------------

! Admitted in Bolivia Only

# *FAX COVER SHEET*

TO:    Friendship Southeast Elementary Academy

FROM:  Roberta L. Gambale, Esq.

DATE:  April 14 , 2006

FAX NO:  202-562-0726

**SUBJECT:**    Due Process Hearing Request- T████ D████

NUMBER OF PAGES, INCLUDING FAX COVER SHEET:

COMMENTS:

# Exhibit 3

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO                4490
RECIPIENT ADDRESS       97037392323
DESTINATION ID
ST. TIME                05/22 14:50
TIME USE                01'26
PAGES SENT              9
RESULT                  OK
```

## James E. Brown & Associates, PLLC
### A Professional Limited Liability Company

James E. Brown
Domiento C.R. Hill
Roberta Gambale
Miguel A. Hull
Christopher L. West

------------------------------

Attorneys at Law
1220 L Street, NW
Suite 700
Washington, DC 20005
Telephone: (202) 742-2000
Facsimile: (202) 742-2098

e-mail: Admin@Jeblaw.biz

Juan J. Fernandez!
Tilman L. Gerald
John A. Straus
Ann Kreske*
Roxanne Neloms

------------------------------

! Admitted in Bolivia Only

# *FAX COVER SHEET*

DATE:  May 22, 2006

TO:    Nicki Barnes, Dalton & Dalton, Houston, LLC

PHONE NO: (703) 739-4300

FAX NO: (703) 739-2323

FROM: Yamileth Amaya, Paralegal for Roberta Gambale, Esq.

SUBJECT:  T██████ D██████
DOB:      ██/95

NUMBER OF PAGES INCLUDING COVER SHEET: **9**

COMMENTS:  Per your request, please find attached the Due Process Hearing for the above mentioned student.

# Exhibit 4



Complaint Intake Unit
825 North Capitol Street, NE- 8th Fl.
Washington, DC 20002
(202) 442-5693

DISTRICT OF COLUMBIA PUCLIC SCHOOLS
State Enforcement & Investigation Division
For Special Education Programs

# Fax

## Time Sensitive Materials Attached

**Prompt Attention: Attorney: Roberta Gamble, Esq.**
**Parent: Janice Dickens**

Telephone Number: **(202) 742-2000**
Fax Number: **(202) 742-2098**

Pages: **3**
Date: **April 14, 2006**

---

**Please find attached a copy of a Scheduling Memorandum regarding:**

Student: T█████ D█████
School:  **Friendship Academy SE**

The Complaint Intake Unit is responsible for providing parties with information notice that a Due Process Complaint has been filed with the Student Hearing Office. If you have questions about the attached Notice, please contact the Complaint Intake Unit at (202) 442-5253. Otherwise, if you have questions about the content of the compliant you should contact your legal counsel for further advice.

**Thank You**

The document(s) accompanying this telecopy transmission contains confidential information that is legally privileged. The information is intended only for use of the individual or entity named Above, if you are not the intended recipient you are hereby notified that any disclosure, copying, Distribution or the taking of any action in reliance of the contents of this copied information is Strictly prohibited. If you receive this telecopy in error, please immediately notify us by telephone For return of the original document to us.

# STATE EDUCATION AGENCY
## DISTRICT OF COLUMBIA PUBLIC SCHOOLS

| | | |
|---|---|---|
| In the Matter of: | ) | BEFORE A SPECIAL EDUCATION |
| | ) | |
| D██████, T. | | |
| Petitioner | ) | |
| | ) | HEARING OFFICER |
| Vs. | ) | |
| | ) | |
| **DCPS** | ) | |
| **Friendship Academy SE** | ) | |
| | ) | DISTRICT OF COLUMBIA |
| Respondent | ) | PUBLIC SCHOOLS |

# SCHEDULING MEMORANDUM

1.    A due process complaint notice and request for due process hearing has been received by the Student Hearing Office in the State Enforcement & Investigation Division. Pursuant to 20 U.S.C. § 1415(f)(1)(B), prior to the opportunity for an impartial due process hearing, the Local Educational Agency shall convene a resolution meeting with the parent(s) and the relevant member or members of the IEP Team who have specific knowledge of the facts identified in the complaint <u>within 15 calendar days of receiving notice of the parents' complaint</u>. The meeting shall include a representative of the Local Educational Agency who has decision-making authority. The Local Education Agency is responsible for scheduling the resolution meeting in consultation with the parent. **<u>The Student Hearing Office does not schedule or participate in resolution meetings</u>.**

2.    The complaint notice was filed on **April 14, 2006**

3.    The deadline for the resolution meeting is   **April 29, 2006** unless the parent and Local Educational Agency agree in writing to waive such meeting, or agree to refer the case to a mediator for mediation.

