6

# APPENDIX

**Composite Scores Summary**

| Scale | Sum of Scaled Scores | Composite Score | Confidence Interval | Qualitative Description |
|---|---|---|---|---|
| Verbal Comprehension (VCI) | 22 | 85 | 79-93 | Low Average |
| Perceptual Reasoning (PRI) | 28 | 96 | 89-104 | Average |
| Working Memory (WMI) | 21 | 102 | 94-109 | Average |
| Processing Speed (PSI) | 9 | 70 | 65-83 | Borderline |
| Full Scale (FSIQ) | 80 | 85 | 81-90 | Low Average |

**Verbal Comprehension Subtest Scores Summary**

| Subtests | Raw Score | Scaled Score | Test Age Equiv. |
|---|---|---|---|
| Similarities | 13 | 7 | 7:10 |
| Vocabulary | 27 | 7 | 8:6 |
| Comprehension | 19 | 8 | 9:2 |

**Perceptual Reasoning Subtest Scores Summary**

| Subtests | Raw Score | Scaled Score | Test Age Equiv. |
|---|---|---|---|
| Block Design | 26 | 8 | 9:2 |
| Picture Concepts | 20 | 12 | 14:10 |
| Matrix Reasoning | 18 | 8 | 8:10 |

**Working Memory Subtest Scores Summary**

| Subtests | Raw Score | Scaled Score | Test Age Equiv. |
|---|---|---|---|
| Digit Span | 18 | 12 | 15:10 |
| Letter-Number Sequencing | 16 | 9 | 9:6 |

**Processing Speed Subtest Scores Summary**

| Subtests | Raw Score | Scaled Score | Test Age Equiv. |
|---|---|---|---|
| Coding | 31 | 6 | <8:2 |
| Symbol Search | 9 | 3 | <8:2 |

D████ T████ J.
Fri, Jun 9, 2006  09:41 AM    Page: 1

Daily Attendance

| Days of Activity | Date | Day of Week | Reas |
|---|---|---|---|
| 1 | 10/21/05 | Friday | UNV |
| 2 | 11/22/05 | Tuesday | UNX |
| 3 | 12/06/05 | Tuesday | UNX |
| 4 | 12/15/05 | Thursday | UNX |
| 5 | 12/16/05 | Friday | UNX |
| 6 | 12/20/05 | Tuesday | UNX |
| 7 | 12/21/05 | Wednesday | UNX |
| 8 | 12/22/05 | Thursday | UNX |
| 9 | 01/05/06 | Thursday | UNX |
| 10 | 01/30/06 | Monday | TDY |
| 11 | 01/31/06 | Tuesday | TDY |
| 12 | 02/01/06 | Wednesday | UNX |
| 13 | 02/03/06 | Friday | UNX |
| 14 | 02/08/06 | Wednesday | TDY |
| 15 | 02/13/06 | Monday | UNX |
| 16 | 02/14/06 | Tuesday | TDY |
| 17 | 02/15/06 | Wednesday | TDY |
| 18 | 02/22/06 | Wednesday | UNX |
| 19 | 03/01/06 | Wednesday | TDY |
| 20 | 03/02/06 | Thursday | TDY |
| 21 | 03/03/06 | Friday | TDY |
| 22 | 03/17/06 | Friday | UNX |
| 23 | 03/28/06 | Tuesday | TDY |
| 24 | 03/30/06 | Thursday | TDY |
| 25 | 03/31/06 | Friday | UNX |
| 26 | 04/03/06 | Monday | TDY |
| 27 | 04/28/06 | Friday | UNX |
| 28 | 05/10/06 | Wednesday | UNX |
| 29 | 05/12/06 | Friday | UNX |
| 30 | 05/15/06 | Monday | TDY |

Fri, Jun 9, 2006    09:41 AM    Page: 2

Daily Attendance

D▇▇▇▇ T▇▇▇▇ J

| Days of Activity | Date | Day of Week | Reas |
|---|---|---|---|
| 31 | 06/02/06 | Friday | UNX |

**D_____, T_____ J.**    **Daily Attendance**
Fri, Jun 9, 2006   09:41 AM   Page: 1

| Last Name | First Name | Middle Name | Grd | Gen | Student ID |
|---|---|---|---|---|---|
| D_____ | T_____ | J | 05 | M | _____ |

Show Full Year | Days of Activity | Attendance Totals

| Reason | Totals | | Reason Type | Totals |
|---|---|---|---|---|
| _____ | 1 | | Unverified | 1 |
| _____ | | | Unexcused | 16 |
| _____ | | | Excused | |
| _____ | | | School Activity | |
| _____ | | | _____ | 14 |
| _____ | | | Excused Late | |
| _____ | | | Non-Penalty | |
| _____ | | | Positive | |
| _____ | | | | |
| _____ | | | | |
| _____ | 14 | | Totals | 31 |
| _____ | 16 | | Days enrolled to date | 177 |

31 | 06/02/06  Friday          :UNX

# MEMORANDUM

**TO:**  DR. BROWEN MILLET

**FROM:**  JALIMA SMILEY

**SUBJECT:**  T█████D█████

**DATE:**  6/9/2006

**CC:**  CHARLENE GLYMPH

As of 6/7/06, I have been unable to assess T█████ D█████. I went to Southeast Academy to assess T█████ on 6/5/06 at 12:30pm. Upon arrival Ms. Collins informed me that T█████ left school with his father 30 minutes prior to my arrival due to a death in the family.

I called Ms.Dickens on 6/8/06 and left a message for her to return my call so that I could schedule another time to evaluate T█████.

# FAX TRANSMISSION COVER SHEET
## Dalton, Dalton & Houston P.C.
### Attorneys at Law
### 1008 Pendleton Street
### Alexandria, Virginia 22314
### (703) 739-4300
### FAX (703) 739-2323

DATE:     June 9, 2006

TO:       Student Hearing Office

AT FAX:   202-442-5556

FROM:     Laura Duos, Esq.

RE:       T████ D██████ 5-day

NUMBER OF PAGES INCLUDING THIS PAGE: 40

ADDITIONAL INFORMATION:

PLEASE DELIVER ASAP.

**********************************************************************
THIS COMMUNICATION IS CONFIDENTIAL AND IS INTENDED TO BE
PRIVILEGED PURSUANT TO THE ATTORNEY CLIENT PRIVILEGE AND
ATTORNEY WORK PRODUCT DOCTRINE.

IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECI-
PIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION,
DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS
STRICTLY PROHIBITED.   IF YOU HAVE RECEIVED THIS COMMUNI-
CATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELE-
PHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE
ABOVE ADDRESS.
**********************************************************************

Law Offices
## DALTON, DALTON & HOUSTON, P.C.

1008 Pendleton Street
Alexandria, Virginia 22314-1837
Telephone: (703)-739-4300
Facsimile:  (703)-739-2323
E-MAIL: DCSPEDLAW@AOL.COM

Paul S. Dalton*
Ellen Douglass Dalton*
William E. Houston+
Laura E. Duos~
Jessica M. Smith^
*ALSO ADMITTED IN D.C. & W.VA
+ ADMITTED IN D.C. & PA
~ADMITTED IN MD & DC
^ ADMITTED IN VA

Washington DC. Office:
601 Pennsylvania Avenue, N.W.
South Building,  Suite 900
Washington, DC 20004
Telephone: (202)-393-0060
Facsimile: (202)-393-1555

June 9, 2006

**VIA FACSIMILE** 202-742-2098

Roberta Gambale, Esq.
Brown & Associates
1220 L Street, Suite 700
Washington, DC 20005

RE: T▆▆▆▆ D▆▆▆▆
5 Day Disclosure Notice

Dear Ms. Gambale:

A Due Process Hearing has been scheduled for  T▆▆▆▆ D▆▆▆▆ on June 16, 2006, at 11:00.  The purpose of this letter is to provide you with the following list of witnesses and documents we may rely on in the hearing.

### WITNESSES:

1.  Erica Alton, special education teacher, Friendship Southeast Elementary Academy
2.  Quiana Carter, regular education teacher, Friendship Southeast Elementary Academy
3.  Lisa Faulkner-Jones, Speech Language Pathologist, Friendship Public Charter Schools
4.  Jalima Smiley, Educational evaluator, Friendship Public Charter Schools
5.  Sharon Piner, School Psychologist, Friendship Public Charter Schools
6.  Gary Bartee, Principal, Friendship Southeast Elementary Academy
7.  Bronwen Millet, Clinical Psychologist, Friendship Public Charter Schools
8.  Charlene Glymph, Special Education Director, Friendship Public Charter Schools

Some of the above witnesses may testify by telephone or use a designee.

### DOCUMENTS FOR 5 DAY

| | | |
|---|---|---|
| FSPCS - 01 | Answer dated | 04/24/06 |
| FSPCS - 02 | Request for Evaluations sent to Business Manager | 12/20/05 |
| FSPCS.- 03 | Request for Evaluations | 01/10/06 |

108

| | |
|---|---|
| FSPCS - 04 Letter of Invitation | 01/10/06 |
| FSPCS - 05 Response from Advocate | 01/11/06 |
| FSPCS - 06 SEP dated | 02/24/06 |
| FSPCS - 07 Occupational Therapy Evaluation | 05/08/06 |
| FSPCS - 08 Psycho-Educational Evaluation | 05/22/06 |
| FSPCS - 09 Attendance | 2005-2006 |
| FSPCS - 10 Memo from Evaluator | 06/06/06 |

* We reserve the right to examine any witnesses disclosed by DCPS or the PARENT as if they were witnesses for our client and the right to rely upon rely on all other documents previously filed or filed in a 5 Day Disclosure filed by the District of Columbia Public Schools (DCPS) or the PARENT.

