## JAMES E. BROWN & ASSOCIATES, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Juan J. Fernandez!◊ |
| Domiento C.R. Hill*◊Δ | 1220 L Street, NW | Christina R. Busso♦◊ |
| Brenda McAllister*◊Δ | Suite 700 | Ann E. FordΔ |
| Roberta Gambale | Washington, D.C. 20005 | Tilman L. GeraldΔ |
| Miguel A. Hull | Telephone: (202) 742-2000 | Roxanne D. Neloms |
| Christopher L. West♦◊ | Facsimile: (202) 742-2098 | John A. Straus*◊ |

---------------------------------

\* Admitted in Maryland Only
♦ Admitted in New York Only

! Admitted in Bolivia Only
Δ Member of the DC Federal Bar

March 12, 2004

*Via Facsimile Only*
Friendship-Edison Public Charter School
Chamberlain Campus
1345 Potomac Avenue, SE
Washington, DC

      Re:    T██ Di██ – **Request for Manifestation Meeting**

Attention Mrs. Whitehead,

      This letter is to follow up on a call I received today from T██ Di██'s mother. As I understand the circumstances, I have been informed that T██ was suspended from school for 25 days. To better help me understand this situation, please send me immediately a copy of all documentation related to this incident and suspension. Also, I am requesting on Ms. Dixon's behalf that you schedule an opportunity for the parents and for a representative from my office to participate in a manifestation meeting as soon as possible. In addition, Ms. Dixon mentioned that a school staff member told her the school's intention is to suspend Travis for 25 days and also to expel him from Friendship Edison. If this is the case, the parent is requesting that Friendship Edison assist her in locating an appropriate alternative school placement.

      Please contact me at your earliest convenience to update me as to these issues. You may contact me at (202) 742-2018 and you may send all documents to my attention by facsimile at (202) 742-2098.

                           Sincerely,

                           Christina Busso, Esq.
                           Attorney

◊ *"Practice is limited solely to matters before the District of Columbia Public Schools' Office of Student Hearings under the District of Columbia Court of Appeals Rule 49(c)(5)."*

51

```
                    ***********************
                ***   TX REPORT   ***
                    ***********************

        TRANSMISSION OK

        TX/RX NO              2815
        CONNECTION TEL                 95474554
        SUBADDRESS
        CONNECTION ID
        ST. TIME             03/12 12:28
        USAGE T              00'56
        PGS. SENT            2
        RESULT               OK
```

# JAMES E. BROWN & ASSOCIATES, PLLC

*A Professional Limited Liability Company*

James E. Brown
Domiento C.R. Hill*◊△
Brenda McAllister*◊△
Roberta Gambale
Miguel A. Hull
Christopher L. West◊◊

Attorneys at Law
1220 L Street, NW
Suite 700
Washington, D.C. 20005
Telephone: (202) 742-2000
Facsimile: (202) 742-2098

Juan J. Fernandez!◊
Christina Busso◊◊
Ann E. Ford△
Tilman L. Gerald△
Roxanne D. Neloms
John A. Straus*◊

* Admitted in Maryland Only
◊ Admitted in New York Only

! Admitted in Bolivia Only
△ Member of the DC Federal Bar

# *FAX COVER SHEET*

DATE: March 12, 2004

TO:    Ms. Whitehead at FEPCS

PHONE: 202-547-5800

FAX NO: 202-547-4554

FROM: Claudia Martinez, Legal Assistant for C. Busso, Esq.

SUBJECT: T~~~ D~~~

NUMBER OF PAGES INCLUDING COVER SHEET: **2**

COMMENTS: Letter requesting for manifestation meeting

# Exhibit 4

04/01/2004 16:51  FAX 2025475800

WASHINGTON, DC 20001

April 1, 2004

Ms. Whitehead, Special Education Coordinator
FEPCS-Chamberlain
Washington, DC 20003
VIA FACSIMILE (202-547-4551 PPT RD)

Dear Ms. Whitehead,

How are you? I am writing to touch base on Tennis Djuma. We have a meeting scheduled for April 14th at 1pm. Since we will have to discuss placement for the IEP portion of that meeting, this would be a good time to review his behavior. I understand that there have not been any significant behavior incidents in the last week.

Please do not hesitate to contact me if you have any questions or require additional information.

Sincerely,

Cheron Sutton-Brock, MA
Educational Advocate

54

04/01/2004 16:51 FAX 2025475800

# Friendship Edison Public Charter School, Chamberlain Campus



1345 Potomac Avenue, SE
Washington, DC 20003
Phone: (202) 547-5800 ext:____
Fax: (202) 547-4554
Website: www.Edisonschools.com

## Fax Cover Sheet

| Send To: Cheron Sutton Brock | From: Y. Whitehead |
|---|---|
| Fax number: 742-2098 | Date: 4-1-04 |

Subject: ~~Jerome D_____~~

[ ] URGENT   [ ] REPLY ASAP   [ ] PLEASE COMMENT   [ ] PLEASE REVIEW   [ ] FOR YOUR INFORMATION

Total pages:

**Comments:**

Dear Mrs. Sutton-Brock,

I recommend that you speak with ~~Jerome's~~ parents regarding his behavior this week. In regards to the meeting scheduled April 14, 2004, it has been cancelled.

## Home of the Champions

# Exhibit 5

# JAMES E. BROWN & ASSOCIATES, PLLC

*A Professional Limited Liability Company*

James E. Brown
Domiento C.R. Hill*◊Δ
Brenda McAllister*◊Δ
Roberta Gambale
Miguel A. Hull
Christopher L. West◆◊

-----------------------------------
* Admitted in Maryland Only
◆ Admitted in New York Only

Attorneys at Law
1220 L Street, NW
Suite 700
Washington, D.C. 20005
Telephone: (202) 742-2000
Facsimile: (202) 742-2098

Juan J. Fernandez!◊
Christina R. Busso◆◊
Ann E. FordΔ
Tilman L. GeraldΔ
Roxanne D. Neloms
John A. Straus*◊

-----------------------------------
! Admitted in Bolivia Only
Δ Member of the DC Federal Bar

March 24, 2004

*Via Facsimile Only*
Friendship-Edison Public Charter School
Chamberlain Campus
1345 Potomac Avenue, SE
Washington, DC

**Re:**   **Request for expulsion hearing and request for MDT/IEP meeting for**
          **T▬▬ D▬▬, DOB ▬▬97**

Attention Mrs. Whitehead,

This letter is to follow up on our earlier telephone conversation today about 'T▬▬'
expulsion from Friendship Edison and the school policy statement I received from you. On behalf
of the parent, I hereby request a hearing to consider the expulsion action proposed by Friendship
Edison at this time. In addition, I request that Friendship Edison convene an MDT/IEP meeting and
invite an appropriate DCPS representative to participate. After reviewing the team notes from
March 18, 2004, it appears that the team failed to take a number of necessary steps. An MDT/IEP
meeting would provide an opportunity to remedy these errors before filing for due process hearing.
Specifically, I am requesting that the team take the following steps:

a)   Develop a behavior intervention plan to meet the requirements of IDEA for students who are
     suspended for 10 or more days, including a Functional Behavioral Plan as necessary.

b)   Reconsider the disability classification of the student in light of the reports made during the
     March 18, 2004 meeting, including the comments of Dr. Stewart in reviewing Dr. Quarrell's
     psychological evaluation as well as the comments of other team participants where the team
     appears to have agreed and noted Travis' disruptive behaviors including Oppositional
     Defiant Disorder (ODD) and increasingly disruptive behaviors.

c)   Review the results from the updated behavior rating scale, possibly a Conners scale,
     recommended by the team on March 18, 2004 and incorporate those results into the IEP.

d)   Revise the level of programming in T▬▬' IEP based on the recommendations noted on
     March 18, 2004 by Dr. Stewart in reviewing Dr. Quarrell's psychological evaluation where
     it was recommended that Travis receive Specialized Instruction in addition to his other
     related services.

e)   Discuss and determine, with the aid of a DCPS placement specialist, an alternative
     appropriate placement.

f)   Determine how remaining compensatory education services for speech and language
     services will be delivered to this student.

◊ *"Practice is limited solely to matters before the District of Columbia Public Schools' Office of Student Hearings under the District of Columbia Court of Appeals Rule 49(c)(5)."*

57

Please contact me at your earliest convenience as to the status of this request. You may contact me at (202) 742-2018 and you may send all documents to my attention by facsimile at (202) 742-2098.

