

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

**INITIAL PLACEMENT**

Student _____ DOB _____ Age _5_ Meeting Date _4-23-03_

Address _2657 Stanton Rd SE_ Telephone (W)_202-629-4871_ (H)_202-246-1812_

Dear Parent:

You have been provided a copy of the "Procedural Safeguards – Parents Rights" booklet. We would like to remind you at this time that:
- granting consent is a voluntary action on your part;
- this consent may be revoked at any time although the school district is required to take all necessary action to provide appropriate service(s) and may be required t initiate due process procedures to obtain consent; and
- by granting consent in writing, you are agreeing to the process indicated below.

_✓_ Initial Placement

After development of an IEP, the MDT, with the parent, determined that your child will receive special education and related services at _FEDCSI Chamberlain_ school, for:

X 0% - 20%,        __21% - 60%, or        __61% - 100%,

### Parent Response Section:

I give permission for District of Columbia Public Schools to proceed with the initial placement for my child.

_____               _4-23-03_
Parent/Guardian Signature                Date

Friendship/Edison Public Charter School
Chamberlain Campus
Special Edison Support (SES)

Student Name: J██████ D██████    D.O.B: 10-20-97

**BLMDT MEETING NOTES**

PARENT RIGHTS RECEIPT

I, Dorothea R. Dixon received a copy of the Parent Rights

document from Mrs. Whitehead at FEPCS/Chamberlain

on 4-23-03

Parent Signature: Dorothea R. Dixon

DISTRICT OF COLUMBIA PUBLIC SCHOOLS

**TRANSPORTATION DIVISION**

**STUDENT TRANSPORTATION
DATA FORM**

2002-2003
School Year

████████

STUDENT IDENTIFICATION NUMBER

IEP Attachment: B
Transportation

MDT must first determine if student meets the requirements for transportation services and has included in the IEP.

Person Making Request: _Theresa White head_

Date of Request: _4/23/05_

Status of Request: _____

Date Request Received: _____

Person Receiving Request: _____

Parent / Guardian (Print legibly or type): _Dorthea Dixon_

Telephone (H): _(202)389-4879_

Telephone (W): _Cell (202)246-1812_

Emergency Contact: _Jemel Dixon_

Relationship: _Father_

Telephone No.: _(202)687-4634_

Pager / Cell No: _____

Students will be taken to a central location until 6:00 p.m. if the bus attendants are unable to deliver them to the designated location. After 6:00 p.m. the police will be contacted. This year's central location is _____

Student Last Name: _D____ T_____  First Name: _____  MI:

House No: _2657_  Street Name: _Stanton RD_  Quad: _SE_  Apt.

City: _Washington_  State: _DC_  Zip Code: _20020_

DOB: _███7_  Gender: _M_  Primary Language: _English_  Submitting School and Telephone Number: _FEPCS Chamberlain (202)547-56..._

Disability Classification: _Multiple disabled_   Medical Issues

**MODE OF TRANSPORTATION**   ☒ *Bus   ☐ Tokens   ☐ Farecards

* SPECIAL ACCOMMODATIONS FOR BUS

Height _____   Weight _____

Oxygen ____   Tracheotomy tube ____   Seizures ____   Helmet ____

Harness ____   1:1 Aide ____   Behavioral issues _____

Medication ____   Specific allergies _____

Dosage required during transportation:
☐ Yes  ☐ No   Dosage _____   ☐ PM  ☐ AM

☐ Mobility   ☐ Ambulatory (☐ Cane, ☐ Crutch, ☐ Walker)

☐ Ambulatory w/ assistance (☐ Cane, ☐ Crutch, ☐ Walker)

☐ Non Ambulatory (☐ Standard, ☐ Motorized, ☐ Oversized)
w/ lap tray (☐ Yes ☐ No)

☐ Car Seat   ☐ Positioning Device _____

☐ Special Restraint   ☐ Other, Describe: _____

Click one of the following:

☐ **AM Pick-up & PM Drop-off** is the same as the student address.

☐ **AM Pick-up Address** _____   Telephone No. _____

☐ **PM Drop-off Address** _____   Telephone No. _____

**Transportation will NOT be provided without confirmed placement through the proper procedures. Justification for other than neighborhood settings must be explained on the back by the school official requesting the transportation services.**

School Official requesting transportation service: _____   Telephone No. _____   Date _____

School to Attend: _____   Address of School _____   Telephone No _____

**Questions may be directed to the Special Education Transportation Liaison.**

District of Columbia Public Schools    07-02-2001    Division of Special Education    IEP Attachment B    Transportation

EVALUATION TO JUSTIFY TRANSPORTATION

Student _____  ID= _____  DOB _____ /9+

Attending School: FEPCS· Chamberlain Neighborhood School _____

Attach a copy to the Transportation Data Form and maintain as a part of the IEP

Justification for Transportation as a related service as stipulated in 300.24 (15). (Check all that apply):

1. ☐ Medical reports document a severe health condition that prevents the student from walking to school. Specify _____

2. ☐ Medical reports document a physical disability that prevents the students from walking to or getting to school independently. Specify _____

3. ☐ A documented severe cognitive disability prevents the students from walking or getting to school independently. Specify _____

4. ☐ A visual and/or hearing disability interferes with the student's ability to ambulate or travel independently. Documentation source _____

5. ☐ A severe communication disability prevents the student from communicating for his/her own safety. Documentation source _____

6. ☐ A behavior/emotional disability is so severe or erratic that there is concern for the safety of the student and/or others. Documentation source _____

7. ☐ The student is eligible for the preschool special education program and could not participate without special transportation.

8. ☐ The student is/will attend a distant school because the IEP cannot be implemented at the zoned school.

9. ☐ The student is medically fragile. Documentation source _____

10. ☐ The student requires assistance to get on and off the bus. Documentation source _____

11. ☐ The student is unable to function independently due to the severity of the disability. Documentation source _____

12. ☐ The student requires a non-routine transportation schedule (i.e. contract services, abbreviated school day). Explain _____

13. ☐ Medical reports document that the student has a physical disability and/or severe health condition that prevents him/her from walking to school. Documentation source _____

14. ☐ A documented severe cognitive disability prevents the student from walking to school. Documentation source _____

15. ☐ Other (Specify)

_____

N/A

District of Columbia Public Schools
Washington D.C.

I.E.P. Attachment A
Intervention Behavior Plan

INTERVENTION BEHAVIOR PLAN

Date Developed: _____

Student Name _____    ID# _____    DOB _____    Grade _____

Address _____
Street #    Street Name,    Quadrant    Apartment #    City,    State,    Zip Code

Telephone (H) _____ (W) _____    Counselor _____

Attending School _____    Teacher _____    Room _____ Section _____

Additional Comments: ☐

**TARGETED BEHAVIOR(S):**

**POSITIVE INTERVENTION STRATEGIES:** Student Objective -

Implementation description -

**POSITIVE INTERVENTION STRATEGIES:** Teacher Strategies

**MONITORING SYSTEM:** Responsible Teacher - _____

Describe System -

Data collection timeline -

**FOLLOW-UP MEETING:** Date - _____

DISTRICT OF COLUMBIA PUBLIC SCHOOLS    07/02/2001  DIVISION OF SPECIAL EDUCATION,    IEP ATTACHMENT A    INTERVENTION BEHAVIOR PLAN

105

N/A

District of Columbia Public Schools
Washington, D.C.

I.E.P.  Attachment A
Intervention Behavior Plan

Meeting Date _____

**INTERVENTION BEHAVIOR PLAN REVIEW**

**Date Developed:** _____

Student Name _____ ID# _____ DOB _____ Grade ____

Address _____ State ___ Zip Code ___
         Street #        Street Name        Quadrant  Apartment #   City.

Telephone (H) _____ (W) _____ Counselor _____

Attending School _____ Teacher _____ Room ____ Section ____

Additional Comments: ____

OUTCOMES:

**PLAN FOR** ☐ CONTINUING, ☐ DISCONTINUING, OR ☐ MODIFYING :

**FOLLOW-UP MEETING:** Date - _____

**LAST SUCCESSFUL POSITIVE REINFORCERS :**

DISTRICT OF COLUMBIA PUBLIC SCHOOLS   01-02 2001 DIVISION OF SPECIAL EDUCATION     IEP ATTACHMENT A   INTERVENTION BEHAVIOR PLAN

106

N/A

District of Columbia Public
Schools Washington, D.C.

### Division of Special Education

## FUNCTIONAL BEHAVIORAL ASSESSMENT

Student _____     DOB _____     DATE _____

School _____     Grade _____     Special Ed
                                                       Coordinator _____

**Describe and Verify the Seriousness of the Problem.**

Frequency [_____]     Intensity [_____]     Duration [_____]

Identify specific characteristics of the behavior that is interfering with learning.

Collect information on: Time when the behavior does/does not occur; Location of the behavior; Conditions when the behavior does/does not occur; Individuals present (when most/least likely to occur); Events or conditions that typically occur before the behavior; Events or conditions that typically occur after the behavior; Common setting events; Other behaviors that are associated with the problem behavior.