## RESPONSE TO THE COMPLAINT

A.    *<u>Prior Written Notice Not Issued by the Local Educational Agency</u>*.   If the Local Educational Agency has not sent a prior written notice to the parent regarding the subject matter contained in the parent's due process complaint notice, the Local Educational Agency shall, <u>within 10 days of receiving the complaint</u>, send to the parent a response that shall include:

1.    An explanation why the Local Educational Agency proposed or refused to take action raised in the complaint;

2.    A description of other options that the IEP Team considered and the reasons why those options were rejected;

3.    A description of each evaluation procedure, assessment, record, or report the agency used as the basis for the proposed or refused action, and

Rev'd. 7/6/05

4.    A description of the factors that is relevant to the agency's proposal or refusal.

B.    Prior written notice, if not already provided to the parent, must be sent by the Local Educational Agency to the complaining party no later than **April 24, 2006**.

C.    *Deficiency Notice.*   A complaint notice shall be deemed sufficient unless the party receiving the notice notifies the Student Hearing Office and the complaining party in writing, <u>within 15 days of receiving the notice of the complaint</u>, that the complaint does not satisfy the notice requirements specified in 20 U.S.C. 1415(b)(7)(A).

The deadline for filing a deficiency notice is **April 29, 2006**.

## DUE PROCESS HEARING

Pursuant to 20 U.S.C. § 1415(f)(1)(B)(ii) if the Local Educational Agency has not resolved the complaint to the satisfaction of the parents within 30 days of the receipt of the complaint, the due process hearing may occur, and all applicable time lines for scheduling a due process hearing will commence. A final hearing officer's decision must be issued within 45 days from the expiration of the 30-day resolution period.

## QUESTIONS AND INFORMATION

The staff with the Student Hearing Office does not provide legal advice. The parties should consult with legal counsel or other representative to answer any legal questions about your rights, duties, and responsibilities under the law. The school or the Local Education Agency responsible for scheduling the meeting will provide information about the time, date, and location of the resolution meeting.

# Exhibit 5

# JAMES E. BROWN & ASSOCIATES, PLLC

*A Professional Limited Liability Company*

James E. Brown
Domiento C.R. Hill ◊
Roberta Gambale
Miguel A. Hull
Christopher L. West

-----------------------------------

Attorneys at Law
1220 L Street, NW
Suite 700
Washington, DC 20005
Telephone: (202) 742-2000
Facsimile: (202) 742-2098
e-mail: Admin@Jeblaw.biz

Juan J. Fernandez!
Tilman L. Gerald
John A. Straus
Delores Scott McKnight
Marshall Lammers

---------------------------------

! Admitted in Bolivia Only

**January 10, 2006**

**Via Facsimile**

Attn: Ms. Djossou, Special Education Coordinator
Friendship  Southeast Elementary Academy
645 Milwaukee Place, SE,
Washington, D.C. 20032

> Re:  **Second Request for Initial Evaluations**
> **T██████ D██████, DOB: ███/95**
> *Initial Request submitted 12/20/05*

Dear Ms. Djossou:

On behalf of my client, Ms. Janice Dickens, I hereby request that the above-referenced student, **T██████ D██████**, be evaluated for special education and its related services.  This request is being made pursuant to 34 C.F.R. §§ 300.530-300.535; Assistance to States for the Education of Children with Disabilities, 70 Fed. Reg. 35782, 35862-35864 (June 21, 2005) (to be codified at 34 C.F.R. pt. 300); and D.C. Mun. Regs. tit. 5, § 3021.1 (2003).

A comprehensive evaluation of this student includes, but is not limited to: 1) **psycho-educational evaluation,** 2) **speech and language evaluation,** 3) **social history evaluation,** 4) **clinical evaluation** 5) **psychiatric evaluation,** and  6) **a formal classroom observation. The evaluations requested also include a physical therapy, occupational therapy, and/or neuropsychological evaluation**, if such evaluations are determined to be warranted by and/or recommended in the above mentioned evaluations. Parent is concerned about the impact that her child's ability to focus,   behavior, anger problems and emotional status is having on his education.  She suspects he may have Attention Deficit Hyperactive Disorder ("ADHD") and/or an emotional disturbance.