Sincerely,

Laura E. Duos, Esq.

cc: Student Hearing Office
     Rhondalyn Primes, DCPS Attorney-Advisor

109

STATE EDUCATION AGENCY FOR THE DISTRICT OF COLUMBIA STATE
ENFORCEMENT AND INVESTIGATION DIVISION (SEID)
SPECIAL EDUCATION PROGRAMS

| | |
|---|---|
| Janice Dickens<br>on behalf of<br>T██████ D██████ | )<br>)<br>)<br>) |
| v. | )<br>) |
| District of Columbia Public Schools ("DCPS") | )<br>) |
| and | )<br>) |
| Friendship Southeast Elementary Academy PCS | ) |

April 24, 2006

### Answer to Due Process Complaint

General Denial/Answer

Friendship Southeast hereby submits its answer to the due process complaint filed by Ms. Dickens behalf of her son. Friendship Southeast states the following pursuant to Individuals with Disabilities Education Improvement Act of 2004, Pub. L. No. 108-446, Sec. 101 §615(c)(2)(B):

The parent alleges a denial of FAPE based on Friendship Southeast's failure to timely evaluate her son. The parent, through counsel sent a request for testing on December 20, 2005. This request, however, was sent to Mr. Beverly, who works in the finance office of the school so there was a delay in the special education coordinator receiving the request. Upon school re-opening after Christmas break, the special education coordinator sent a letter of invitation for an SEP meeting to the parent. This letter was dated January 9, 2006. A meeting was scheduled but cancelled by the parent.

The SEP meeting was rescheduled and convened in February. Parent's counsel

1

requested the following evaluations in her letter: a psychoeducational, a speech and language evaluation, a social history, a clinical evaluation, a psychiatric evaluation and a classroom observation.   The MDT team did not agree to conduct all of the requested evaluations because once the team met and discussed the student's progress and areas of concern the team was able to narrow down the types of evaluations that were needed.  The parent then signed consent for the agreed upon testing to begin. Consequently, the timeline to evaluate began to run once the MDT team determined which evaluations were needed and consent to evaluate was signed.  Given that timeline, Friendship Edison is still within the 120 day timeline and is in the process of completing the testing.

**B.    Relief:**

Friendship Southeast is in the process of completing the agreed upon evaluations and will convene an MDT meeting to review the evaluations once they are complete.  Consequently, there is no need to fund independent testing.  Friendship Southeast is willing to convene the requested MDT meeting but this relief is not the result of this present hearing complaint but is a continuation of Friendship Southeast's evaluation process.  Any request for compensatory education is premature as this student has not been found eligible for special education.  Regardless, at this time Friendship Southeast believes that it is still within the 120 day timeline and does not believe it owes compensatory education.

111

Respectfully submitted,

Paul S. Dalton , Esq.
Dalton, Dalton, & Houston, P.C.
1008 Pendleton Street
Alexandria, Virginia 22314
703-739-4300
703-642-2323 – fax

## Certificate of Service

I certify that a copy of this Answer was faxed to parent's counsel , Roberta Gambale at 202-742-2098, OGC at 202-442-5098 and the Student Hearing Office at 202-442-5556 on this 24th day of April, 2006.

Paul S. Dalton
Counsel for Friendship Southeast Academy

3

112

01/18/2006  12:44   2025522'         FRIENDSHIP SOU' 'AST              PAGE  10
01/18/2006  10:20 FAX  2027422'      James E Brown & Assoc.            ☒ 008/014

# JAMES E. BROWN & ASSOCIATES, PLLC
*A Professional Limited Liability Company*

| James E. Brown | Attorneys at Law | Juan J. Fernandez |
| Domiento C.R. Hill ◊ | 1220 L Street, NW | Tilman L. Gerald |
| Roberta Gambale | Suite 700 | John A. Straus |
| Miguel A. Hull | Washington, DC 20005 | Delores Scott Mc Knight |
| Christopher L. West | Telephone: (202) 742-2000 | Marshall Lammers |
| | Facsimile: (202) 742-2098 | |
| | e-mail: Admin@Jeblaw.biz | |

! Admitted in Bolivia C il.

### December 20, 2005

<u>Via Facsimile</u>
Mr. Beverly
Friendship Edison Lower School
645 Milwaukee Place, SE,
Washington, D.C. 20032

Re:  **Request for Initial Evaluations**
     T████ D█████ DOB: ███95

Dear Mr. Beverly:

On behalf of my client, Ms. Janice Dickens, I hereby request that the above-refe ∩nced student, T████ D█████, be evaluated for special education and its related services.  This request is being made pursuant to 34 C.F.R. §§ 300.530-300.535; Assistance to States  r he Education of Children with Disabilities, 70 Fed. Reg. 35782, 35862-35864 (June 21, 2005; to be codified at 34 C.F.R. pt. 300); and D.C. MUN. REGS. tit. 5, § 3021.1 (2003).

A comprehensive evaluation of this student includes, but is not limited to: 1) p y choeducational evaluation, 2) **speech and language evaluation**, 3) social history evaluat ( n, 4) clinical evaluation 5)  **psychiatric evaluation**, and 6) **a formal classroom observation**  The **evaluations requested also include a physical therapy, occupational therapy,  nd/or neuropsychological evaluation**, if such evaluations are determined to be warranted by and/or recommended in the above mentioned evaluations. Parent is concerned about the impact t at her child's ability to focus,  behavior, anger problems and emotional status is having ∩ his education.  She suspects he may have Attention Deficit Hyperactive Disorder ("ADHD") and/or an emotional disturbance.

In deference to the Public Charter School's efforts to conduct the evaluations, the  ∩rent will wait 120 days for the Friendship Edison to complete the evaluations of the s udent.  However, if the evaluations are not completed within that time, the parent will ta  he appropriate steps to secure independent evaluations at public expense.

This request is not intended to restart or relieve Charter School of any prior timelin : hat may be in effect, nor is this request intended to waive any of the parent's or student's rigl  t. that would have entitled them to have the evaluation process completed prior to this request.

◊ Of Counsel. Practicing pursuant to Rule 49 (c)(6) of the D.C. Court of Appeals.
⬦ Admitted Only in Maryland and New Jersey; Supervision by James E. Brown, a member of the D.C. Bar.

112

**FSPCS-02**

21/12/2005  12:44    2025522⁷                 FRIENDSHIP SOUTHEAST          PAGE  14
01/10/2006 10:20 FAX  20274220⁷          James E Brown & Assoc.                 ⊠ 005/014

Finally, I also request, that proper notice of all proposed tests, observations and evaluations be provided to me, in writing, via facsimile, at 202-742-2097 or 202-742-2098, pursuant to 34 C.F.R. § 300.503; Assistance to States for the Education of Children with Disabilities, 70 Fed. Reg. 35782, 35869 (June 21, 2005) (to be codified at 34 C.F.R. pt. 300 and D.C. MUN. REGS. tit. 5, § 3024 (2003).

I may be reached at the above referenced number to schedule the evaluation. Thank you for your prompt attention to this matter.

Sincerely,

Roberta Gambale, Esq.

Attachment: Consent for Evaluation – Initial or Reevaluation

cc:    Erika Pierson, Interim General Counsel, Office of General Counsel
       Mary Lee Phelps, Interim Chief of Special Education Reform, Office of Special Education,
       Ms. Janice Dickens, Parent

◊ Of Counsel, Practicing pursuant to Rule 49 (c)(6) of the D.C. Court of Appeals.
° Admitted Only in Maryland and New Jersey; Supervision by James E. Brown, a member of the D.C. Bar.

01/10/2006  12:44    2225520'                    FRIENDSHIP SOUT  'AST                    PAGE  04
                                                                                    ☎ 002/014
01/10/2006 10:18 FAX  2027422091           James E Brown & Assoc.

# JAMES E. BROWN & ASSOCIATES, PLLC

*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Juan J. Fernandez |
| Domiento C.R. Hill◊ | 1220 L Street, NW | Tilman L. Gerald |
| Roberta Gambale | Suite 700 | John A. Straus |
| Miguel A. Hull | Washington, DC 20005 | Delores Scott McKnight |
| Christopher L. West | Telephone: (202) 742-2000 | Marshall Lammers ʰ |
| | Facsimile: (202) 742-2098 | |
| | e-mail: Admin@Jeblaw.biz | ! Admitted in Bolivia O. ! |

_____                                      _____

**January 10, 2006**

<u>**Via Facsimile**</u>
Attn: Ms. Djossou, Special Education Coordinator
Friendship Southeast Elementary Academy
645 Milwaukee Place, SE,
Washington, D.C. 20032

Re:  **Second Request for Initial Evaluations**
T█████ D█████, DOB: ████95
*Initial Request submitted 12/20/05*

Dear Ms. Djossou:

On behalf of my client, Ms. Janice Dickens, I hereby request that the above-referenced student, T█████ D█████, be evaluated for special education and its related services. This request is being made pursuant to 34 C.F.R. §§ 300.530-300.535; Assistance to States for the Education of Children with Disabilities, 70 Fed. Reg. 35782, 35862-35864 (June 21, 2005) (to be codified at 34 C.F.R. pt. 300); and D.C. MUN. REGS. tit. 5, § 3021.1 (2003).

A comprehensive evaluation of this student includes, but is not limited to: 1) psycho-educational evaluation, 2) speech and language evaluation, 3) social history evaluation, 4) clinical evaluation 5) psychiatric evaluation, and  6) **a formal classroom observation** The evaluations requested also include a **physical therapy, occupational therapy, and/or neuropsychological evaluation**, if such evaluations are determined to be warranted by and or recommended in the above mentioned evaluations. Parent is concerned about the impact that her child's ability to focus,  behavior, anger problems and emotional status is having on his education.  She suspects he may have Attention Deficit Hyperactive Disorder ("ADHD") and or an emotional disturbance.

In deference to the Public Charter School's efforts to conduct the evaluations, the parent will wait 120 days for the Friendship Edison to complete the evaluations of the student. However, if the evaluations are not completed within that time, the parent will take the appropriate steps to secure independent evaluations at public expense.

This request is not intended to restart or relieve Charter School of any prior timelines that may be in effect, nor is this request intended to waive any of the parent's or student's rights that

◊ Of Counsel. Practicing pursuant to Rule 49 (c)(6) of the D.C. Court of Appeals.
ʰ Admitted Only in Maryland and New Jersey; Supervision by James E. Brown, a member of the D.C. Bar.

01/10/2005  12:44    2225522⁷                    FRIENDSHIP SOUT 'AST              PAGE  25
01/10/2005 10:18 FAX  20274220                James E Brown & Assoc.                   ☒ 003/014

would have entitled them to have the evaluation process completed prior to this request.