Sincerely,

Christina Busso, Esq.

cc:    Office of Special Education
       Office of Mediation and Compliance

```
                        ***********************
                        ***   TX REPORT   ***
                        ***********************


        TRANSMISSION OK

        TX/RX NO              0091
        CONNECTION TEL                        95474554
        CONNECTION ID
        ST. TIME             03/24 17:40
        USAGE T              01'12
        PGS. SENT               3
        RESULT               OK
```

## JAMES E. BROWN & ASSOCIATES, PLLC

*A Professional Limited Liability Company*

Attorneys at Law
1220 L Street, NW
Suite 700
Washington, D.C. 20005
Telephone: (202) 742-2000
Facsimile: (202) 742-2098

James E. Brown
Domiento C.R. Hill*◊Δ
Brenda McAllister*◊Δ
Roberta Gambale
Miguel A. Hull
Christopher L. West◆◊

Juan J. Fernandez!◊
Christina R. Busso◆◊
Ann E. Ford◊
Tilman L. Gerald◊
Roxanne D. Neloms
John A. Straus*◊

* Admitted in Maryland Only
◆ Admitted in New York Only

! Admitted in Bolivia Only
Δ Member of the DC Federal Bar

# FAX COVER SHEET

**DATE:**      March 24, 2004

**TO:**        Friendship Edison Public Charter School

               ATTN. Theresa Whitehead

**FAX NO.:**   202-547-4554

**FROM:**      Christina Busso, Esq.

**SUBJECT:**   T████ D████, DOB ████97

**NUMBER OF PAGES INCLUDING COVER SHEET:**   **3**

**COMMENTS:**   Request for Expulsion Hearing and for MDT/IEP meeting

59

03/24/2004  17:43 FAX 202 742 2098          Murrell Brown                                    ☒001

```
*********************
***   TX REPORT   ***
*********************
```

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 0093 |
| CONNECTION TEL | 94425524 |
| CONNECTION ID | MEDIATION & COMP |
| ST. TIME | 03/24 17:42 |
| USAGE T | 00'32 |
| PGS. SENT | 3 |
| RESULT | OK |

# JAMES E. BROWN & ASSOCIATES, PLLC
### *A Professional Limited Liability Company*

James E. Brown
Domiento C.R. Hill*◊△
Brenda McAllister*◊△
Roberta Gambale
Miguel A. Hull
Christopher L. West◆◊

Attorneys at Law
1220 L Street, NW
Suite 700
Washington, D.C. 20005
Telephone: (202) 742-2000
Facsimile: (202) 742-2098

Juan J. Fernandez!◊
Christina R. Busso◆◊
Ann E. Ford△
Tilman L. Gerald△
Roxanne D. Neloms
John A. Straus*◊

---

\* Admitted in Maryland Only
◆ Admitted in New York Only

! Admitted in Bolivia Only
△ Member of the DC Federal Bar

---

# FAX COVER SHEET

DATE:        March 24, 2004

TO:          Office of Mediation and Compliance

             ATTN. Monitor for Friendship Edison PCS – Chamberlain Campus

FAX NO.:     202-442-5524

FROM:        Christina Busso, Esq.

SUBJECT:     T▪▪▪▪ D▪▪▪▪, DOB 1▪▪▪/97

NUMBER OF PAGES INCLUDING COVER SHEET:  **3**

COMMENTS:    Request for Expulsion Hearing and for MDT/IEP meeting

60

03/24/2004 17:45 FAX 202 742 2098        Murrell Brown        ☐001

```
    ***********************
    ***    TX REPORT    ***
    ***********************

TRANSMISSION OK

TX/RX NO                0094
CONNECTION TEL                    95474554
CONNECTION ID
ST. TIME                03/24 17:43
USAGE T                 01'12
PGS. SENT               3
RESULT                  OK
```

# JAMES E. BROWN & ASSOCIATES, PLLC
### *A Professional Limited Liability Company*

James E. Brown
Domiento C.R. Hill*◊△
Brenda McAllister*◊△
Roberta Gambale
Miguel A. Hull
Christopher L. West◆◊

Attorneys at Law
1220 L Street, NW
Suite 700
Washington, D.C. 20005
Telephone: (202) 742-2000
Facsimile: (202) 742-2098

Juan J. Fernandez!◊
Christina R. Busso◆◊
Ann E. Ford△
Tilman L. Gerald△
Roxanne D. Neloms
John A. Straus*◊

------------------------------
* Admitted in Maryland Only
◆ Admitted in New York Only

------------------------------
! Admitted in Bolivia Only
△ Member of the DC Federal Bar

# FAX COVER SHEET

DATE:            March 24, 2004

TO:              Friendship Edison Public Charter School

                 ATTN. Principal

FAX NO.:         202-547-4554

FROM:            Christina Busso, Esq.

SUBJECT:         T█████ Di████, DOB ████/97

NUMBER OF PAGES INCLUDING COVER SHEET:    **3**

COMMENTS:        Request for Expulsion Hearing and for MDT/IEP meeting

```
                        ************************
                    ***     TX REPORT     ***
                        ************************

     TRANSMISSION OK

     TX/RX NO              0092
     CONNECTION TEL                      94425517
     CONNECTION ID        DCPS SPECIAL EDU
     ST. TIME             03/24 17:45
     USAGE T              00'32
     PGS. SENT                  3
     RESULT               OK
```

# JAMES E. BROWN & ASSOCIATES, PLLC
### A Professional Limited Liability Company
Attorneys at Law
1220 L Street, NW
Suite 700
Washington, D.C. 20005
Telephone: (202) 742-2000
Facsimile: (202) 742-2098

James E. Brown
Domiento C.R. Hill*◊Δ
Brenda McAllister*◊Δ
Roberta Gambale
Miguel A. Hull
Christopher L. West◆◊
------------------------------
* Admitted in Maryland Only
◆ Admitted in New York Only

Juan J. Fernandez!◊
Christina R. Busso◆◊
Ann E. FordΔ
Tilman L. GeraldΔ
Roxanne D. Neloms
John A. Straus*◊
------------------------------
! Admitted in Bolivia Only
Δ Member of the DC Federal Bar

# FAX COVER SHEET

DATE:             March 24, 2004

TO:               Office of Special Education

                  ATTN. Monitor for Friendship Edison PCS – Chamberlain Campus

FAX NO.:          202-442-5517

FROM:             Christina Busso, Esq.

SUBJECT:          T████ D███, DOB ██/██/97

NUMBER OF PAGES INCLUDING COVER SHEET:   **3**

COMMENTS:         Request for Expulsion Hearing and for MDT/IEP meeting

# Exhibit 6

# JAMES E. BROWN & ASSOCIATES, PLLC
*A Professional Limited Liability Company*
Attorneys at Law
1220 L Street, NW
Suite 700
Washington, D.C. 20005
Telephone: (202) 742-2000
Facsimile: (202) 742-2098

James E.  Brown
Domiento C.R. Hill*◊△
Brenda McAllister*◊△
Roberta Gambale
Miguel A. Hull
Christopher L. West♦◊

-----------------------------------

\* Admitted in Maryland Only
♦ Admitted in New York Only

Juan J. Fernandez!◊
Christina R. Busso♦◊
Ann E. Ford△
Tilman L. Gerald△
Roxanne D. Neloms
John A. Straus*◊

-----------------------------------

! Admitted in Bolivia Only
△ Member of the DC Federal Bar

April 14, 2004

*Via Facsimile Only*
Friendship-Edison Public Charter School
Chamberlain Campus
1345 Potomac Avenue, SE
Washington, DC

**Re:     Request for MDT/IEP meeting for T███ D███, DOB ███/97**

Attention Mrs. Whitehead,

This letter is to follow up on our previous telephone conversations as well as my conversations with the office of the attorney for Friendship-Edison, Dalton, Dalton & Houston. During a conversation with Ms. Laura Duos, Esq. on April 7, 2004, I was informed that Friendship-Edison agreed to convene an MDT/IEP meeting to review and revise T███' IEP.  I explained to Ms. Duos that I would keep the originally scheduled IEP meeting time and date for April 14, 2004 available and await further confirmation from you.  Clearly, this time/date has past and still I have had no contact from you to schedule T███' meeting.  I am requesting that you contact me immediately to schedule a time to review T███ needs and revise his IEP according.  I would also ask that a DCPS representative be invited to participate in the meeting.  I am requesting that the team also take the following steps:

a)   Develop a behavior intervention plan to meet the requirements of IDEA for students who are suspended for 10 or more days, including a Functional Behavioral Plan as necessary.

b)   Reconsider the disability classification of the student in light of the reports made during the March 18, 2004 meeting, including the comments of Dr. Stewart in reviewing Dr. Quarrell's psychological evaluation as well as the comments of other team participants where the team appears to have agreed and noted T███ disruptive behaviors including Oppositional Defiant Disorder (ODD) and increasingly disruptive behaviors.

c)   Review the results from the updated behavior rating scale, possibly a Conners scale, recommended by the team on March 18, 2004 and incorporate those results into the IEP.

d)   Revise the level of programming in T███' IEP based on the recommendations noted on March 18, 2004 by Dr. Stewart in reviewing Dr. Quarrell's psychological evaluation where it was recommended that T███ receive Specialized Instruction in addition to his other related services.

e)    Discuss and determine, with the aid of a DCPS placement specialist, an alternative appropriate placement.

f)    Determine how remaining compensatory education services for speech and language services will be delivered to this student.