**What environmental conditions may affect the behavior?**

**What does the student view as positive reinforcement?**

**What interventions were previously attempted, and what were the results?**

### Collect information on possible functions of the problem behavior.

☐ Direct Assessment
   ☐ Scatterplots   ☐ ABC Charts   ☐ Rating Rubric   ☐ Amount versus quality of behavior

☐ Indirect Assessment
   ☐ Interviews   ☐ Questionnaires   ☐ Surveys

**Analyze information using triangulation and /or problem pathway analysis.**

**Generate a hypothesis statement regarding probable function of problem behavior.**
**Test the hypothesis statement regarding the function of the problem behavior.**

N/A

| Student Name | | | | DCPS TRANSITION |
| Student ID Number | | | | SERVICES PLAN |
| | | | | PAGE 1 OF 2 |

Date Developed _____

## DCPS TRANSITION SERVICES PLAN

Note: The MDT determines if the IEP must include a statement of transition service needs which focuses on the Courses of study if the student will turn 14 during the implementation of the IEP. Furthermore, the MDT must include a detailed transition plan for a student who will turn 16 during the implementation of the IEP.

I.  *Record student's post-secondary goals and interests.*

Employment: _____

Community Participation: _____

Post-Secondary Education and Training: _____

Independent Living: _____

II. *Courses of study leading to student's post-high school goals.*

| Grade or School Year | Courses of Study |
|---|---|
| | |
| | |
| | |
| | |
| | |

III. *Transition Services Needed.*
   *Evaluate the student's present level of performance in the following areas: Academic, Career Courses, Community-based Training, Supported or Competitive Employment, Communication, Independent Living Skills, Community Travel, Transportation, Employability Skills, Social Skills, Community Resources, Educational, Financial, Career Training, Community-Based Instruction, Skill/Trade Training, Vocational, or Social Relationships.*

| Transition Services | Coordinated Activities and Strategies | Agency Responsible |
|---|---|---|
| Employment<br><br>If service is not needed, provide explanation. | | |
| Community Participation<br><br>If service is not needed, provide explanation. | | |
| Post - Secondary Education and Training<br>If service is not needed, provide explanation. | | |
| Independent and Adult Living<br>If service is not needed, provide explanation | | |

District of Columbia Public Schools    07-02-2001    Division of Special Education  IEP Attachment C  Transition Services Plan  Page 1 of 2

108

N/A

| Student Name | | | DCPS TRANSITION |
|---|---|---|---|
| | | | SERVICES PLAN |
| Student ID Number | DOB | [Attending School] | PAGE 2 OF 2 |

Date Developed: _____

| Transition Services | Coordinated Activities and Strategies | Agency Responsible |
|---|---|---|
| **Daily Living Skills**<br>If service is not needed, provide explanation. | | |
| **Functional Vocational Evaluation**<br>If service is not needed, provide explanation. | | |
| Other | | |

IV.

| Projected Exit Category (check one) | | High School Diploma Status | | Projected Exit Date (M/D/Y) |
|---|---|---|---|---|
| DC High School Diploma | | # Credits Earned toward graduation | | |
| High School Certificate at age 21 | | | | |
| High School Certificate _prior_ to age 21 | | # Community Service Hours Completed | | |

| State Test Requirements | Area | Date Taken / Score Received |
|---|---|---|
| | | |
| | | |
| | | |

V. _Identify any other agencies likely to be responsible for providing or paying for specific transition services._

**Examples of Agency Linkages Needed for Transition**
- Rehabilitation Services Administration (RSA)
- Mental Retardation and Developmental Disabilities Administration (MRDDA)
- Commission on Mental Health Services (CMES)
- UDC or other higher education institutions

| Agency | Agency Representative/ Telephone Number | Purpose of Contact | Date |
|---|---|---|---|
| | Telephone No.: | | |
| | Telephone No.: | | |
| | Telephone No.: | | |
| | Telephone No.: | | |

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

**CONFIRMATION OF MEETING NOTICE**

Date: _4-14-03_

_Dorothea Dixon._
Parent / Guardian Name

RE: _____ D ____

_2657 Stanton Rd. SE._
Street #   Street         Quad   Apt. No.

SCHOOL: _FEPCS / Chamberlain_

ID NO. _____

_Wash. D.C._
City          State   Zip Code

DOB: _____ 97

Dear _Mrs. Dixon_

A multidisciplinary team (MDT) meeting is scheduled to discuss the status of your child's educational needs. Your participation is essential, and we look forward to your valuable input. Your child's meeting is scheduled as follows:

Date: _4-23-03_  Time: _9:00 a m_  Place/Location: | _1345 Potomac Ave S E._
_Wash DC_

The purpose and details of the meeting are printed below. You and the school may have additional individuals attend the meeting who have knowledge or special expertise regarding your child. Invited participants are listed under MDT members.

**\*The purpose of this meeting is to:**

- [x] \*\*develop/review IEP(including consideration of extended school year (ESY) services
- [x] \*\*review evaluation or reevaluation information
- [ ] develop the student evaluation plan (SEP)
- [ ] discuss documented levels of service
- [ ] \*\*review records to support the completion of services as follows:
  - [ ] Graduated   [ ] Completed Services   [ ] Aged Out   [ ] Transferred Out of District   [ ] Dropped Out
  - [ ] Other: _____

- [ ] \*\*discuss CompEd
- [ ] discuss placement
- [ ] determine manifestation
- [ ] discuss eligibility

- [ ] \*\*discuss CompEd
- [ ] \*consider transition services needs
- [ ] discuss quarterly review
- [ ] behavior plan review

\*\*Placement will be discussed.

MDT Members:
- [ ] Principal or Designee
- [x] Parent
- [x] LEA Representative
- [ ] Student

- [x] General Education Teacher
- [x] Special Education Teacher
- [x] Speech and Language
- [ ] Social Worker

- [x] Psychologist
- [x] Other: _School Counselor_
- _____
- _____

If the purpose of the meeting includes consideration of a transition plan, your child is invited to attend and a representative of the following agency(ies) may be invited, if appropriate

- _____   • _____

Any questions you may have concerning your child's program will be discussed at the above meeting. A copy of the Procedural Safeguards for parents is enclosed for your information. If the school can be of assistance to you, please contact _Mrs. Whitehead_ at _347-5800 ext 1916_ (school telephone number).

Sincerely,

District of Columbia Public Schools        07-02-2001        Division of Special Education        Confirmation of Meeting Notice

_Dorothea R Dixon_                                    _4-16-03_

110

# <u>Exhibit 10</u>

03/18/2004 14:48  FAX 2025475800

page 1 of 6

MDT

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**WASHINGTON, D.C.**

**MULTIDISCIPLINARY TEAM**
**(MDT)**
**MEETING NOTES**

MDT REFERRAL DATE: 3-12-04          MEETING DATE: 3-18-

STUDENT: ~~I___ D___~~          SCHOOL: Chamberlain

| PARTICIPANTS: (Print Name) | PARTICIPANTS: (Sign Name) | POSITION |
|---|---|---|
| Jamie Pittman | Jamie Pittman | special educ. tea |
| Lisa Faulkner-Jones | Faulkner Jones | Speech Language |
| Matthew Corathers | Corothers | Social Worker |
| Theresa Whitehead | Theresa Whitehead | S.C.C. |
| Judith M. Dorvil | Judith M. Dorvil | School Counselor |
| Manjot K. Shepard | M Shepard | Psi: ACAD. DIRE |
| Regina Worsley | Regina Worsley | Gen Ed |
| David Greenhal | | CMH Counselors |
| Dorothea Dixon | Dorothea Scott | mother |

Andrew Jeffs

Introductions were made. The Procedural Manual for Parents was issued to the parents, and a receipt was signed.

The purpose of this meeting is a Manifestation Determination Review.

THE PARENT ☑ IS PRESENT ☐ IS NOT PRESENT  AT THE MEETING    ~~T___ D___~~

AFTER A REVIEW OF THE ASSESSMENTS, IT IS DETERMINED THAT _____

☐ CONTINUES TO BE ELIGIBLE  FOR SPECIAL EDUCATION

☐ IS TO BE EXITED FROM  SPECIAL EDUCATION

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, DC

MULTIDISCIPLINARY TEAM (MDT)
CONTINUATION MEETING NOTES

MDT REFERRAL DATE: 3-12-04    MEETING TYPE: MDT    page 2 of 6

STUDENT: T_____ D_____    SCHOOL: Chamberlain    DATE: 3-18-04

Dr. Stewart reviewed Dr. Quarrell's psychological evaluation. T_____ has a His overall IQ was in the low average range. T_____ academic achievement were stronger non-verbal ability. Personality assessments revealed temper in the average range. tantrums, distractibility, impulsivity, etc. (behaviors associated with ADHD. The Conners rating revealed that T_____' behavior is difficult to manage at home (completed by parents and teacher). The evaluator felt that T_____ internalized his negative behaviors of feeling sad, powerless, impulsive, and other feelings. He noted that T_____ was able to differentiate between right and wrong; and sometimes experience feelings of guilt. Dr. Quarrells recommended counseling and specializ-instruction and classroom accommodations. A psychiatric evaluation conducted in January 2003 found T_____ to have disruptive behaviors and ODD - oppositional defiant Disorder. This includes behaviors of defiance and non-compliance. In April 2003 - Dr. Panaya from the Center of Mental Health- was given prescriptions for ADHD The parent notes that the medication was changed to Ritalin - 3 times a day- last month (February 2004). The parent state that she has not noticed any changes in his behavior since the new medication. Ms. Dixon stated that when T_____ is told 'no he has difficulties appropriately responding/cooperating. She further states that his medication makes him calm at first, but after some time it is apparent that it "wears off." She states that his behavior at this time is "off the wall" with yelling, screaming, and bothering his siblings (touching, taking toys, picking fights, etc..). Th father states that for the most part he does not have many problems disciplining T_____. T_____' current disability is MD: SLI + OHI. The parent, mother, states that she is very upset T_____ hitting his teacher, and is concerned that his classroom teacher has not called/communicat every time that T_____ has been defiant. She states that Travis' behavior is premeditated" and that he