In deference to the Public Charter School's efforts to conduct the evaluations, the parent will wait 120 days for the Friendship Edison to complete the evaluations of the student. However, if the evaluations are not completed within that time, the parent will take the appropriate steps to secure independent evaluations at public expense.

This request is not intended to restart or relieve Charter School of any prior timelines that may be in effect, nor is this request intended to waive any of the parent's or student's rights that

would have entitled them to have the evaluation process completed prior to this request.

Finally, I also request, that proper notice of all proposed tests, observations, and evaluations be provided to me, in writing, via facsimile, at 202-742-2097 or 202-742-2098, pursuant to 34 C.F.R. § 300.503; Assistance to States for the Education of Children with Disabilities, 70 Fed. Reg. 35782, 35869 (June 21, 2005) (to be codified at 34 C.F.R. pt. 300); and D.C. Mun. Regs. tit. 5, § 3024 (2003).

I may be reached at the above referenced number to schedule the evaluation. Thank you for your prompt attention to this matter.

Sincerely,

Roberta Gambale, Esq.

Attachment: Consent for Evaluation – Initial or Reevaluation

cc:    Erika Pierson, Interim General Counsel, Office of General Counsel
Mary Lee Phelps, Interim Chief of Special Education Reform, Office of Special Education,
Ms. Janice Dickens, Parent

# JAMES E. BROWN & ASSOCIATES, PLLC
### *A Professional Limited Liability Company*

James E. Brown
Domiento C.R. Hill ◊
Roberta Gambale
Miguel A. Hull
Christopher L. West

------------------------------------

Attorneys at Law
1220 L Street, NW
Suite 700
Washington, DC 20005
Telephone: (202) 742-2000
Facsimile: (202) 742-2098
e-mail: Admin@Jeblaw.biz

Juan J. Fernandez!
Tilman L. Gerald
John A. Straus
Delores Scott McKnight
Marshall Lammers

------------------------------------

! Admitted in Bolivia Only

**January 10, 2006**

**Via Facsimile**
Attn: Ms. Djossou, Special Education Coordinator
Friendship Southeast Elementary Academy
645 Milwaukee Place, SE,
Washington, D.C. 20032

Re: **Second Request for Records**
T█████D████, DOB: ███/95
*Initial Request submitted 12/20/05*

Dear Ms. Djossou:

On behalf of my client, Ms. Janice Dickens, I hereby request a copy of the above-referenced student's educational records. This request is being made pursuant to 34 C.F.R. § 300.562(a); Assistance to States for the Education of Children with Disabilities, 70 Fed. Reg. 35782, 35879 (June 21, 2005) (to be codified at 34 C.F.R. pt. 300); and D.C. MUN. REGS. tit. 5, § 3021.1 (2003).

If you are unable to provide the requested copy of the student's entire academic file, please provide me in writing, via facsimile, at 202-742-2097 or 202-742-2098, at least three (3) different dates on which the parent's representative may have access to review the student's educational file and make the necessary copies. This request includes any and all records or writings in the possession of Friendship Edison Public Charter Schools and the District of Columbia Public Schools that includes and are not limited to the following:

| | | | |
|---|---|---|---|
| 1. | All Attendance Records | 8. | Portfolios |
| 2. | Progress Reports and report Cards | 9. | Related Service Provider Logs |
| 3. | Standardized Test Scores | 10. | Charts and Observations |
| 4. | Class Schedules | 11. | Reports, Letters, Memos, Notes, E-Mails |
| 5. | Individualized Education Programs | 12. | Forms and Data Compilations |
| 6. | Evaluations and Assessments | 13. | Letters of Understanding |
| 7. | Multidisciplinary Meeting Notes | 14. | Disciplinary Records |

◊ Admitted Only in Maryland. Practicing Pursuant to Rule 49(c)(8); Supervision by Roxanne Neloms and Christopher West, Members of the D.C. Bar.

* Admitted Only in Maryland and New Jersey. Practicing Pursuant to Rule (c)(8); Supervision by James E. Brown and Roberta Gambale, Members of the D.C. Bar.

Enclosed is a copy of the General Authorization form signed by the parent.  Please send the requested information to us via facsimile at (202) 742-2098.  If you have any questions regarding this request, please call me at (202) 742-2000.  Thank you in advance for your immediate attention to this request.

Sincerely,

Roberta Gambale, Esq.

cc:    Erika Pierson, Interim General Counsel, Office of General Counsel
       Mary Lee Phelps, Interim Chief of Special Education Reform, Office of Special Education,
       Parent