Finally, I also request, that proper notice of all proposed tests, observations, and evaluations be provided to me, in writing, via facsimile, at 202-742-2097 or 202-742 2098, pursuant to 34 C.F.R. § 300.503; Assistance to States for the Education of Childrer x th Disabilities, 70 Fed. Reg. 35782, 35869 (June 21, 2005) (to be codified at 34 C.F.R. pt. 30() and D.C. MUN. REGS. tit. 5, § 3024 (2003).

I may be reached at the above referenced number to schedule the evaluation. Thank  o1 for your prompt attention to this matter.

Sincerely,

Roberta Gambale, Esq.

Attachment: Consent for Evaluation – Initial or Reevaluation

cc:     Erika Pierson, Interim General Counsel, Office of General Counsel
        Mary Lee Phelps, Interim Chief of Special Education Reform, Office of Special Education,
        Ms. Janice Dickens, Parent

° Of Counsel. Practicing pursuant to Rule 49 (c)(6) of the D.C. Court of Appeals.
° Admitted Only in Maryland and New Jersey; Supervision by James E. Brown, a member of the D.C. Bar.

116

01/10/2006  12:44    22256287                    FRIENDSHIP SOUTH EAST                    PAGE  09
01/10/2008 10:18 FAX  202742209          James E Brown & Assoc                          ⊠007/014



DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

MDT

### CONSENT FOR EVALUATION – INITIAL OR REEVALUATION
(*CHECK ONE ONLY – INITIAL OR REEVALUATION)

**I. ☐ INITIAL EVALUATION CONSENT ☐**

As a result of the review of the screening information at the MDT meeting on _____
it was determined in a MDT meeting that your child, _____
is in need of a full and individual evaluation to assist us in developing the most appropriate educational
program. You have been provided a copy of the "Procedural Safeguards – Parental Rights" booklet. We
would like to remind you at this time that:
- granting consent for this evaluation is a voluntary action on your part;
- this consent may be revoked at any time although the school district is required to take all
  necessary action to provide an appropriate program and may be required to initiate due
  process procedures to obtain consent; and
- by granting consent in writing, you are agreeing to the evaluation(s) in Section III.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**II. ☐ REEVALUATION ☐**

The MDT received the following request for a reevaluation for _____
by /for a:  ___ parent request          ___ teacher request          ___ 3 year reevaluation
The MDT will collect supportive documentation in the area of the disability to determine the need for
continued special education and related services. The school is required to only evaluate in those areas
of documented need or consensus of the MDT (parent is a member of team). Parents have the right to
request assessments to determine if the child continues to be a child with a disability. DCPS may
reevaluate your child, without your consent, if the school district can demonstrate that it has taken
reasonable steps to get parental consent and the parent has not responded.
- granting consent for this evaluation is a voluntary action on your part;
- this consent may be revoked at any time although the school district is required to take all
  necessary action to provide a Free Appropriate Public Education program and may be
  required to initiate due process procedures to obtain consent; and
- by granting consent in writing, you are agreeing to the evaluation(s) on the student
  evaluation plan (SEP).

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**III.**  I give permission for District of Columbia Public Schools to proceed with the evaluation(s) based on the
Student Evaluation Plan (attached ) for my child. _____

Within a reasonable period of time days after completion of the evaluation, we will hold another MDT meeting (to which
you will be invited) to determine if your child is eligible for special education and related services. The written results of
all procedures administered will be provided to you at that meeting, along with explanations and interpretations. We will
use this information to determine an appropriate program for your child. If records are to be obtained/released as part of
this evaluation, the "Consent for Release of Records" form is completed and attached."
If you have questions or concerns at any time during the evaluation process, feel free to contact  me
at _____ (telephone number).

____ INITIAL EVALUATION                                    ____ REEVALUATION
                        **Parent Response Section:**

____ I agree to the proposed evaluation(s)          ____ I do NOT agree to the proposed evaluation(s)

_____                    _____
Parent/Guardian Signature                                              Date/

04/22/2005  13:28   20256287          FRIENDSHIP SOUTHEAST              PAGE  18

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
SPECIAL EDUCATION

MULTIDISCIPLINARY TEAM
(MDT)
Meeting Notice

Date  1/9/06

MDT Referral Date: _____

Letter of Invitation

Re : _____

Dear  Ms. Dickens

A multidisciplinary team (MDT) meeting is scheduled to discuss the status of your child's educational needs. Your participation is essential, and we look forward to your valuable input. The purpose and details of the meeting are printed below. You and the school may have additional individuals attend the meeting who have knowledge or special expertise regarding your child. Other invited participants are listed under MDT members.

| Please check one date for confirmation: | | |
|---|---|---|
| ☐ Date: 1/19/06 | Time: 9:00 AM | ; or |
| ☐ Date: 1/20/06 | Time: 11:00 AM | ; or |
| ☐ Date: 1/26/06 | Time: 11:30 AM | |

Place/Location:

Friendship Southeast Elementary Academy
645 Milwaukee Place, SE
Washington, DC    20032

If a suggested meeting time is inconvenient, please call the counselor and/or special education coordinator for a mutual time to address the concerns. Participation by teleconference may be requested if other arrangements prove to be unsuccessful.

**\*The purpose of this meeting is to:**

☐ \*\*develop/review IEP (including consideration of extended school year (ESY) services
☐ \*\*review evaluation or reevaluation information
☒ develop the student evaluation plan (SEP)
☐ discuss documented levels of service
☐ \*\*review records to support the completion of services as follows:

☐ discuss placement
☐ determine manifestation
☐ discuss eligibility

☐ \*\*discuss CompEd
☐ \*consider transition services needs
☐ discuss quarterly review
☐ behavior plan review

☐ Graduated   ☐ Completed Services   ☐ Aged Out   ☐ Transferred Out of District      ☐ Dropped Out

☐ Other: _____

**\*\*Placement will be discussed.**

MDT Members:

☒ Principal or Designee
☒ Parent
☒ LEA Representative
☐ Student

☒ General Education Teacher
☐ Special Education Teacher
☒ Speech and Language
☐ Social Worker

☒ Psychologist
☒ Other: Educational Advocate or Attorney
_____
_____

Any questions you may have concerning your child's program will be discussed at the above meeting. A copy of the Procedural Safeguards for parents is enclosed for your information. If the school can be of assistance to you, please contact
Mrs. Djossou                              at  202-562-1980                   (school telephone number).

If the purpose of the meeting includes consideration of a transition plan, your child is invited to attend and a representative of the following agency(ies) may be invited, if appropriate

*   _____                    *   _____

See attachments, when appropriate, for - EVALUATION PROCEDURES, TEST, RECORDS OR REPORTS USED

\*After the third attempt to contact the parent, the meeting will be held without further notice.

Please sign below and return this page to the school.

Parent/Guardian/Surrogate Signature _____        Date _____

I acknowledge receipt of the Procedural Safeguards for parents (due process procedures).     ☐ Yes    ☐ No

118

FSPCS-04

FRIENDSHIP SOUTHEAST ELEMENTARY ACADEMY
645 Milwaukee Place, SE • Washington, DC 20032 • 202-562-1980 • Fax 202-562-0726

*Home of the Tigers*

## FACSIMILE TRANSMITTAL SHEET

TO: *Attorney Ganibale and Ms. Moody*  FROM: *Mrs. Djossou, Special Education Coordinator*

COMPANY: *James E. Brown and Associates, PLLC*  DATE: *January 10, 2006*

FAX NUMBER: *202-742-2098*  TOTAL NO. OF PAGES INCLUDING COVER: *2*

PHONE NUMBER: *202-742-2000*  SENDER'S REFERENCE NUMBER:

RE: ▉▉▉▉▉  YOUR REFERENCE NUMBER:

☐ URGENT   ☑ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

NOTES/COMMENTS

*Invitation letter for* ▉▉▉▉

**CONFIDENTIALITY NOTICE:** The document(s) accompanying this facsimile transmission contains confidential information belonging to the sender which is legally privileged. If you are not the intended recipient or an employee or agent responsible for delivering this message to the intended recipient, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this facsimile in error please immediately notify us by telephone or arrange for return of the original document(s) to us.



Friendship
Public Charter School
Community Vision ... World Class Education

# JAMES E. BROWN & ASSOCIATES, PLLC

*A Professional Limited Liability Company*

Attorneys at Law
1220 L Street, NW
Suite 700
Washington, DC 20005
Telephone: (202) 742-2000
Facsimile: (202) 742-2098
e-mail: Admin@Jeblaw.biz

James E. Brown
Domen C.R. Hill 0
Robert Giambale
Miguel A. Hull
Christopher L. West

------------------------------

Juan J. Fernandez!
Tilman L. Gerald
John A. Straus
Delores Scott McKnight
Marshall Lammers

------------------------------

! Admitted in Bolivia Only

January 11, 2006

Mrs. Djossou, Special Education Coordinator
Friendship Southeast Elementary School
645 Milwaukee Place SE
Washington, D.C. 20032

RE: T____ D____

Dear Mrs. Djossou;

I am writing in response to the letter of invitation I received form you dated 1/10/06 in which you proposed the following dates to meet 1/19/06, 1/20/06, or 1/26/06. Please be advised, the parent and I are not available on the dates proposed. Please consider the following dates as an alternative: 1/27/06 at 10:00, 1/26/06 at 1:30/1/31/06 at 1:00 pm, 2/1/06 anytime, 2/2/06 anytime. Please call me regarding a convenient date for the meeting. My phone number is 202-742-2006 and my fax number is 202-742-2098.

Thank You,

Michelle Moody

FSPCS -05

District of Columbia Public Schools
Division of Special Education
Washington, D.C.