Please contact me at your earliest convenience as to the status of this request. You may contact me at (202) 742-2018 and you may send all documents to my attention by facsimile at (202) 742-2098.

Sincerely,

Christina Busso, Esq.

cc:    Dalton, Dalton & Houston, P.C.
Office of Special Education
Office of Mediation and Compliance

```
***********************
***   TX REPORT   ***
***********************

TRANSMISSION OK

TX/RX NO              3418
CONNECTION TEL                94425524
SUBADDRESS
CONNECTION ID        MEDIATION & COMP
ST. TIME             04/15 09:55
USAGE T              00'32
PGS. SENT               3
RESULT               OK
```

## JAMES E. BROWN & ASSOCIATES, PLLC
*A Professional Limited Liability Company*
Attorneys at Law
1220 L Street, NW
Suite 700
Washington, D.C. 20005
Telephone: (202) 742-2000
Facsimile: (202) 742-2098

James E. Brown*◊△
Domiento C.R. Hill*◊△
Brenda McAllister*◊△
Roberta Gambale
Miguel A. Hull
Christopher L. West◆◊

Juan J. Fernandez!◊
Christina R. Busso◆◊
Ann E. Ford△
Tilman L. Gerald△
Roxanne D. Neloms
John A. Straus*◊

------------------------------

* Admitted in Maryland Only
◆ Admitted in New York Only

! Admitted in Bolivia Only
△ Member of the DC Federal Bar

# FAX COVER SHEET

DATE:        April 14, 2004

TO:          Office of Mediation and Compliance

             ATTN. Monitor for Friendship Edison PCS

FAX NO.:     202-442-5524

FROM:        Christina Busso, Esq.

SUBJECT:     T███ D███, DOB 1█/██/97

NUMBER OF PAGES INCLUDING COVER SHEET:   **3**

COMMENTS:    Request for immediate MDT/IEP meeting              66

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO              3411
CONNECTION TEL                97036423101
SUBADDRESS
CONNECTION ID
ST. TIME              04/14 19:58
USAGE T               00'33
PGS. SENT             3
RESULT                OK
```

# JAMES E. BROWN & ASSOCIATES, PLLC

*A Professional Limited Liability Company*

James E. Brown
Domiento C.R. Hill*◊△
Brenda McAllister*◊△
Roberta Gambale
Miguel A. Hull
Christopher L. West◆◊

Attorneys at Law
1220 L Street, NW
Suite 700
Washington, D.C. 20005
Telephone: (202) 742-2000
Facsimile: (202) 742-2098

Juan J. Fernandez!◊
Christina R. Busso◆◊
Ann E. Ford△
Tilman L. Gerald△
Roxanne D. Neloms
John A. Straus*◊

--------------------------------
* Admitted in Maryland Only
◆ Admitted in New York Only

! Admitted in Bolivia Only
△ Member of the DC Federal Bar

# FAX COVER SHEET

DATE:           April 14, 2004

TO:             Dalton, Dalton & Houston, P.C.

                ATTN. Ms. Laura Duos

FAX NO.:        703-642-3101

FROM:           Christina Busso, Esq.

SUBJECT:        T████ D████, DOB 1█/██/97

NUMBER OF PAGES INCLUDING COVER SHEET:    **3**

COMMENTS:       Request for immediate MDT/IEP meeting

67

```
**********************
***  ERROR TX REPORT  ***
**********************

TX FUNCTION WAS NOT COMPLETED

TX/RX  NO              3410
CONNECTION TEL                   95474554
SUBADDRESS
CONNECTION ID
ST. TIME               04/14 20:01
USAGE T                00'00
PGS. SENT                  0
RESULT                 NG        #018  BUSY/NO SIGNAL
```

# JAMES E. BROWN & ASSOCIATES, PLLC

*A Professional Limited Liability Company*

Attorneys at Law
1220 L Street, NW
Suite 700
Washington, D.C. 20005
Telephone: (202) 742-2000
Facsimile: (202) 742-2098

James E. Brown
Domiento C.R. Hill*◊Δ
Brenda McAllister*◊Δ
Roberta Gambale
Miguel A. Hull
Christopher L. West◆◊

Juan J. Fernandez!◊
Christina R. Busso◆◊
Ann E. FordΔ
Tilman L. GeraldΔ
Roxanne D. Neloms
John A. Straus*◊

-----------------------------------
* Admitted in Maryland Only
◆ Admitted in New York Only

-----------------------------------
! Admitted in Bolivia Only
Δ Member of the DC Federal Bar

# FAX COVER SHEET

DATE:            April 14, 2004

TO:              Friendship Edison PCS

                 ATTN. Ms. Whitehead

FAX NO.:         202-547-4554

FROM:            Christina Busso, Esq.

SUBJECT:         T████ D████, DOB ██/██/97

NUMBER OF PAGES INCLUDING COVER SHEET:  **3**

COMMENTS:        Request for immediate MDT/IEP meeting

68

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO              3416
CONNECTION TEL             95474554
SUBADDRESS
CONNECTION ID
ST. TIME             04/15 09:53
USAGE T              01'17
PGS. SENT                3
RESULT               OK
```

# JAMES E. BROWN & ASSOCIATES, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | **Attorneys at Law** | Juan J. Fernandez!◊ |
| Domiento C.R. Hill*◊Δ | 1220 L Street, NW | Christina R. Busso�◊ |
| Brenda McAllister*◊Δ | Suite 700 | Ann E. FordΔ |
| Roberta Gambale | Washington, D.C. 20005 | Tilman L. GeraldΔ |
| Miguel A. Hull | Telephone: (202) 742-2000 | Roxanne D. Neloms |
| Christopher L. West◆◊ | Facsimile: (202) 742-2098 | John A. Straus*◊ |

\* Admitted in Maryland Only
◆ Admitted in New York Only

! Admitted in Bolivia Only
Δ Member of the DC Federal Bar

# FAX COVER SHEET

DATE:        April 14, 2004        *Second attempt to fax*

TO:          Friendship Edison PCS

             ATTN. Ms. Whitehead

FAX NO.:     202-547-4554

FROM:        Christina Busso, Esq.

SUBJECT:     T████ D████, DOB ██/██/97

NUMBER OF PAGES INCLUDING COVER SHEET:  **3**

COMMENTS:    Request for immediate MDT/IEP meeting

69

```
*****************************
***   ERROR TX REPORT   ***
*****************************


TX FUNCTION WAS NOT COMPLETED


TX/RX NO              3417
CONNECTION TEL                94425517
SUBADDRESS
CONNECTION ID
ST. TIME             04/15 10:01
USAGE T              00'00
PGS. SENT               0
RESULT               NG      #018  BUSY/NO SIGNAL
```

# JAMES E. BROWN & ASSOCIATES, PLLC

*A Professional Limited Liability Company*

James E. Brown
Domiento C.R. Hill*◊△
Brenda McAllister*◊△
Roberta Gambale
Miguel A. Hull
Christopher L. West◆◊

Attorneys at Law
1220 L Street, NW
Suite 700
Washington, D.C. 20005
Telephone: (202) 742-2000
Facsimile: (202) 742-2098

Juan J. Fernandez!◊
Christina R. Busso◆◊
Ann E. Ford△
Tilman L. Gerald△
Roxanne D. Neloms
John A. Straus*◊

----------------------------
* Admitted in Maryland Only
◆ Admitted in New York Only

----------------------------
! Admitted in Bolivia Only
△ Member of the DC Federal Bar

# FAX COVER SHEET

DATE:           April 14, 2004

TO:             Office of Special Education

                ATTN. Monitor for Friendship Edison PCS

FAX NO.:        202-442-5517

FROM:           Christina Busso, Esq.