REFERRAL MDT MEETING NOTES    APPENDIX A
T-02 01    DIVISION OF SPECIAL EDUCATION

113

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, DC

Page: 3 of 6

MULTIDISCIPLINARY TEAM (MDT)
CONTINUATION MEETING NOTES

MDT REFERRAL DATE: 3-12-04

MEETING TYPE: MDT

SCHOOL: Chamberlain     DATE: 3/18/04

STUDENT: ~~████~~

~~is aware of his behaviors and he knows the difference between right and wrong~~. Current Suspension.
Ms. Worsley reported on the event that caused his current suspension.
She stated that T___ took candy out of his pocket, and when she
requested that he give them to her he hit her. When she attempted to
take T___ to Ms. Reddix, he hollered and screamed, and kicked and
tried to bite Ms. Reddix. Ms. Shepard reported that she tried to
calm him down in order to contact his mother. The Parent stated
that she felt Mr. Carothers or Ms. Grymes should have been contacted.
Mr. Worsley, in reporting his behavior, states that he refuses to stop
distracting behaviors, and that his behaviors are becoming more
frequent and the acting out now lasts for longer periods of time
(Mr. Worsley).
His discipline reports are as follows:
1-21-03 - called teacher an ugly b - - ch (expletive) because he
was shaking his pencil box and refused to give his pencil box to teacher
1-22-04 - T___ took money off of teachers desk - when she ask
for it, he hit and kicked her
2-25-04 - told teacher to shutt up and spit on her when aske
to clear his desk
       - hit students with yardstick at
3-10-04 - when asked to put away materials, told teach
to shutt up and told her that she doesn't "tell him what to
       - came to school with his father & returned teachers cell phc
3-10-04 - refused to do work; refused to put away a toy and
Mr. Johnson.

Ms. Whitehead reviewed his IEP developed in April 2003; whic
includes speech language and counseling. Ms. Faulkner-Jones, t
speech language pathologist, confirmed that he does receive
services, and reported on his progress. Expressive langua
                                          is a strength

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, DC

PAGE: **4** of **6**

MULTIDISCIPLINARY TEAM (MDT)
CONTINUATION MEETING NOTES

MDT REFERRAL DATE: **3-12-04**   MEETING TYPE: **MDT**

STUDENT: ████████   SCHOOL: **Chamberlain**   DATE: **3-18-04**

She reviewed his goals for speech language therapy.
Mr. Carothers reported on the 30 minute weekly sessions. He stated
that goals include coping with daily situations, his feelings, and
appropriate response strategies. He feels that recently Travis'
behavior has regressed. He finds that T████ is able do articulate
what he has done wrong in a particular incident, and is able to
express how he should have appropriately responded. Ms. Dorvil
confirmed that she is available on days when Mr. Carothers is un-
available. Ms. Dixon feels that if Mr. Carothers is not available, someone
should be available. Mr. Carothers
that Travis has a good rapport with T████ so that he realizes
said that a process will be introduced to T████ so that he realizes
that Ms. Dorvil is also available during a crisis situation. Ms.
Worsley reported that at the beginning of the year Travis had
few outbursts and was reasonably cooperative. Since January,
(possibly his medication was changed), his behavior has become
more disruptive with refusing to do work, talking back, etc...
Mrs. Shepard stated that on friday, when the incident occurred
with hitting his teacher, that T████ said that he had not taken
his medication. His mother said that that was not true, he had
received his medication. Mr. Greenfield reported on their sessions
with T████, which is 5 hours a week (individual therapy and group therapy)
They have noticed problems with him since the end of January.
He has had a chair kicking tantrum, when he refused to cooperate.
He had another incident in february. They noticed that trying to negotiate
with T████ is not effective. They agreed with the parent, as they have
seen T████ lie with a "straight face". Mr. Jeffes states that it takes
Travis a while to de-escalate after a temper tantrum. The parent
states that T████ is self-conscious about his small size and
height. Mr. Carothers states that playing with dinosaurs, helps
to calm his down, and the parent states that he enjoys playing

03/18/2004 14:48  FAX 2023475800

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, DC

Page: __5__ of __6__

MULTIDISCIPLINARY TEAM (MDT)
CONTINUATION MEETING NOTES

MDT REFERRAL DATE: 3-12-04

MEETING TYPE: ____MDT____    DATE: 3-18-04

STUDENT: ▓▓▓    SCHOOL: Chamberlain

With Mr. Greenfield explained Travis program CISP-Children
with Intensive Services Plan- which is 3 hours a day every day
(from 4:00-7:00)- and the focus is behavior modification.
Strategies include helping students to modify their behaviors
and be aware of limitations and goals in home, school, and
other settings. The team agreed that an updated rating
scale (maybe Conners) will be conducted. His counselors from
the center for Mental Health find that his progress has been
inconsistent lately, possibly due to a change in his medication.
Ms. Dixon states that a recent vision report indicated that T▓▓
needs to "try harder", she will be taking him to an eye specialist
at Howard University Hospital (his vision is 25/20). The team
discussed whether this specific incident is related to his
disability. The team agreed that his behavior is not related
to his disability. T▓▓ came in, and was asked how we can
help him when he gets upset. He was told that in addition to his
classroom teacher, the social worker and counselor are available to
support him when he needs it. It was determined between "right and wrong"
what he has done, and knows the different between "right and wrong"
Ms. Dixon feels that T▓▓ acts out to get suspended, and stated that
his behavior is "premeditated", she states that he enjoys going to work with
her (at her day care center) when he is suspended the bosses the children
around. The MDT counselors agree that Travis aware of his limitations,
and tries to "push the envelope" with certain adults and not others. Dr.
Stewart recommends that T▓▓ acknowledge his behavior and apologize
to the adult(s). Ms. Dixon states that her attorney is seeking another
placement for T▓▓, and has applied to Rock Creek Academy and
High Roads Academy. The team agreed that his behavior is not related
to his disability; given that the evaluators + counselors all agree th-
he knows the difference between right and wrong and the consequence
of his actions. Ms. Dixon stated that this particular incident was
"premeditated" because he likes to go with her to her job

116

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, DC

Page: __6 or 6

MULTIDISCIPLINARY TEAM (MDT)
CONTINUATION MEETING NOTES

MDT REFERRAL DATE: **3-12-04**   MEETING TYPE: **MDT**

STUDENT: ████████   SCHOOL: Chamberlain   DATE: **3-18-04**

Ms. Dixon states that T___ needs to be in another setting. Dr. Stewart suggested that in further situations; T___ needs to discuss what was inappropriate about his behavior with his classroom teacher and apologize at that time (of incident). Ms. Whitehead stated that Chamberlain school is seeking expulsion at this time. Ms Shepard stated that all relevant information will be provided to them (the parents) immediately following this meeting.

03/18/2004 14:48 FAX 2025473800

Friendship/Edison Public Charter School
Chamberlain Campus
Special Edison Support (SES)

Student Name: T____ D____    D.O.B: ____/97

## BLMDT MEETING NOTES

### PARENT RIGHTS RECEIPT

I, X Jemel Dixon ____ received a copy of the Parent Rights
document from Ms. Pittman ____ at Chamberlain School
on March 18, 2004.

Parent Signature: X ____

118

03/18/2004 14:48 FAX 2025475800 ☐02

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
SPECIAL EDUCATION

MULTIDISCIPLINARY TEAM (MDT)

PRIOR NOTICE

Check Purpose:

Initial Evaluation

Initial Placement

Reevaluation

Change in Category Exit
Related Service Add
Related Service
Change in Placement

Date __3/18/04__

Student _____ DOB _____97

School __Chamberlain Campus PEPCS__

Current Disability Category __Speech Language Impairment / Other Health Impairment__

Setting __Combination Setting General Education and Resource Room__

Dear __Mr & Mrs. Dixon__

State and federal laws regarding students with disabilities require school systems to notify and inform parents of certain changes being made to their children's education program.
Therefore, you are being notified of the following proposed changes:
 Proposes to initiate or change the identification, evaluation, educational placement or provision of FAPE to your child.
 Refuses to initiate or change the identification, evaluation, educational placement or provision of FAPE to your child.
 Other _____

A multidisciplinary team (MDT), of which you were an invited member, has made the following decisions about your child: (check all that apply)

 Your child is not eligible for special education service(s).
 Your child is eligible or continues to be eligible to receive special education services as a student with _____
 Your child will begin receiving _____ as a related service(s).
 Your child will no longer receive _____ as a related service(s).
 Your child's category of disability is being changed from _____ to _____
 Your child's alternative placement on continuum (next setting) is being changed.
     from _____ to _____
 Your child is no longer eligible and will be exited from the special education program.
 Other: __Expulsion__

Description and Explanation of agency action proposed or refused

__It was the consensus of the MDT which included the parent that [student] behavior on March 12, 2004 were not a manifest of his disability (OHI) therefore recommended action & expels__

Description of Other Options Considered and reasons for rejection of each option

Other relevant factors in the decision __The school policy is a mandatory expulsion for any student who assaults on hits any school ade__

MDT Members:
✓ Principal or Designee          ✓ General Education Teacher          ✓ Psychologist
✓ Parent                         ✓ Special Education Teacher          ✓ Other: __School Counselor__
✓ Student                        ✓ Speech and Language                    __CTSP Counselor__
✓ Social Worker                  *LEA & Interpreter (*may be one)         __School Social Worker__

Any questions you may have concerning your child's program may be directed to the principal.
You are protected under the Procedural Safeguards for parents, which are enclosed for your information.
If I can be of assistance to you, or have questions regarding the Procedural Safeguards,
please contact __Alicia Whitehead__ at __2/547-5800 ext 1140__ (school telephone number).