```
*********************
***   TX REPORT   ***
*********************


TRANSMISSION OK

TX/RX NO              1752
RECIPIENT ADDRESS     95620726
DESTINATION ID
ST. TIME              01/10  10:18
TIME USE              03'45
PAGES SENT             14
RESULT               OK
```

## JAMES E. BROWN & ASSOCIATES, PLLC
### *A Professional Limited Liability Company*

James E. Brown
Domiento C.R. Hill 0
Roberta Gambale
Miguel A. Hull
Christopher L. West

Attorneys at Law
1220 L Street, NW
Suite 700
Washington, DC 20005
Telephone: (202) 742-2000
Facsimile: (202) 742-2098
e-mail: Admin@Jeblaw.biz

Juan J. Fernandez!
Tilman L. Gerald
John A. Straus
Marshall Lammers
Ann Kreske*

--------------------------------

! Admitted in Bolivia Only

# *FAX COVER SHEET*

DATE:    January 10, 2006

TO:    Ms. Djossou, SEC-Friendship Southeast Elementary Academy
PHONE NO: (202) 562-1980

FAX NO:    (202) 562-0726

FROM:    Roberta Gambale, Esq.

SUBJECT:    T██████ D██████
DOB: ████/95

NUMBER OF PAGES INCLUDING COVER SHEET: 12

COMMENTS: Please find attached the request for Initial Evaluations and Records for the
above mentioned student, as well as, a corrected copy, based upon my
communications with Mr. Beverly who contacted me with the correct school
name after the original request was received on December 20, 2005.
Please note that this is the 3rd request that has been sent to the school.

30

**JAMES L. BROWN & ASSOCIATES, LLC**
*A Professional Limited Liability Company*

James E. Brown
Domiento C.R. Hill ◊
Roberta Gambale
Miguel A. Hull
Christopher L. West

----------------------------------

Attorneys at Law
1220 L Street, NW
Suite 700
Washington, DC 20005
Telephone: (202) 742-2000
Facsimile: (202) 742-2098
e-mail: Admin@Jeblaw.biz

Juan J. Fernandez!
Tilman L. Gerald
John A. Straus
Marshall Lammers
Ann Kreske*

----------------------------------

! Admitted in Bolivia Only

# *FAX COVER SHEET*

DATE:        January 10, 2006

TO:          Ms. Djossou, SEC-Friendship Southeast Elementary Academy
PHONE NO: (202) 562-1980

FAX NO:      (202) 562-0726

FROM:        Roberta Gambale, Esq.

SUBJECT:     T███████ D██████
             DOB: ████/95

NUMBER OF PAGES INCLUDING COVER SHEET: **12**

COMMENTS: Please find attached the request for Initial Evaluations and Records for the
above mentioned student, as well as, a corrected copy, based upon my
communications with Mr. Beverly who contacted me with the correct school
name after the original request was received on December 20, 2005.
Please note that this is the 3rd request that has been sent to the school.

◊ *Admitted Only in Maryland. Practicing Pursuant to Rule 49(c)(8); Supervision by Miguel Hull and Christopher West, Members of the D.C. Bar.*

* *Admitted Only in Maryland and New Jersey. Practicing Pursuant to Rule (c)(8); Supervision by James E. Brown and Roberta Gambale, Members of the D.C. Bar.*

# Exhibit 6

# JAMES E. BROWN & ASSOCIATES, PLLC
*A Professional Limited Liability Company*

James E. Brown
Domiento C.R. Hill ◊
Roberta Gambale
Miguel A. Hull
Christopher L. West

------------------------------------

Attorneys at Law
1220 L Street, NW
Suite 700
Washington, DC 20005
Telephone: (202) 742-2000
Facsimile: (202) 742-2098
e-mail: Admin@Jeblaw.biz

Juan J. Fernandez!
Tilman L. Gerald
John A. Straus
Delores Scott McKnight
Marshall Lammers

----------------------------------

! Admitted in Bolivia Only

**January 6, 2006**

**Via Facsimile Only**

Mr. Beverly, Special Education Coordinator
Friendship Southeast Elementary Academy
645 Milwaukee Place, SE,
Washington, D.C. 20032

      **Re**: **Request for Records and Initial Evaluations for student T███████, D█████,**
        **DOB: ███/95 submitted December 20, 2005**

Dear Mr. Beverly:

On behalf of my client, Ms. Janice Dickens,  I am writing to follow up on our earlier telephone conversation and to confirm that T██████D█████ is registered and attending student a Friendship SE and your school <u>is</u> in receipt of the request for initial evaluations and records for T█████, initially submitted on or about December 20, 2005.  Parent made her request based upon concerns about inability to focus, difficulty with comprehension and anxiety.  A General Authorization form and Evaluation Consent form signed by the parent was included with the request.

I may be reached at (202)742-2021 and the Educational Advocate working with this family, Ms. Michelle Moody,  may be reached at (202)742-2006.

           Sincerely,

           Roberta Gambale, Esq.

cc:  parent

33

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO              4555
CONNECTION TEL                    95620726
SUBADDRESS
CONNECTION ID
ST. TIME              01/06 16:46
USAGE T               00'41
PGS. SENT             2
RESULT                OK
```

# James E. Brown & Associates, PLLC
### *A Professional Limited Liability Company*

James E. Brown
Domiento C.R. Hill
Roberta Gambale
Miguel A. Hull
Christopher L. West

Attorneys at Law
1220 L Street, NW
Suite 700
Washington, DC 20005
Telephone: (202) 742-2000
Facsimile: (202) 742-2098

e-mail: Admin@Jeblaw.biz

Juan J. Fernandez!
Tilman L. Gerald
John A. Straus
Marshall Lammers
Ann Kreske*

! Admitted in Bolivia Only

# *FAX COVER SHEET*

TO:   Mr. Beverley

FROM:  Roberta Gambale

DATE:  1/6/06

FAX NO: 202-562-0726

SUBJECT: T████████ D██████

NUMBER OF PAGES, INCLUDING FAX COVER SHEET: 2

COMMENTS:

STATEMENT OF CONFIDENTIALITY:
The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, please notify James E. Brown and Associates, PLLC immediately at (202) 742-2000, and destroy all copies of this message and any attachments.

# James E. Brown & Associates, PLLC
### *A Professional Limited Liability Company*

James E. Brown
Domiento C.R. Hill ◊
Roberta Gambale
Miguel A. Hull
Christopher L. West

Attorneys at Law
1220 L Street, NW
Suite 700
Washington, DC 20005
Telephone: (202) 742-2000
Facsimile: (202) 742-2098

e-mail: Admin@Jeblaw.biz

Juan J. Fernandez!
Tilman L. Gerald
John A. Straus
Marshall Lammers
Ann Kreske*

----------------------------------

! Admitted in Bolivia Only

# *FAX COVER SHEET*

TO:    Mr. Beverley

FROM:  Roberta Gambale

DATE:  1/6/06

FAX NO: 202-562-0726

SUBJECT: T██████ D██████

NUMBER OF PAGES, INCLUDING FAX COVER SHEET: 2

COMMENTS:

_____

_____

## STATEMENT OF CONFIDENTIALITY:

The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, please notify James E. Brown and Associates, PLLC immediately at (202) 742-2000, and destroy all copies of this message and any attachments.