Multidisciplinary Team
(MDT)
Student Evaluation Plan
(SEP)

MDT REFERRAL DATE: _____                    MEETING DATE: 2/24/06
STUDENT: ▓▓▓▓ D▓▓▓▓ DOB: ▓▓▓ 95 AGE: ____ GRADE: ____ SCHOOL FSEA
STUDENT IDENTIFICATION NUMBER: _____   TEACHER/HOMEROOM: Ms. Carter
ADDRESS: 3710 2nd St SE #C _____ Washington, DC. 20032
　　　　Street #　　Street Name　　Quadrant　　Apartment #　City　State　Zip Code
PARENT(S)/GUARDIAN: Janice Dickens _____ TELEPHONE (H): 563-1517 (W): 202-442-4374
　　　　　　　　　　　　　　　　　cell phone 202-415-2930

Summarize Area(s) of Concern:

The areas of concern are the following: Verbal and written comprehension
retention skills
Sequencing, processing and following
direct.
Penmanship

Team Recommendations:

The MDT recommends the following evaluations:
Psychological include VMI   Speech/Language
educational
OT screening
Conner's

EVALUATION(S) IN AREA(S) OF LEARNING CONCERNS(S)

| ASSESSMENT | ASSESSOR | TEST INSTRUMENT | TIMELINE ASSIGNED | DUE DATE |
|---|---|---|---|---|
| ☑ Psychological | | include VMI | | |
| ☑ Speech/Language | | | | |
| ☐ Social History | | | | |
| ☐ Audiological | | | | |
| ☐ Vision Screening | | | | |
| ☐ Medical | | | | |
| ☑ Educational | SPED Teacher | WJ-III | | |
| ☐ Hearing Screening | | | | |
| ☑ Other: OT screening and Conner's | | | | |

TEAM MEMBERS:  NAME        POSITION          TEAM MEMBERS:  NAME       POSITION
Quiana Carter        Teacher              Janice Dickens        parent
Erica Alton        Special Educator       Sonya Djeson        SEC
L. Faulkner-Jones    Speech/Language Pathologist
Michelle Moody        Advental

The MDT meeting to discuss the evaluation results is scheduled on 6/27/06 at TBD in room TBD

04/28/2006 13:31   20256207          FRIENDSHIP SOUT  EAST                    PAGE  01

```
┌──────────────────────────────────────────┐
│  TRANSMISSION VERIFICATION REPORT          │
└──────────────────────────────────────────┘
```

                                    TIME  : 01/10/20) 13:29
                                    NAME  : FRIENDSH  SOUTHEAST
                                    FAX   : 20256207)
                                    TEL   : 20256219)

```
┌─────────────────────────────────────────────────────────────┐
│   DATE,TIME          01/10  13:07                             │
│   FAX NO./NAME       2027422098                               │
│   DURATION           00:00:43                                 │
│   PAGE(S)            02                                       │
│   RESULT             OK                                       │
│   MODE               STANDARD                                 │
│                      ECM                                      │
└─────────────────────────────────────────────────────────────┘
```

Friendship Public Charter Schools
_Southeast_____ Campus

MULTIDISCIPLINARY TEAM
(MDT)
MEETING NOTES

MDT REFERRAL DATE: _____    MEETING DATE: _2/24/06_

STUDENT: ▓▓▓▓▓ ▓▓▓    SCHOOL: _FSEA_____

| PARTICIPANTS: (PRINT NAME) | PARTICIPANTS: (SIGN NAME) | POSITION |
|---|---|---|
| Quiana Carter | Quiana Carter | Teacher |
| L. Faulkner-Jones | | V.P |
| KyA B. Mathews md | KyA B. Mathen | School Psychologist |
| Michelle Moody | | Advocate |
| Janice Dickens | | Parent |
| Sonja Djossou | Sonja Djossou | SEC |

Procedural Safeguards were read and explained and a receipt was signed for.

Purpose: The purpose of this meeting is to develop a student evaluation plan with the parent, _Janice Dickens_____ who came in and requested that his/her child be evaluated for Special Education.

The MDT team made introductions to one another. Mother- Ms. Dickens. She is concerned with ▓▓▓ understanding verbal directions and written directions. ▓▓▓ struggles with comprehending what he reads. Also, ▓▓▓ attention span is short. He day dreams a lot during class. When ▓▓▓ went to Simmon Elementary, teachers voiced concerns about ▓▓▓ is attention span. ▓▓▓ has had a physical this school year 2005-2006. He does wear glasses. However, this glasses are broke right now

Teacher- Ms. Carter. ▓▓▓ does struggle with verbal and written directions. Ms. Carter stated she usually chunks the directions in simple steps. She would like to see ▓▓▓ try harder and provide more effort in his assignments. ▓▓▓ sits in the front of the class. He complains a lot about body parts hurting him. She stated ▓▓▓ is easily distracted and layed

123

Friendship Public Charter Schools

_Southeast_ _____ Campus

MULTIDISCIPLINARY TEAM (MDT)
CONTINUATION MEETING NOTES

page: _2_ of _2_

MEETING TYPE: _SEP Meeting_ _____

STUDENT: ▓▓▓▓▓▓▓▓     DATE OF BIRTH ▓▓▓▓ /95

SCHOOL: _FSEA_ _____     DATE: _2/24/06_

---

back. She suggested ▓▓▓▓ would benefit from a smaller environment, where the teacher student ratio is smaller. ▓▓▓▓ gets intimidated by tasks that challenge him. He tends to shut down when challenged. ▓▓▓▓ has difficulty with starting and completing tasks without constant prompting. ▓▓▓▓'s penmanship needs improvement. ▓▓▓▓ struggles with multiplying double digits and basic math. He struggles with basic operations in multiplication and division. ▓▓▓▓ lacks excitement in doing tasks. He does better when football examples are applied to the lesson. ▓▓▓▓'s grades in reading is a high D and mathematics, it is a D. He lacks basic computation skills. Based on tests, class work and observation, ▓▓▓▓ earlier in the school year was defiant to authority and bullying his peers.

Mother- Ms. Dickens. ▓▓▓▓ second guess himself a lot when completing assignments.

Speech Pathologist → If a child struggles throughout school, he or she will lose a little confidence in decision-making. His ability to sequence, process, and follow directions appears from the information given to warrant Speech/Language evaluation. Terrance really needs to get his glasses and wear them.

School Psychologist → From the information provided in the meeting, ▓▓▓▓ may experience retention difficulties. Based on the information provided, a Psycho-education is warranted.

Friendship Public Charter Schools
Southeast _____ Campus

MULTIDISCIPLINARY TEAM (MDT)         page: 3 of 3
CONTINUATION MEETING NOTES
MEETING TYPE: SEP Meeting

STUDENT: ▮▮▮▮ ▮▮▮▮        DATE OF BIRTH ▮▮▮/95

SCHOOL: FSEA                        DATE: 2/24/06

The attorney requested the following evaluations:
1. Psycho-educational    4. classroom observation    7. formal classroom observation
2. Clinical              5. speech/Language Evaluation  8. neuropsychological
3. OT                    6. social history            9. physical therapy

Speech Pathologist → The clinical, psychiatric or neuropsychological or social history
are not warranted at this time due to the information the teacher and
parent has provided us in this meeting. ▮▮▮▮ has had no school
suspensions. The student is not aggressive to himself or others at this
time.

The MDT team recommends the following evaluations:
psycho-educational  include VMI      Speech/Language
OT screening
Conner's
The special education Teacher will complete educational using WJ-III.

Ms. Moody requested that the notes provide the initial request was submitted to
FSEA through fax 12/20/05. The Special Education Coordinator did not receive
the fax because it was addressed to Mr. Beverly, the Business Manager. Attorney
Gamable was told ▮▮▮▮ b▮▮▮ did not attend FSEA. Upon notification by the
letter the correction, the invitation letter was sent out by the Special Education
Coordinator, Sonja Djossou.

125

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

CONSENT FOR EVALUATION – INITIAL OR REEVALUATION
(*CHECK ONE ONLY – INITIAL OR REEVALUATION)

---

**I.    INITIAL EVALUATION CONSENT** ☑

As a result of the review of the screening information at the MDT meeting on __2/24/06__ it was determined in a MDT meeting that your child, ~~█████████ D █████~~ is in need of a full and individual evaluation to assist us in developing the most appropriate educational program. You have been provided a copy of the "Procedural Safeguards – Parental Rights" booklet. We would like to remind you at this time that:

- granting consent for this evaluation is a voluntary action on your part;
- this consent may be revoked at any time although the school district is required to take all necessary action to provide an appropriate program and may be required to initiate due process procedures to obtain consent; and
- by granting consent in writing, you are agreeing to the evaluation(s) in Section III.

---

**II.    REEVALUATION** ☐

The MDT received the following request for a reevaluation for _____ by/for a:
☐ parent request        ☐ teacher request        ☐ 3 year reevaluation

The MDT will collect supportive documentation in the area of the disability to determine the need for continued special education and related services. The school is required to only evaluate in those areas of documented need or consensus of the MDT (parent is a member of team). Parents have the right to request assessments to determine if the child continues to be a child with a disability. DCPS may reevaluate your child, without your consent, if the school district can demonstrate that it has taken reasonable steps to get parental consent and the parent has not responded.

- Granting consent for this evaluation is a voluntary action on your part;
- This consent may be revoked at any time although the school district is required to take all necessary action to provide a Free Appropriate Public Education program and may be required to initiate due process procedures to obtain consent; and
- By granting consent in writing, you are agreeing to the evalaution(s) on the student evaluation plan (SEP).

---

**III.    I give permission for District of Columbia Public Schools to proceed with the evaluation(s) based on the Student Evaluation Plan (attached) for my child,** ~~████████ D █████~~.

Within a reasonable period of time days after completion of the evaluation, we will hold another MDT meeting (to which you will be invited) to determine if your child is eligible for special education and related services. The written reports of all procedures administered will be provided to you at that meeting, along with explanations and interpretations. We will use this information to determine an appropriate program for your child. If records are to be obtained/released as part of this evaluation, the "Consent for Release of Records" form is completed and attached. If you have questions or concerns at any time during the evaluation process, feel free to contact me at __202-562-1980__ (telephone number).