SUBJECT:        T███ D███, DOB ███/97

NUMBER OF PAGES INCLUDING COVER SHEET:   **3**

COMMENTS:       Request for immediate MDT/IEP meeting

70

```
                    ***********************
              ***      TX REPORT      ***
                    ***********************


       TRANSMISSION OK

       TX/RX NO              3422
       CONNECTION TEL                  94425517
       SUBADDRESS
       CONNECTION ID        DCPS SPECIAL EDU
       ST. TIME             04/15  10:44
       USAGE T              00'33
       PGS. SENT              3
       RESULT               OK
```

# JAMES E. BROWN & ASSOCIATES, PLLC
*A Professional Limited Liability Company*
Attorneys at Law
1220 L Street, NW
Suite 700
Washington, D.C. 20005
Telephone: (202) 742-2000
Facsimile: (202) 742-2098

James E. Brown
Domiento C.R. Hill*◊△
Brenda McAllister*◊△
Roberta Gambale
Miguel A. Hull
Christopher L. West◊◊

Juan J. Fernandez!◊
Christina R. Busso◊◊
Ann E. Ford△
Tilman L. Gerald△
Roxanne D. Neloms
John A. Straus*◊

---
* Admitted in Maryland Only
◊ Admitted in New York Only

! Admitted in Bolivia Only
△ Member of the DC Federal Bar

# FAX COVER SHEET

DATE:            April 14, 2004

TO:              Office of Special Education

                 ATTN. Monitor for Friendship Edison PCS

FAX NO.:         202-442-5517

FROM:            Christina Busso, Esq.

SUBJECT:         T█████ Di████, DOB ██/██/97

NUMBER OF PAGES INCLUDING COVER SHEET:   **3**

COMMENTS:        Request for immediate MDT/IEP meeting

71

Law Offices
## DALTON, DALTON & HOUSTON, P.C.
6303 Little River Turnpike, Suite 310
Alexandria, Virginia 22312-5045
Telephone: (703)-941-4455
Facsimile: (703)-642-3101
E-MAIL: DCSPEDLAW@AOL.COM

Washington DC. Office:
601 Pennsylvania Avenue, N.W.
South Building, Suite 900
Washington, DC 20004
Telephone: (202)-393-0060
Facsimile: (202)-393-1555

Paul S. Dalton*
Ellen Douglass Dalton *
William E. Houston+
Talib Abdus Shahid+

*ALSO ADMITTED IN D.C. & W.VA.
+ ADMITTED IN D.C. & PA

# SETTLEMENT AGREEMENT

### November 25, 2003

**VIA FACSIMILE ONLY:** 202-742-2098

James E. Brown & Associates, PLLC
Attn: Ms. Christina Rose Busso, Esq.
1220 L Street, N.W., Suite 700
Washington, DC 20005

RE:    T████ Di████                    Date of Birth: 1███9/97

Dear Ms. Busso:

In lieu of the scheduled December 4, 2003, Due Process Hearing and in settlement of all issues, the Friendship Edison Public Charter School (Chamberlain Campus) (hereinafter F.E.) agrees to the following.

1. F.E. will provide 12 additional hours of speech and language therapy as compensatory education before the end of the 2003-2004 school year.
2. Upon execution of this agreement, the parent, by and through counsel, will withdraw the current hearing request.
3. In settlement of all attorney fees with regard to this case, F.E. agrees to pay $1,500.00 to parent's counsel within 30 days of the signing of this agreement. $2,000.00 two thousand dollars and no/cents CB 12/2/-

Agreed: _____        Agreed: _____ 12/2/03
Paul S. Dalton, Esq.                       Christina Rose Busso, Esq.
Attorney for Friendship Edison             Attorney for Travis Dixon

72

# Exhibit 7

# District of Columbia Public Schools
## *Office of Compliance*
# STUDENT HEARING OFFICE
825 North Capitol Street, N.E.
8TH Floor
Washington, D.C. 20002
FAX: (202) 442-5556



## *FACSIMILE SHEET*

Date: 01/28/04

TO:  C. Busso

FROM:  STUDENT HEARING OFFICE

RE:  HOD    T‌▬▬  D‌▬▬

TOTAL NUMBER OF PAGES, INCLUDING COVER:   5

COMMENTS:
Transmittal

*CONFIDENTIALITY NTOICE:* The information accompanying this facsimile is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the content of this telecopied information is strictly prohibited.

74

01/28/2004  14:06    2024425556    STUDENT HEARINGS OFC    PAGE  02/05
DAVID SMITH
01/27/04  22:41  FAX 7032  443    001

# DISTRICT OF COLUMBIA PUBLIC SCHOOLS
## OFFICE OF MANAGEMENT SERVICES

## SPECIAL EDUCATION DUE PROCESS HEARING

In The Matter of:                              )
                                               )
T___ Di___                                     )    Hearing Date:  January 16, 2004
Date of Birth: _____ 1994                     )
("Student"),                                   )
                                               )
        Petitioner,                            )
                                               )
        v.                                     )
                                               )
Friendship Edison Public Charter School,       )
    1345 Potomac Avenue, S.E.                   )
    Washington, D.C. 20003                      )
    (Friendship-Edison"),                       )
                                               )
        Respondent                             )    Impartial Hearing Officer:
                                               )    David R. Smith, Esq.
                                               )

## HEARING OFFICER'S DETERMINATION
## AND ORDER

**Hearing Participants:**

Counsel for parent:                Christina R. Busso, Esq.
                                   1220 L Street, NW
                                   Suite 700
                                   Washington, D.C. 20005

Parents:                           Ms. Dorothea Dixon
                                   Mr. Paul Dixon

Counsel for Friendship-Edison:     Paul S. Dalton, Esq.
                                   6303 Little River Turnpike
                                   Suite 310
                                   Alexandria, Virginia 22312

Witness:                           Ms. Theresa Whitehead,
                                   Special Education Coordinator

1

01/28/2004  14:06   2024425556    STUDENT HEARINGS OFF    PAGE  03/05
DAVID SMITH
01/27/04  22:41  FAX 7031  .443

## DISTRICT OF COLUMBIA PUBLIC SCHOOLS
### *OFFICE OF MANAGEMENT SERVICES*

## SPECIAL EDUCATION DUE PROCESS HEARING

### INTRODUCTION:

A Due Process Hearing was convened on January 16, 2004 at the District of Columbia Public Schools ("DCPS"), 825 North Capitol Street, N.E. Washington, D.C. 20002. The hearing was held pursuant to a hearing request submitted by counsel for the student on December 17, 2003.

### JURISDICTION:

The Hearing was held and this decision was written pursuant to the *Individuals with Disabilities Education Act* (I.D.E.A.), P.L. 101-476, as amended by P.L. 105-17, the *Rules of the Board of Education of the District of Columbia and the DC Appropriations Act, Section 145,* effective October 21, 1998.

### DUE PROCESS RIGHTS:

Counsel for the parents waived a formal reading of the due process rights.

### FIVE-DAY DISCLOSURE DOCUMENTS:

### On Behalf of Friendship-Edison:

FE-01, Disclosure Letter dated 1-9-04

### On Behalf of the Parent:

TD-01 through TD-08, per Disclosure Letter dated 1-9-04.

### CONTENTIONS OF THE PARTIES:

The parent filed the hearing request contending that DCPS and Friendship-Edison failed to fully implement an April 23, 2003 IEP by failing to deliver all related services to the student while the student was attending Friendship-Edison. In particular, the hearing request contends that the student has not received related services consistently. In particular, the parent contends that so far during the 2003-2004 school year the student has not received speech/language services

The hearing requests acknowledges that the lack of speech/language therapy was due to Friendship-Edison not having a speech pathologist on staff; however, one was hired in late November 2003. The parent requests that the student be provided compensatory education services to reflect the hours of speech and language therapy that

01/28/2004  14:06    2024425556                STUDENT HEARINGS OFFI          04/05
                                               DAVID SMITH
    01/27/04  22:41  FAX 7031    443

the student missed from December 2, 2003 through the date of the Hearing or when services begin.

Friendship-Edison admits that it has not delivered speech and language services as required by the IEP, primarily because it did not have a speech pathologist on staff. Furthermore, as stated in the hearing request, a speech pathologist has now been hired and Friendship-Edison states that it is prepared to proceed with providing the speech and language services.

## SUMMARY:

At the Hearing, DCPS made a motion that it be dismissed as a party since at all times relevant to the matter, the student was enrolled in Friendship-Edison, which serves as its own LEA. The motion was granted.

Friendship-Edison agreed that the student missed 16 weeks of speech/language services that was specified in the IEP. The reason being Friendship-Edison did not have a speech/language therapist on staff at the time. However, one was hired in November 2003 and Friendship Edison is now providing the student with the necessary speech and language services and is prepared to make up the hours the student missed per his IEP. The make up of services will continue until the appropriate hours have been caught up, which could occur at the end of March 2004.