See attachments for - EVALUATION PROCEDURES, TEST, RECORDS OR REPORTS USED

MDT Prior Written Notice to the Parent
07-02-2001

119

03/18/2004 14:48  FAX 20254795300



# FRIENDSHIP EDISON PUBLIC CHARTER SCHOOL
## SANCTIONS FOR VIOLATIONS OF THE CODE OF CONDUCT

### A. MINOR SUSPENSIONS (1 to 15 days) OUT OF SCHOOL

**MANDATORY SUSPENSION for any student who:**

A1. Sets off false alarms - - fire or security.

A2. Uses obscene or profane language or gestures.

A3. Carries out lewd, obscene or profane actions.

A4. Fights w/other students (except in self-defense).

A5. Gambles (any form).

A6. Takes school property of minor value.

A7. Takes property of another student or adult of minor value.

A8. Forges any type of school records or communication.

A9. Smokes.

**SUSPENSION WILL BE CONSIDERED for any student who:**

A10. Cuts classes.

A11. Brings pagers, beepers or cell phones to school.

A12. Is insubordinate to school adults while under their supervision.

A13. Is disorderly on buses or trains while traveling to or from school.

A14. Acts in a way that places another in danger of physical injury.

### B. EXCLUSION for any student who:

B1. Cuts class (first offense).

B2. Inappropriate hallway or cafeteria conduct.

B3. Is late (5) unexcused times .

B4. Fails to respond to school signals.

### C. MANDATORY EXPULSION and mandatory referral to the POLICE (or Juvenile Justice systems for very young children) for any student who:

C1. Brings a gun to school (Gun-Free Schools Act).**

C2. Brings an incendiary or explosive device or toy that uses explosion to propel a projectile. (Gun-Free Schools Act).**

C3. Brings a dangerous weapon to school - knife, martial arts weapon.

C4. Possesses or uses a drug (controlled substance or alcohol, including prescription drugs not for his or her own use.

C5. Uses or threatens to use an object as a dangerous Weapon.

C6. Assaults or hits any school adult.

C7. Commits an act that causes severe physical injury to another person (except acts of self-defense).

C8. Commits or tries to commit an act of sexual assult on another person.

C9. Sets a fire or attempts to set a fire (arson).

C10. Robs another student or adult (takes property by force).

**EXPULSION OR MAJOR SUSPENSION (16 to 105 days) for any student who:**

C11. Has more than 25 days of unexcused absences

C12. Brings explosive fireworks to school.

C13. Commits a third (3rd) offense within the same school year, resulting in at least 3 days of suspension.

C14. Takes school property of significant value.

C15. Takes the property of another person of significant value.

** Must be expelled for not less than one calendar yea

# Friendship Edison Public Charter School, Chamberlain Campus



1345 Potomac Avenue, SE
Washington, DC 20003
Phone: (202) 547-5800 ext. 1149
Fax: (202) 547-4554
Website: www.Edisonschools.com

## Fax Cover Sheet

| Send To: Christina Busso | From: Theresa Whitehead |
|---|---|
| Fax number: 2/742-2098 | Date: 3-18-04 |

Subject: J___ D___

| URGENT | REPLY ASAP | PLEASE COMMENT | PLEASE REVIEW | FOR YOUR INFORMATION |

Total pages:

Comments:

Attached:
Prior Notice dated 3-18-04
Code of Conduct sheet
MDT notes dated 3-18-04 pages 1 to 6.
Parent Rights Receipt.

## Home of the Champions

121

# Exhibit 11

03/12/2008 13:22 FAX 2025476800

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
DIVISION OF SPECIAL EDUCATION
WASHINGTON, D.C.

MULTIDISCIPLINARY TEAM
(MDT)
STUDENT EVALUATION PLAN
(SEP)

MDT
SEP

MEETING DATE: 3-12-04

MDT REFERRAL DATE: 3/12/04

STUDENT: _____  DOB: ____/97  AGE: 6  GRADE: 1  SCHOOL: Chamberlain

STUDENT IDENTIFICATION NUMBER: _____  TEACHER / HOMEROOM: Mrs. Worsley

ADDRESS: 2657 Stanton Rd S.E. #207  Wash. D.C. 20020

PARENT(S)/GUARDIAN: Mrs Dixon  TELEPHONE (H): 889.4870  (W): 246.1812 cell.

Summarize Area(s) of Concern:
For the purpose of the MDR (manifestation Determination
Review) due to current suspension

Team Recommendations:
a review of the most recent evaluations

**EVALUATION(S) IN AREA(S) OF LEARNING CONCERN(S)**

| ASSESSMENT | ASSESSOR | TEST INSTRUMENT | TIMELINE ASSIGNED | DUE DATE |
|---|---|---|---|---|
| ☐ Psychological | | | | |
| ☐ Speech/Language | | | | |
| ☐ Social History | | | | |
| ☐ Audiological | | | | |
| ☑ Vision Screening | | | | |
| ☐ Medical | | | | |
| ☐ Educational | | | | |
| ☐ Hearing Screening | | | | |
| ☑ Other | Review of most recent evaluations | | | |

TEAM MEMBERS:  NAME  POSITION

Felicia Wade-Moore  MDT-Chair
_____  Teacher
Theresa Whitehead  S.E.C.
Mokopane d  Primary Asst. Director

The MDT meeting to discuss the evaluation results is scheduled on March 18, 2004 @ 9:30 in room 216

Please complete form in MDT folder.
DISTRICT OF COLUMBIA PUBLIC SCHOOLS    07-02-2001    DIVISION OF SPECIAL EDUCATION    MDT - SEP    APPENDIX - A

123

Friendship/Edison Public Charter School
Chamberlain Campus
Special Edison Support (SES)

| MDT |

### CONSENT FOR EVALUATION - INITIAL OR REEVALUATION
**(*CHECK ONE ONLY - INITIAL OR REEVALUATION)**

**I.    INITIAL EVALUATION CONSENT** ☐

As a result of the review of the screening information at the MDT meeting on _____
it was determined in a MDT meeting that your child, _____
is in need of a full and individual evaluation to assist us in developing the most appropriate educational
program. You have been provided a copy of the "Procedural Safeguards - Parental Rights" booklet. We
would like to remind you at this time that:
- granting consent for this evaluation is a voluntary action on your part;
- this consent may be revoked at any time although the school district is required to take all
  necessary action to provide an appropriate program and may be required to initiate due
  process procedures to obtain consent; and
- by granting consent in writing, you are agreeing to the evaluation(s) in Section 111.

**II.    REEVALUATION** ☐

*Review of most recent evaluations. Parent does not want the student reevaluated. 03-12-0*

The MDT received the following request for a reevaluation for _____
by /for a:    ☐ parent request    ☐ teacher request    ☐ 3 year reevaluation
The MDT will collect supportive documentation in the area of the disability to determine the need for
continued special education and related services. The school is required to only evaluate in those areas of
documented need or consensus of the MDT (parent is a member of team). Parents have the right to
request assessments to determine if the child continues to be a child with a disability. DCPS may
reevaluate your child, without your consent, if the school district can demonstrate that it has taken
reasonable steps to get parental consent and the parent has not responded.
- granting consent for this evaluation is a voluntary action on your part;
- this consent may be revoked at any time although the school district is required to take all
  necessary action to provide a Free Appropriate Public Education program and may be
  required to initiate due process procedures to obtain consent; and
- by granting consent in writing, you are agreeing to the evaluation(s) on the student
  evaluation plan (SEP) *Review for purposes of manifestation rec*

**III.    I give permission for District of Columbia Public Schools to proceed with the evaluation(s) based on the ___
Student Evaluation Plan (attached ) for my child, _____**

Within a reasonable period of time days after completion of the evaluation, we will hold another MDT meeting (to which
you will be invited) to determine if your child is eligible for special education and related services. The written reports of all
procedures administered will be provided to you at that meeting, along with explanations and interpretations. We will use
this information to determine an appropriate program for your child. If records are to be obtained/released as part of
this evaluation, the "Consent for Release of Records" form is completed and attached.
If you have questions or concerns at any time during the evaluation process, feel free to contact me
at _____ (telephone number).

\* ☐ INITIAL EVALUATION          \* ☐ REEVALUATION

**Parent Response Section:**

☑ I agree to the proposed evaluation(s)          ☐ I do NOT agree to the proposed evaluation(s)

_____                                       *3/12/04*
Parent/Guardian Signature                          Date

MDT - CONSENT FOR EVALUATION          APPENDIX - A

124

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

**CONFIRMATION OF MEETING NOTICE**

Date: _3-12-04_

_Ms. Dorothea Dixon_
Parent / Guardian Name

RE: _J___ D___

_2657 Stanton Rd. SE #207_
Street #    Street    Quad   Apt. No.

SCHOOL: _Chamberlain_

_Wash. D.C. 20020_
City    State   Zip Code

ID NO.: ▉▉▉▉

DOB: ▉▉▉▉ _97_

Dear _Ms. Dixon_

A multidisciplinary team (MDT) meeting is scheduled to discuss the status of your child's educational needs. Your participation is essential, and we look forward to your valuable input. Your child's meeting is scheduled as follows:

Date: _3-18-04_    Time: _9:30_    Place/Location: _1345 Potomac Ave. S.E._
_Wash. D.C. 20003_

The purpose and details of the meeting are printed below. You and the school may have additional individuals attend the meeting who have knowledge or special expertise regarding your child. Invited participants are listed under MDT members.