◊ *Admitted Only in Maryland. Practicing Pursuant to Rule 49(c) (8); Supervision by Miguel Hull and Christopher West, Members of the D.C. Bar.*
* *Admitted Only in Virginia. Practicing Pursuant to Rule 49(c) (8); Supervision by Tilman L. Gerald and John Straus, Members of the D.C. Bar.* 35

# Exhibit 7

# JAMES E. BROWN & ASSOCIATES, PLLC
### *A Professional Limited Liability Company*

James E. Brown
Domiento C.R. Hill ◊
Roberta Gambale
Miguel A. Hull
Christopher L. West

----------------------------------

Attorneys at Law
1220 L Street, NW
Suite 700
Washington, DC 20005
Telephone: (202) 742-2000
Facsimile: (202) 742-2098
e-mail: Admin@Jeblaw.biz

Juan J. Fernandez!
Tilman L. Gerald
John A. Straus
Delores Scott McKnight
Marshall Lammers

----------------------------------

! Admitted in Bolivia Only

**December 20, 2005**

<u>**Via Facsimile**</u>
Mr. Beverly
Friendship Edison Lower School
645 Milwaukee Place, SE,
Washington, D.C. 20032

Re:  **Request for Initial Evaluations**
     T██████ D█████, DOB: ███95

Dear Mr. Beverly:

On behalf of my client, Ms. Janice Dickens, I hereby request that the above-referenced student, T██████ D█████, be evaluated for special education and its related services.  This request is being made pursuant to 34 C.F.R. §§ 300.530-300.535; Assistance to States for the Education of Children with Disabilities, 70 Fed. Reg. 35782, 35862-35864 (June 21, 2005) (to be codified at 34 C.F.R. pt. 300); and D.C. MUN. REGS. tit. 5, § 3021.1 (2003).

A comprehensive evaluation of this student includes, but is not limited to: 1) **psycho-educational evaluation**, 2) **speech and language evaluation**, 3) **social history evaluation**, 4) **clinical evaluation** 5) **psychiatric evaluation**, and  6) **a formal classroom observation. The evaluations requested also include a physical therapy, occupational therapy, and/or neuropsychological evaluation**, if such evaluations are determined to be warranted by and/or recommended in the above mentioned evaluations.  Parent is concerned about the impact that her child's ability to focus,  behavior, anger problems and emotional status is having on his education.  She suspects he may have Attention Deficit Hyperactive Disorder ("ADHD") and/or an emotional disturbance.

In deference to the Public Charter School's efforts to conduct the evaluations, the parent will wait 120 days for the Friendship Edison to complete the evaluations of the student.  However, if the evaluations are not completed within that time, the parent will take the appropriate steps to secure independent evaluations at public expense.

This request is not intended to restart or relieve Charter School of any prior timelines that may be in effect, nor is this request intended to waive any of the parent's or student's rights that would have entitled them to have the evaluation process completed prior to this request.

◊ *Of Counsel. Practicing pursuant to Rule 49 (c)(6) of the D.C. Court of Appeals.*
° *Admitted Only in Maryland and New Jersey; Supervision by James E. Brown, a member of the D.C. Bar.*

37

Finally, I also request, that proper notice of all proposed tests, observations, and evaluations be provided to me, in writing, via facsimile, at 202-742-2097 or 202-742-2098, pursuant to 34 C.F.R. § 300.503; Assistance to States for the Education of Children with Disabilities, 70 Fed. Reg. 35782, 35869 (June 21, 2005) (to be codified at 34 C.F.R. pt. 300); and D.C. MUN. REGS. tit. 5, § 3024 (2003).

I may be reached at the above referenced number to schedule the evaluation. Thank you for your prompt attention to this matter.

Sincerely,

Roberta Gambale, Esq.

Attachment: Consent for Evaluation – Initial or Reevaluation

cc:    Erika Pierson, Interim General Counsel, Office of General Counsel
       Mary Lee Phelps, Interim Chief of Special Education Reform, Office of Special Education,
       Ms. Janice Dickens, Parent

◊ Of Counsel. Practicing pursuant to Rule 49 (c)(6) of the D.C. Court of Appeals.
° Admitted Only in Maryland and New Jersey; Supervision by James E. Brown, a member of the D.C. Bar.

38

# JAMES E. BROWN & ASSOCIATES, PLLC
### *A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Juan J. Fernandez! |
| Domiento C.R. Hill ◊ | 1220 L Street, NW | Tilman L. Gerald |
| Roberta Gambale | Suite 700 | John A. Straus |
| Miguel A. Hull | Washington, DC 20005 | Delores Scott McKnight |
| Christopher L. West | Telephone: (202) 742-2000 | Marshall Lammers |
| | Facsimile: (202) 742-2098 | |
| ----------------------------------- | e-mail: Admin@Jeblaw.biz | ------------------------------- |
| | | ! Admitted in Bolivia Only |

**December 20, 2005**

<u>Via Facsimile</u>
Mr. Beverly
Friendship Edison Lower School
645 Milwaukee Place, SE,
Washington, D.C. 20032

**Re: Request for Records for student T██████ D█████, DOB:██/95**

Dear Mr. Beverly:

On behalf of my client, Ms. Janice Dickens, I hereby request a copy of the above-referenced student's educational records. This request is being made pursuant to 34 C.F.R. § 300.562(a); Assistance to States for the Education of Children with Disabilities, 70 Fed. Reg. 35782, 35879 (June 21, 2005) (to be codified at 34 C.F.R. pt. 300); and D.C. MUN. REGS. tit. 5, § 3021.1 (2003).