\*☑ INITIAL EVALUATION            \*☐ REEVALUATION

☑ I agree to the proposed evaluation(s)            ☐ I do NOT agree to the proposed evaluation(s)

(Parent & request as 12/20/05 request for evals is honored)

_____            __2-24-06__
Parent/Guardian Signature            Date

126

FROM :BATIE                    FAX NC. :3012562752              iay. 17 2006 03:15PM  P2

**CONABOY AND ASSOCIATES, INC.**
*Resources for Children and Families*
705 8th St. SE
Suite 200
Washington, D.C. 20003
Kristin@conaboy.com - www.conaboy.com
Phone 202.544.2320 Fax 202.544 2321

## COMPREHENSIVE OCCUPATIONAL THERAPY EVALUATION

**Name:** T‌‌‌‌‌ D‌‌‌‌            **Educational Program:** Southeast Academy
**Date of Birth:** ‌‌‌‌‌95        **Therapist:** Shanda L. Batie, MSOTR/L
**Chronological Age:** 7 y. 0 m.      **Date of Evaluation:** 05/08/06

**Background Information:** T‌‌‌‌‌ is an 11 year old student who is currently attending Southeast Academy, one of the Friendship Edison Charter School campuses in Washington, D.C. T‌‌‌‌‌ was recommended for an occupational therapy evaluation due to Multidisciplinary Meeting Notes dated 02/24/06 that stated that he has difficulties with verbal and written comprehension, retaining acquired skills, sequencing, processing, following directions, decreased attention. OTR spoke with Ms. Carter, classroom teacher on 05/08/06 who stated that T‌‌‌‌‌ has difficulties with remaining on task, completing classroom assignments, and initiating classroom based assignments.
    A complete Occupational Therapy evaluation was administered to assist with identifying T‌‌‌‌‌'s current levels of motor, sensory, and visual motor/perceptual functioning and to determine his need for Occupational Therapy Intervention. This evaluation should be used in part to support T‌‌‌‌‌'s educational needs and to enhance his classroom performance.

**Evaluations Administered:**
- Teacher Interview
- Clinical Observations
- Bruininks-Oseretsky Test of Motor Proficiency- Fine Motor Subtests)
- The Beery-Buktenica Developmental Test of Visual Motor Integration (VMI)
- The Test of Visual Perceptual Skills (non-motor) Revised (TVPS)
- Writing/Drawing Samples

**Clinical/Behavioral Observations:** This evaluation was completed in T‌‌‌‌‌'s school environment. At times T‌‌‌‌‌ required the directions of the testing procedures to be repeated and rephrased for a better understanding. His general movements, behaviors, and verbal responses were age appropriate. OTR observed T‌‌‌‌‌ within his classroom, where he did demonstrate difficulty initiating classroom tasks. He appeared to daydream and Ms. Clark repeatedly told T‌‌‌‌‌ to start the classroom assignment. T‌‌‌‌‌'s willingness to participate made him a pleasure to test. Therefore, this is thought to be an accurate assessment of his abilities.

- **Self Care:** T‌‌‌‌‌ appears to demonstrates basic, age appropriate self care skills including negotiating the school environment, using the bathroom, and manipulating fasteners.

_FSPCS -07

FROM :BATIE                    FAX NO. :3018562782          May. 17 2008 08:17PM P3

T█████ D█████
Occupational Therapy Evaluation
Page 2 of 7

- **Sensorimotor Functioning:** Successful sensorimotor functioning is the ability to take in, interpret, and use information from the environment appropriately. This area was assessed through clinical observations. T█████ does not demonstrate difficulties processing most sensory information from his environment. He engaged with all presented tactile or touch substances and movement (vestibular system) stimulation. He seems to have an efficient proprioceptive system (information from muscles and joints). He uses appropriate amounts of force when manipulating classroom tools and is able to maintain various postures. However, processing auditory information is an area of concern for T█████ He had difficulty processing and responding to basic, verbal directions and at times the directions of the assessment would have to be changed to accommodate his level of understanding. Difficulty processing auditory information (making sense of what he hears) can impact academic achievement and overall language development.

  T█████'s vision may also be of concern because of performance on the TVPS. T█████ seems to have difficulty making meaning of visual information which will be discussed later in this report. According to the MDT dated 02/24/06 T█████ wears glasses, however they are currently broken. According to T█████ when asked if he wore glasses he stated that he has not worn glasses in years.

- **Gross Motor Skills** Gross motor skills (movements of the large muscles) were assessed through the use of clinical observations. T█████ postural control (ability to control body for movements, maintain different positions), strength, and overall task endurance were fair to good. He did not demonstrate difficulty with maintaining an appropriate desk posture when asked to produce minimal amounts of table top work.

  Like all children, T█████ will benefit from continued opportunities to play on playground and climbing equipment and to engage in structured gross motor or Physical Education activities such as ball and balance games to promote increased overall body strength and stability, coordination, and endurance.

- **Fine Motor Proficiency:** Fine motor skills (movements of small muscles) were assessed using the Bruininks-Oseretsky Test of Motor Proficiency. When compared to other students his age, T█████ achieved skills as follows:

Bruininks-Oseretsky Test of Motor Proficiency

| SUBTEST | AGE EQUIVALENT | STANDARD SCORE | DEFINTION Of TERMS | PERFORMANCE RANGE |
|---|---|---|---|---|
| Visual Motor Control | 10 years, 2 months | 20 | Cutting and drawing lines within narrow boundaries. Copying geometric shapes. | Above Average |
| Upper-Limb Speed and Dexterity | 4 years, 2 months | 5 | Arm and hand speed and control with small items: pegs, coins, cards, beads, and quick pencil tasks. | Low |

- **Interpretation:** According to the Bruininks-Oseretsky Test of Motor Proficiency, T█████'s visual motor control is within the above average range and upper limb speed and dexterity fall within the low range when compared to other children his age. T█████ is able to recognize his right and left sides. He used right hand dominance with a functional, static tripod pencil grasp. 128

FROM :BATIE                    FAX NO. :3018562782              Aug. 17 2006 03:18PM P4

T████ D██████
Occupational Therapy Evaluation
Page 3 of 7

T█████ was able to coordinate his eyes and hands together to complete tasks using his pencil in a smooth, controlled manner for tasks requiring him to produce specific output (i.e. accurately copying basic information or smoothly tracing through narrow paths that changes direction). T█████ was able to use both sides of his body to complete the cutting task using scissors. He demonstrates an age appropriate grasp of the scissors and rotates the paper leading to smooth cutting strokes. When asked to manipulate objects rapidly and in a refined manner, he had difficulty using both sides of his body together and manipulating small objects with efficiency. T█████ moved slowly and below age expectation.

While T█████ put forth fairly good efforts on all fine motor and manipulative tasks his fine motor skills are felt to be within the below average range when compared to other children his age. Fine motor tasks that require speed or to be completed within a timely manner are difficult for him and may contribute to the difficulties within the classroom environment such as completing assignments and keeping pace with peers. He may benefit from a near point copy to work from, extended writing and test taking time, and frequent exposure to table top, and related fine motor tasks.

- **Handwriting:** T█████' handwriting skills were assessed through clinical observations and viewing a work sample where T█████ copied sentences using a far point model. Some of the letters that T█████ formed were disjointed. He demonstrated good posture and proper paper stabilization with minimal amounts of written output. T█████ was able to copy the sentences with one word noted to be misspelled. He was able to properly space words and letters apart. There were not any omissions of words, letters, or punctuation. He demonstrates difficulties with descending letters (i.e. g, y) and an inefficient bottom to top approach to letter formation. T█████'s handwriting was legible, however below age expectation in terms of fluency and maturity. His rate of production is significantly below that of his peers as well.
  T█████ may benefit from participation in a structured, handwriting program (see recommendations) to assist in consistent handwriting development and providing him with a solid handwriting foundation to promote overall legibility, fluency, maturity, accuracy and efficiency with writing tasks.

- **Visual Perceptual Skills/ Visual Motor Integration:** Visual Motor and Visual Perceptual skills were assessed using observations, The Developmental Test of Visual Motor Integration (VMI) and The Test Of Visual Perceptual Skills (TVPS). Good visual motor integration is well coordinated visual perception and finger-hand movements.
  The VMI is used to help identify difficulties that some students have in integrating, or coordinating visual perceptual and motor (finger and hand movement) abilities. The results are as follows:

129

T█████ D█████
Occupational Therapy Evaluation
Page 4 of 7

### The Developmental Test of Visual-Motor Integration

| Category | VMI Overall | Visual Perceptual Section | Motor Section |
|---|---|---|---|
| Raw Scores | 24 | 23 | 27 |
| Standard Scores | 98 | 90 | 107 |
| Scaled Scores | 10 | 8 | 11 |
| Percentiles | 45 | 25 | 68 |
| Age Equivalents | 10 years, 6 months | 8 years, 6 months | 12 years, 11 months |
| Performance Range | Average | Average | Average |

- **Interpretation:** As revealed in T██████'s scores, he exhibits overall visual motor integration skills within the average range. The visual component required T██████ to choose one geometric form among competing forms to match the initial stimulus. The motor component required him to trace the stimulus forms accurately, without going outside double-lined paths. The overall piece required integration of visual and motor information. He did not demonstrate difficulty with details, angles, size, space, or orientation to forms. On the motor section, T██████ did not demonstrate difficulty with controlling his pencil for refined written output. He was able to match forms and attend to basic details. Visual motor integration is found to be within the average range.

The TVPS was additionally administered to assess, more specifically, any possible visual perceptual deficits. Visual/perceptual motor skills are the ability to perceive, process, and respond to objects. It is the capacity to interpret or give meaning to what is seen. T██████ was asked to look at several pictures, listen to specific directions, and choose the appropriate answer. The results are as follows:

### Test of Visual Perceptual Skills

| Category | Age Equivalent Yrs-Mos | Standard Scores AVG=100 | Scaled Scores AVG=10 | Percentile Ranks AVG=50 | Definition of Terms |
|---|---|---|---|---|---|
| Visual Discrim. | >12-11 | 110 | 12 | 75 | To visually perceive differences and match forms. |
| Visual Memory | 7-6 | 78 | 6 | 7 | Remember characteristics of form for immediate recall and being able to find among other forms. |
| Visual Spatial Relations | >12-11 | 111 | 12 | 77 | To be able to differentiate among similar forms which form or part is going in a different direction. |
| Visual Form-Constancy | <4-0 | 55 | 1 | 1 | Ability to recognize basic form despite difference in size, shape, and/or orientation. |
| Vis. Seq. Memory | 9-6 | 95 | 9 | 37 | Remember series of forms for immediate recall to find among competing series. |
| Visual Fig. Ground | 5-11 | 67 | 3 | 1 | Perceive form visually and to find hidden among other forms. |
| Visual. Closure | 5-11 | 62 | 2 | 1 | Determine among unfinished forms the one that is the same as a completed form. |

130

FROM :BATIE                    FAX NO. :3218562792            May. 17 2006 02:22PM P6

T▇▇▇ D▇▇▇▇
Occupational Therapy Evaluation
Page 5 of 7

- **Interpretation:** According to the <u>TVPS</u>, T▇▇▇ presents with overall visual perceptual skills within the below average range. He had difficulty taking in visual information and responding appropriately. Visual perceptual skills are felt to be similar to that of a student 7 years and 6 months old. He demonstrated weaknesses in the areas of visual memory, visual form constancy, visual figure ground, and visual closure which can impact functional tasks within the learning environment such as handwriting development, copying from the board, lining up math calculations, understanding more abstract concepts, forming academic foundations, keeping a place when reading, or with spelling. Such deficits can impact upon T▇▇▇'s classroom performance.