## FINDINGS OF FACT AND CONCLUSIONS OF LAW:

1.     The parent filed the hearing request contending that the student had been denied related services, in particular speech and language services and requested compensatory education to make up for the services missed.

2.     At the Hearing the parties agreed that the student missed 16 weeks of services because Friendship-Edison did not have a speech therapist on staff to implement the services required by the IEP. Friendship-Edison hired a speech therapist in November 2003 and on the record stated that the speech/language services are now being provided to the student. Furthermore, the speech therapist will provide additional time to the student in order that the services missed will be caught up, which could occur at the end of March 2004.

3.     There is no disagreement over the student's entitlement to speech and language services and that Friendship-Edison will provide the services. Therefore, the relief requested in the hearing request is being provided.

## ORDER:

Hearing Request is DISMISSED WITHOUT PREJUDICE.

01/28/2004  14:08    2024423558    DAVID SMITH    PAGE 05/05

01/27/04  22:41  FAX 703: .443

**APPEAL PROCESS:**

This is the final administrative decision in this matter. Appeals on legal grounds may be made to a court of competent jurisdiction within 30 days of the rendering of this decision.

David R. Smith
Hearing Officer

Date  1-26-04

Issued  1-28-04

4

# Exhibit 8

MEDIATION & COMPLIANCE

11/26/2003 14:27 FAX 2024425524

# DISTRICT OF COLUMBIA PUBLIC SCHOOLS
## OFFICE OF MANAGEMENT SERVICES

### SPECIAL EDUCATION DUE PROCESS HEARING

#### CONFIDENTIAL

#### HEARING OFFICER'S DETERMINATION

2003 JUN 30 PM 5: 42
RECEIVED

**STUDENT:** T███ D███       **DATE OF BIRTH:** ███97

**ADDRESS:** 2657 Stanton Road, S.E.
Washington, D.C. 20020

**PRESENT SCHOOL ATTENDING:** Friendship Edison PCS (FEPCS)
**HOME SCHOOL:** Orr E.S.

**DATE OF HEARING:** June 24, 2003

**PRESENT AT THE HEARING:**

Christina Busso                  Counsel for Parent
Dorothea Dixon                   Mother
Cheron Sutton-Brock              Advocate
Linda Smalls                     Counsel for DCPS
Carlton Quarells                 Psychologist, FEPCS
Brian Kobil                      Counsel for FEPCS
Theresa Whitehead*               Special Education Teacher, FEPCS
(*Testified by telephone)

Parent's Representative: Christina Busso, Esq.
Address: 1220 L Street, N.W., Washington, D.C. 20005
FAX: 202-742-2098

School System's Representative: Linda Smalls, Esq.
Address: 825 N. Capitol Street, N.E., Washington, D.C. 20002

FEPSC Representative: Brian Kobil, Esq.
Address: 3105 South Street, N.W., Washington, D.C. 20007
FAX: 202-965-8913

OFFICE 2003 JUN 30 AM 11: 14    STUDENT HEARING

## INTRODUCTION:

A hearing was held at the District of Columbia Public Schools (DCPS), 825 N. Capitol Street, N.E., Washington, D.C. 20002, on June 24, 2003 at the request of Christina Busso, counsel for the parent and the student. Linda Smalls represented DCPS, and Brian Kobil represented FEPCS, the other parties to this hearing.

## JURISDICTION:

The hearing was held and this decision was written pursuant to the Individuals with Disabilities Education Act (IDEA) (P.L. 101-476), reauthorized as the IDEA Improvement Act of 1997 (P.L. 105-17) 20 U.S.C. 1400 Et. seq.; and their current regulations, specifically the Code of Federal Regulations at 34 CFR Part 300; and District of Columbia Municipal Regulations, Chapter 30, Education Handicapped, Title V, Sections 3000-3099.

## ISSUES:

1. Did FEPCS and DCPS fail to fully implement the April 23, 2003 IEP so as to deny a Free Appropriate Public Education (FAPE) to the student?

2. Did FEPCS and DCPS fail to appropriately classify all of this student's disabilities when it did not include the disability classification of Emotionally Disturbed (ED) and did not program accordingly including having a behavior plan?

3. Is the FEPCS/DCPS IEP for the student inappropriate for failing to provide an appropriate level of services and are the goals inappropriate?

## DOCUMENTS SUBMITTED ON BEHALF OF FEPCS:

## FEPCS-1-FEPCS-12

## DOCUMENTS SUBMITTED ON BEHALF OF THE STUDENT:

## TD-1-TD-11

## FINDINGS OF FACT:

1. The student is a five-year-old child currently enrolled at FEPCS. The student has been found eligible for special education services by FEPCS as a student with the disabilities of speech and language impairment (SL) and Other Health Impaired (OHI). The April 23rd 2003 IEP provides for one hour a week of speech and language therapy and thirty minutes a week of counseling. The IEP states the percent of time not in a regular

81

education setting is 5%. The IEP includes a social emotional goal with an annual goal to "demonstrate marked improvement with impulsivity, hyperactivity and distractibility." Short-term objectives include "reduce the frequency and severity of temper outburst, acting out and aggressive behaviors." The counselor, social worker and teacher are the providers on this goal. Attached to the IEP are a blank Intervention Behavior Plan and a blank Functional Behavioral Assessment. The parent signed the IEP after the paragraph that reads: " I AGREE with the contents of the IEP. I have had an opportunity to be involved in the development of this IEP. I have received a copy of this IEP and consent to the implementation of the services in the IEP. I have received a copy of the procedural safeguards and parent rights pertaining to special education." The parent's educational advocate, Ms. Brock, was present at the IEP meeting. (FEPCS-1, TD-3)

2.    The special education teacher, Ms. Whitehead, testified that the student was receiving the related services of speech and language therapy and counseling since April 23, 2003, when the IEP went into effect. (Testimony of Ms. Whitehead) The mother testified that the student has not been receiving the related services until her counsel filed a hearing request on May 27, 2003. She further testified that the regular teacher told her that the student had not been pulled out for speech and language and counseling services. She testified that the service providers were not at the school from May 1st -May 20th.

3.    The student has successfully completed kindergarten and is promoted to first grade. The regular teacher has informed the special education teacher that she can redirect the student and calm him down when he shows defiant behavior and tantrums. The regular teacher also stated in the MDT Meeting Notes of the April 23, 2003 MDT meeting that "she does not have that high level of oppositional behavior at present." (TD-3 at page 8 of MDT Meeting Notes)

## DISCUSSION AND CONCLUSIONS OF LAW:

As a preliminary matter, counsel for DCPS has moved for DCPS to be dismissed as a party from this action since FEPCS is the LEA in this case. Counsel for FEPCS and the parent oppose that motion. A review of the applicable law supports counsel for FEPCS and the parent's position that DCPS is ultimately responsible for ensuring a FAPE and compliance with IDEA's requirements. In *Gadsby v. Grasmick*, 109 F. 3d 940 (4th Cir. 1997) the Fourth Circuit Court of Appeals concluded that the "SEA is ultimately responsible for the provision of a free appropriate public education to all its students and may beheld liable for the failure to assure compliance with IDEA." 109 F. 3d at 952-53. DCPS's motion to be dismissed as a party is therefore **DENIED**.

11/26/2003 14:27 FAX 2024425524                MEDIATION & compliance                @007/007

Based on a careful review of the documents submitted and the witnesses' testimony, FEPCS has met its burden of proof that the IEP developed for the student is appropriate. The IEP provides for speech and language therapy and counseling to meet his disability needs as a student classified as SL and OHI. The IEP also contains goals to meet his communication language processing and social emotional needs. The parent, with her educational advocate present and participating in the MDT meeting, signed that she agreed with the contents of the IEP and consented to the implementation of the IEP. This hearing officer concludes that the IEP provides a program that is reasonably calculated to provide educational benefit to the student and is therefore appropriate pursuant to the legal standard for appropriateness under IDEA as interpreted by the United States Supreme Court in *Board of Education of the Hendrick Hudson Central School District v. Rowley*, 458 U.S. 176 (1982).  The mother has raised concerns about the student's behavior not being properly addressed at FEPCS. The MDT Meeting Notes indicate, however, that the regular kindergarten teacher did not have a high level of oppositional behavior at present in the classroom with the student. The regular teacher indicated to the special education teacher that she was able to redirect and calm down the student when he shows defiant behavior or tantrums.  The regular teacher promoted the student to first grade and found that he had successfully completed the kindergarten program.  The special education teacher testified that his behavior is not adversely impacting his academic performance.