**The purpose of this meeting is to:**

- [ ] **develop/review IEP(including consideration of extended school year (ESY) services
- [ ] **review evaluation or reevaluation information
- [ ] develop the student evaluation plan (SEP)
- [ ] discuss documented levels of service
- [ ] **review records to support the completion of services as follows:
    - [ ] Graduated   [ ] Completed Services   [ ] Aged Out   [ ] Transferred Out of District   [ ] Dropped Out
    - [ ] Other: _____
- [ ] discuss placement
- [x] determine manifestation
- [ ] discuss eligibility
- [ ] **discuss CompEd
- [ ] *consider transition services needs
- [ ] discuss quarterly review
- [ ] behavior plan review

**Placement will be discussed.

MDT Members:
- [x] Principal or Designee
- [x] Parent
- [ ] LEA Representative
- [ ] Student
- [x] General Education Teacher
- [x] Special Education Teacher
- [x] Speech and Language
- [x] Social Worker
- [ ] Psychologist
- [x] Other: _School Counselor_

If the purpose of the meeting includes consideration of a transition plan, your child is invited to attend and a representative of the following agency(ies) may be invited, if appropriate

- _____    • _____

Any questions you may have concerning your child's program will be discussed at the above meeting. A copy of the Procedural Safeguards for parents is enclosed for your information. If the school can be of assistance to you, please contact _Theresa Whitehead_ at _2547-5800 ext 1149_ (school telephone number).

Sincerely,

_Theresa Whitehead_

District of Columbia Public Schools    07-02-2001    Division of Special Education    Confirmation of Meeting Notice

125

03/12/2004 15:22   FAX 2023473300

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**DIVISION OF SPECIAL EDUCATION**
825 North Capital Street, N.E., 6th Floor
Washington, D.C.  20002-4232

Caring for Our Students with Disabilities
A Procedural Manual for Parents

RECEIPT

I, _Janet Dixon_____, received a copy of *A Procedural*
        (Parent/Guardian Name)

*Manual for Parents* from _Theresa Whitehead_ /Title _S.E.C_____
                    (Person Issuing Document)

at _Chamberlain_____.
        (School)

                                    3 / 12 / 04
                                       (Date)

_____
        Parent/Guardian Signature

(This receipt is to remain in a designated file in the school.)

16

126

03/12/2004 13:22 FAX 2025475800 &02

## FRIENDSHIP-EDISON PUBLIC CHARTER SCHOOL
## CHAMBERLAIN CAMPUS

### NOTICE OF SUSPENSION

Campus: ___Chamberlain___          Type of Suspension: __Minor__

Telephone Number: ___202-547-5800___     Date of Notice: __03/12/2004__

Student Name: ___T___ W. D___          Date of Birth: _____ 1997

Homeroom Teacher: ___R Worsley___        Grade of Student: ___01___

Address: _2657 Stanton Road SE Apt 207 WashingtonDC 20020_

Telephone: ___202-889-4870___           Date of Infraction: __03/12/2004__
                (home)

_____
                (work)

Dear      Mrs. Dorothea Dixon

This is notification that your ___son___ has been suspended for __10__ school days because
~~of his constant disregard of~~ school rules. Today T___ punched his teacher, 'smacked' the glasses off her face, then kicked his lead teacher and attempted to bite here. This behavior resulted by T___ refusal to follow the teacher's directions.
Specifically ___ T___ ___ violated rule(s) __C6, A12___ , ___ , ___ .

As you are aware, this behavior is totally against the Edison-Friendship Public Charter School's
code of conduct.＊ As a result, it will be necessary for us to have a conference before your child
returns to school on __03/29/04 @ 9am__ Your attendance is necessary so that we may make
plans for ___ T___ ___ future success with the Edison-Friendship Public Charter
School. The suspension will begin on _03/15/04_ and will end __03/26/04__ .

Please call **202-547-5800** to schedule your conference date. During this period your child is
placed on home suspension and an educational package will be provided to your child.

___John C. Pannell___                    ___M Shepard___
    Principal                          Signature of Principal/Academy Director

cc: Dr. Pannell                    ＊ Expulsion pending manifestation
    Mrs. Whitehead                    meeting on March 18, 2004 @ 9 30 Am
    Mr. Jenkins
    Ms. Worsley
    File

127

# Friendship Edison Public Charter School, Chamberlain Campus



1345 Potomac Avenue, SE
Washington, DC 20003
Phone: (202) 547-5800 ext. 1149
Fax: (202) 547-4554
Website: www.Edisonschools.com

# Fax Cover Sheet

| Send To: Christina Busso | From: Theresa Whitehead |
|---|---|
| Fax number: 2/742-2098 | Date: 3-12-04 |

| Subject: J▚▚▚▚ D▚▚▚▚ |
|---|

| ☐ URGENT | ☐ REPLY ASAP | ☐ PLEASE COMMENT | ☐ PLEASE REVIEW | ☐ FOR YOUR INFORMATION |
|---|---|---|---|---|

Total pages:

### Comments:

Attached:
Suspension Notice dated 3-12-04
 SEP/PTE dated 3-12-04
Confirmation of Meeting Notice dated 3-12-04
Parent Right Receipt dated 3-12-04

Theresa Whitehead S.E.C

# Home of the Champions

128

# Exhibit 12

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

MULTIDISCIPLINARY TEAM
(MDT)
MEETING NOTES

MEETING DATE: 2-12-04

MDT REFERRAL DATE: _____

STUDENT: ~~J____ D____~~

SCHOOL: Chamberlain

MDT

| PARTICIPANTS: (Print Name) | PARTICIPANTS: (Sign Name) | POSITION |
|---|---|---|
| Theresa Whitehead | Theresa Whitehead | S.E.C |
| Jamie Pittman | Jamie Pittman | Special educ. teacher |
| Matthew Corothers | M. Corothers | Social worker |
| Regina Worsley | Regina Worsley | Regular Ed Teacher |
| Dorothea R. Dixon | Dorothea R. Dixon | Mother |
| Cheri Sotton-Brock | Cheri Sotton Brock | Educational Advocate |
| Lisa Faulkner-Jones | L. Faulkner Jones | Speech Language Pathologist |

Mrs. Dixon was given a copy of the Procedural Manual for Parents and she signed the Parent Rights Receipt.

The purpose of this meeting:
x Comp Ed Plan

THE PARENT ( IS PRESENT )  IS NOT PRESENT  AT THE MEETING _____

AFTER A REVIEW OF THE ASSESSMENTS, IT IS DETERMINED THAT ~~_____~~

CONTINUES TO BE ELIGIBLE FOR SPECIAL EDUCATION

IS TO BE EXITED FROM SPECIAL EDUCATION

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, DC

MULTIDISCIPLINARY TEAM (MDT)
CONTINUATION MEETING NOTES

Page: 2 of 2

MDT REFERRAL DATE: _____

MEETING TYPE: ____MDT____

STUDENT: ████████     SCHOOL: Chamberlain     DATE: 2-12-04

The compensatory education plan was discussed. The court ordered
determination (HOD) is in the process of being faxed to Chamberlain at
the time of the meeting. It was determined that his counseling hours
from the 2002-2003 school year have been made up. A total of
18 hours of speech language therapy will be made up - (2 hours from
2002-2003) 16 hours from the Fall of 2003. Mrs. Faulkner-Jones
the speech pathologist, stated she had already began compensatory
education and will be completed by the end of the school
year. He has already received 2 hours of compensatory
education; according to Mrs. Jones. Mrs. Whitehead stated that
a running chart will be kept and that that information will be
available to be printed out at the parents' request. There was a
concern about the amount of time that T████ is pulled out for
related services. (30 minutes counseling, about 1.5 hours of speech
language therapy. Mrs. Dixon stated that she feels confident that
his services will be implemented. She further stated that T████
enjoys Spanish class and Spanish/English t.v. shows. The parent stated
that according to T███ doctor, candy will upset his stomach and cause
vomiting. She states that she has modified his diet and he takes Pediasure
at home. The nurse presented the parent with a vision referral due to
a screening done at school. The parent stated that she has an appointment
scheduled to check T████ vision. All parties were in agreement,
the meeting was concluded.

131

## COMPENSATORY EDUCATION PLAN*

**Section I:**
Student Name ~~D~~ _____ DOB __/97 Sex M Grade 1st
Age 6 Date of IEP 4-23-03 Date of Proposal 2-12-04 Home School Chamberlain
Attending School: Chamberlain Disability: Other Health Impairment
Language English Address: 2657 Stanton Rd. S.E.
Parent Name: Dorothea Dixon Phone(H): 2 889-4819 (W): Cell 2 246-1812
Instructional/Related Services Missed: Speech Language Therapy
_____
Time Period for Delay/Disruption: 8-25-03 to 12-19-03 (includes 2hrs from last SY)
Description of Compensatory Education due to _ HOD** SA** other: DCPS agrees to provide
~~_____~~ will receive 18 hours hours of compensatory
education in Speech Language Therapy.