If you are unable to provide the requested copy of the student's entire academic file, please provide me in writing, via facsimile, at 202-742-2097 or 202-742-2098, at least three (3) different dates on which the parent's representative may have access to review the student's educational file and make the necessary copies. This request includes any and all records or writings in the possession of Friendship Edison Public Charter Schools and the District of Columbia Public Schools that includes and are not limited to the following:

| | | | | |
|---|---|---|---|---|
| 1. | All Attendance Records | 8. | | Portfolios |
| 2. | Progress Reports and report Cards | 9. | | Related Service Provider Logs |
| 3. | Standardized Test Scores | 10. | | Charts and Observations |
| 4. | Class Schedules | 11. | | Reports, Letters, Memos, Notes, E-Mails |
| 5. | Individualized Education Programs | 12. | | Forms and Data Compilations |
| 6. | Evaluations and Assessments | 13. | | Letters of Understanding |
| 7. | Multidisciplinary Meeting Notes | 14. | | Disciplinary Records |

◊ *Admitted Only in Maryland. Practicing Pursuant to Rule 49(c)(8); Supervision by Roxanne Neloms and Christopher West, Members of the D.C. Bar.*

* *Admitted Only in Maryland and New Jersey. Practicing Pursuant to Rule (c)(8); Supervision by James E. Brown and Roberta Gambale, Members of the D.C. Bar.*

Enclosed is a copy of the General Authorization form signed by the parent. Please send the requested information to us via facsimile at (202) 742-2098. If you have any questions regarding this request, please call me at (202) 742-2000. Thank you in advance for your immediate attention to this request.

Sincerely,

Roberta Gambale, Esq.

cc:    Erika Pierson, Interim General Counsel, Office of General Counsel
       Mary Lee Phelps, Interim Chief of Special Education Reform, Office of Special Education,
       Parent

12/21/2005 12:39 FAX 202 742 2098          Brown & Associates                        ☒ 001

```
                    *********************
                    ***   TX REPORT   ***
                    *********************


      TRANSMISSION OK

      TX/RX NO              4544
      CONNECTION TEL                         95620726
      CONNECTION ID
      ST. TIME             12/21 12:37
      USAGE T              02'06
      PGS. SENT               7
      RESULT               OK
```

## James E. Brown & Associates, PLLC
### *A Professional Limited Liability Company*

| James E. Brown | Attorneys at Law | Juan J. Fernandez! |
| Domiento C.R. Hill ◦ | 1220 L Street, NW | Tilman L. Gerald |
| Roberta Gambale | Suite 700 | John A. Straus |
| Miguel A. Hull | Washington, DC 20005 | Dolores Scott McKnight |
| Christopher L. West | Telephone: (202) 742-2000 | Marshall Lammers |
| | Facsimile: (202) 742-2098 | |

e-mail: Admin@Jeblaw.biz

! Admitted in Bolivia Only

# *FAX COVER SHEET*

DATE:       December 20, 2005

TO:         Mr. Beverly, Friendship Edison PCS, Lower School

PHONE NO: (202) 562-1980

FAX NO:     (202) 562-0726

FROM:       Yamileth Amaya, Paralegal for Roberta Gambale, Esq.

SUBJECT:    T████ D████
            DOB: ███/95

NUMBER OF PAGES INCLUDING COVER SHEET: 7

COMMENTS: Please find attached request for Initial Evaluations and Records for the above mentioned student.

41

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO              4543
CONNECTION TEL                    94425098
CONNECTION ID        OFF.OF GENERAL C
ST. TIME             12/21 12:35
USAGE T              00'59
PGS. SENT                7
RESULT               OK
```

## JAMES E. BROWN & ASSOCIATES, PLLC
### *A Professional Limited Liability Company*

James E. Brown
Domiento C.R. Hill ◊
Roberta Gambale
Miguel A. Hull
Christopher L. West

Attorneys at Law
1220 L Street, NW
Suite 700
Washington, DC 20005
Telephone: (202) 742-2000
Facsimile: (202) 742-2098
e-mail: Admin@Jeblaw.biz

Juan J. Fernandez!
Tilman L. Gerald
John A. Straus
Delores Scott McKr ght
Marshall Lammers

-------------------- -----
! Admitted in Bolivia Only

# *FAX COVER SHEET*

DATE: December 20, 2005

TO:   Ms. Erika Pierson, Esq. Interim General Counsel, Office of General Counsel, D :PS

PHONE:     202-442-5000

FAX NO:    202- 442-5098

FROM:     Yamileth Amaya, Paralegal for Roberta Gambale, Esq.

SUBJECT:    T█████ D█████
█████/95

NUMBER OF PAGES INCLUDING COVER SHEET: 7

COMMENTS: Please find attached the request for Initial Evaluations and Records for �my︓ie

above mentioned student.

42

```
                    **********************
                    ***   TX REPORT   ***
                    **********************