- **Summary:** T▇▇▇ is a 7 year old student who currently attends Southeast Academy Elementary School. He is reportedly having difficulty in his learning environment and presents with a range of strengths and areas for improvements. T▇▇▇ displays some deficits with processing auditory information. His gross motor skills are adequate for the school environment. However, his upper limb speed and dexterity, are found to be within the low range. T▇▇▇ will benefit from continued exposure to structured fine motor activities, playground time, and Physical Education Classes. His handwriting performance is slightly below age expectation with deficits in the areas of basic letter formation and fluency. He may benefit from participation in a structured handwriting program to assist in forming a good, solid handwriting foundation. His visual motor integration skills are in the average range with an appropriate age expectation performance. Visual perceptual skills are felt to be within the below average range according to the <u>TVPS</u>. Subsequently, T▇▇▇ will benefit from structured Occupational Therapy support to assist with developing deficit areas and providing classroom accommodations to increase classroom performance.

- **Recommendations:**

**TEAM:**
1. Review of this report with classroom staff, related service providers, and caregivers.

**OCCUPATIONAL THERAPIST:**
2. An Occupational Therapist should provide direct, individual OT services for 30 minutes per week to improve fine motor skills, handwriting skills, visual perceptual skills, and to assist with developing classroom accommodations to improve and enhance overall academic and classroom performance. Intervention should be well integrated into classroom programming to promote carryover and skill development. The focus of intervention should be to:
   a. Improve overall handwriting pattern which through the use of a structured Handwriting Program. *Handwriting Without Tears* is one good option and is available at <u>www.hwtears.com</u>, phone 301.983.8409, fax 301.983.6821.
   b. Provide compensatory strategies to classroom staff, caregivers, and T▇▇▇ to assist in compensating for deficits and maximizing potential81

T█████ D██████
Occupational Therapy Evaluation
Page 6 of 7

## CLASSROOM STAFF/HOME:

3. Classroom staff and caregivers should provide T██████ with:
   a. Preferential seating at the front of the classroom to decrease distractions and improve accuracy in copying from board.
   b. Opportunities to practice handwriting in various positions such as on the board, lying on the floor, at an easel, or using a slant board which can a can also be ordered from Sammons Preston at 1.800.323.5547. Laying on the floor, propped up on elbow, promotes upper body strength and stability.
   c. When material needs to be copied, provide T██████ with a handout/packet so that he may copy information from his desk decreasing visual inattention to task.
   d. Increased time to complete handwritten assignments.
   e. Clearly organized blackboard and dry erase board information and handouts to decrease visual confusion. Color coding information may be helpful.
   f. T██████ should have a well organized number line and letter strip on his desk to reference when writing.
   g. Computer programs such as *The Children's Writing and Publishing Center* and *Storybook Weaver* (available at www.riverdeep.com) help to develop writing and organizational skills.
4. Limit excessive materials on desk/table/working area.
5. Encourage structured, thinking games during breaks or free time (i.e. Checkers, Chess, Connect Four, Scrabble, Uno, Dominoes, memory games, pattern games, etc.) to improve fine motor and visual perceptual/motor skills.
6. To improve overall fine motor skill development provide opportunities such as:
   a. Sorting and manipulating small objects, fasteners, coins/pocket change, silverware, recycling etc.
   b. Drawing or tracing art activities; sharpening pencils with small hand held pencil sharpeners
   c. Games (i.e. Mastermind, Battleship, PickUp Sticks, Jenga, Connect Four)
   d. Completing basic model cars, trains, or airplanes
   e. Complex Puzzles, Legos, Knex, or other building toys
   f. Modeling clay
   g. Folding and putting away laundry
   h. Serving plates, pouring drinks family style during meals, opening/closing small containers
   i. Basic cooking and baking activities
7. Use large, box graph paper or wide ruled lined paper turned to the side (making lines vertical) to line up math calculations and improve sizing, spacing and number alignment. Try math organizers from www.do2learn.com.
8. Avoid timed tests due to decreased accuracy when writing.
9. Provide opportunities for outside play, team sports, playground time, or structured movement activities to improve sensory processing, overall body

FROM :BATIE                    FAX NO. :3018562782          Aug. 17 2006 08:21PM P8

T██████ D████████
Occupational Therapy Evaluation
Page 7 of 7

awareness, motor coordination, movement quality, and endurance for tasks. Local Boys and Girls Clubs and Community Recreation Programs often provide good, structured activities for students.

10. Formally or informally re-evaluate in one year to determine progress, update goals and objectives, and determine need for continued intervention.

It has been a pleasure working with T██████, Ms. Alton, Ms. Clark and the Southeast Academy personnel. If I can be of further assistance, please do not hesitate to contact me at 202.544.2320.

Shanda L. Batie, MSOTR/L
Occupational Therapist



**Friendship Edison**
Public Charter School
Community Vision ... World Class Education

## Psycho-Educational Evaluation

| | | | |
|---|---|---|---|
| **EXAMINEE:** | T█████ D█ | **REPORT DATE:** | 5/22/2006 |
| **AGE:** | 11 years | **GRADE:** | 5th |
| **DATE OF BIRTH:** | █████95 | **ETHNICITY:** | African/African American |
| **EXAMINEE ID:** | 9005010002 | **EXAMINER:** | Sharon Piner |
| **GENDER:** | Male | | School Psychology Intern |

**Tests Administered:** WISC-IV (4/20/2006)
Conners' (4/20/2006)
Teacher Interview (4/20/2006)
Parent Interview (4/20/2006)
Student Interview (4/20/2006)

**Age at Testing:** WISC-IV (10 years 11 months)
Conners' (10 years 11 months)

**Is this a retest?** No

### SCORES SUMMARY

| WISC-IV COMPOSITE | SCORE |
|---|---|
| Verbal Comprehension Index (VCI) | 85 |
| Perceptual Reasoning Index (PRI) | 96 |
| Working Memory Index (WMI) | 102 |
| Processing Speed Index (PSI) | 70 |
| Full Scale IQ (FSIQ) | 85 |

**Reason for Referral**

T█████ D█████ was referred for a psychological evaluation and ADHD screening to assess his current level of cognitive functioning and to rule in/out ADHD . This is his initial evaluation to determine eligibility for special education services.

**Background Information**

T█████ D█████ is a 11 year old African American male who attends the 5th grade at Friendship Southeast Elementary Academy. The MDT is concerned with his verbal and written comprehension, retention skills, sequencing, processing, following directions and his penmanship. Specifically, Ms. Dickens, is concerned with T█████'s ability to concentrate, focus, and remembering two to three step problems.

A parent interview was conducted for purposes of this evaluation. According to Ms. Janice Dickens, T█████'s mother, her pregnancy was uncomplicated; however, the delivery was significant. T█████ lacked oxygen and was delivered by emergency Caesarian Section. He reached all developmental milestones within normal limits. His medical history is significant with allergies; however, he is not prescribed any

FSPCS-08

2

medications. T⬛⬛⬛ attended Simon Elementary School in the District of Columbia from Head Start to the 2nd grade. He entered Southeast Academy of Scholastic Excellence Public Charter School in 3rd grade. T⬛⬛⬛ is currently in the 5th grade at Friendship Southeast Elementary Academy. His 2nd quarter report card yielded the following grades: Reading (D), PE (B), Math (D), Science (C), World Language (B), Social Studies (D), and Art (A). To date, tutoring services have not been utilized.

According to Ms. Carter, T⬛⬛⬛ has a difficult time comprehending written and verbal instructions. He is currently performing at a 2nd grade reading level and continues to struggle with subject/verb agreement. Ms. Carter also stated that T⬛⬛⬛ is disrespectful, lazy, and often does not complete his homework or classwork which she attributes to his lack of performance in the classroom. However, Ms. Carter has observed some improvement in his social skills. He is learning to ignore his peer's negative behaviors.

A student interview was also conducted for the purpose of this evaluation. According to T⬛⬛⬛, he likes math and reading and dislikes science. T⬛⬛⬛ also stated that he is uncomfortable with pressure from his teacher to participate in class when he does not raise his hand. T⬛⬛⬛ also disclosed that he takes notes to help him with his homework. Additionally, T⬛⬛⬛ stated that he likes to play football and basketball, but he does not play on an organized team and he formerly was a youth usher at his church.

**Behavior Observation**

T⬛⬛⬛ presented as a well-groomed young man with a delightful personality. T⬛⬛⬛ was friendly and cooperative throughout the evaluation. T⬛⬛⬛ appeared alert and oriented during the evaluation and attempted to answer all of the items in each subtest. When he was faced with difficult questions, especially in the reading and written language subtests, he attempted to answer all of the questions regardless of their difficulty. T⬛⬛⬛ put forth his best efforts and it is the examiners belief that the results presented in this report are valid estimates of his current level of cognitive functioning.

**Interpretation of WISC-IV Results**

The WISC-IV is a standardized test of intellectual ability that assesses cognitive ability in four domains. Each domain is comprised of selected subtests, the sum totals of which are reported as an Index Score. Each Index score contributes to the basis for the Full-Scale Intelligence Quotient (IQ). The Verbal Comprehension Index (VCI) measures an individual's verbal reasoning abilities. The Perceptual Reasoning Index (PRI) is a measure of an individual's non-verbal reasoning abilities. The subtests that comprise the Working Memory Index (WMI) assess an individual's ability to hold auditory information in mind while performing some operation with that information and then accurately reproducing that information. The Processing Speed Index (PSI) assesses an individual's ability to rapidly process simple visual information without making errors. T⬛⬛⬛'s results are as follows (and are also indicated as an attachment at the back of this report):

T⬛⬛⬛'s general cognitive ability is within the Low Average range of intellectual functioning, as measured by the FSIQ (FSIQ = 85; 95% confidence interval = 81-90). He

performed much better on nonverbal than on verbal reasoning tasks. Such differences in performance, however, are not especially unusual among children in general.