Finally, there is a disagreement over whether the IEP's required related services were provided from the effective date of the IEP on April 23, 2003.  In order to ensure that the student was provided with the related services to which he is entitled, this hearing officer is requesting counsel for FEPCS and counsel for the parent to meet to review the related service logs at FEPCS to determine if all the services were provided. If the services were not provided, it is **ORDERED** that FEPCS shall provide those related services as compensatory education on a schedule to be determined between counsel for FEPCS and counsel for the parent.

It is hereby **ORDERED** that:

The case is **DISMISSED.**

This is the final administrative decision in this matter.  Appeals on legal grounds may be made to a court of competent jurisdiction within 30 days of the rendering of this decision.

Seymour DuBow, Esq.
Impartial Hearing Officer
Date Issued: 6/30/03

Date filed: June 30, 2003

4

83

# Exhibit 9

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON D.C.
INDIVIDUALIZED EDUCATIONAL PROGRAM

DCPS - IEP Page 1 of 4

Additional Comments

## I. IDENTIFICATION INFORMATION

Student Name: Last ~~████~~    First ~~████~~    MI

Student ID ~~████~~    Soc. Sec. No. 578-███-763    Age: 5    Grade K

Gender ☑M ☐F    Date of Birth 10-20-97    Ethnic Group African American

Address 2657 Stanton Rd. S.E.
House No.    Street Name    Quadrant    Apartment #

Washington D.C. 20020
City    State    Zip Code

☐ Non-attending

Attending School Chamberlain    Home School

☑ Elem. ☐ Mid/JHS ☐ SHS ☐ CWS/

Parent Mrs. Dorthea Cooper

Address of (if different from student):    ☐ Parent ☐ Guardian ☐ Surrogate

Telephone: Home 202-859-4871    Work Cell 202-246-1812

## II. CURRENT INFORMATION

Date of IEP Meeting: 4-23-03

Date of Last IEP Meeting:

Date of Most Recent Eligibility Decision: 4-23-03

Purpose of IEP Conference:
☑ Initial IEP    ☐ Review of IEP
☐ Requested Eval.    ☐ 3yr Re-Eval.

Indicate Level of Standardized Assessment: II

ADDENDA TO BE ATTACHED AS NEEDED
Check the appropriate box(es)
☐ BEHAVIOR    ☑ TRANSPORTATION

## III. LANGUAGE

| | Language | Language Used for Evaluation | Language Used in Conference | Communication Requirements | To be completed by Office of Bilingual Education English and Math Proficiency Assessment |
|---|---|---|---|---|---|
| Student | English | English | | | Oral |
| Parent | English | | English | | Rdg / Writter |
| Home | English | | | | Instrument: |
| | | | | | Date: |

## IV. SPECIAL EDUCATION AND RELATED SERVICES SUMMARY

| SERVICES | SETTING GenEd | SpEd | Total | FREQUENCY Hr./Min | D/W/M. | PROVIDER (by discipline) | BEGINNING DATE mm/dd/yyyy | DURATION # | wks./mos. |
|---|---|---|---|---|---|---|---|---|---|
| Speech Language | | 1.0 | 1.0 | 1 hr. | WK | Speech Therapist | 4-24-03 | 10 | mos |
| Counseling | | .5 | .5 | hr. | WK | School Counselor | 4-24-03 | 10 | mos |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| **TOTAL** | | **1.5** | **1.5** | Hours Per Week | | | | | |

## V. Disability(ies)

Speech Language Impairment
Other Health Impairment

☐ (Check if setting is general Ed.)

Percent of time in Specialized Instruction and Related Services
☑ 0-20%    ☐ 21-60%    ☐ 61-100%

Percent of time NOT in a Regular Education Setting 5%

## VI. IEP TEAM (Participants in the development of the IEP)

Print and sign your name below.

Tammy Reneville Neville SEP    Judith Dorvil Judith Dorvil Sch. Couns.
Audrey Campbell    Audrey Campbell
Carlton L. Edwards    Carlton L. Edwards
Cheryl Smith Brock, Advocate    Cu Smith Brock
Lucille ____    Mother
Theresa Whitehead    Theresa Whitehead Sp. Ed. Teacher

*I AGREE* with the contents of this IEP. I have had an opportunity to be involved in the development of this IEP. I have received a copy of this IEP and consent to the implementation of the services in the IEP. I have received a copy of the procedural safeguards and parent rights pertaining to special education.

Parent/Guardian Signature ____    Date 4-23-03

## VII. Present Educational Performance Levels in Areas Affected by the Disability

**Academic Areas: (Evaluator)** Carlton L. Quarells, Psy.D

Math Strengths: Numerical operations, ability to identify and write numbers, count and solve simple word problems

Impact of disability on educational performance in general education curriculum: May have difficulty solving grade level addition and subtraction problems in general ed class

Reading Strengths: Identifying letters, sounds and rhyming words

Impact of disability on educational performance in general education curriculum: Due to inattentiveness and impulsivity Travis may have difficulty with comprehension in higher education.

**Communication (Speech & Language) (Evaluator)** Michelle McConnell

Strengths:

Impact of disability on educational performance in general education curriculum:

**Motor/Health (Evaluator)**

Strengths:

Impact of disability on educational performance in general education curriculum:

**Social Emotional Behavioral Areas: (Evaluator)** Carlton L. Quarells, Psy. D.

Strengths: Energetic, inquisitive, and sociable.

Impact of disability on educational performance in general education curriculum: Travis' difficulty with inattentiveness, distractibility, and poor impulse control impact his educational performance.

**Cognitive/Adaptive Behavior: (Evaluator)** Carlton L. Quarells, Psy.D.

Strengths: Nonverbal reasoning abilities, abstract reasoning skills.

Impact of disability on educational performance in general education curriculum: Travis' cognitive ability does not impact his current educational progress.

**Prevocational Skills: (Evaluator)**

Strengths:

Impact of disability on educational performance in general education curriculum:

### Additional Comments:

| | Score(s) When Available | | |
|---|---|---|---|
| | GE | PR | SS |
| Math Cal | K.5 | | 101 |
| Math Rea | PreK.5 | 50 | 10C |

See goal page:

Date: 3-14-03

| | | | |
|---|---|---|---|
| Rdg. Com | | | |
| Rdg. Basic | K.1 | 33 | 105 |
| Written Ex | | | |

See goal page

Date: 3-14-03

| Score(s) When Available | |
|---|---|
| Exp Lang | 75 |
| Rec. Lang | 74 |
| Voice | WNL |
| Fluency | WNL |
| Exp Voc | 71 |
| Rec. Voc | |

See goal page:

Date: 04/__/03

Score(s) /Results When Available

See goal page:

Date:

**Score(s) When Available**

Devereux - 137 (Clinical Significant)

Conner's - 89 (ADHD Index)

See goal page:

Date: 3/14/03

**Score(s) When Available**

KBIT - 83 (Vocabulary)
" - 94 (Matrices)
" - 87 (Composite)

See goal page:

Date: 3/14/03

**Score(s) When Available**

See goal page:

Date:

| Student Name Travis Dixon  Managing School: _Friendship-Edison Public Charter School, Chamberlain_ |
| Student ID Number_____  DOB: _____  Attending School: Same as managing school |
| Additional Comments: | Goal # |

## VIII. Specialized Services

Area addressed by goal: Communication: Language Processing

**ANNUAL GOAL:** (including mastery criteria.)

To increase use of language processing strategies 15 % above baseline measures

Provider(s): **Speech/Language Pathologist**

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Travis will name an item associated with a given item with at least 80% accuracy. | | Monthly |
| Travis will name three items that are members of a given category with at least 80% accuracy. | | Monthly |
| Travis will provide one similarity between two items with at least 80% accuracy. | | Monthly |
| Travis will provide one difference between two items with at least 80 % accuracy. | | Monthly |
| Travis will provide three attributes for a given item with at least 80% accuracy. | | Monthly |
| | | |

**EVALUATION PROCEDURE(S)**

___Portfolio  ___Log  ___Chart  ___Test  ___Documented Observation  ___Report  Other:  Therapy data

| Student Name | ~~_____~~ | | ~~_____~~ school | FEPCS | ~~_____~~ |
| Student ID Number | ~~_____~~ | | ~~_____~~ | Chamberlain | Page 3 of 4 |

| **VIII. SPECIALIZED SERVICES** | Additional Comments: | | Goal Number: |
| | Area addressed by goal: | Social Emotional | |

**ANNUAL GOAL:** (including mastery criteria )

Demonstrate mark improvement with impulsivity, hyperactivity and distractability 80% of the time.