**Section II:  Compensatory Education Services to be Provided:**

| Skill Areas | Provider | Beginning Date | Duration |
|---|---|---|---|
| Speech Language Therapy | Speech Pathologist | 1-9-03 | 6 mos |
| | | | |
| | | | |
| | | | |

Parent Signature: Dorothea Dixon   Principal Signature: _____
MDT Members: _____ Position: Sp. Ed. Coord.
_____ Educational Advocate
_____ Speech Language Pathologist
Jamie Rittman Special Education Teacher

**Section III:  Signatures for Services Rendered:**

| Provider | Service | Total Hrs. Recd. | Date |
|---|---|---|---|
| Speech Pathologist | Speech Therapy | 2 hours | 1-9-03 |
| | | | |
| | | | |

Principal Signature: _____   Date _____

**Section IV:**  If the services on the plan are not completed by the end of the school year, or if the student transfers before the services are concluded, the IEP/MDT completes the bottom portion of this proposal, attaches the proposal, lesson objectives, and progress report to the new or current IEP, and files the IEP in the student's special education folder. For the transferring student, the special education records, inclusive of the IEP and compensatory education documents, are forwarded to the receiving school. Copies of documents must be forwarded to the Mediation and Compliance Unit.

| Services | Frequency | | Setting | Total Hrs. or Wks. Of Service Remaining |
|---|---|---|---|---|
| | Hr/Min | Wk/Mo | | |
| | | | | |
| | | | | |
| | | | | |

*Complete a MDT/IEP Meeting Note Page and attach meeting page and Compensatory Education Plan to IEP. Copy of the Plan must be forwarded to the Mediation and Compliance Unit, Division of Special Education within five (5) school days. **HOD/SA must be attached.

132

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
DIVISION OF SPECIAL EDUCATION
825 North Capital Street, N.E., 6th Floor
Washington, D.C. 20002-4232

Caring for Our Students with Disabilities
A Procedural Manual for Parents

RECEIPT

I, _Dorothea R Dixon_, received a copy of *A Procedural*
(Parent/Guardian Name)

*Manual for Parents* from _Theresa Whitehead_ /Title _S E C_
(Person Issuing Document)

at _Chamberlain (FEPCS)_
(School)

02 / 12 / 04
(Date)

_Dorothea R Dixon_
Parent/Guardian Signature

(This receipt is to remain in a designated file in the school.)

16

133

Friendship Edison Public Charter School
Chamberlain Campus

Vision Referral

Dear Parent,
T███ D███ had his yearly vision screening on February 12,2004. He has 20 / 50
vision in both of his eyes. Please take your child to the doctor within 10 days. Once
your child has been seen,have the doctor complete and sign this form,and return
it to the school nurse with your signature.

-----------------------------------------------------------------------------------------------

-----------------------------------------------------------------------------------------------

-----------------------------------------------------------------------------------------------

*Emily L. Reynolds R N*
School Nurse

---------------------------------------------
Physician

134

# **Exhibit 13**

# Actions Taken Before Suspension and Expulsion
## Progressive Discipline Policy

In the first eight days of the Friendship Edison Public Charter School, warnings and time outs are regularly used to educate students about the Code of Conduct (although suspensions are used for serious offenses). All students know what behavior is expected, the full weight of the disciplinary system will reinforce the seriousness with which we regard student conduct.

At the primary Academy level (grades kindergarten through second grade (, warnings and time outs will still be used for most first offenses (depending on the seriousness of the offense). House meetings may also be used to help develop improvement plans for student behavior. The second offense will receive a short suspension. Third offenses will progress to the next level of severity of suspension.

Elementary students (grades 3-5) will receive no warnings, but rather will progress directly to the consequences stated on the previous page for behavioral offenses. Length of suspensions will depend on the severity of the infraction and the frequency with which the students have committed similar offenses. House meetings involving parent participation and behavioral improvement plans will continue to reinforce our expectations.

Following the second suspension for any offense, parents and student may be required to appear before the Principal and the Comate Committee to sign a behavioral contract. Students required to sign such a disciplinary contact may be placed on long-term suspension for violating the terms of that contract.

**After a suspension, parents are responsible for scheduling a conference with a Friendship Edison administrator on or before the day of the student's return from suspension.** There are no exceptions to this regulation. This conference must be held **before** the student may be allowed to return to classes. Students who return without parents/guardians will be referred to Child Protective Services.

## Procedures for Suspension

1. All notices for suspensions shall be given to the parents in writing and shall be signed by the Principal and/or Academy Director.
2. Before a suspension begins, a student and his or her parents(s) s a pre-suspension conference.
3. A parent/guardian shall have the right to appeal any major suspension to the Chair of the Board of Trustees. Normally, the school's proposal and the parent's appeal will be heard by a hearing officer who will make a recommendation to the Board Chair. **The decision of the Chair on a major suspension shall be final** and shall be communicated in writing to the Principal.
4. All suspensions of five (5) days or longer shall be reported to the Public Charter School Board.
5. For any student designated as "Special Edison" who is suspended for more than (10) ten school days in a school year, a Special Edison team will review the student's placement and all psycho-social/educational documents to determine whether the student's violation of school rules is related to his/her handicapping condition. If so, the Special Edison team will develop and implement an alternative means of discipline. If necessary, this could include a change in placement following a reevaluation of the student's IEP.

## Procedures for Expulsion

1. A student with a disability my be subject to expulsion following a conference of the Special Edison (see above) in which it is determined that the behavior demonstrated by the student that violated not related to the student's disability. **However, the Principal will report a crime to the police juvenile justice authority).**
2. The Principal shall recommend all expulsions to the Board of Trustees. No expulsion shall be without the approval of the Board.
3. Students facing expulsion shall immediately be placed on home suspension of not less than 25 school days.
4. Within 1-2 days of the suspension, the Principal shall conduct as formal conference with the parents/guardians outlining the reason(s) for the proposed expulsion and shall give the parent/guardian written notification of the proposed expulsion, containing at minimum the following:

23

- A specific reason for the proposed expulsion
- A description of the behavior(s) committed by the student on which the proposed expulsion is based
- The specific rules(s) violated by the student upon which the proposed expulsion is based.
- A statement informing the student's parent or guardian of the right to request hearing as outlined in this Code of Conduct, an addendum to the Student Parent Handbook.
  **The parent/guardian shall have 5 school days in which to request a hearing.**

5. The Principal shall immediately send to the Board of Trustees a recommendation for expulsion, along with a copy of the written notice of proposed expulsion that has been given to the parent/guardian, and any necessary background information.

6. If no hearing has been requested within 5 school days of the Principal's conference with the parent/guardian and written notification of the proposal to expel, the Board of Trustees will decide to support or oppose the expulsion. The Chair of the Board shall notify in writing the Principal and the parent/guardian of the Board's decision. The Board's written decision shall contain at a minimum the following:

   - The rule that the student was said to have violated.
   - The Board's conclusion as to whether the student violated the rule or committed the infraction cited.
   - A brief statement of the reasoning supporting a decision to expel, OR
   - An alternative disciplinary action, if the Board does not support the recommendation for proposed expulsion, and the reasoning supporting the alternative discipline.

7. If a hearing has been requested, the Board of Trustees shall establish a hearing date and give notice of the hearing date by telephone or in writing to the parent/guardian, by certified mail or hand delivery. A maximum of 5 days notice will be given, but a hearing can be scheduled more quickly if the parent agrees. Normally, the hearing will e conducted by a hearing officer.

8. Following the hearing, the Chair of the Board shall notify in writing the Principal and the parent/guardian of the Board's decision, as described in Section 6 above.

9. The decision of the Board of Trustees regarding expulsion shall be **final.**

10. When the Board has upheld an expulsion, the Friendship Edison Public Charter School shall have no responsibility for providing alternative education.




03/24/2004 14:52 FAX 2025475800                ☒03

# Friendship Edison Public Charter School, Chamberlain Campus



1345 Potomac Avenue, SE
Washington, DC  20003
Phone: (202) 547-5800 ext. 114 9
Fax: (202) 547-4554
Website: www.Edisonschools.com

# Fax Cover Sheet

| Send To: Christina Busso | From: Y. Whitehead |
|---|---|
| Fax number: 2\ 742-2098 | Date: 3-24-04 |

Subject: Y_____ D._____

| URGENT | REPLY ASAP | PLEASE COMMENT | PLEASE REPLY | FOR YOUR INFORMATION |
|---|---|---|---|---|

*tal pages:*

## Comments:

Attached:
Discipline Policy copied from the
Parent - Student Handbook
School Year 2003 - 2004

# Home of the Champions

138

# Exhibit 14



**THE CENTER FOR
MENTAL HEALTH, INC.**

June 13, 2003

Christine Busso
James E. Brown & Associates, PLLC
Attorneys at Law
1220 L Street, N.W.
Suite 700
Washington D.C. 2000005

Dear Ms. Busso,

I have reviewed the MDT, IEP and test reports that you sent me for T█████ D█████ and I will comment here on those things that might help inform the professionals involved in this case. First I will give a brief history of how I came to work with T█████ and then comment on his goals for treatment at CMH. Next I will address the various components of the IEP of March 23, 2003, including the psychological evaluation, and my response to the IEP, including some recommendations. If this information is not sufficient, or if you have any questions, I may be reached at the Center for Mental Health on Tuesday, Wednesday (afternoon only), and Thursday at (202)678-3000, ext. 305.

<u>Case History</u>

T█████ was 5 years, 3 months old when he was initially evaluated at The Center for Mental Health. At that time his mother, Ms. Dorthea Dixon, said that she was concerned about her son's aggressive and disruptive behavior and about his lack of compliance and defiance to adult commands. According to the interviewer, Ms. Dixon had already tried many approaches to overcome the problem, with nothing having any long lasting results. The specific behavior problems she reported then were that T█████ does not ask for help, did not accept it, and has frequent temper tantrums where he screams, hollers, jumps up and down, and shows defiance. It was also noted elsewhere that T█████ had been physically aggressive to his peers. Ms. Dixon was concerned that if T█████ continued this behavior, he would be removed from his current placement at Friendship/Edison Public Charter School. He had already been removed from two institutions (day care and Orr Elementary) for disruptive and aggressive behavior.