        TRANSMISSION OK

        TX/RX NO            4542
        CONNECTION TEL                  94425517
        CONNECTION ID      DCPS SPECIAL EDU
        ST. TIME           12/21 12:33
        USAGE T            01'07
        PGS. SENT              7
        RESULT             OK
```

# JAMES E. BROWN & ASSOCIATES, PLLC

*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Juan J. Fernandez! |
| Domiento C.R. Hill 0 | 1220 L Street, NW | Tilman L. Gerald |
| Roberta Gambale | Suite 700 | John A. Straus |
| Miguel A. Hull | Washington, DC 20005 | Delores Scott McKnight |
| Christopher L. West | Telephone: (202) 742-2000 | Marshall Lammers |
| | Facsimile: (202) 742-2098 | |
| -------------------------------- | e-mail: Admin@Jeblaw.biz | ---------------------------- |
| | | ! Admitted in Bolivia Only |

# *FAX COVER SHEET*

DATE:  December 20, 2005

TO:   Mary Lee Phelps, Chief of Special Education Reform, Office of Special Education

FROM: Yamileth Amaya, Paralegal for Roberta Gambale, Esq.

PHONE NO: (202) 442-4800

FAX NO: (202) 442-5517

SUBJECT:  T██████ D██████
          DOB: ███/95

NUMBER OF PAGES INCLUDING COVER SHEET: **7**

COMMENTS: Please find attached Request for Initial Evaluation and Records for the above mentioned student.

43

## James E. Brown & Associates, PLLC
### *A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Juan J. Fernandez! |
| Domiento C.R. Hill ◊ | 1220 L Street, NW | Tilman L. Gerald |
| Roberta Gambale | Suite 700 | John A. Straus |
| Miguel A. Hull | Washington, DC 20005 | Dolores Scott McKnight |
| Christopher L. West | Telephone: (202) 742-2000 | Marshall Lammers |
| | Facsimile: (202) 742-2098 | |

-----------------------------------

e-mail: Admin@Jeblaw.biz

----------------------------------

! Admitted in Bolivia Only

# *FAX COVER SHEET*

DATE:        December 20, 2005

TO:          Mr. Beverly, Friendship Edison PCS, Lower School

PHONE NO: (202) 562-1980

FAX NO:      (202) 562-0726

FROM:        Yamileth Amaya, Paralegal for Roberta Gambale, Esq.

SUBJECT:     T██████ D██████
             DOB: ████/95

NUMBER OF PAGES INCLUDING COVER SHEET: <u>7</u>

COMMENTS: Please find attached request for Initial Evaluations and Records for the above mentioned student.

## JAME Ĺ. 3ROWN & ASSOCIATES, ᒷᒷᑢ

*A Professional Limited Liability Company*

James E. Brown
Domiento C.R. Hill ◊
Roberta Gambale
Miguel A. Hull
Christopher L. West

Attorneys at Law
1220 L Street, NW
Suite 700
Washington, DC 20005
Telephone: (202) 742-2000
Facsimile: (202) 742-2098
e-mail: Admin@Jeblaw.biz

Juan J. Fernandez!
Tilman L. Gerald
John A. Straus
Delores Scott McKnight
Marshall Lammers

-----------------------------------

----------------------------------

! Admitted in Bolivia Only

# *FAX COVER SHEET*

DATE: December 20, 2005

TO:   Ms. Erika Pierson, Esq. Interim General Counsel, Office of General Counsel, DCPS

PHONE:      202-442-5000

FAX NO:     202- 442-5098

FROM:      Yamileth Amaya, Paralegal for Roberta Gambale, Esq.

SUBJECT:   T▅▅▅▅ D▅▅▅▅
           ▅▅▅95

NUMBER OF PAGES INCLUDING COVER SHEET: **7**

COMMENTS: Please find attached the request for Initial Evaluations and Records for the

above mentioned student.

◊ Admitted Only in Maryland. Practicing Pursuant to Rule 49(c)(8); Supervision by Roxanne Neloms and Christopher West, Members of the D.C. Bar.

* Admitted Only in Maryland and New Jersey. Practicing Pursuant to Rule (c)(8); Supervision by James E. Brown and Roberta Gambale, Members of the D.C. Bar.

# JAME  L. BROWN & ASSOCIATES,  LLC

*A Professional Limited Liability Company*

James E. Brown
Domiento C.R. Hill ◊
Roberta Gambale
Miguel A. Hull
Christopher L. West

------------------------------------

Attorneys at Law
1220 L Street, NW
Suite 700
Washington, DC 20005
Telephone: (202) 742-2000
Facsimile: (202) 742-2098
e-mail: Admin@Jeblaw.biz

Juan J. Fernandez!
Tilman L. Gerald
John A. Straus
Delores Scott McKnight
Marshall Lammers

---------------------------------

! Admitted in Bolivia Only

# *FAX COVER SHEET*

DATE:  December 20, 2005

TO:    Mary Lee Phelps, Chief of Special Education Reform, Office of Special Education

FROM: Yamileth Amaya, Paralegal for Roberta Gambale, Esq.

PHONE NO: (202) 442-4800

FAX NO: (202) 442-5517

SUBJECT:  T██████D██████
                  DOB: ███/95

NUMBER OF PAGES INCLUDING COVER SHEET: **7**

COMMENTS: Please find attached Request for Initial Evaluation and Records for the above mentioned student.

**STATEMENT OF CONFIDENTIALITY:**
The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information.  If you are not the intended recipient, please notify James E. Brown and Associates, PLLC immediately at (202) 742-2000, and destroy all copies of this message and any attachments.

◊ Admitted Only in Maryland.  Practicing Pursuant to Rule 49(c)(8); Supervision by Roxanne Neloms and Christopher West, Members of the D.C. Bar.

* Admitted Only in Maryland and New Jersey.  Practicing Pursuant to Rule (c)(8); Supervision by James E. Brown and Roberta Gambale, Members of the D.C. Bar.

# Exhibit 8



DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