T██████'s verbal reasoning abilities as measured by the Verbal Comprehension Index are in the Low Average range (VCI = 85; 95% confidence interval = 79-93). The Verbal Comprehension Index is designed to measure verbal reasoning and concept formation. T██████ performed comparably on the verbal subtests contributing to the VCI, suggesting that these verbal cognitive abilities are similarly developed. Terrance performed much better on abstract categorical reasoning and concept formation tasks that did not require verbal expression (Picture Concepts = 12) than on abstract categorical reasoning and concept formation tasks that required verbal expression (Similarities = 7).

T██████'s nonverbal reasoning abilities as measured by the Perceptual Reasoning Index are in the Average range (PRI = 96; 95% confidence interval = 89-104). The Perceptual Reasoning Index is designed to measure fluid reasoning in the perceptual domain with tasks that assess nonverbal concept formation, visual perception and organization, simultaneous processing, visual-motor coordination, learning, and the ability to separate figure and ground in visual stimuli. T██████'s performance on the perceptual reasoning subtests contributing to the PRI is somewhat variable, although the magnitude of this difference in performance is not unusual among children his age. Examination of T██████'s performance on individual subtests provides additional information regarding his specific nonverbal abilities.

T██████s ability to sustain attention, concentrate, and exert mental control is in the Average range (Working Memory Index = 102; 95% confidence interval 94-109). His ability to sustain attention, concentrate, and exert mental control is in the Average range.

T██████s ability in processing simple or routine visual material without making errors is in the Borderline range when compared to his peers. He performed better than approximately 2% of his peers on the processing speed tasks (Processing Speed Index = 70; 95% confidence interval 65-83). Processing visual material quickly is an ability that T██████ performs poorly as compared to his nonverbal reasoning ability. Processing speed is an indication of the rapidity with which T██████ can mentally process simple or routine information without making errors. Because learning often involves a combination of routine information processing (such as reading) and complex information processing (such as reasoning), a weakness in the speed of processing routine information may make the task of comprehending novel information more time-consuming and difficult for T██████. Thus, this weakness in simple visual scanning and tracking may leave him less time and mental energy for the complex task of understanding new material.

## Interpretation of the Conners' Teacher Rating Scale

The Conners' Rating Scale is an assessment tool that prompts a child's parent and/or teacher to provide valuable information about the child's behavior. This instrument is helpful when a diagnosis of ADHD (or related problems) is being considered. The scale contains 14 subscales: oppositional, cognitive problems/inattention, hyperactivity,

4

anxious-shy, perfectionism, social problems, psychosomatic, Conners' Global Index, ADHD Index, DSM-IV Symptoms, DSM-IV Inattentive, DSM-IV Hyperactive-Impulsive. The average scaled T score is 70, which means any score above 70 is an area of concern.

## Teacher Rating Scale Results and Interpretation

According to Ms. Carter's responses to the Conners' Teacher Rating Scale, T█████ has elevated scores in the following subtest areas: Oppositional Behaviors (T-score=85), Hyperactivity (T-score=72), Anxious/Shy (T-score=80), Social Problems (T-score=77), Conners' Global Index: Emotional Lability (T-score=78), Conners' Global Index (T-score 76), DSM-IV Hyperactive-Impulsive (T-score=73). Students who exhibit elevated scores in oppositional behaviors subtest are likely to break rules, have problems with authority and are easily annoyed. A slightly elevated score in Hyperactivity shows that T█████ may have a difficult time sitting still for very long, feel restless and impulsive. Elevated scores in the anxious/shy subtest indicate that T█████ may display atypical amounts of worries and fears and according to the Social Problems subtest T█████ may feel he has few friends and exhibits low self esteem. T█████'s Emotional Lability subtests shows that he may be prone to more emotional responses and behaviors than is typical and according to the Conners' Global Index he may also display negative behaviors that may be associated with his hyperactivity behaviors which is confirmed with his DSM-IV Hyperactive-Impulsive

**Summary**
T█████ D█████ is a 10-year-old male who completed the WISC-IV. His general cognitive ability, as estimated by the WISC-IV, is in the Low Average range. T█████'s general verbal comprehension abilities are in the Low Average range (VCI = 85), and general perceptual reasoning abilities are in the Average range (PRI = 96); however, a determination for special education services can not be made without the input of the educational evaluation. According to the Conners' ADHD screening, T█████'s scores are elevated in the Oppositional Behaviors, Anxious/Shy, Emotional Lability, and Social Problems indexes and only slightly elevated in the areas of Hyperactive-Impulsive and Global Indexes; therefore, an ADHD diagnosis should be ruled out at this time but further investigation of his oppositional behaviors and social problems are warranted.

**Recommendations**
The following recommendations are offered for consideration by the multidisciplinary team (MDT) based on the information obtained in this evaluation. Final decisions about eligibility determination, special education services, and interventions should be made at the MDT meeting in conjunction with results from any other evaluations conducted along with input from the parent and other members of the MDT.

1. After reviewing the results of this evaluation, T█████'s cognitive abilities are within the average range; however, special education services cannot be determined without reviewing the results of the educational evaluation completed by the special education teacher.

5

2.  T████'s parents or guardians are encouraged to reinforce his appropriate behaviors by rewarding him. Immediate verbal feedback may also be used to reinforce appropriate behavior.

3.  T████'s parents or guardians are encouraged to provide immediate reinforcement for demonstrations of increased self-control or longer periods of maintaining attention.

4.  Teachers, other adults, and family are encouraged to engage T████ in social interactions. If direct communication is inappropriate for the situation, frequent eye contact with T████ is recommended.

5.  Rather than punishing T████ for lack of communication, teachers and family members are encouraged to reward any appropriate behaviors as they are observed.

6.  A Functional Behavior Assessment and a Behavior Intervention Plan should be developed and monitored to address T████'s oppositional behaviors that may be impacting his classroom performance.

7.  If effective monitoring of T████'s Behavior Intervention Plan has no impact on his classroom performance a MDT meeting should be scheduled to explore the possibility of an Emotional Disturbance diagnosis. It is important that the team agree upon a time period within which the Behavior Intervention Plan should be implemented and monitored.

_Sharon Piner, School Psychologist,_          5/22/06
_District of Columbia Licensed_                Date

6

# APPENDIX

## Composite Scores Summary

| Scale | Sum of Scaled Scores | Composite Score | Confidence Interval | Qualitative Description |
|---|---|---|---|---|
| Verbal Comprehension (VCI) | 22 | 85 | 79-93 | Low Average |
| Perceptual Reasoning (PRI) | 28 | 96 | 89-104 | Average |
| Working Memory (WMI) | 21 | 102 | 94-109 | Average |
| Processing Speed (PSI) | 9 | 70 | 65-83 | Borderline |
| Full Scale (FSIQ) | 80 | 85 | 81-90 | Low Average |

## Verbal Comprehension Subtest Scores Summary

| Subtests | Raw Score | Scaled Score | Test Age Equiv. |
|---|---|---|---|
| Similarities | 13 | 7 | 7:10 |
| Vocabulary | 27 | 7 | 8:6 |
| Comprehension | 19 | 8 | 9:2 |

## Perceptual Reasoning Subtest Scores Summary

| Subtests | Raw Score | Scaled Score | Test Age Equiv. |
|---|---|---|---|
| Block Design | 26 | 8 | 9:2 |
| Picture Concepts | 20 | 12 | 14:10 |
| Matrix Reasoning | 18 | 8 | 8:10 |

## Working Memory Subtest Scores Summary

| Subtests | Raw Score | Scaled Score | Test Age Equiv. |
|---|---|---|---|
| Digit Span | 18 | 12 | 15:10 |
| Letter-Number Sequencing | 16 | 9 | 9:6 |

## Processing Speed Subtest Scores Summary

| Subtests | Raw Score | Scaled Score | Test Age Equiv. |
|---|---|---|---|
| Coding | 31 | 6 | <8:2 |
| Symbol Search | 9 | 3 | <8:2 |

D. T. J.
Fri, Jun 9, 2006   09:41 AM    Page: 1

Daily Attendance

| Days of Activity | Date | Day of Week | Reas |
|---|---|---|---|
| 1 | 10/21/05 | Friday | UNV |
| 2 | 11/22/05 | Tuesday | UNX |
| 3 | 12/06/05 | Tuesday | UNX |
| 4 | 12/15/05 | Thursday | UNX |
| 5 | 12/16/05 | Friday | UNX |
| 6 | 12/20/05 | Tuesday | UNX |
| 7 | 12/21/05 | Wednesday | UNX |
| 8 | 12/22/05 | Thursday | UNX |
| 9 | 01/05/06 | Thursday | TDY |
| 10 | 01/30/06 | Monday | TDY |
| 11 | 01/31/06 | Tuesday | TDY |
| 12 | 02/01/06 | Wednesday | UNX |
| 13 | 02/03/06 | Friday | UNX |
| 14 | 02/08/06 | Wednesday | TDY |
| 15 | 02/13/06 | Monday | UNX |
| 16 | 02/14/06 | Tuesday | TDY |
| 17 | 02/15/06 | Wednesday | TDY |
| 18 | 02/22/06 | Wednesday | UNX |
| 19 | 03/01/06 | Wednesday | TDY |
| 20 | 03/02/06 | Thursday | TDY |
| 21 | 03/03/06 | Friday | TDY |
| 22 | 03/17/06 | Friday | UNX |
| 23 | 03/28/06 | Tuesday | TDY |
| 24 | 03/30/06 | Thursday | TDY |
| 25 | 03/31/06 | Friday | UNX |
| 26 | 04/03/06 | Monday | TDY |
| 27 | 04/28/06 | Friday | UNX |
| 28 | 05/10/06 | Wednesday | UNX |
| 29 | 05/12/06 | Friday | TDY |
| 30 | 05/15/06 | Monday | TDY |