Provider(s): Counselor, Social Worker, and teacher.

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include audience, behavior, condition, degree and evaluation) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Will...<br>• Reduce the frequency and severity of temper outburst, acting out and aggressive behaviors | | Monthly |
| • Discuss the meaning of Self Control. | | Monthly |
| • Identify and describe situation in which self control is lacking. | | Monthly |
| • Demonstrate knowledge of techniques to regain Maintain and decrease impulsivity. | | Monthly |
| • Identify and verbalize how annoying or impulsive behaviors impact others. | | Monthly |
| • Develop effective coping behaviors in response to change and transition. | | Monthly |

| **EVALUATION PROCEDURE(S)** | | | | | | |
|---|---|---|---|---|---|---|
| Portfolio | Log | Chart | (Test) | (Documented Observation) | Report | Other _____ |

Student Name: ▓▓▓▓ B ▓▓▓▓ 97                 School: FBCS Chamberlain

Student ID Number:

**Additional Comments:**

## IX. LEAST RESTRICTIVE ENVIRONMENT (LRE) DETERMINATION
SERVICE ALTERNATIVES

| Can curricular modification, accommodation and/or supplemental aids and services be used for a LRE setting in regular education? | Yes | No |

Explanation for removal out of regular education classroom

Based on current testing ▓▓▓▓ requires pull-out services for related services

## X. Supplementary Aids and Services

| Classroom Needs (Do not name products or companies) | SETTING | | | FREQUENCY | | PROVIDER (by discipline) | BEGINNING DATE |
|---|---|---|---|---|---|---|---|
| | GenEd | SpEd | Total | H:M:N | D/W/M | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Check and list modifications and/or accommodations for testing:                None needed

| Timing/Scheduling: | Extended time |
| Setting | |
| Presentation | |
| Response | |
| Equipment | |

## XI. STATE AND DISTRICT ASSESSMENTS:

Level I  Tested with non-disabled peers under standard conditions without accommodations

Level II  (Describe non-uniform conditions for level III)  Tested under non-standard conditions with permissible accommodations

Level V  Portfolio

(Level II)  (Describe accommodations for level II)  Tested under standard conditions with special accommodations.

Level IV  (Describe the alternative assessment)

## XII. Areas Requiring Specialized Instruction and Related Services:

Reading

Mathematics

Written Expression

Other:

None

(Social Emotional)

Physical/Sensory

Physical Development

Transition

Vocational

Independent Living

(Speech/Language)

Modifications:

Language Arts/English

Social Sciences

Biological & Physical Sciences

Fine Arts

Apply annual goal(s), objectives and/or modifications to address barriers in each area checked above.

## XIII. PLACEMENT CONSIDERATIONS AND JUSTIFICATION

| DESCRIBE CONSIDERATIONS | ACCEPT/REJECT REASONS | POTENTIAL HARMFUL EFFECTS |
|---|---|---|
| General Ed | rejected - does not meet needs | |
| General Ed/Resource Room | rejected - does not meet needs | |
| Out of Regular Ed setting | accepted - meets student needs | |

Modification(s)/Accommodation(s) to address the harmful effects:

Extended time

Location for Services: FBCS Chamberlain Campus

District of Columbia Public Schools        07-02-2001        Division of Special Education        Appendix - A        IEP Page 4 of 4

89

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

INDIVIDUALIZED EDUCATION PROGRAM
(IEP)
MEETING NOTES

STUDENT ████ D. ████     SCHOOL Chamberlain     DATE: 4-23-03

| PARTICIPANTS: | PARTICIPANTS: (Sign Name) | DISCIPLINE |
|---|---|---|
| Judith M. Darvil | Judith M. Darvil | School Counselor |
| Kinthmy Venerville | Kinthmy Venerville | Speech pathologist |
| Audrey Campbell | Audrey Campbell | Teacher/ Kindergarten |
| Carlton L. Gnarelli | Carlton L. Gnarelli | Psychologist |
| Cheron Sutton-Brock | Cheron Sutton-Brock | Educational Advocate |
| _____ | _____ | Mother |

It was determined at the MDT meeting that ████ is eligible for special education services as a student with Speech and Language Impairment and Other Health Impairment for ADHD and asthma.
Services: Speech Language: 1 hour per week
            Counseling: 30 minutes per week
                        group session
Setting: Out of Regular Ed.
Modifications/Accommodations - Extended time

MDT REFERRAL DATE _____

MULTIDISCIPLINARY TEAM (MDT)
CONTINUATION MEETING NOTES
MEETING TYPE: Initial _____

2   2

STUDENT: ████ D████   SCHOOL Chamberlain _____   DATE: 4-23-03

Y████ will receive bus transportation. Mrs. Dixon stated that she was pleased and satisfied with the MDT portion and the IEP portion of the meeting. This concludes the IEP portion of the meeting

MDT

MULTIDISCIPLINARY TEAM
(MDT)
MEETING NOTES

MEETING DATE 4-23-03

MDT REFERRAL DATE: _____

STUDENT: J█████ D█████

SCHOOL: Chamberlain/ FEPCS

| PARTICIPANTS: (Print Name) | PARTICIPANTS: (Sign Name) | POSITION |
|---|---|---|
| Judith M. Darvil | Judith M Darvil | School Counselor |
| Rodney Vererville | Rodney | Speech Pathologist |
| Audrey Campbell | Audrey Campbell | Teacher / Kindergarten |
| Carltan A. Murrell | Carltan Murrell | Psychologist |
| Theresa Allen-Brock | The Allen-Brock | Educational Advocate |
| _____ D████ █████ | _____ D████ █████ | Parent |
| Theresa Whitehead | Theresa Whitehead | Sp. Ed. Aide |

"Mrs. Dixon was given a copy of the Procedural Manual for parents and she signed the Parents Right Receipt.

The purpose of this meeting is to review and discuss J█████'s initial evaluations.

THE PARENT [X] IS PRESENT [ ] IS NOT PRESENT  AT THE MEETING

J█████ D████ - Initial

AFTER A REVIEW OF THE ASSESSMENTS, IT IS DETERMINED THAT _____

Speech and Language Impairment
Other Health Impairment

[ ] CONTINUES TO BE ELIGIBLE FOR SPECIAL EDUCATION

[ ] IS TO BE EXITED FROM SPECIAL EDUCATION

MDT REFERRAL DATE _____

MULTIDISCIPLINARY TEAM (MDT)
CONTINUATION MEETING NOTES
MEETING TYPE: Initial

Page 2 of 8

STUDENT: T___ D___    SCHOOL Chamberlain    DATE 4-23-03

Psychological Evaluation: As per report dated 3-14-03
by Dr. Carlton S. Quarells

T___ had lower scores in areas assessing his verbal reasoning skill, while his nonverbal abstract reasoning was assessed at the Average level of ability. These finding are established by the Kaufman Brief Intelligence Test (K-Bit) administered to T___ by Dr. Quarells on 3-14-05. Travis obtained a Vocabulary subtest score of 82 (Below Average), a Matrices subtest score of 94 (Average), and a K-BIT Composite IQ score of 87 (Below Average). This Composite IQ score of 87 places Travis in the Below Average range of cognitive ability as measured by the K-BIT.

Visual-Motor Integration Assessment Results

Findings suggest he is performing at the Borderline Range of ability, with five errors of rotation and two errors of distortion in his reproductions. T___ obtained an age equivalent score of 4-0 to 4-6

T___ has no problem learning, he tends to learn better when nonverbal task are involved. He may enjoy things such as working on puzzles

MDT REFERRAL DATE _____

MULTIDISCIPLINARY TEAM (MDT)
CONTINUATION MEETING NOTES
MEETING TYPE: Initial                          Page 2 of 3

STUDENT: ~~T___ D___~~    SCHOOL Chamberlain    DATE 4-23-03

As indicated by his word reading score ~~T___~~ performed in the Average range on tasks that required him to name alphabet letters, sounds, and rhyming words. (Standard score 103) Testing does not indicated any reading difficulties at the present.

~~T___~~ performed in the Average range, as indicated by his overall mathematics skills. He obtained a mathematics Composite score of 101 — Standard Score. Testing does not indict any math difficulties at present.

~~T___~~ obtained a Listening Comprehension Standard Score of (101). This score places him in the Average range. There are no overall problems with reasoning skills or academic skills

~~T___~~ performed in the Average range on tasks that required him to write his name and print letters for corresponding sounds and words. He obtained a standard score of 96.