Travis is the second child born to Mr. And Mrs. Dixon. At the time of the evaluation, Travis was living with both parents and his two sisters (8 years and 1.5 years). However, Ms. Dixon stated that the parents were getting divorce. Since then, Mr. Dixon has moved out and the parents are considering reconciliation.

Travis Dixon
IEP Report 6/13/03
Page 2

Based on this information given at the time of the evaluation, Travis was diagnosed with Oppositional Behavior Disorder (313.81) and Disruptive Behavior Disorder (312.9). He was given a Global Assessment Functioning rating of 35, out of a possible 100 (superior functioning). Recommendations at this time were for Travis to receive outpatient individual therapy on a weekly basis and to enroll him in a fulltime Head Start or Special Educational Program. (Because of his age, Travis was no longer eligible for Head Start.) Also, since the evaluators observed that Travis needed commands repeated, it was recommended that he receive speech therapy.

After Travis was assigned to me, I contacted Ms. Dixon and made arrangements for both of them to come together for the first appointment on February 5, 2003. Since I was not present at the evaluation, I wanted to meet Ms. Dixon and understand how she thought I might be able to help her son. At that initial meeting, she described additional problems, such as Travis stealing food and drinks, and wetting the bed at night. After twenty minutes, I met with Travis alone and asked him why he thought his mom brought him for therapy. He replied, "I'm here because my behavior is bad." He did not give me any specifics, but appeared to understand he was not doing what his mother expected of him. Since then we have met for an additional 8 sessions, using the majority of the time for play therapy. From these initial sessions, I developed the following goals for Travis:

1. I will use words to tell others what I think, feel, and need.
2. I will do what my mother or other adults tell me to do.

In making progress towards these goals, I have noticed that Travis responds well to attention and praise. There have been two or three times that he has started to have a tantrum (throw toys or refuse to clean up); what appears to work well is to offer words to help Travis identify his feelings and validation so that he can connect the event that occurred with what he is feeling. When given multiple-choice options, he has been able to articulate his feelings and stop acting out. Travis' ability to articulate his feelings is strength; with work, we are beginning to identify the things that make him mad. So far, it appears that Travis is extremely sensitive to the conflict between his parents; he also appears to feel badly about his misbehavior in school but does not seem to know how to change it. On April 1, 2003 Rama Prayaga, M.D., a child psychiatrist at our site, diagnosed Travis with A.D.H.D. and started him on 5 mg of Dextrostat. I believe the dosage has been changed since then. From the notes I read, it appears that Travis' teachers have noticed a positive change in his behavior since he has been on this medicine.

Review of IEP (4/23/03)
I shall address each component of this IEP separately, beginning with the psychological testing, and then commenting briefly on the parts of the IEP that I agree with. I will then give recommendations based on my understanding of Travis' emotional needs. My recommendations are based on my interactions with Travis and reports from his mother

141

Tᴀᴍᴍɪs Dɪxᴏɴ
IEP Report 6/13/03
Page 3

only; I have not yet spoken to his teacher.

Psychological Testing

There is much in this report that is informative and much also that I concur with. First,
though, I will present some questions and thoughts that occurred to me as I read it. I
noticed that a shortened form of the Kaufman was used to obtain the IQ. Since I do not
use this test, I do not know the reliability and validity of the short form vs. the long form.
(I will try to find this out for you.) Assuming that this short form is both reliable and
valid, the results show that Tᴀᴍᴍɪs' score on the Vocabulary (82) section is Below
Average while his score on Matrices (94) is in the average range. Although this 12-point
difference is not significant, it does lower his overall Composite score. Given that he has
many deficits in Expressive and Receptive language, I wonder to what extent these
problems lowered his score in Vocabulary. Taking this a step further, I wonder if Tᴀᴍᴍɪs
will have similar problems in a regular classroom where students must rely on verbal
skills to understand lessons and respond to them. The fact that he did better on the
Achievement Test that on his IQ test suggests two things: that he may already be finding
ways for compensating for his speech and language deficits, and that these adjustments
are working, at least in a 1:1 testing situation. I wonder what his methods of
compensation are and if they work in a large classroom of many voices and great
distractions. I also question if one hour of speech therapy a week will be enough to help
this child learn and live up to his potential; for all the other hours of the week he will be
struggling to understand the words around him. It is important to note that in the
Speech/Language report all of his scores (with the exception of reasoning and processing)
were 1-2 years behind his chronological age.

The comments in this report on Tᴀᴍᴍɪs' emotional life are similar to what I have
observed: I also see that Tᴀᴍᴍɪs is beginning to internalize his negative behavior, so that
he perceives that when others are telling him he is bad, he feels sad about it. It would be
helpful for Tᴀᴍᴍɪs to learn that although his behavior is bad, he is not a bad kid.
Separating his actions from his identity is important if he is to develop any positive sense
of himself. I also have seen that Tᴀᴍᴍɪs feels powerless in his environment, both at home
and school. Lately much of his play has focused around school and it appears that he
does not know how to correct his behavior and feels bad about it. Certainly, the extent to
which his home life has been in transition has made it very difficult for him also; this is a
child who has difficulty with transition and at the moment, he does not have control over
much that is changing in his life.

Response to IEP of March 23, 2003

Given the severity and frequency of the problems described by Ms. Dixon and the
intensity of feelings enacted Tᴀᴍᴍɪs' play, I was surprised that his teacher, Mrs. Campbell,



T̶e̶r̶r̶i̶s̶ D̶i̶x̶o̶n̶
IEP Report 6/13/03
Page 4

reported "she does not have that high level of oppositional behavior at present"
(p. 8). I was also concerned because this IEP is missing a behavior management plan.
There was a reference to the teacher using behavior management in the classroom (MDT,
1/9/03, p. 2 of 5), however, this needs to be formalized and included in an overall plan so
that any staff member working with T̶e̶r̶r̶i̶s̶ will know what to do. Whatever approach
works can then be shared with mother to help her manage negative behaviors at home. I
was also struck by the difference in the level of care recommended by the treatment team
at CMH (full time) and that recommended in the IEP (one hour of speech and 30 minutes
of group counseling per week). Based on Ms. Dixon's reports from school, this
arrangement does not appear to be working and T̶e̶r̶r̶i̶s̶ is not succeeding in controlling
his impulsivity or improving his attitude towards her or other adults.

### Recommendations for next IEP

These recommendations are based on the co morbidity of problems T̶e̶r̶r̶i̶s̶ is
experiencing from his A.D.H.D., O.D.D., Mixed Receptive-Expressive Language
Disorder, and environmental stressors in his home.

1. Based on the severity of features and symptoms T̶e̶r̶r̶i̶s̶ is exhibiting at home
   (defiance as well as ADHD symptoms) and, at school (impulsivity and
   hyperactivity), I would recommend a smaller, structured educational setting that
   would minimize the distractions of a large classroom while maximizing his
   opportunities for learning.
2. Develop a daily routine and predictable structure to help T̶e̶r̶r̶i̶s̶ during transition
   times. This is of paramount importance since his home life has been recently
   destabilized.
3. Provide individualized instructions, pairing nonverbal prompts with verbal
   explanations to maximize the chance for T̶e̶r̶r̶i̶s̶ to understand what is being said
   or taught. Also, if possible, create opportunities for him to respond using both
   channels (verbal and nonverbal).

The material in this report is confidential and could change over time. If you need
additional information, do not hesitate to call.

*Jeanne Creekmore PhD*
Jeanne Creekmore, Ph.D.
Psychologist, EIP
The Center for Mental Health, Inc.
2041 Martin Luther King Jr., Ave., S.E.
Washington D.C. 20020

143

# Exhibit 15

04/18/03  FRI 11:04 FAX 202547____     KINKO'S CAPITOL HILL     ☒005

QUARELLS CONSULTING, P.C.
541 STONEYWOOD TRACE   MABLETON, GA • 30126
PHONE: 770-405-3124 • FAX: 770-739-7659

## *PSYCHOLOGICAL EVALUATION*

*Name:* T████is D█████

*Age:* 5 Years, 4 Months

*DOB:* October 20, 1997

*School: Friendship Edison Public Charter School-Chamberlain*

*Date of Examination: March 6, 2003*

*Date of Report: March 14, 2003*

*Examiner: Dr. Carlton L. Quarells*

### REASON FOR REFERRAL:

T█████ was referred for a comprehensive psychological evaluation by the special education department of the Friendship Edison Public Charter School-Chamberlain Campus. This evaluation was conducted to assess his intellectual, academic functioning, and emotional functioning for school placement purposes.