MDT

### CONSENT FOR EVALUATION – INITIAL OR REEVALUATION
(*CHECK ONE ONLY – INITIAL OR REEVALUATION)

**I.    INITIAL EVALUATION CONSENT** ☐

As a result of the review of the screening information at the MDT meeting on _____,
it was determined in a MDT meeting that your child, _____
is in need of a full and individual evaluation to assist us in developing the most appropriate educational
program. You have been provided a copy of the "Procedural Safeguards – Parental Rights" booklet. We
would like to remind you at this time that:
- granting consent for this evaluation is a voluntary action on your part;
- this consent may be revoked at any time although the school district is required to take all
  necessary action to provide an appropriate program and may be required to initiate due
  process procedures to obtain consent; and
- by granting consent in writing, you are agreeing to the evaluation(s) in Section III.

**II.    REEVALUATION** ☐

The MDT received the following request for a reevaluation for _____
by /for a:    __ parent request          __ teacher request          __ 3 year reevaluation
The MDT will collect supportive documentation in the area of the disability to determine the need for
continued special education and related services. The school is required to only evaluate in those areas
of documented need or consensus of the MDT (parent is a member of team). Parents have the right to
request assessments to determine if the child continues to be a child with a disability. DCPS may
reevaluate your child, without your consent, if the school district can demonstrate that it has taken
reasonable steps to get parental consent and the parent has not responded.
- granting consent for this evaluation is a voluntary action on your part;
- this consent may be revoked at any time although the school district is required to take all
  necessary action to provide a Free Appropriate Public Education program and may be
  required to initiate due process procedures to obtain consent; and
- by granting consent in writing, you are agreeing to the evaluation(s) on the student
  evaluation plan (SEP).

**III.**    I give permission for District of Columbia Public Schools to proceed with the evaluation(s) based on the
Student Evaluation Plan (attached ) for my child, _____

Within a reasonable period of time days after completion of the evaluation, we will hold another MDT meeting (to which
you will be invited) to determine if your child is eligible for special education and related services. The written reports of
all procedures administered will be provided to you at that meeting, along with explanations and interpretations. We will
use this information to determine an appropriate program for your child. If records are to be obtained/released as part of
this evaluation, the "Consent for Release of Records" form is completed and attached."
If you have questions or concerns at any time during the evaluation process, feel free to contact me
at_____(telephone number).

*__ INITIAL EVALUATION                              *__ REEVALUATION
                              Parent Response Section:
__ I agree to the proposed evaluation(s)          ____ I do NOT agree to the proposed evaluation(s)

_____                  _____
Parent/Guardian Signature                          Date

# Exhibit 9

District of Columbia Public Schools
Division of Special Education
Washington, D.C.

**Multidisciplinary Team**
**(MDT)**
**Student Evaluation Plan**
**(SEP)**

MDT REFERRAL DATE: _____    MEETING DATE: 2/24/06

STUDENT: ▓▓▓▓▓ D▓▓▓ DOB: ▓/▓/95 AGE: _____ GRADE: _____ SCHOOL: FSEA

STUDENT IDENTIFICATION NUMBER: _____    TEACHER/HOMEROOM: Ms. Carter

ADDRESS: 3710 2nd St SE #C    Washington, DC 20032

Street #    Street Name    Quadrant    Apartment #    City    State    Zip Code

PARENT(S)/GUARDIAN: Janice Dickens    TELEPHONE (H): 563-1517 (W): 202-442-4374
cell phone 202-415-2930

Summarize Area(s) of Concern:

The areas of concern are the following: Verbal and written comprehension
retention skills
Sequencing, processing and following directions
Penmanship

Team Recommendations:

The MDT recommends the following evaluations:
Psychological include VMI    Speech/Language
educational
OT screening
Conner's

## EVALUATION(S) IN AREA(S) OF LEARNING CONCERNS(S)

| ASSESSMENT | ASSESSOR | TEST INSTRUMENT | TIMELINE ASSIGNED | DUE DATE |
|---|---|---|---|---|
| ☑ Psychological |  | include VMI |  |  |
| ☑ Speech/Language |  |  |  |  |
| ☐ Social History |  |  |  |  |
| ☐ Audiological |  |  |  |  |
| ☐ Vision Screening |  |  |  |  |
| ☐ Medical |  |  |  |  |
| ☑ Educational | SPED Teacher | WJ-III |  |  |
| ☐ Hearing Screening |  |  |  |  |
| ☑ Other: OT screening and Conner's |  |  |  |  |

| TEAM MEMBERS: NAME | POSITION | TEAM MEMBERS: NAME | POSITION |
|---|---|---|---|
| Quiana Carter | Teacher | Janice Dickens | parent |
| Erica Aiton | Special Educator | Sonya Djasson | SEC |
| L. Faulkner-Jones | Speech/Language Pathologist |  |  |
| Michelle Mondy | Advocate |  |  |

The MDT meeting to discuss the evaluation results is scheduled on 6/27/06 at TBD in room TBD