FSPCS -09

D██████, T██████ J.
Fri, Jun 9, 2006   09:41 AM

Daily Attendance
Page: 2

| Days of Activity | | | |
| --- | --- | --- | --- |
| | Date | Day of Week | Reas |
| 31 | 06/02/06 | Friday | UNX |

D▓▓▓, T▓▓▓ J.                    Daily Attendance
Fri, Jun 9, 2006    09:41 AM    Page: 1

| Last Name ◁▷ | First Name | Middle Name | Grd | Gen | Student ID |
|---|---|---|---|---|---|
| D▓▓ | T▓▓▓ | J | 05 | M | ▓▓▓▓▓ |

| Show Full Year | Days of Activity | **Attendance Totals** |
|---|---|---|

| Reason | Totals |
|---|---|
| Unverified (UNV) | 1 |
| Truant (TRU) | |
| Dism. Abu (DIS) | |
| Home Inst (HIN) | |
| Illness (ILL) | |
| InHouse Sch (IHS) | |
| Tardy Exc (TEX) | |
| Dism. EM (DEM) | |
| Religious (REL) | |
| Suspended (SUS) | |
| Tardy (TDY) | 14 |
| Unexcused (UNX) | 16 |
| Activity (ACT) | |
| Ill Waiver (WAV) | |
| Excused (EXC) | |
| Other (HED) | |

| Reason Type | Totals |
|---|---|
| Unverified | 1 |
| Unexcused | 16 |
| Excused | |
| School Activity | |
| Unexcused Tardy | 14 |
| Excused Tardy | |
| Non-Enrollment | |
| Positive | |
| Totals | 31 |
| Days Enrolled to date | 177 |

31 | 06/02/06   Friday                    UNX

143

# MEMORANDUM

**TO:**       DR. BROWEN MILLET

**FROM:**    JALIMA SMILEY

**SUBJECT:** T███████ D███████

**DATE:**    6/9/2006

**CC:**       CHARLENE GLYMPH

As of 6/7/06, I have been unable to assess T██████ D██████ I went to Southeast Academy to assess T██████ on 6/5/06 at 12:30pm. Upon arrival Ms. Collins informed me that T██████ left school with his father 30 minutes prior to my arrival due to a death in the family.

I called Ms.Dickens on 6/8/06 and left a message for her to return my call so that I could schedule another time to evaluate T██████

# DISTRICT OF COLUMBIA PUBLIC SCHOOLS
# STATE ENFORCEMENT & INVESTIGATONS DIVISION

David R. Smith, Due Process Hearing Officer
825 North Capital Street, 8th Floor, N.E.
Washington, DC 20002
(202) 442-5432 (phone); (202) 442-5556(fax)

| | | |
|---|---|---|
| In the Matter of | ) | **IMPARTIAL DUE PROCESS** |
| | ) | |
| T▆▆▆▆ D▆▆▆▆("Student") | ) | **HEARING OFFICER'S DECISION** |
| D.O.B. April 28, 1995 | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| District of Columbia Public Schools | ) | |
| ("DCPS" or "District")      & | ) | |
| | ) | |
| Friendship-Edison Public | ) | School of Attendance: |
| Charter School, Southeast | ) | |
| Elementary Academy | ) | Friendship-Edison Public Charter School |
| ("Friendship"), | ) | Southeast Elementary Academy |
| | ) | Complaint Notice Filing Date: |
| Respondents. | ) | April 14, 2006 |

*(stamp: 2006 APR 28 PM 1:21  DC PUBLIC SCHOOL SYSTEM)*

## RESPONDENT'S MOTION TO DISMISS

Counsel for student:           Roberta Gambale, Esq.
                               1200 L Street, NW
                               Suite 700
                               Washington, D.C. 20005

Counsel for Friendship:        William Houston, Esq.
                               1008 Pendleton Street
                               Alexandria, Virginia 22314

Counsel for DCPS:              Rhondalyn Primes, Esq.
                                District of Columbia Public Schools,
                               9th Floor
                               825 North Capitol Street, NW
                               Washington, DC 20002

145

**SUMMARY:**

1.      This matter comes before the undersigned Hearing Officer in accordance with the Individuals With Disabilities Education Improvement Act of 2004, 20 U.S.C. 1400 *et seq*. ("IDEIA").

2.      On April 14, 2006, counsel for Petitioner filed a Due Process Complaint Notice contending that Friendship Edison Southeast Elementary Academy Public Charter School, ("Friendship") and DCPS had denied the student FAPE.  Friendship serves as its own LEA.  The Complaint identifies Friendship as the student's present school of attendance.

3.      On April 24, 2006, Respondent DCPS filed a Motion to Dismiss the Complaint. Respondent's Motion states, among other things, that the allegations in the Complaint are solely against Friendship and therefore DCPS should be dismissed as a party.

4.      Respondent DCPS further states in its Motion that Friendship serves as its own LEA and therefore, pursuant to the provisions of 5 DCMR 3019.1, 2, 3,8,and 9, Friendship is responsible for implementing the relevant provisions of the IDEA and that Friendship had not notified DCPS that it could not serve the Petitioner.  Furthermore, with Friendship serving as the LEA, DCPS' responsibility is to provide supervisory functions as the State Educational Agency.

**DISCUSSION:**

1.      Friendship serves as its own LEA with regard to matters of serving children with disabilities.  Accordingly, DCPS serves as the SEA with oversight responsibilities. Pursuant to IDEIA 1415 (c) (2) (B)(i), responses to Complaints are the responsibility of an LEA.  Furthermore, Section 1415 (b) (7) (A) (i) of the IDEIA requires that a Complaint be served on the "other party" with a copy to the SEA. The requirement to send a copy of a Complaint to the SEA does not mean that the SEA should be named as a party.

2.      The issues identified in the Complaint as filed clearly pertain to the student's attendance at Friendship. In this regard, in *IDEA Pub. Charter Sch. V. Belton*, No. 05-467 (D.D.C. March 15, 2006), Judge Collyer held that LEA charters stand on their own under the IDEA and that the LEA is responsible for providing the free appropriate public education. (See also *Hyde Leadership Public Charter School v. Clark*, No. 05-0722 (D.D.C. 2006).

3.      When multiple respondents are named in a Complaint, the Petitioner must identify against whom a particular claim is made.  It is inappropriate to allege a denial of FAPE against both an SEA and an LEA unless there are specific facts warranting such an assertion. Furthermore, good pleading practice requires setting forth with specificity the particular in separate counts for each respondent.

**ORDER**:

DCPS' Motion to Dismiss is **GRANTED,** the Complaint filed April 14, 2006 is **DISMISSED** with respect to DCPS.

David R. Smith, Esq.
Impartial Hearing Officer

Date: 4·2 Y-0 (

Issued:_____

# FAX TRANSMISSION COVER SHEET
## Dalton, Dalton & Houston P.C.
### Attorneys at Law
### 1008 Pendleton Street
### Alexandria, Virginia 22314
### (703) 739-4300
### FAX (703) 739-2323

DATE:    April 24, 2006

TO:    Sharon Newsome, SHO

AT FAX:    202-442-5556

FROM:    Paul S. Dalton, Esq.

RE:    T██████ D██████ Answer

NUMBER OF PAGES INCLUDING THIS PAGE:        4


ADDITIONAL INFORMATION:

---

**PLEASE DELIVER ASAP.**
*****************************************************************

    **THIS COMMUNICATION IS CONFIDENTIAL AND IS INTENDED TO BE PRIVILEGED PURSUANT TO THE ATTORNEY CLIENT PRIVILEGE AND ATTORNEY WORK PRODUCT DOCTRINE.**

    **IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS.**
*****************************************************************

148

**STATE EDUCATION AGENCY FOR THE DISTRICT OF COLUMBIA STATE**
**ENFORCEMENT AND INVESTIGATION DIVISION (SEID)**
**SPECIAL EDUCATION PROGRAMS**

| | |
|---|---|
| Janice Dickens | ) |
| on behalf of | ) |
| T█████ D█████ | ) |
| | ) |
| v. | ) |
| | )    April 24, 2006 |
| District of Columbia Public Schools ("DCPS") | ) |
| | ) |
| and | ) |
| | ) |
| Friendship Southeast Elementary Academy PCS | ) |

### Answer to Due Process Complaint

<u>General Denial/Answer</u>

Friendship Southeast hereby submits its answer to the due process complaint

filed by Ms. Dickens behalf of her son. Friendship Southeast states the following

pursuant to <u>Individuals with Disabilities Education Improvement Act of 2004, Pub. L.</u>

<u>No. 108-446, Sec. 101 §615(c)(2)(B):</u>

The parent  alleges a denial of FAPE based on Friendship Southeast's failure to

timely evaluate her son.  The parent, through counsel sent a request for testing on

December 20, 2005.  This request, however, was sent to Mr. Beverly, who works in the

finance office of the school so there was a delay in the special education coordinator

receiving the request.  Upon school re-opening after Christmas break, the special

education coordinator sent a letter of invitation for an SEP meeting to the parent.  This

letter was dated January 9, 2006.  A meeting was scheduled but cancelled by the

parent.

The SEP meeting was rescheduled and convened in February.  Parent's counsel

1

requested the following evaluations in her letter: a psychoeducational, a speech and

language evaluation, a social history, a clinical evaluation, a psychiatric evaluation and

a classroom observation.  The MDT team did not agree to conduct all of the requested

evaluations because once the team met and discussed the student's progress and

areas of concern the team was able to narrow down the types of evaluations that were

needed.  The parent then signed consent for the agreed upon testing to begin.

Consequently, the timeline to evaluate began to run once the MDT team determined

which evaluations were needed and consent to evaluate was signed.  Given that

timeline, Friendship Edison is still within the 120 day timeline and is in the process of

completing the testing.

**B.    Relief:**

Friendship Southeast is in the process of completing the agreed upon

evaluations and will convene an MDT meeting to review the evaluations once they are

complete.  Consequently, there is no need to fund independent testing.  Friendship

Southeast is willing to convene the requested MDT meeting but this relief is not the

result of this present hearing complaint but is a continuation of Friendship Southeast's

evaluation process.  Any request for compensatory education is premature as this

student has not been found eligible for special education.  Regardless, at this time

Friendship Southeast believes that it is still within the 120 day timeline and does not

believe it owes compensatory education.

2

150