MULTIDISCIPLINARY TEAM (MDT)
CONTINUATION MEETING NOTES
MEETING TYPE: Initial

MDT REFERRAL DATE _____

PAGE 4 of 8

STUDENT: ▇▇▇▇    SCHOOL Chamberlain    DATE 4-23-03

Personality Assessment Results:

Y▇▇'s Personality assessment results reveal
that his behaviors are consistent with a child
with Attention Deficit, Hyperactivity Disorder.
Findings from the Devereux Behavior Rating
Scale (DBRS-SF) Travis obtained a standard
score of 127 suggesting his behaviors are
consistent with other students receiving special
education services as an Emotionally and
Behaviorally Disordered student (EBD). Travis
inability to focus and attend interfere with
his ability to learn. Travis does need assistance
with impulsivity. Dr Quavells recommend
counseling.

Diagnostic Impression:
Axis I: 314.01 Attention Deficit, Hyperactivity Disorder,
                  Combined Type
Axis II: V 71.09 No Diagnosis on Axis II
Axis III: Asthma
Axis IV: School Problems
Axis V: 70

~~████~~'s skills were at the average level in most subject areas academically. The personality test findings suggest ~~████~~ has significant issues related to inattentiveness and impulsivity. ~~████~~ receives out side counseling services. As stated by mother the counselor uses water to help him open up. Another desire to help ~~████~~ keep his anger under control when his surrounding or people may change. ~~████~~ has difficulty with changes and transitions. ~~████~~ is currently on medication to help him control his behavior. Mrs Campbell didn't have behavior problems until the end of the second quarter. ~~████~~ started to act out negative behavior during the third quarter when he could not get his way. Since he has been on medication he is able to focus more in class. ~~████~~ is much more calmer on medication. He gets along better with peers. ~~████~~ finishes his classwork. Mother stated before medicine Mrs. Campbell had to stand over ~~████~~ to help him stay on

MDT REFERRAL DATE _____

MULTIDISCIPLINARY TEAM (MDT)
CONTINUATION MEETING NOTES
MEETING TYPE: _Initial_

STUDENT: ▓▓▓▓    SCHOOL _Chamberlain_    DATE _4-22-03_

task. As stated by Mrs. Dixon she feels that the dosage of his medication is to high. She is setting up an appointment to have the Destrostat lowered from 10 mg to 7 mg. Therefore, instead of having to give him 2 doses daily, he would receive one dosage per day. ▓▓▓ has been taking this medication since 4-2-03. He goes to Center for Mental Health.

His mother stated that she wants to help ▓▓ to learn how to express himself in a respectful manner when his speaks to adults. She also stated that ▓▓ is the only boy, a middle child who is spoiled. But she wants him to become a productive man in this world. ▓▓ recives outside counseling at the Center for Mental Health once per week for one hour. He sees Dr. Creekmore.

MDT REFERRAL DATE _____

MULTIDISCIPLINARY TEAM (MDT)
CONTINUATION MEETING NOTES
MEETING TYPE: Initial

page 7 of 8

STUDENT: ██████ D. ██████    SCHOOL Chamberlain    DATE 4-23-03

Speech Language: as per Mrs. Morrissey report
dated 4-22-03. Finding presented
by Mrs. Denville

Areas of relative strength included reasoning
and processing skills, and expressive vocabulary.
T██████'s difficulties with understanding vocab-
ulary is likely to adversely impact his ability
to understand how words are related. His below
average oral vocabulary skills affect his ability
to communicate his thoughts with specificity.
Weaknesses in grammatic understanding reflect
his ability to comprehend at the sentence level.
His performance indicated difficulty in attending
to details, which could be associated to his
Attention Deficit Hyperactivity. Based on a
comparison of chronological age to age equivalents,
and standard scores using standardized test
and performance analysis it is determined that
T██████ demonstrates a moderate receptive and
expressive language disorder and qualifies for 1 hour
of intervention weekly to target areas of
difficulties. This will prevent future problems
especially with reading. Mrs. Denville made
suggestion for the mother to help T██████ at
home. (see report dated 4-22-03

MDT REFERRAL DATE _____    MULTIDISCIPLINARY TEAM (MDT)    Page 3 of 3
CONTINUATION MEETING NOTES
MEETING TYPE: _Initial_____

STUDENT: ▮ D▮    SCHOOL Chamberlain    DATE 4-23-03

Mother presented a copy of a psychiatric evaluation dated 1-22-03. The diagnoses were Oppositional Defiant Disorder and Disruptive behavior.

Mother will give school a copy of the recent psychiatric evaluation completed by the Center for Mental Health. This report will include a diagnosis of Attention Deficit Hyperactivity Disorder. Mrs. D▮ raised the question regarding psychiatric report from the Center for Mental Health that diagnosed Oppositional Defiant Disorder and Disruptive Behavior. The team discussed the issue and agreed that the goals and counseling will address the Oppositional Defiant Disorder and Disruptive Behavior. Mrs. Campbell reports that she does not have that high level of oppositional behavior at present. The team determined that ▮ is eligible as a special education student as a student with Speech and Language Impairment and Other Health Impairments to ADHD and asthma. This concludes the MDT portion of the meeting. The IEP immediately followed.

## DOCUMENTED LEVEL OF SERVICE (PERM)

| | |
|---|---|
| School FPCS/Chamberlain | Principal Dr. Pennell | Special Education Coordinator Mrs Hassen |

Date 4-03-03  Case Manager Mrs Whitehead  Special Support Supervisor

Student [ ]D[ ]  DOB [ ]-97  Age 5  Grade K  ID=  SSN=578-295263

Parent Dallier Diego  Telephone (H) 202-889-4871  (W) cell 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

Address: 2657 Stanton Rd. S.E.  Quad  Apt No.  City Washington D.C.  State  Zip Code 20020

REFERRAL SOURCE: (Check)  [X] 120 Day  [ ] Reeval.  [ ] HOD  [ ] SA  [ ] MA

[ ] Nonpublic  [ ] Residential  [ ] Citywide  [ ] Courts  [ ] Local School  [ ] Other:

Previous least restrictive environment (LRE Setting):

### JUSTIFICATION FOR SETTING CONSIDERATION
#### (Submit TAT/MDT Documentation)
#### SUPPORTIVE DATA/DOCUMENTATION

| 2. ACCOMMODATIONS/ MODIFICATIONS | 3. DATA REQUIREMENTS | | | |
|---|---|---|---|---|
| Extended Time | Current IEP | Yes [X] | No [ ] |
| | Signatures of required team members (MDT notes) | Yes [X] | |
| | Intervention/Behavior Plan | | |
| | Copies of current class work and homework assignments | Yes [ ] | |
| | Medical Reports | Yes [ ] | No [ ] |
| | Clinical Reports | Yes [ ] | No [ ] |
| | Psychiatric Reports | Yes [ ] | No [ ] |
| | Medications | Yes [ ] | No [ ] |
| | Attendance Record | Yes [ ] | |
| | Copies of most recent evaluation(s) | Yes [X] | |
| 4. Results of all interventions (TAT, MDT, etc. and attach meeting notes) | 5. Resources needed for program implementation | | | |

### 6. CURRENT SETTING CONSIDERATIONS

| ROW | SETTING in neighborhood school (Determined through the IEP team.) | SERVICE PROVIDER (Based on documented need) | LEVEL OF SERVICE (Based on documented need) |
|---|---|---|---|
| 1 | [ ] in general education classroom setting | [ ] general educators with consultation from special education staff | [X] between 0% and 20% of service time |
| 2 | [ ] combination general education and resource classroom | [ ] combination of general educators, special educators and related service providers | [ ] between 21 % and 60% of service time |
| 3 | [X] out of general education classroom | [X] special educators and related service providers | [ ] between 61 % and 100% of service time |

*In providing or arranging for the provision of nonacademic and extracurricular service and activities, including meals, recess period, and the services and activities, each public agency shall ensure that each child with a disability participates with non-disabled children in those services and activities (300.306) to the maximum extent appropriate to the needs of that child. (300.553) Nonacademic settings.

Check the level of need as indicated:
DIRECTIONS:

| If two or three boxes are checked in the Row 1, check LOW. If two or three boxes are checked in the Row 2, check MODERATE. If two or three boxes are checked in the Row 3, check HIGH | If one box is checked in each row, check either MODERATE or HIGH, depending on the need of the student. |
|---|---|

### LEVEL OF NEED

| [X] LOW | [ ] MODERATE | [ ] HIGH |
|---|---|---|

07-02-2001  Attention: Technical Support Supervisor / PERM Compliance Team

100