### INSTRUMENTS USED:

*Kaufman Brief Intelligence Test (K-BIT)*
*Wechsler Individual Achievement Test-Second Edition (WIAT-II)*
*Devereux Behavior Rating Scale-School Form (DBRS-SF)*
*Tell-Me-A-Story (TEMAS)*
*Conner's Parent Rating Scale-Short Form (CPRS-SF)*
*Projective Drawings*
*Bender Visual-Motor Gestalt Test*
*Clinical Interview*
*Review of Records*

04/18/03  FRI 11:04 FAX 2025475279          KINKO'S CAPITOL HILL          ☒006

*Travis Dixon*
*Psychological Evaluation*
*Page 2*

## BACKGROUND INFORMATION

*Travis was born from a full-term pregnancy and cesarean section as a result of a breech delivery to Ms. Dorthea Dixon of Washington, D.C. Developmental milestones were reportedly met within normal limits, although Ms. Dixon mentioned Travis experienced some problems with his coordination as a toddler. School records mention Travis may have lost some oxygen during birth and no follow-up information was available in the school record. Travis is also asthmatic and is reportedly in relative in good health at this time. Records indicate Ms. Dixon is concerned about Travis's level of activity, such that he is often difficult to manage in public places. According to Ms. Dixon, Travis has a previous diagnosis of Attention Deficit, Hyperactivity Disorder and has received outpatient mental health services in the community.*

*School records reveal Travis has experienced difficulties with self-control, impulsiveness, and defiance. For example, Travis was refused admittance to the Orr Elementary School pre-kindergarten program due to disruptiveness, aggression, and oppositional behavior. Reportedly, Travis attempted to turnover a table and spat on the carpet in the school office after being disciplined by a teacher and a counselor. During the current school term his teacher, Mrs. Campbell, mentioned Travis is progressing at a relatively normal rate academically while experiencing some problems with tantrums during the second quarter of the current school term. Travis is reportedly impulsive at times, yet can be redirected.*

## BEHAVIORAL OBSERVATIONS:

*Travis is a sociable and friendly African-American male kindergarten enrolled at the Friendship Edison Public Charter School, Chamberlain Campus. He displayed a cooperative and open attitude toward the assessment and was willing to answer questions fully and completely. Travis was able to focus for short periods during the assessment and, at times, was moderately distracted by outside noise and activity in the hallway. At other points during the assessment, Travis appeared to lose focus and became interested in writing on the chalkboard or going to the restroom. Travis could usually be redirected and refocused on the task at hand without becoming oppositional or defiant.*

## INTELLECTUAL ASSESSMENT RESULTS:

*Travis was administered the Kaufman Brief Intelligence Test (K-BIT) in order to assess his thinking and reasoning abilities. On this administration of the K-BIT, Travis obtained a Vocabulary subtest score of 82 (Below Average), a Matrices subtest score of 94 (Average), and a K-BIT Composite IQ score of 87 (Below Average). This Composite IQ score of 87 places Travis in the Below Average Range of cognitive ability as measured by the K-BIT. Typically, intelligence assessment instruments assess a student's readiness to meet the demands of a standard educational curriculum as well as an indirect measure of*

146



*Tennis Dimmm*
*Psychological Evaluation*
*Page 3*

*academic achievement. Results from Tennis's K-BIT suggest he will be able to learn new concepts and is capable of keeping up with his peers on most academic assignments. There exists a statistically insignificant twelve-point difference between his Matrices and Vocabulary IQ measures, suggesting his nonverbal thinking skills are slightly more developed than his verbal reasoning abilities.*

## *VISUAL-MOTOR INTEGRATION ASSESSMENT RESULTS:*

*Tennis was administered the Bender Visual-Motor Gestalt Test as a measure of his visual and perceptual motor skills. Findings suggest he is performing at the Borderline Range of ability, with five errors of rotation and two errors of distortion in his reproductions. Travis obtained an age equivalent score of 4-0 to 4-6.*

## *ACHIEVEMENT ASSESSMENT RESULTS:*

*Tennis was administered the Wechsler Individual Achievement Test-Second Edition (WIAT-II) to assess his academic progress in a range of academic subject areas. For example, Tennis was assessed in areas such as Word Reading, Mathematics Reasoning, Spelling, and Reading Comprehension in addition to other academically related subjects. In terms of his overall achievement assessment performance, Tennis obtained a Total Composite Standard Score of 100 (A Standard Score of 100 is considered to be an Average score) with a Percentile Rank of 50. Although a single number does not best reflect his academic skills, Tennis academic skills are slightly higher than his intellectual assessment findings and indicates Tennis does not have significant intellectual or learning difficulties at the time of this evaluation.*

### *Reading*

*Tennis performed in the Average range on tasks that required him to name alphabet letters and identify and generate letter sounds and rhyming words as indicated by his Word Reading standard score (103). His skills in this area exceed those of approximately 58% of students his age.*

### *Mathematics*

*In overall mathematics skills Tennis performed in the Average range, as indicated by his Mathematics Composite standard score (101). His skills in this area exceed that of approximately 53% of students his age. Travis's performance on tasks that required him to identify and write numbers, count, and solve basic addition and subtraction problems (Numerical Operations standard score = 104) is comparable to his performance on tasks that requires him to understand basic number concepts, including unit and geometric measurement, and solve one-step word problems (Math Reasoning standard score =100).*

*Tennis Diamo*
*Psychological Evaluation*
*Page 4*

### Oral Language

*Tennis performed in the Average range on tasks that required him to identify the picture that best represents an orally presented descriptor or generate a word that matches the picture as indicated by his Listening Comprehension standard score (101). His skills in this area exceed that of approximately 53% of students his age.*

### Written Language

*On tasks that required him to write one's name and print letters that correspond to sounds and words Tennis performed in the Average range. He achieved a Spelling standard score of 96. However, his skills in this area exceed those of only approximately 39% of students his age. On the Spelling subtest, Tennis reversed his "s" when writing his name and placed his middle initial at the back of his name instead of in the middle. As well, Tennis did not readily understand sound blends, such as the two words that make the "rd" sound as in "bird."*

### SUMMARY OF WIAT-II SUBTEST AND TOTAL SCORES

| SUBTESTS | RAW | STD. | 95% INTERVAL | PR | NCE | SC | AGE EQU | GRADE EQU |
|---|---|---|---|---|---|---|---|---|
| Word Reading | 30 | 103 | 100–106 | 58 | 54 | 5 | 5:4 | K:1 |
| Numerical Operations | 7 | 104 | 93–115 | 61 | 56 | 6 | 5:8 | K:5 |
| Math Reasoning | 11 | 100 | 92–108 | 50 | 50 | 5 | 5:4 | PreK5:8 |
| Spelling | 4 | 96 | 88–104 | 39 | 44 | 4 | 5:0 | K:2 |
| Listening Comprehension | 13 | 101 | 86–116 | 53 | 51 | 5 | 5:4 | K:2 |

\* WIAT-II age-based normative information was used in the calculation of subtest and composite scores
\*\*Represents Reading Comprehension weighted raw score.

### SUMMARY OF WIAT-II COMPOSITE AND TOTAL SCORES

| COMPOSITES | RAW | STD. | 95% INTERVAL | PR | NCE | SC |
|---|---|---|---|---|---|---|
| Mathematics | 204 | 101 | 93–109 | 53 | 51 | 5 |

\* WIAT-II age-based normative information was used in the calculation of subtest and composite scores

### PERSONALITY ASSESSMENT RESULTS:

*Personality assessment results reveal that Tennis has a constellation of behaviors consistent with a child with Attention Deficit, Hyperactivity Disorder. For example, Tennis' s Devereux Behavior Rating Scale (DBRS-SF) results were found to be at a Standard Score of 127 (Percentile Rank of 95), suggesting his pattern of behaviors is*

Tr____ D_____
*Psychological Evaluation*
*Page 5*

consistent with other students receiving special education services as an Emotionally and Behaviorally Disordered student (EBD). For example, Tr____ reportedly frequently annoys others, has temper tantrums, and becomes upset or emotional if he does not get what he wants, and expressed anger in a poorly controlled way. Similar to his Devereux results, Te____' behaviors at home and in the community are consistent with the aforementioned behaviors. For example, Ms. Dixon reports on the Conner's Parent Rating Scale-Short Form (CPRS-SF) that Te____ is very difficult to manage and often argues with adults, has a short attention span, and is easily distracted and inattentive. As mentioned previously, Travis displayed inattention and a high level of distractibility some portions of the assessment, although he did not display defiance as noted by his Mother.

Regarding his emotional life, Tr____ appears to be in the beginning stages of internalizing his negative behaviors. Te____ mentioned he often gets in trouble for "being bad" and "doing bad stuff." For example, Te____ described feeling "sad" when he is disciplined for being "bad." As well, his human figure drawings were depicted in a manner suggestive of feeling powerless over one's environment and having the fortitude and ability to impact one's surroundings. At times, Te____ may view his environment and the world as being a safe place and does not view the world and the intentions of others in an overly negative manner. Findings from the Tell-Me-A-Story (TEMAS) reveal Te____ had a low t-score on reaction time, which is often a style that denotes impulsiveness. Te____ also displayed an ability to relate to others, and exhibited an ability to distinguish right from wrong and to experience guilt from wrongdoing.

## SUMMARY:

This evaluation was initiated to assess Te____ D_____'s intellectual and academic functioning for school placement purposes. Intellectual assessment findings reveal Te____ is performing in Below Average Range of cognitive ability. Te____ had lower scores in areas assessing his verbal reasoning skills, while his nonverbal abstract reasoning was assessed at the Average level of ability. Academically, Te____'s skills were at the average level in most subject areas. Finding from personality testing suggest Tr____ has significant issues related to inattentiveness and impulsivity.

## DIAGNOSITIC IMPRESSION:

**Axis I: 314.01 Attention Deficit, Hyperactivity Disorder, Combined Type**

*Axis II: V71.09 No Diagnosis on Axis II*

*Axis III: Asthma*

*Axis IV: School Problems*

*Axis V:  70*

149

T████ D████
*Psychological Evaluation*
*Page 6*


RECOMMENDATIONS:

1. T████ meets the criteria for a student who would benefit from special education services. T████ would benefit from continued academic and counseling support in his current academic placement.

2. It is recommended that T████ receive group counseling services once per week for thirty minutes. T████ would benefit from learning self-control strategies (i.e. stop, look, listen, and think) in order to delay gratification and inhibit impulses.

3. It is recommended that teachers use an approach that is activity-based so that T████ is actively engaged in a series of short activities with frequent feedback.


*Carlton L. Quarells, Psy.D.*
*Licensed Psychologist*
*Georgia License #2525*