# CERTIFICATION OF RECORD

INDIVIDUALS WITH DISABILITIES EDUCATION ACT (IDEA) 20 USC § 1400

## Office of Compliance & Review
### *STUDENT HEARING OFFICE*
### SPECIAL EDUCATION

In the Matter RE:      **M███, A██ vs. DCPS & Friendship-Edison PCS**

Case Information:     Hearing Dates: **01/16/2004**
Held at: **District of Columbia Public Schools**
           **825 North Capitol Street, N.E. 8th FL.**
           **Washington, D.C. 20002**
Student Identification Number: ███████
Student's Date of Birth: ███████
Attending School: **Friendship-Edison PCS**
Managing School:
Hearing Request Date(s): **11/19/2003**

## <u>CERTIFICATION OF RECORD</u>

I, **Shawnta Maddox, Legal Assistant of the Student Hearing Office**,

DO HEREBY CERTIFY that the attached Record of Proceeding is the entire record in

the above entitled matter as of this date, consisting of all letters, pleadings, orders,

exhibits and depositions.

I FURTHER CERTIFY that the materials forwarded herewith are the true copy

of the original documents submitted in this matter.

EXECUTED this Monday, March 10, 2008.

**LEGAL ASSISTANT**
**STUDENT HEARING OFFICE**

1

# *District of Columbia Public Schools*
## *Office of Management Services*
## <u>*Confidential*</u>

**FREDERICK E. WOODS,** Esq., Due Process Hearing Officer
825 North Capitol Street, N.E., 8th Floor
Washington, D.C. 20002
Facsimile: (202) 442-5556

| | |
|---|---|
| **In the Matter of** ) | **IMPARTIAL** |
| ) | **DUE PROCESS HEARING** |
| A▮▮▮M▮▮▮▮ ) | |
| **Date of Birth:** ▮▮▮▮ ) | |
| Petitioner, ) | <u>**DECISION AND ORDER**</u> |
| ) | |
| vs. ) | Hearing Request: November 19, 2003 |
| ) | Hearing Date: December 23, 2003 |
| ) | **Continued Date: January 16, 2004** |
| **The District of Columbia Public Schools,** ) | Held at:  825 North Capitol Street, N.E. |
| **The LEA: Friendship-Edison Public** ) | Eighth Floor |
| **Charter School, Washington, D.C.** ) | Washington, D.C. 20002 |
| ) | |
| Respondent. ) | |
| ———————————————— ) | |

| | |
|---|---|
| **Parent:** | **Edwina Sumpter, Mother** |
| | **William Marrow, Father** |
| | **1011 14th Street, S.E., Apt. # 11** |
| | **Washington, D.C. 20003** |
| **Counsel for the Parent/Student:** | **Miguel A. Hull**, Esq. |
| | **James E. Brown & Associates, PLLC** |
| | **1220 L Street N.W., Suite 700** |
| | **Washington, D.C. 20005** |
| **Counsel for Friendship-Edison P.C.S.:** | **Paul S. Dalton, Esq.** |
| | **Dalton, Dalton & Houston, P.C.** |
| | **6303 Little River Turnpike, Suite 310** |
| | **Alexandria, VA 22312** |
| **District of Columbia Public Schools:** | **Stephanie I. Ramjohn, Esq.** |
| | **Attorney Advisor** |
| | **Office of the General Counsel, DCPS** |
| | **825 North Capitol Street, N.E., 9th Floor** |
| | **Washington, D.C. 20002** |

## I.    JURISDICTION

The Due Process Hearing was convened and this Order written pursuant to Public Law 105-17, the Individuals with Disabilities Education Act of 1997, 20 U.S.C. §§ 1400 et seq.; 34 C.F.R. §§ 300 et seq.; 5 D.C.M.R. §§ 3000 et seq.; and Section 143 of the D.C. Appropriations Act, effective October 21, 1998.

## II.    DUE PROCESS RIGHTS

Parent's counsel waived a formal reading of the due process rights.

## III.    FIVE-DAY DISCLOSURES

Petitioner:     Admitted, without objection, a disclosure letter filed 01/09/04 that list five witnesses and attached eight exhibits sequentially labeled AM-01 through AM-08. Two witnesses were present but not called to testify: Edwina Sumpter and William Marrow, the student's parents.

Respondents:     DCPS: Admitted, without objection, a disclosure letter filed 01/09/04 that list three witnesses. No exhibits were offered into evidence. No witnesses were present or called to testify.

Friendship-Edison P.C.S.: Admitted, without objection, a disclosure letter filed 01/09/04 that list three witnesses. No exhibits were offered into evidence. One witness was present: Theresa Whitehead, Special Education Coordinator at Friendship-Edison P.C.S. She was not called to testify.

## IV.    STATEMENT OF THE CASE

A████ M█████ born████95, age 8-years 5-months, is a child with a disability receiving his special education and related services as a 2nd grade, 9% out-of-general education, Speech-Language Impaired (SLI) student at Friendship-Edison Public Charter School (P.C.S.) in the District of Columbia. (R. at AM-03.)

Parent's counsel alleged in his 11/19/03 Due Process Hearing Request that DCPS did not provide A███'s Speech-Language Services from April 22, 2003, the date of his initial IEP, to date. (R. at AM-01.) Consequently, on 11/19/03 parent's counsel filed a Due Process Hearing Request that alleged DCPS denied A███ a Free Appropriate Public Education (FAPE). (R. at AM-01.)

3

The Student Hearing Office, DCPS, scheduled a Due Process Hearing for Friday, December 23, 2003 that was **continued until 11:00 a.m., Friday, January 16, 2004**, at DCPS Headquarters, 825 North Capitol Street, N.E., 8th Floor, Washington, D.C. 20002. The hearing convened as scheduled.

Attorney Advisor Stephanie I. Ramjohn appeared in-person for DCPS. Attorney Paul S. Dalton appeared in-person for Friendship-Edison P.C.S. Attorney Miguel A. Hull appeared in-person on behalf of A████, who was not present; and his parents, Edwina Sumpter and William Marrow who were present.

## V.    SUMMARY OF THE EVIDENCE

The parents' five-day disclosure documents are the only evidence relied on in reaching the decision. The following admitted exhibits are probative on the sole issue in this case, whether Friendship-Edison P.C.S. failed to provide A████'s IEP required Speech-Language Services:

|   |   |   |
|---|---|---|
| 1. | AM-01 | The 11/19/03 Due Process Hearing Request |
| 2. | AM-03 | The 04/22/03 IEP for ████ |
| 3. | HO-01 | The 01/16/04 DCPS Encounter Tracking Form |

### Issue

Whether Friendship-Edison P.C.S. denied A████ M████ a Free Appropriate Public Education (FAPE) when it failed to provide A████'s Speech-Language Services called for in his 04/22/03 initial IEP and required by the Individuals with Disabilities Education Act of 1997, 20 U.S.C. §§ 1400 et seq., until it started providing the services on 01/09/04?

### Answer

Yes. Friendship-Edison P.C.S. admitted, through counsel, that it did not start providing A████'s IEP required Speech-Language Services until 01/09/04.

## VI.    FINDINGS OF FACT

1. A████ M████, born ████/95, age 8-years 5-months, is a child with a disability receiving his special education and related services as a 2nd grade, 9% out-of-general education, Speech-Language Impaired (SLI) student at Friendship-Edison Public Charter School (P.C.S.) in the District of Columbia. (R. at AM-03.)

2. A████'s 04/22/03 IEP calls for him to receive:

   a. Specialized Instruction        2-hours/week, and
   b. Speech-Language Services     1-hour/week. (R. at AM-03.)

4

3. There exists no record evidence that Friendship-Edison P.C.S. provided A███'s Speech-Language Services called for in his 04/22/03 IEP before January 9, 2004. (R. at HO-01.)

4. There exists no record evidence that Friendship-Edison P.C.S. developed a Compensatory Education Plan to provide A███'s missed Speech-Language Services.

5. Consequently, Friendship-Edison P.C.S. did not implement A███'s 04/22/03 IEP as required by the IDEA.

In consideration of record evidence, the hearing officer makes the following

## VII. DISCUSSION and CONCLUSIONS OF LAW:
### I
**DCPS [LEA] is required to make FAPE available to all children with disabilities within the jurisdiction of the District of Columbia.**

34 C.F.R. § 300.300 (2003) and 5 D.C.M.R. § 3000.1 (2003) requires DCPS [LEA] to fully evaluate every child suspected of having a disability within the jurisdiction of the District of Columbia, ages 3 through 22, determine their eligibility for special education and related services and, if eligible, provide special education and related services through an appropriate IEP and Placement.

The LEA did not meet its obligation under the IDEA. Here is why.

1. Albeit the LEA provided A███'s specialized instruction, it failed, however, to provide A███'s Speech-Language Services called for in his 04/22/03 initial IEP until 01/09/04.

2. Compensatory Education is a form of retroactive equitable relief available to parents of a child deprived of a special education in violation of the IDEA. The parent seeking the relief is merely required to prove two things:

   a. Their child was entitled to coverage under IDEA, and
   b. Their child was denied coverage under IDEA.
   Harris v. The District of Columbia, 19 IDELR, 105, 106-07 (D.D.C. 1992).

3. The parents' burden is met because A███'s 04/22/03 IEP calls for him to receive Speech-Language Services beginning 04/23/03 in the amount of 1-hour/week, yet, at the time of this hearing, his services did not start until 01/09/04. Hence, A███ was entitled to, but denied coverage under the IDEA.

4. The parent's claim for Compensatory Education is made pursuant to 34 C.F.R. § 300.300(a)(1); and Harris v. The District of Columbia, 19 IDELR 105, 108 (D.D.C. 1992) that held: "administrative hearing officers have the authority pursuant to the Individuals with Disabilities Education Act, 20 U.S.C. §§ 1400 et seq., to award Compensatory Education as a remedy for denial of a special education."

5. Since A███'s 04/22/03 BLMDT determined him eligible for Speech-Language Services, it must provide retroactive relief for the days missed in delivering his 2002-03 and 2003-04 Speech-Language Services.

6. Pursuant to 5 D.C.M.R. § 3030.3, "DCPS [LEA] bears the burden of proof, based solely on the evidence and testimony presented at the hearing, that the action or proposed placement is adequate to meet the educational needs of the student."

7. The LEA did not meet its burden in this case because its action, not timely providing A███'s IEP required Speech-Language Services, is inadequate to meet the educational needs of the student.

Therefore, in consideration of the record evidence, the hearing officer finds:

1. That Friendship-Edison violated the IDEA when it failed to timely provide A███'s IEP required Speech-Language Services, and

2. The parents' requested remedy for the violation, Compensatory Education, is granted.

## ORDER

Friendship-Edison P.C.S. shall ...........................

1. Convene A███'s BLMDT/IEP Meeting within 30-calendar days of this Order's issue date for this purpose:

   a. To develop a Compensatory Education Plan for A███'s missed Speech-Language Services during the 2002-03 and 2003-04 school years.

2. Allow A███'s BLMDT to determine the amount, means of delivering and implementing his Compensatory Education Plan.

3. Schedule all meetings at a mutually agreeable time through the parents and parent's counsel. And provide counsel written notice of all meetings by facsimile at (202) 742-2098.

4.  Day-for-Day Caveat: Any scheduling, evaluation or meeting delay due to acts of the parents, student, student-advocate or student's attorney shall extend Friendship-Edison's performance timelines established in this Order by one day for each day of delay.

5.  The 45-day time limit, from filing the hearing request to disposition, was extended when the case was continued.

6.  This Order resolves all issues in this case and the hearing officer makes no additional findings.

**This is THE FINAL ADMINISTRATIVE DECISION. An Appeal can be made to a court of competent jurisdiction within thirty (30) days of the issue date of this decision.**

_____
        **Frederick E. Woods**
        **Hearing Officer**

1/26/04
Date

Issued: _____
            **Student Hearing Office, DCPS**

# ATTENDANCE SHEET

| STUDENT'S NAME: | A___ m___ | ___ '95 |
|---|---|---|
| HEARING DATE: | Friday 1/16/04 | 11:00 a.m. |

| PRINTED NAME | ON BEHALF OF DCPS OR STUDENT | TITLE |
|---|---|---|
| Miguel Hull | student | attorney |
| Edwina Sumpter | Student | mother |
| William Marrow | Student | father |
| Stephanie I. Ramjohn | DCPS | attorney advisor |
| Theresa Whitehead | FEPCS (Chamberlain) | Sp. Ed. Coord. |
| PAUL S. DALTON | FEPCS (CHAMBERLAIN) | ATTORNEY |

Fred E Woods
Impartial Hearing Officer

8

# Friendship Edison Public Charter School, Chamberlain Campus



1345 Potomac Avenue, SE
Washington, DC 20003
Phone: (202) 547-5800 ext.____
Fax: (202) 547-4554
Website: www.Edisonschools.com

## Fax Cover Sheet

| Send To: Paul Dalton | From: L. Faulkner-Jones |
|---|---|
| Fax number: 202-442-5556 | Date: 1/16/04 |

Subject: A____ M_____

☐ URGENT   ☐ REPLY ASAP   ☐ PLEASE COMMENT   ☐ PLEASE REFER   ☐ FOR YOUR INFORMATION

Total pages: 2

Comments:

## Home of the Champions

01/16/2004 11:34  FAX 2025475800                          Paul Dalton 202-442-3356    002



**District of Columbia Public Schools**
**ENCOUNTER TRACKER FORM**
**School Year 2003-2004**

| Student LN: | M _ _ _ _ _ | | | | | | | Student FN: | A _ _ _ | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Student ID: ▮▮▮▮▮▮▮   Social Security No: [ ][ ][ ][ ][ ][ ][ ][ ][ ]   DOB: ▮▮▮▮▮9 5

School Code: [ ][ ][ ]   School Name: C h a m b e r l i n   Primary Disability: S L I

Provider LN: F a u l k n e r - J o n   Provider FN: W i s a _ _ _   Provider Code: 7 5 5

Servicing School Code: [ ][ ][ ]   School District: W D C   Provider ID: ▮▮▮▮▮▮▮▮

IEP Service – Actual Start Date/   [ ][ ][ ][ ][ ][ ][ ]   IEP Service Code: 0 1 3   Presenting Problem: 7 8 4 . 5
Assessment Order Date:

| Date of Service (mmddyy) | | | | | | | Procedure Code/Modifier | | | | | | | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 1 | 0 | 9 | 0 | 4 | | 9 | 0 | 8 | 5 | 7 | - | U 3 | A | 0 1 | | | | Addressed recalling |

Progress Notes (Continued) *information in a story of a 2nd grade level passage. Identified word meanings 1 out 3 times.*

| Date of Service (mmddyy) | | | | | | | Procedure Code/Modifier | | | | | | | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 1 | 1 | 4 | 0 | 4 | | 9 | 0 | 8 | 5 | 7 | - | U 3 | A | 0 1 | | | | Addressed recalling |

Progress Notes (Continued) *details from story and placing in sequential order. Prompting was needed.*

| Date of Service (mmddyy) | | | | | | | Procedure Code/Modifier | | | | | | | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 1 | 1 | 6 | 0 | 4 | | 9 | 0 | 8 | 5 | 7 | - | U 3 | A | 0 1 | | | | Addressed recalling |

Progress Notes (Continued) *information read/heard on a 3rd grade level. Introduced a strategy to locate information in a passage. With prompting Amis completed entire worksheet.*

| Date of Service (mmddyy) | | | | | | | Procedure Code/Modifier | | | | | | | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | - | | | | | | | | |

Progress Notes (Continued)

**REQUIRED:**

By signing this form, I verify that all the information contained on this document is true and accurate. Any misrepresentation may result in disciplinary action.

Provider Signature: _Faulkner Jones_   Credentials _____   Date Signed: ___/___/___

Supervisor's Signature: _____   Credentials _____   Date Signed: ___/___/___

September 2003

Law Offices
**DALTON, DALTON & HOUSTON, P.C.**

6303 Little River Turnpike, Suite 310
Alexandria, Virginia 22312-5045
Telephone: (703)-941-4455
Facsimile: (703)-642-3101
E-MAIL: DCSPEDLAW@AOL.COM

Washington DC. Office:
601 Pennsylvania Avenue, N.W.
South Building, Suite 900
Washington, DC 20004
Telephone: (202)-393-0060
Facsimile: (202)-393-1555

Paul S. Dalton*
Ellen Douglass Dalton *
William E. Houston+
Talib Abdus Shahid+

*ALSO ADMITTED IN D.C. & W.VA.
+ ADMITTED IN D.C. & PA

January 9, 2004

**VIA FACSIMILE ONLY:** 202-742-2098

Miguel Hull, Esq.
Brown & Associates
1220 L Street NW
Washington, DC 20005

RE: A▮ M▮-95
5 Day Disclosure Notice

Dear Mr. Hull:

A Due Process Hearing has been scheduled for A▮ M▮ on January 16, 2004, at 11:00 a.m. pursuant to 34 C.F.R. 300.509(b)(1). The purpose of this letter is to provide you with the following list of witnesses and documents we may rely on in the hearing.

**WITNESSES:**

1. Theresa Whitehead, Special Education Coordinator F.E.P.C.S.

2. Lisa Faulkner-Jones, Speech and Language Therapist, F.E.P.C.S.

3. Nancy Opalack, Cluster Supervisor

**Some of the above witnesses may testify by telephone or use a designee.**

* We reserve the right to examine any witnesses disclosed by DCPS or the PARENT as if they were witnesses for our client and the right to rely on all other documents in the possession or previously filed or filed in a 5 Day Disclosure filed by the District of Columbia Public Schools (DCPS) or the PARENT or presented at the DPH.

Sincerely,

Paul S. Dalton, Esq.

11

cc: Student Hearing Office
    Ms. Linda Smalls, DCPS Attorney-Advisor

**FAX TRANSMISSION COVER SHEET**
**Dalton, Dalton & Houston P.C.**
**Attorneys at Law**
**6303 Little River Turnpike Ste. 310**
**Alexandria, Virginia 22312-5045**
**(703) 941-4455**
**FAX (703) 642-3101**

**DATE:** **January 9, 2004**

**TO:** **Rose Gill**

**AT FAX:** **202-442-5556**

**FROM:** **Paul S. Dalton. Esq.**

**RE:** **A███ M█████ 5-day**

**NUMBER OF PAGES INCLUDING THIS PAGE:** 3

**ADDITIONAL INFORMATION:**

**PLEASE DELIVER ASAP.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
THIS COMMUNICATION IS CONFIDENTIAL AND IS INTENDED TO BE
PRIVILEGED PURSUANT TO THE ATTORNEY CLIENT PRIVILEGE AND
ATTORNEY WORK PRODUCT DOCTRINE.

IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECI-
PIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION,
DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS
STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNI-
CATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELE-
PHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE
ABOVE ADDRESS.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# James E. Brown & Associates, PLLC
### *A Professional Limited Liability Company*

James E. Brown
Domiento C.R. Hill*◊Δ
Brenda McAllister*◊Δ
Roberta Gambale
Miguel A. Hull

Attorneys at Law
1220 L Street, NW
Suite 700
Washington, DC 20005
Telephone: (202) 742-2000
Facsimile: (202) 742-2098

Christopher L. West◆◊
Juan J. Fernandez!
Rachel K. Rubenstein●◊
Christina R. Busso◆◊
Ann E. Ford
Tilman L. GeraldΔ

--------------------------------

* Admitted in Maryland Only
◆ Admitted in New York Only
! Admitted in Bolivia Only

--------------------------------

● Admitted in Mass. Only
Δ Member of the DC Federal Bar

January 9, 2004

***Via Hand Delivery***

Linda Smalls, Esq.
Office of General Counsel
District of Columbia Public Schools
825 North Capitol Street, NE, 9th floor
Washington, D.C. 20002

    **RE:**    **Disclosure in the matter of A▆▆M▆▆, DOB:▆▆95**
            **Hearing date January 16, 2004 at 11:00 am.**

Dear Ms. Smalls:

    Pursuant to the disclosure requirements found in 34 C.F.R. 300.509(a)(3), the parent of the above referenced child hereby submits the following documents and names of witnesses that may be relied upon as evidence during the upcoming hearing scheduled January 16, 2004.

### **Witnesses**

1. A▆▆M▆▆, student
2. William Marro, father
3. Edwina Sumpter, mother
4. Dr. Robin Boucher, Educational Advocate/Expert, James Brown & Associates, PLLC, or designee
5. Claudia Martinez, Legal Assistant, James Brown & Associates, PLLC, or designee

**Disclosures for A███ M████**
**Page 2**

## Documents

AM-01 Hearing Request 11/19/03
AM-02 Hearing Notice
AM-03 IEP 4/22/03
AM-04 MDT prior notice 4/22/03
AM-05 Psychological Evaluation 3/7/03
AM-06 Psycho-educational Evaluation 6/5/02
AM-07 Speech and Language Evaluation 2/27/03
AM-08 Curriculum Vitae for Dr. Robin Boucher

In addition to the aforementioned documents and witnesses, the parent reserves the right to rely on, and use, any documents presented by DCPS during the upcoming hearing. The parent also reserves the right to present additional documents and witnesses during the hearing for the purpose of impeachment or rebuttal. Thank you for your attention and please do not hesitate to contact me at 202 742-2015 if you wish to discuss any aspects of this case.

Respectfully,

*Miguel Hull*

Miguel Hull, Esq.
Attorney

cc: Student Hearing Office

EXHIBIT

*AM-1*

ALL-STATE LEGAL

## STUDENT HEARING OFFICE OF THE DISTRICT OF COLUMBIA
## REQUEST FOR MEDIATION/HEARING

> **This form shall be used to give notice to the District of Columbia Public Schools and/or a District of Columbia Public Charter School of parental disagreement with the identification, evaluation or educational placement of their child with a disability, or the timely provision of a free appropriate public education to that child, and to request a hearing and/or mediation regarding the same.**
> **This form must be sent to the Student Hearing Office of the District of Columbia, 825 North Capitol Street, N.E., 8th Floor, Washington, D.C. 20002. Fax number 202-442-5556**

Federal law requires that when a parent or representative requests mediation, it shall be offered at no cost to the parent. Mediation may be beneficial in your case. Please indicate your decision:

___  I REQUEST MEDIATION  ___  I REQUEST MEDIATION AND A HEARING  _X_  I REQUEST A HEARING

## STUDENT FOR WHOM MEDIATION/DUE PROCESS HEARING IS REQUESTED

Student Name:  A███ M█████       DOB: ██████ 1995

Address:   1011 14th ST., SE, #11, Washington, D.C. 20003

Present School of Attendance:     Friendship-Edison Public Charter School [Chamberlain Campus]

Home School:          Ludlow-Taylor Elementary School
                      (Neighborhood school where child is registered)

## COMPLAINT IS MADE AGAINST: **Friendship-Edison PCS and District of Columbia Public Schools**
DCPS and/or D.C. Public Charter School-specify charter school

## INDIVIDUAL REQUESTING MEDIATION/DUE PROCESS HEARING

Name:   William Marrow & Edwina Sumpter

Address:    1011 14th ST., SE, #11, Washington, D.C. 20003

Phone: (H) 202 543-9095/345-6993   (W) n/a _____ (F) _____

Relationship to Student: _X_ Parent ___ Self ___ Legal Guardian ___ Parent
Surrogate ___ Public Agency

## PARENT REPRESENTATIVE/ATTORNEY/ADVOCATE (if applicable):

Name:  Miguel A. Hull, Esq.       Phone: (W) 202 742-2015    (Fax) 202 742-2098

Address: 1220 L St., NW, #700, Washington, D.C. 20005

02/01/2003

Form 101

1. You must indicate three (3) dates when you and your representative (if you have one) are available within the next twenty (20) days for mediation (if you are requesting mediation) and/or three (3) dates within the next 35 days (or 30 days if you represent a student enrolled at ETS or Rock Creek Academy) when you, your representative, and witnesses will be available to appear for a hearing (if you are requesting a hearing). Please indicate whether you are available in the AM, PM, or both on the identified dates.

Hearings:  December 19, 2003            January 5, 2003            January 6, 2004

Mediation:  Not requested            Not requested            Not requested

**FOR ALL DCPS STUDENTS, IF YOU PROPOSE DATES MORE THAN 35 DAYS FROM THE DATE OF YOUR REQUEST, YOUR SIGNATURE BELOW WILL INDICATE YOUR WAIVER OF YOUR RIGHT TO A HEARING OFFICER DETERMINATION WITH 45 DAYS OF THIS REQUEST. IN THE CASE OF A WAIVER, THE STUDENT HEARING OFFICE WILL CONTINUE TO USE BEST EFFORTS TO ISSUE A HEARING OFFICER DETERMINATION WITHIN 45 DAYS OF YOUR REQUEST (OR AS CLOSE TO 45 DAYS AS IS POSSIBLE).**

**FOR STUDENTS ATTENDING ETS OR ROCK CREEK ACADEMY, IF YOU PROPOSE DATES BEYOND THE 30-DAY PERIOD, YOUR SIGNATURE BELOW WILL INDICATE YOUR WAIVER OF YOUR RIGHT TO A HEARING WITHIN THAT PERIOD.**

Every effort will be made to accommodate your requested dates. Please be aware that proposed hearing dates which fall fewer than 21 days from the date of your request are difficult to accommodate. Your dates are most likely to be available if you propose hearing dates between 21 and 35 (or 30, for students enrolled at ETS or Rock Creek Academy) days from the date your request is received and docketed by the Student Hearing Office.

If none of your proposed dates are available, or if you fail to specify any dates, the Student Hearing Office will schedule your hearing for the first available date. Upon receipt of a Hearing Notice confirming the date of your hearing, you will have an opportunity to file a Motion for Continuance, if necessary, by using the form Motion attached to your Hearing Notice. *Please do not contact the Hearing Office by phone to request a continuance. Only the Hearing Officer assigned to your case is authorized to grant requests for continuances.*

Unless you receive notice that the Hearing Officer has granted your request for a continuance, you must appear for the hearing as scheduled. Failure to report for the hearing may result in dismissal of this case, or in a default decision against you. Disclosure of evidence and witnesses to the opposing party is required at least five business days prior to the hearing, with copies to the Special Education Student Hearing Office.

2. Special Accommodation Requests for Mediation/Due Process Hearing (please be specific):

Interpreter
___ Foreign Language _____
___ Sign Language _____
___ Other _____
___ Special Communications _____

17

Special Accommodation for Disability _____
Other _____

3. In accordance with the Individuals with Disabilities Education Act (IDEA), please answer below:
(You may attach additional pages to provide more information if needed.)

**Describe the nature of the problem:**

- A█████M██████is an eight-year-old student at Friendship-Edison Public Charter School
[Chamberlain Campus] in the District of Columbia; his home school is Ludlow-Taylor
Elementary School. On April 22, 2003, an MDT meeting took place at Friendship-Edison
during which an Individualized Educational Program ("IEP") was developed classifying
A███ as speech and language impaired and entitling him to one hour per week of speech and
language therapy and two hours per week of specialized instruction. See IEP 4/22/03.
A███'s parents now respectfully assert the following violations of their and their son A███'s
rights under the Individuals with Disabilities Education Act ("IDEA"); D.C. Code; and
District of Columbia Municipal Regulations ("DCMR"):
    o Failure to Implement IEP: failure to provide speech & language services. A███'s current
    IEP calls for him to receive one hour per week of speech & language therapy. However,
    A███'s father has confirmed, through conversations with two administrators at
    Friendship-Edison, that A███ has not received any of his speech & language therapy so
    far this school year because the school speech & language therapist has been on some
    sort of leave. 34 C.F.R. Sec. 300.341 (c) (SEA shall ensure that IEP is implemented); 34
    C.F.R. Sec. 300.342 (b) (public agency shall ensure that IEP is implemented); 30 DCMR
    Sec. 3002.1
    o Failure to conduct adaptive behavior scales assessment. A███ has had two
    psychological-educational evaluations in recent months, one dated June 5, 2002, and the
    other dated March 13, 2003. Both evaluations indicate that A███'s IQ scores fall in the
    borderline range of intellectual functioning. Given such borderline IQ scores, the parent
    believes that it would have been reasonable for an adaptive behavioral assessment to have
    been conducted for A███. However, it appears from a review of A███'s educational
    records that such an assessment has not been done for A███. Accordingly, the parents
    respectfully assert that A███ was not comprehensively evaluated. 34 C.F.R. Sec.
    300.346 (a) (1) (In developing IEP, team must consider results of most recent
    evaluations); 34 C.F.R. Sec. 300.532 (g) (public agency must ensure that child is
    evaluated in all areas of suspected disability); 34 C.F.R. Sec. 300.532 (h) (public agency
    must ensure that evaluations are sufficiently comprehensive to identify all of the child's
    special education needs); 30 DCMR Secs. 3005.9 (g) & (h); and 3007.2.
    o As the respective State Educational Agency ("SEA"), District of Columbia Public
    Schools is ultimately liable for the violations committed here. See 34 C.F.R. Sec.
    300.341 (c) (SEA shall ensure that IEP is implemented); 34 C.F.R. Sec. 125 (a) (State
    must have policies in effect to ensure that all children with disabilities residing in the
    state are identified, located, and evaluated); 34 C.F.R. Sec. 300.600 ("The SEA is
    responsible for ensuring that the requirements of [Part B of the IDEA] are carried out.");
    34 C.F.R. Sec. 300.125 ("The state must have policies and procedures to ensure that all
    children with disabilities residing in the state, including children with disabilities

18

attending private schools, regardless of the severity of the disability and who are in need of special education and related services are identified, located, and evaluated."); <u>34 C.F.R. Sec. 300.360</u> (State agency to provide FAPE directly if it determines that local agency is unable or unwilling to do so); <u>Gadsby vs. Grasmick</u>, 109 F.3d 940,952-53 (4th Circuit 1997) (SEA is ultimately responsible for the provision of a free appropriate education to all its students and may be held liable for the failure to assure compliance with IDEA); <u>St. Tammany Parish Sch. Bd. Vs. State of Louisiana</u>, 142 F.3d 776, 783-85 (5th Cir. 1998) (citing <u>Gadsby</u> in holding that State Agency could be held liable for costs of child's interim placement while decision on merits is pending); <u>Kruelle vs. New Castle County Sch. Dist</u>, 642 F.2d 687, 696-97 (3d Cir. 1981) (held that legislative history and statutory language assigns responsibility to State Agency for providing the student with a proper educational program); and <u>John T. and Leigh T. vs. Iowa Department of Education</u>, 258 F.3d 860, 865 (8th Cir. 2001) ( On case remanded back to U.S. District Court, held that even when SEA had not participated in administrative proceedings, *SEA was liable for attorney's fees subsequently incurred at District Court proceedings* because of SEA's ultimate responsibility to ensure FAPE and due to its contentious participation during proceedings at District Court level).

- <u>The parents further assert any additional facts or issues related to those raised here that may arise or be discovered subsequent to this filing or prior to or during the hearing in this matter.</u>

**Describe issues to be addressed at the mediation and/or hearing, with specificity:**

- Has Friendship-Edison PCS inappropriately failed to provide A█ M█████ with the speech & language services to which he is entitled?
- Has Friendship-Edison PCS unreasonably failed to conduct an adaptive behavior assessment for A████?
- Is DCPS, as the respective state agency, ultimately liable for the violations asserted here?
- Is A████ entitled to compensatory education for the violations committed here?
- The parent further asserts any additional facts or issues, related to those raised here, which may arise or be discovered subsequent to this filing or prior to or during the hearing in this matter. For example, the parent reserves the right to contest, without further amendment to this request, the adequacy of any evaluations, eligibility decisions, IEP's, placements, or compensatory education decisions that may be made by Friendship-Edison PCS / District of Columbia Public Schools prior to the hearing for this request.
- If the proof offered at the due process hearing differs from the description of the nature of the problems, as stated above, and the proposed resolution of the problem, as stated below, then the parent hereby amends the hearing request to conform to the proof presented at and during the hearing.

**Describe relevant facts relating to the problem:**

Please see section under Nature of the Problem.

**State how you would like to see the problem corrected:**

The parents of A████M█████ respectfully request:

19

1. a finding that:
   - Friendship-Edison PCS has inappropriately failed to provide A███ M████ with the speech & language services to which he is entitled;
   - Friendship-Edison PCS has unreasonably failed to conduct an adaptive behavior assessment for A████?
   - DCPS, as the respective state agency, ultimately liable for the violations commited here;
   - A███ is entitled to compensatory education for the weeks of speech & language therapy that was not provided to him?

2. Friendship-Edison PCS /DCPS be ordered to begin providing the speech & language therapy as specified in A███'s IEP within five school days;

3. that Friendship-Edison PCS /DCPS be ordered to conduct an adaptive behavior assessment for A███ within fifteen business days;

4. that Friendship-Edison PCS /DCPS be ordered to provide parents' counsel with written notice within five business days as to when the adaptive behavior assessment shall take place;

5. that if the written notice of the adaptive behavior assessment is not provided within the time specified, then the parents shall have the right to obtain an independent adaptive behavior assessment at Friendship-Edison PCS /DCPS expense;

6. that Friendship-Edison PCS /DCPS be ordered to convene an MDT meeting for A███, within five school days of either completing the adaptive behavior assessment, or receiving the parents' independent assessment;

7. that the purpose of the MDT meeting shall be to review and revise A███'s IEP, determine the manner of speech & language compensatory education due, and to identify an appropriate placement with placement to be made within five school days if for a public school or within thirty calendar days if for non-public school;

8. that the MDT meeting in question be scheduled through parents' counsel;

9. that Friendship-Edison PCS/DCPS provide any other relief deemed appropriate and relating to the violations committed here;

10. that pursuant to 5 DCMR 3021.8, Friendship-Edison PCS/DCPS be ordered to provide parents counsel copies of all evaluation reports and all educational records, not previously provided, at least two business days before any meeting which the student or parent is entitled to attend or participate in;

11. that DCPS provide a hearing within twenty [20] calendar days of a request on any issue arising out of the noncompliance with DCPS obligations arising here, or any disagreement

with the assessment, program, or placement that the student may have;

12. Pursuant to IDEA and its implementing regulations, 34 C.F.R. Sec. 300.1, and 5 DCMR 3000, DCPS shall ensure that the rights of this student and parent are protected, and consistent with the Hearing Officer's preamble to all due process hearing that: "the hearing officer will rule on the evidence as presented at the hearing and will ACT in the BEST INTEREST of the child" and make a ruling consistent with the obligation of DCPS and the hearing officer's responsibility.

_____          November 19, 2003_____
Signature of Applicant/Parent (Required)          Date

**MAIL, FAX, OR DELIVER APPLICATION TO:**
**Student Hearing Office of the District of Columbia**
**828 North Capitol Street, NE, 8th Floor**
**Washington, DC  20002**
**FAX:  (202) 442-5556**

---

*FOR OFFICE USE ONLY:*

Case Number: _____

Student ID#: _____

Form 101                                    Revised 02/01/2003

---

11/19/2003 17:02 FAX 202 742 2098        Murrell Brown                    ☒001

```
*********************
***   TX REPORT   ***
*********************
```

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 2107 |
| CONNECTION TEL | 92025474554 |
| CONNECTION ID | |
| ST. TIME | 11/19 16:58 |
| USAGE T | 03'27 |
| PGS. SENT | 7 |
| RESULT | OK |

## JAMES E. BROWN & ASSOCIATES, PLLC.

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Christopher L. West♦◊ |
| Domiento C.R. Hill*◊Δ | 1220 L Street, NW | Juan J. Fernandez! ◊ |
| Brenda McAllister*◊Δ | Suite 700 | Rachel K. Rubenstein●◊ |
| Roberta Gambale | Washington, DC 20005 | Ann E. Ford |
| Miguel A. Hull | Telephone: (202) 742-2000 | Christina Busso●◊ |
| | Facsimile: (202) 742-2098 | |

\* Admitted in Maryland Only

♦ Admitted in New York Only

! Admitted in Bolivia Only

● Admitted in Mass. Only

Δ Member of the DC Federal Bar

# *FAX COVER SHEET*

DATE:                November 19, 2003

TO:                  Principal, Friendship-Edison PCS, Chamberlain Campus

TEL NO.:             202 547-5800

FAX NO.:             202 547-4554

FROM:                Miguel A. Hull, Esq.

SUBJECT:             **Due Process Hearing request for A█████M██████, DOB:██████/95**

NUMBER OF PAGES INCLUDING COVER SHEET:      SEVEN

COMMENTS:

## *THIS IS A COURTESY COPY OF A HEARING REQUEST THAT WAS FILED TODAY.*

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO              2105
CONNECTION TEL                      92024425556
CONNECTION ID
ST. TIME              11/19 16:52
USAGE T               01'13
PGS. SENT                 7
RESULT                OK
```

# JAMES E. BROWN & ASSOCIATES, PLLC.

| | | |
|---|---|---|
| James E. Brown | **Attorneys at Law** | Christopher L. West◆◊ |
| Domiento C.R. Hill*◊Δ | 1220 L Street, NW | Juan J. Fernandez! ◊ |
| Brenda McAllister*◊Δ | Suite 700 | Rachel K. Rubenstein●◊ |
| Roberta Gambale | Washington, DC 20005 | Ann E. Ford |
| Miguel A. Hull | Telephone: (202) 742-2000 | Christina Busso◆◊ |
| | Facsimile: (202) 742-2098 | |

---

* Admitted in Maryland Only
◆ Admitted in New York Only
! Admitted in Bolivia Only

● Admitted in Mass. Only
Δ Member of the DC Federal Bar

# *FAX COVER SHEET*

DATE:              November 19, 2003

TO:                Ms Rose Gill, Student Hearing Coordinator
                   District of Columbia Public Schools

TEL NO.:           202 442-5432

FAX NO.:           202 442-5556

FROM:              Miguel A. Hull, Esq.

SUBJECT:           **Due Process Hearing request for A___ M___, DOB:___95**

NUMBER OF PAGES INCLUDING COVER SHEET:     SEVEN

COMMENTS:

23

```
11/19/2003 16:57 FAX 202 742 2098        Murrell Brown                        @001
```

```
                    ***********************
                    ***   TX REPORT   ***
                    ***********************


    TRANSMISSION OK

    TX/RX NO              2106
    CONNECTION TEL                     97036423101
    CONNECTION ID
    ST. TIME              11/19 16:56
    USAGE T               01'20
    PGS. SENT             7
    RESULT               OK
```

*Received by Tremila* (handwritten)

# JAMES E. BROWN & ASSOCIATES, PLLC.

| | | |
|---|---|---|
| James E. Brown | **Attorneys at Law** | Christopher L. West♦◊ |
| Domiento C.R. Hill*◊Δ | 1220 L Street, NW | Juan J. Fernandez! ◊ |
| Brenda McAllister*◊Δ | Suite 700 | Rachel K. Rubenstein●◊ |
| Roberta Gambale | Washington, DC 20005 | Ann E. Ford |
| Miguel A. Hull | Telephone: (202) 742-2000 | Christina Busso♦◊ |
| | Facsimile: (202) 742-2098 | |

* Admitted in Maryland Only
♦ Admitted in New York Only
! Admitted in Bolivia Only

● Admitted in Mass. Only
Δ Member of the DC Federal Bar

# *FAX COVER SHEET*

DATE:            November 19, 2003

TO:              Paul Dalton, Esq.

TEL NO.:         703 941-4455

FAX NO.:         703 642-3101

FROM:            Miguel A. Hull, Esq.

SUBJECT:         **Due Process Hearing request for A███ M█████, DOB:███/95**

NUMBER OF PAGES INCLUDING COVER SHEET:    SEVEN

COMMENTS:

## *THIS IS A COURTESY COPY OF A HEARING REQUEST THAT WAS FILED TODAY.*

EXHIBIT
 2

# District of Columbia Public Schools

**OFFICE OF COMPLIANCE**
*Special Education Student Hearing Office*
*825 North Capitol Street NE, 8th Floor*
*Washington, DC 20002-1994*
*Phone - 202-442-5432, Fax – 202-442-5556*

## HEARING NOTICE

| MEMORANDUM via ☒ FACSIMILE ☐ MAIL ☐ HAND DELIVERY |
|---|

TO:   *Parent (or Representative):* M. Hull / P. Dalton

   *DCPS Legal Counsel:* L. Smalls

RE:   M——, A——, 96   v. DCPS
   Student's Name

FROM:   [signature]
   Special Education Student Hearing Office Coordinator

DATE SENT:   December 22, 2003

......................................................................................

The Student Hearing Office received your Request for Due Process Hearing or Mediation for the above-named student on _____. Please be advised that the hearing has been scheduled for:

DATE:   1/16/04

*Cont. from 12/23/03*   TIME:   11:00 AM

AT:   825 North Capitol Street NE, Washington, DC, 8th Floor.

This hearing has been scheduled to take place within 35 calendar days of the receipt of your request by the Student Hearing Office, unless you have requested or agreed otherwise, in order to facilitate issuance of a decision within 45 days. SHO has made best efforts to accommodate the dates you requested for your hearing, but may have been unable to do so based on the timeslots available for hearings. **IF YOU WISH TO REQUEST A CONTINUANCE OF THIS HEARING, YOU MUST SUBMIT YOUR REQUEST, *IN WRITING, ON THE ATTACHED FORM*, TO THE SPECIAL EDUCATION STUDENT HEARING OFFICE AT THE ABOVE ADDRESS, OR BY FAX AT 202-442-5556.** All decisions regarding continuances are made *exclusively* by the Hearing Officer, and cannot be made by SHO administrative staff.

**UNLESS YOU RECEIVE NOTICE THAT THE HEARING OFFICER HAS GRANTED YOUR REQUEST FOR A CONTINUANCE, YOU MUST APPEAR FOR THE HEARING AS SCHEDULED ABOVE.** Failure to report for the hearing may result in dismissal of this case, or in a default decision against you. Disclosure of evidence and witnesses to the opposing party is required at least five business days prior to the hearing, with copies to the Special Education Student Hearing Office.

***CONFIDENTIALITY NOTICE:*** *The information accompanying this fax is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the content of the telecopied information is strictly prohibited.*

1926295

EXHIBIT

Am-3

ALL-STATE LEGAL

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.
INDIVIDUALIZED EDUCATIONAL PROGRAM

## I. IDENTIFICATION INFORMATION

Student Name: Last M▓▓▓▓▓    First H▓▓▓▓    MI G

Student ID ▓▓▓▓    Soc. Sec. No. ▓▓▓▓    Age: 7    Grade L

Gender ☑ M ☐ F    Date of Birth ▓/95    Ethnic Group African American

Address  House No. 1011    Street Name 14th St    Quadrant SE    Apartment # #11

City ▓▓▓▓    State DC    Zip Code 20003

☐ Non-attending

Attending School Franklin Elem School    Home School Luchis tyler

☑ Elem. ☐ Mid/JHS ☐ SHS ☐ CWS /

Parent Mr. Frederick Moore Sr + Edwina Sumpter

Address (if different from student): ☐ Parent ☐ Guardian ☐ Surrogate

House No.    Street Name    Apt.    City    State    Zip Code

Telephone: Home ▓▓▓▓    Work ▓▓▓▓

## II. CURRENT INFORMATION

Additional Comments: ?

Date of IEP Meeting: 4-22-03

Date of Last IEP Meeting: Initial

Date of Most Recent Eligibility Decision: 4-22-03

Purpose of IEP Conference:

☑ Initial IEP    ☐ Review of IEP
☐ Requested Eval.    ☐ 3yr ReEval.

Indicate Level of Standardized Assessment: ___

ADDENDA TO BE ATTACHED AS NEEDED
Check the appropriate box(es)

| BEHAVIOR | | TRANSPORTATION |
| ESY | | TRANSITION |

## III. LANGUAGE

| | Language | Language Used for Evaluation | Language Used in Conference | Communication Requirements | To be completed by Office of Bilingual Education English and Math Proficiency Assessment |
|---|---|---|---|---|---|
| Student | English | English | | | Oral |
| Parent | English | | English | | Rdg./Written N/A |
| Home | English | | | | Instrument |
| | | | | | Date: |

## IV. SPECIAL EDUCATION AND RELATED SERVICES SUMMARY

| SERVICES | SETTING GenEd | SETTING SpEd | SETTING Total | FREQUENCY Hr./Min | FREQUENCY D/W/M. | PROVIDER (by discipline) | BEGINNING DATE mm/dd/yyyy | DURATION # | DURATION wks./mos. |
|---|---|---|---|---|---|---|---|---|---|
| Speech Language | 1.0 | 1.0 | 1.0 | Weekly | | Speech Language Patholgst | 4/23/03 | 12 | Months |
| Specialized Instruction | 2.0 | 2.0 | 2.0 | Weekly | | Special Educator | 4/23/03 | 12 | Months |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| **TOTAL** | 3.0 | 3.0 | | Hours Per Week | | | | | |

## V. Disability(ies)

Speech language Impaired

☐ (Check if setting is general Ed.)

Percent of time in Specialized Instruction and Related Services

☑ 0-20%   ☐ 21-60%   ☐ 61-100%

Percent of time NOT in a Regular Education Setting 90

## VI. IEP TEAM (Participants in the development of the IEP)

Print and sign your name below.

Frederick Moore    Fredrick K Moore Sr, Intellfarm
Edwina Sumpter    Edwina Sumpter
William Murray    ▓▓▓▓▓
Raphael Penterville    Kelly - SLP
Christen L. Charles    Christen L. Charles
Shadwick Jenkins    ▓▓▓▓ (Int Ed)

X I AGREE with the contents of this IEP. I have had an opportunity to be involved in the development of this IEP. I have received a copy of this IEP and consent to the implementation of the services in the IEP. I have received a copy of the procedural safeguards and parent rights pertaining to special education.

Parent/Guardian Signature Edwina Sumpter    Date 4-23-03

| **VII. Present Educational Performance Levels in Areas Affected by the Disability** | Additional Comments: |
|---|---|

**Academic Areas:** (Evaluator) _DC_ _qualifies_

Math Strengths:
_Positive evaluations n_ _____ _attempts_ _she notices that have num to_ _____
_____ _Numbers_ _Count & solve_ _basic addition & subtraction problems_

Impact of disability on educational performance in general education curriculum:
_N_____ _skills in Mathematics are below e & may not easily be_ _____
_summarized by a single number_

Reading Strengths:
_N_____

Impact of disability on educational performance in general education curriculum:
_____ _performance in reading comprehension is within the Extremely Low_ _____
_____ _she may enter his skills below perseverence_

Score(s) When Available
Math Cal _SS: 96; GE: 1.5_
Math Rea _SS: 72; GE: K.5_
See goal page:
Date: _2/13/03_
Rdg. Com _SS: 1; GE: 0_
Rdg. Basic _SS: 75; GE: K._
Written Ex _SS: 75; GE: K.5_
goal page:
Date: _2/13/03_

**Communication (Speech & Language)** (Evaluator) _Michelle Edwards/_
Strengths:
_Oral/primary _____ in _ _____ in_ _
_perceptual skill_

Impact of disability on educational performance in general education curriculum:
_Receptive and expressive language_
_functioning below 1A  Auditory perceptual_
_skills also functioning below 1 A_

Score(s) When Available
Exp. Lang. _5/1_
Rec. Lang _5/1_
Voice _WNL_
Fluency _WNL_
Exp. Voc. _5/1_
Rec. Voc. _5/1_
See goal page:
Date: _2/27/03_

---

**Motor/Health** (Evaluator)
Strengths:

Impact of disability on educational performance in general education curriculum:

Score(s) /Results When Available
_____
_____
_____
See goal page: _____
Date: _____

---

**Social Emotional Behavioral Areas:** (Evaluator)
Strengths:

Impact of disability on educational performance in general education curriculum:

Score(s) When Available
_____
_____
_____
See goal page: _____
Date: _____

---

**Cognitive/Adaptive Behavior:** (Evaluator)
Strengths:

Impact of disability on educational performance in general education curriculum:

Score(s) When Available
_____
_____
_____
See goal page: _____
Date: _____

---

**Prevocational Skills:** (Evaluator)
Strengths:

Impact of disability on educational performance in general education curriculum:

Score(s) When Available
_____
_____
_____
See goal page: _____
Date: _____

Student Name: ████████
Student ID Number: ████████ DOB ████████

| VIII. SPECIALIZED SERVICES | Additional Comments: | Goal Number: |

Area addressed by goal: _Communication: Language_

**ANNUAL GOAL:** (including mastery criteria.)

Amin will increase receptive and expressive
language skills _____

Provider(s): _Speech Language pathologist_

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| ██████ will interpret and evaluate 1-3 step instructions containing sequential and inclusion/exclusion concepts w/80 to acc. over 3 conse. | | Monthly |
| Perceive associative relationships between words (antonyms, synonyms, semantic class) w/80 to acc. over 3 conse. trials | | Monthly |
| Recall and reproduce sentences of varying lengths w/80 to acc. over 3 consecutive trials. | | Monthly |
| Formulate simple and compound sentences w/80 to acc. over 3 conse. trials. | | Monthly |
| Produce/Provide 3 items under a category w/80% acc. over 3 conse. trials | | Monthly |
| Provide category for items listed w/80 to acc. over 3 conse. trials | | Monthly |

| **EVALUATION PROCEDURE(S)** | | | | | | |
|---|---|---|---|---|---|---|
| Portfolio | Log | Chart | Test | Documented Observation | Report | Other _Tx data_ |

Student Name ▮▮▮▮▮ ▮▮▮▮▮    ▮▮▮▮▮▮▮▮    ▮▮▮ ▮▮
Student ID Number ▮▮▮▮▮ ▮▮▮    ▮▮▮▮▮▮▮▮    ▮▮▮▮▮    Page 3 of 4

| VIII. SPECIALIZED SERVICES | Additional Comments: | Goal Number: ▢ |

Area addressed by goal: _lnn artirul therough process_

**ANNUAL GOAL: (including mastery criteria.)**

▮▮▮▮ _will articulate speech and give... 80%_
_accur. in school._

Provider(s): _____

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Produce fricative sounds in intial, medial, & final position of words w/ | | Monthly |
| Produce affricates /tʃ/ and /dʒ/ in initial, medial, and final position of words w/80% over 3 consec. trials | | Monthly |
| Produce consonant clusters in initial position of words w/80% acc. over 3 consec. trials | | Monthly |
| | | |
| | | |
| | | |

| **EVALUATION PROCEDURE(S)** | | | | | | |
|---|---|---|---|---|---|---|
| Portfolio | Log | Chart | Test | Documented Observation | Report | Other _Tx chart_ |

| Student Name | ▓▓▓▓ | ▓▓▓▓ | Managing School | FEMS |  | DCPS - IEP |
|---|---|---|---|---|---|---|
| Student ID Number | ▓▓▓▓ | DOB | Funding School | ▓▓▓▓ |  | Page 3 of 4 |

| **VIII. SPECIALIZED SERVICES** | Additional Comments: | Goal Number: |
|---|---|---|

Area addressed by goal: _Auditory Discrimination_

**ANNUAL GOAL:** (including mastery criteria.)

▓▓▓ _will increase auditory discrimination_
_15% above baseline_

Provider(s): _Speech Language pathologist_

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| ▓▓▓ will auditorily discriminate between ▓▓▓▓ w/80% acc over 3 consec trials | | Monthly |
| Auditorily discriminate between sounds in isolation w/80% acc. over 3 consec trials | | Monthly |
| Auditorily discriminate between sounds in the initial, medial, and final position of words w/80% acc over 3 consec trials | | Monthly |
| Identify rhyming sounds in the initial, medial, and final position of words w/80% acc over 3 consec trials | | Monthly |
| Provide rhyming word for given sound w/80% acc. over 3 consec trials | | Monthly |
| Provide solutions (2-3) to problems presented w/80% acc over 3 consec trials | | Monthly |

**EVALUATION PROCEDURE(S)**

Portfolio    (Log)    Chart    Test    Documented Observation    Report    Other _Tx data_

Student Name: ███████                                    Home School: ████████          DCPS - IEP
Student ID Number: ███████        ████          Attending School: ████████              Page 3 of 4

| VIII. SPECIALIZED SERVICES | Additional Comments: | Goal Number: |

Area addressed by goal: ___Reading___

**ANNUAL GOAL: (including mastery criteria.)**

█████ will improve his reading comprehension level by one year.

Provider(s): ___Special Education / Special Educator(s)___

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| █████ will recall ... | | Monthly |
| █████ will ... 80% accuracy | | Monthly |
| █████ will be able to ... | | Monthly |
| A███ will be able to recall the main idea from a reading selection | | Monthly |
| A███ will be able to determine time relationships in a story | | Monthly |
| | | |

| EVALUATION PROCEDURE(S) |
| Portfolio    Log    Chart    Test    Documented Observation    Report    Other _____ |

| Student Name | ~~[redacted]~~ | | | District/State/Reason |
| Student ID Number | ~~[redacted]~~ | | | Number/Year |

Additional Comments:

**IX. LEAST RESTRICTIVE ENVIRONMENT (LRE) DETERMINATION**
SERVICE ALTERNATIVES

Can curricular modification, accommodation and/or supplemental aids and services be used for a LRE setting in *regular education*?   (Yes)   No

Explanation for removal out of regular education classroom.

**X. Supplementary Aids and Services**

| Classroom Needs (Do not name products or companies.) | SETTING | | | FREQUENCY | | PROVIDER (by discipline) | BEGINNING DATE (mm/dd/yyyy) |
|---|---|---|---|---|---|---|---|
| | GenEd | SpEd | Total | Hrs/ Min | D/W/M. | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Check and list modifications and/or accommodations  for testing:        None needed

| | |
|---|---|
| Timing/Scheduling: | extended time |
| Setting: | General Ed |
| Presentation: | |
| Response: | repeated & clarified instruction |
| Equipment: | |

**XI. STATE AND DISTRICT ASSESSMENTS:**

Level I  Tested with non-disabled peers under standard conditions without accommodations.

(Level III  (Describe non-uniform conditions for level III) Tested under non-standard conditions with permissible accommodations

Level V  Portfolio:

Level II  (Describe accommodations for level II) Tested under standard conditions with special accommodations.

Level IV  (Describe the alternative assessment)

**XII. Areas Requiring Specialized Instruction and Related Services:**        Modifications:

| | | | |
|---|---|---|---|
| Reading | Physical/Sensory | Transition | Language Arts/English |
| Mathematics | Social Emotional | Vocational | Social Sciences |
| Written Expression | Physical Development | Independent Living | Biological & Physical Sciences |
| Other: | | Speech/Language | Fine Arts |
| None        Apply annual goal(s), objectives and/or modifications to address barriers in each area checked above. | | | |

**XIII. PLACEMENT CONSIDERATIONS AND JUSTIFICATION**

| DESCRIBE CONSIDERATIONS | ACCEPT/REJECT REASONS | POTENTIAL HARMFUL EFFECTS |
|---|---|---|
| General Education | Reject | will not meet students need |
| Combination General Ed & Resource model | Accept | No harmful effects |
| Out of General Education | Reject | will not meet students needs |

Modification(s)/Accommodation(s) to address the harmful effects:

~~[name]~~ with receive extended time, reduced work samples, frequent breaks repeated & clarified instruction

Location for Services   Friendship Edison Chamberlain

Washington, D.C.

I.E.P.  Attachment A
Intervention Behavior Plan

INTERVENTION BEHAVIOR PLAN

Date Developed: _____

Student Name ████████  ██████  ID# _____  DOB _____ Grade _____

Address _____
          Street #          Street Name,          Quadrant   Apartment #    City,              State,   Zip Code

Telephone (H) _____ (W) _____ Counselor _____

Attending School _____ Teacher _____ Room _____ Section _____

TARGETED BEHAVIOR(S):                                          Additional Comments: ☐

POSITIVE INTERVENTION STRATEGIES: Student Objective -

Implementation description -

POSITIVE INTERVENTION STRATEGIES: Teacher Strategies

MONITORING SYSTEM: Responsible Teacher - _____

Describe System -

Data collection timeline -

FOLLOW-UP MEETING: Date - _____

District of Columbia Public Schools
Washington, D.C.

I.E.P. Attachment A
Intervention Behavior Plan

Meeting Date _____

### INTERVENTION BEHAVIOR PLAN REVIEW

Date Developed: _____

Student Name _____ ID# _____ DOB _____ Grade _____

Address _____
            Street #        Street Name,              Quadrant   Apartment #   City,                State,      Zip code

Telephone (H) _____ (W) _____ Counselor _____

Attending School _____ Teacher _____ Room _____ Section _____

OUTCOMES :                                                              Additional Comments:

```
┌──────────────────────────────────────────────────────────────────────────────┐
│                                                                                │
│                                                                                │
│                                                                                │
│                                                                                │
│                                                                                │
│                                                                                │
│                                                                                │
└──────────────────────────────────────────────────────────────────────────────┘
```

PLAN FOR ☐ CONTINUING, ☐ DISCONTINUING, OR ☐ MODIFYING :

```
┌──────────────────────────────────────────────────────────────────────────────┐
│                                                                                │
│                                                                                │
│                                                                                │
│                                                                                │
│                                                                                │
│                                                                                │
└──────────────────────────────────────────────────────────────────────────────┘
```

FOLLOW-UP MEETING: Date - _____

LAST SUCCESSFUL POSITIVE REINFORCERS :

```
┌──────────────────────────────────────────────────────────────────────────────┐
│                                                                                │
│                                                                                │
│                                                                                │
│                                                                                │
└──────────────────────────────────────────────────────────────────────────────┘
```

DISTRICT OF COLUMBIA PUBLIC SCHOOLS    07-02-2001  DIVISION OF SPECIAL EDUCATION    IEP ATTACHMENT A    INTERVENTION BEHAVIOR PLAN

34



EXHIBIT
*Am-4*
ALL-STATE LEGAL®

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
SPECIAL EDUCATION

MULTIDISCIPLINARY TEAM (MDT)
PRIOR NOTICE

Initial Evaluation
Initial Placement
Reevaluation
   Change in Category Exit
   Related Service Add
   Related Service
   Change in Placement
   Other _____

Date __4-24-03__

Student __M_____  DOB __45__

School __Friendship Edison Chamberlain__

Current Disability Category __Speech Language Impaired__

Setting __General Ed__

Dear __Mr. Patterson & Ms. Sumpter__

State and federal laws regarding students with disabilities require school systems to notify and inform parents of certain changes being made to their children's education program.

Therefore, you are being notified of the following proposed changes:

   Proposes to initiate or change the identification, evaluation, educational placement or provision of FAPE to your child.
   Refuses to initiate or change the identification, evaluation, educational placement or provision of FAPE to your child.
   Other _____

A multidisciplinary team (MDT), of which you were an invited member, has made the following decisions about your child (check all that apply)

   Your child is not eligible for special education service(s).

✓  Your child (is eligible) or continues to be eligible to receive special education services as a student with _____

   Your child will begin receiving __Speech Language Speech 2x/wk__ as a related service(s).

   Your child will no longer receive _____ as a related service(s).

   Your child's category of disability is being changed from _____ to _____

   Your child's alternative placement on continuum (next setting) is being changed,

      from _____ to _____

   Your child is no longer eligible and will be exited from the special education program.

   Other: _____

**Description and Explanation of agency action proposed or refused.**

The team recommends that ____ receive instruction in the General Education setting.

**Description of Other Options Considered and reasons for rejection of each option**



Other relevant factors to the decision- _____

MDT Members:  Principal or Designee    (General Education Teacher)    (Psychologist)
            (Parent)            Special Education Teacher    Other: _____
            Student            (Speech and Language)    _____
            Social Worker      *LEA & Interpreter (*may be one)    _____

Any questions you may have concerning your child's program may be directed to the principal.
You are protected under the Procedural Safeguards for parents, which are enclosed for your information.
If I can be of assistance to you, or have questions regarding the Procedural Safeguards,
please contact __Friendship Edison Chamberlain__ at __202 547-5900__ (school telephone number).

*See attachments for - EVALUATION PROCEDURES, TEST, RECORDS OR REPORTS USED

EXHIBIT
ALL-STATE LEGAL®
*Am-5*

QUARELLS CONSULTING, P.C.

*PSYCHOLOGICAL EVALUATION*

*Name:* A███ ██████

*Age:* ~ Years, 6 Months

*DOB:* ██████ 1995

*School: Friendship-Edison, Chamberlain Campus*

*Date of Examination: March 7, 2003*

*Date of Report: March 13, 2003*

*Examiner: Dr. Carlton L. Quarells*

## REASON FOR REFERRAL:

A███ *was referred for a psychological evaluation by the special education department of the Friendship-Edison, Chamberlain Campus. This evaluation was conducted to ascertain his current levels of intellectual, academic, and psychomotor functioning for school placement purposes.*

## INSTRUMENTS USED:

*Wechsler Intelligence Scale for Children-Third Edition (WISC-III)*
*Wechsler Individual Achievement Test-Second Edition (WIAT-II)*
*Bender Visual-Motor Gestalt Test*
*Review of Records*

A████ M(████)
*Psychological Evaluation*
*Page 2*

## BEHAVIORAL OBSERVATIONS:

A████ is a friendly and cooperative first grader enrolled at the Friendship-Edison Public Charter School-Chamberlain Campus. Throughout the assessment, A████ gave a consistent effort and was able to venture guesses at more difficult and challenging assessment items. It was noticed during the assessment that A████ was challenged in sounding out certain words. This speech impairment sometimes made it difficult to fully understand some of his responses. For example, he tended to substitute the "c" sound for the "s" sound when responding to questions. Overall, these results are believed to be an accurate measure of his abilities at the time of this evaluation.

## INTELLECTUAL ASSESSMENT RESULTS:

On this administration of the Wechsler Intelligence Scale for Children-Third Edition (WISC-III), A████ obtained a Verbal IQ score of 74 (Percentile Rank of 4), a Performance IQ score of 79 (Percentile Rank of 8), and a Full Scale IQ score of 75 (Percentile Rank of 5). This Full Scale IQ score of 75 places A████ in the Borderline Range of cognitive ability as measured by the WISC-III. There is a statistically insignificant five-point difference between his Performance and Verbal IQ scores. This difference suggests A████'s verbal reasoning skills and his ability to solve problems without the use of words is relatively equally developed. A████'s subtest score pattern suggests a relative weakness in the ability to form concepts from verbal information.

In terms of his strengths, A████ obtained his highest scores on the Picture Arrangement and Information subtests of the WISC-III. Picture Arrangement required A████ to rearrange a series of randomly ordered pictures into a logical story sequence. This subtest assessed his ability to infer cause and effect in social situations and to properly sequence events in time. Planning ability and attentiveness to relevant details also may influence performance on this task. The Information subtest required A████ to respond orally to questions about common events, objects, places, and people. Information is primarily a measure of his fund of general knowledge and may be influenced by memory and cultural opportunities and exposure the world around a child.

A████ obtained his lowest scores on the Similarities and Coding subtests of the WISC-III. During the Similarities subtest, A████ was required to respond to a series of word pairs by explaining how the words of each pair were alike. This subtest examined his ability to abstract meaningful concepts and relationships from verbally presented material (e.g. how are red and blue alike?). During this particular subtest, A████ did not apparently understand the concept of this subtest and often responded to the pairings saying they were the same and was unable to provide a common link between two objects. The Coding subtest involved A████ using a key to associate a series of symbols with a series of shapes and to use a pencil to draw the symbols next to the shapes. A direct test of speed and accuracy, this subtest assessed A████'s ability to quickly and correctly scan and

*sequence simple visual information. Successful performance on this subtest also may be influenced by short-term visual memory, attention, or visual-motor coordination.*

A____'s intelligence test scores are as follows:

*Wechsler Intelligence Scale for Children (WISC-III)*

| Verbal Scale Scores | | Performance Scale Scores | |
|---|---|---|---|
| Information | 7 | Picture Completion | |
| Similarities | 5 | Coding | 4 |
| Arithmetic | 5 | Picture Arrangement | 9 |
| Vocabulary | 5 | Block Design | 7 |
| Comprehension | 6 | Object Assembly | 6 |

## ACHIEVEMENT ASSESSMENT RESULTS:

A____ was administered the *Wechsler Individual Achievement Test-Second Edition (WIAT-II)* to gauge his academic skills in a broad range of scholastic areas. Overall, A____ obtained an overall Total Composite Standard Score of 79, with a corresponding Percentile Rank of 8. In terms of his academic skills, A____'s performance was somewhat consistent for a student with his general cognitive ability, as indicated by his Full Scale IQ score of 75 on the WISC-III. A____ demonstrated relative strength on the Written Expression subtest while demonstrating relative limitations on the Reading Comprehension and Spelling subtests of the WIAT-II.

### Reading

A____ presents a diverse set of skills on different aspects of reading. He performed much better on tasks that assessed his capability to correctly apply phonetic decoding rules when reading a series of nonsense words (Pseudoword Decoding standard score = 82) than on tasks that required him to match words with pictures, read sentences and paragraphs and answer questions about what was read (Reading Comprehension standard score = 67). During the Reading Comprehension subtest, A____ was unable to read simple sentences and could only read words such as "the." A____ appeared to lack confidence in his reading skills and seemed somewhat reluctant to read when requested to do so by this examiner. A relative strength in decoding words as compared to comprehending words in text may indicate that A____ is not actively reading for meaning. He may not be utilizing context clues to facilitate his understanding of text. For this reason, the Reading Composite score may not be the most accurate manner in which to summarize his reading skills. His Pseudoword Decoding subtest score is higher than only approximately 12% of his peers, placing these skills in the Low Average range.



*Psychological Evaluation*
*Page 4*

■'s performance on *Reading Comprehension is within the Extremely Low range and exceeds that of approximately 1% of students his age.*

## Mathematics

■s skills in mathematics are diverse and may not be adequately summarized by a single number. He performed much higher on tasks that evaluated his ability to identify and write numbers, count, and solve basic addition and subtraction problems (*Numerical Operations standard score = 92*) than on tasks that required him to understand basic number concepts, including unit and geometric measurement, and solve one-step word problems (*Math Reasoning standard score = 72*). Because of this variability in his performance, the Mathematics Composite standard score (80) may not be the best summary of his overall skills in mathematics. Amin's skills in Math Reasoning are within the Borderline range and better than those of only approximately 3% of children his age His Numerical Operations subtest score is above that of approximately 30% of his peers, placing these skills in the Average range.

## Oral Language

A■ performed in the Borderline range on tasks that required him to identify the picture that best represents an orally presented descriptor or generate a word that matches the picture as indicated by his Listening Comprehension standard score (79). His skills in this area exceed that of only approximately 8% of students his age.

## Written Language

A■s skills in written language are diverse and may not be adequately summarized by a single number. He performed much higher on tasks that evaluated his ability to write the alphabet from memory, generate words within a category, generate sentences to describe visual cues, and combine sentences (*Written Expression standard score = 95*) than on tasks that required him to write one's name and print letters that correspond to sounds and words (*Spelling standard score = 71*). Because of this variability in his performance, the Written Language Composite standard score (82) may not be the best summary of his overall skills in writing. A■s skills in Spelling are within the Borderline range and better than those of only approximately 3% of children his age. His Written Expression subtest score is above that of approximately 37% of his peers, placing these skills in the Average range.

A███ M█████
*Psychological Evaluation*
*Page 5*

*SUMMARY OF WIAT-II SUBTEST AND TOTAL SCORES*

| SUBTESTS | RAW | STD | 95% INTERVAL | PR | NCE | S9 | AGE EQU | GRADE EQU |
|----------|-----|-----|--------------|-----|-----|-----|---------|-----------|
| Word Reading | 40 | 75 | 71- 79 | 5 | 15 | 2 | 5:8 | K:7 |
| Reading Comprehension | 39** | 67 | 61- 73 | 1 | 4 | 1 | <6:0 | <1:0 |
| Pseudoword Decoding | 0 | 82 | 78- 86 | 12 | 25 | 3 | 4:0 | PreK |
| Numerical Operations | 11 | 92 | 79- 105 | 30 | 39 | 4 | 7:0 | 1:5 |
| Math Reasoning | 14 | 72 | 64- 80 | 3 | 11 | 1 | 5:8 | K.5 |
| Spelling | 6 | 71 | 64- 78 | 3 | 9 | 1 | 5:4 | K.5 |
| Written Expression | 6 | 95 | 84- 106 | 37 | 43 | 4 | 6:4 | 1:5 |
| Listening Comprehension | 12 | 79 | 67- 91 | 8 | 21 | 2 | 5:0 | PreK5:5 |

\* *WIAT-II age-based normative information was used in the calculation of subtest and composite scores*
\*\**Represents Reading Comprehension weighted raw score.*

*SUMMARY OF WIAT-II COMPOSITE AND TOTAL SCORES*

| COMPOSITES* | RAW | STD | 95% INTERVAL | PR | NCE | S9 |
|-------------|-----|-----|--------------|-----|-----|-----|
| Reading | 224 | 72 | 69- 75 | 3 | 11 | 1 |
| Mathematics | 164 | 80 | 71- 89 | 9 | 22 | 2 |
| Written Language | 166 | 82 | 75- 89 | 12 | 25 | 3 |

\* *WIAT-II age-based normative information was used in the calculation of subtest and composite scores*

## ASSESSMENT OF VISUAL-MOTOR INTEGRATION:

A███ *was administered the Bender Visual-Motor Gestalt Test to assess his level of visual-spatial and visual-motor integration skills. Findings revealed five distortion errors and four error of distortion, obtaining a Grade Equivalent of 5-0 to 5-5.*

## SUMMARY:

A███ *is seven year-old African-American male referred for a psychological evaluation by the Special Edison department of the Friendship-Edison Public Charter School, Chamberlain Campus. Findings reveal Amin is functioning in the Borderline range of cognitive ability as measured by the WISC-III, with relative strengths areas assessing his general fund of information and his ability to infer cause and effect in social situations. Limitations were found in areas assessing his ability to form concepts from verbal information and the ability to solve problems that require verbal abstract reasoning.*

40

A███ M█████
*Psychological Evaluation*
**Page 6**

*Academically, A███ is functioning below grade level in reading comprehension, word reading, and math reasoning, while performing near grade level in written expression.*

## RECOMMENDATIONS:

1. *A███ does not meet the criteria for a with a learning disability. However, he appears to be experiencing difficulty with reading comprehension and overall language skills. A███ would likely benefit from a Speech and Language assessment to further assess his language skills. Additionally, A███ appears to have some trouble articulating sounds and will likely benefit from this consultation. A███ should remain in his current academic setting and receive supportive services in his current classroom.*

2. *Teachers are recommended to consistently reinforce A███ for on-task behavior. Initially, positive reinforcement should occur after the completion of each activity. When his ability to attend to tasks improves, reinforcement can be provided at the end of each class period.*

3. *It is recommended A███'s teachers use concrete language and materials geared to A███'s level of language processing. Additionally, because A███ has some difficulty with grasping language concepts, teachers are recommended to use visual cues to teach operations or skills that involve sequencing to help A███ retain the facts and skills being taught.*

4. *Teachers are recommended to repeat a new concept in a variety of ways to provide A███ ample opportunity to generalize and internalize the new material.*

*Carlton L. Quarells*
**Carlton L. Quarells, Psy.D.**
*Licensed Psychologist*
*D.C. License #1697*



EXHIBIT

Am-6

# DISTRICT OF COLUMBIA PUBLIC SCHOOLS
# DIVISION OF SPECIAL EDUCATION

## PSYCHOEDUCATIONAL EVALUATION REPORT

**NAME:** A▮▮ M▮▮▮▮
**AGE:** 6 years 9 months
**DATE OF BIRTH:** ▮▮/95
**GENDER:** Male
**GRADE:** 1st
**SCHOOL:** Ketcham Elementary School

**REPORT DATE:** 06/05/02
**EXAMINER:** Anthony White, M.S.
**TITLE:** DCPS School Psychologist

## REASON FOR REFERRAL/BACKGROUND INFORMATION:

A▮▮ M▮▮▮▮ is a 6-year-old African-American male who was referred to this examiner to determine his current level of cognitive and academic functioning. A▮▮ is presently in the process of being assessed to determine if he is eligible for special education services. A▮▮ is a first grade student at Ketcham ES. According to his teacher Mrs. Waller, A▮▮ is performing below first grade level in reading, spelling, and arithmetic. In addition, school staff report that A▮▮ exhibits speech and language deficits which impede his academic achievement.

## CLINICAL OBSERVATION AND TEST BEHAVIOR:

A▮▮ was seen for testing by this examiner on 6/4/02. A▮▮ displayed a positive and friendly attitude throughout the assessment. Rapport was easily established and maintained throughout the test session. During testing, A▮▮'s speech was characterized by articulation errors and some incorrect grammatical structures. He listened carefully to directions and displayed a confident problem-solving style even when the items became more difficult. He appeared interested in the various test items and was eager to attempt new tasks. He demonstrated appropriate attention, concentration, and tolerance when faced with frustration. This behavior was especially evident in the area of reading. A▮▮ exhibited weak decoding skills but he was persistent and eager to complete the reading tasks. The following test results appear to be an accurate reflection of A▮▮ cognitive and academic functioning.

 M————                          06/05/02                                    2

## TEST ADMINISTERED & DATA SOURCES:
### 1. Wechsler Intelligence Scale for Children-Third Edition (WISC-III)

| VERBAL SUBTESTS | RAW SCORE | SCALED SCORE | PR |
|---|---|---|---|
| Information (IN) | 4 | 5 | 5 |
| Similarities (SM) | 4 | 5 | 5 |
| Arithmetic (AR) | 8 | 6 | 9 |
| Vocabulary (VO) | 7 | 4 | 2 |
| Comprehension (CO) | 6 | 6 | 9 |

| PERFORMANCE SUBTESTS | RAW SCORE | SCALED SCORE | PR |
|---|---|---|---|
| Picture Completion (PC) | 5 | 4 | 2 |
| Coding (CD) | 35 | 9 | 37 |
| Picture Arrangement (PA) | 7 | 8 | 25 |
| Block Design (BD) | 5 | 6 | 9 |
| Object Assembly (OA) | 4 | 3 | 1 |

## IQ SCORES SUMMARY

| SCALE | IQ | 90% CONFIDENCE INTERVAL | PR | CLASSIFICATION OF INTELLECTUAL FUNCTIONING |
|---|---|---|---|---|
| Verbal | 73 | 69- 80 | 4 | Borderline |
| Performance | 75 | 71- 84 | 5 | Borderline |
| Full Scale | 72 | 68- 78 | 3 | Borderline |

Difference Between VIQ and PIQ = 2 ( ns, Freq =91.0%)

## INDEX SCORES SUMMARY

| | INDEX | 90% CONFIDENCE INTERVAL | PR |
|---|---|---|---|
| Verbal Comprehension | 73 | 69- 80 | 4 |
| Perceptual Organization | 73 | 69- 83 | 4 |

A___ M____

## 2. Wechsler Individual Achievement Test (WIAT)

|  | RAW | STD | 90% CONF INTERVAL | PR | NCE | S9 | AGE EQU | GRADE EQU |
|---|---|---|---|---|---|---|---|---|
| **SUBTESTS\*** |  |  |  |  |  |  |  |  |
| Basic Reading | 2 | 86 | 80- 92 | 18 | 30 | 3 | 5:9 | K:1 |
| Math Reasoning | 9 | 91 | 81-101 | 27 | 37 | 4 | 6:3 | K:6 |
| Spelling | 6 | 84 | 77- 91 | 14 | 28 | 3 | 6:0 | K:3 |
| Numerical Operations | 6 | 89 | 79- 99 | 23 | 35 | 4 | 6:3 | K:7 |
| Oral Expression | 5 | 83 | 75- 91 | 13 | 26 | 3 | 5:3 | <K:0 |
| **COMPOSITES\*** |  |  |  |  |  |  |  |  |
| Mathematics | 15 | 89 | 81- 97 | 23 | 35 | 4 | 6:3 | 1:0 |
| Screener | 17 | 84 | 79- 89 | 14 | 28 | 3 | 6:0 | K:7 |

\* WIAT age-based normative information was used in the calculation of subtest and composite scores.

### 3. Test of Nonverbal Intelligence (TONI-3)
### 4. Beery Visual-Motor Integration Test (VMI)
    Standard Score = 90; Age Equivalent = 5 years, 10 months
### 5. Clinical Observation and Test Behavior
### 6. Record Review

## ANALYSIS OF TEST RESULTS
### Cognitive Functioning:

A___ may experience difficulty in keeping up with his peers in a wide variety of situations that require age-appropriate thinking and reasoning abilities. His general cognitive ability is within the borderline range of intellectual functioning, as measured by the Wechsler Intelligence Scale for Children--Third Edition. His overall reasoning abilities exceed those of approximately 3% of children his age (FSIQ = 72; 90% confidence interval = 68 - 78).

His ability to think with words is comparable to his ability to reason without the use of words. Both A___'s verbal and nonverbal reasoning abilities also are in the borderline range. His verbal reasoning abilities are above those of approximately 4% of his peers (VIQ = 73; 90% confidence interval = 69 - 80). His nonverbal reasoning abilities are better than those of approximately 5% of students Amin's age (PIQ = 75; 90% confidence interval = 71 - 84). A___ achieved his best performance among the nonverbal reasoning tasks on the Coding subtest and lowest score on the Object Assembly subtest. His performance across these areas differs significantly, suggesting that these are the areas of most pronounced strength and weakness, respectively, in A___'s profile of nonverbal reasoning abilities. His weak performance on the Object Assembly subtest was far below that of most children his age.

The Coding subtest required A▬ to use a key to associate a series of symbols with a series of shapes and to use a pencil to draw the symbols next to the shapes. A direct test of speed and accuracy, the Coding subtest assesses ability in quickly and correctly scanning and sequencing simple visual information. Performance on this subtest also may be influenced by short-term visual memory, attention, or visual-motor coordination (Coding scaled score = 9).

A▬ was required to put together puzzle pieces to form line drawings of common objects on the Object Assembly subtest. His performance on this particular subtest is an indication of his general ability in perceptual organization tasks, that is, tasks that require mentally organizing nonverbal, spatial information into meaningful part-whole relationships. Performance on this task also may be influenced by visual-motor ability (Object Assembly scaled score = 3).

### Test of Nonverbal Intelligence TONI-3:

A▬ was also administered the Test of Nonverbal Intelligence (TONI-3), a language-free, motor-reduced, and culture-reduced measure of intellectual functioning. The TONI-3 measures a specific component of intelligent behavior by testing an individual's ability to solve problems without overtly using language. A▬ attained an IQ score of 89 which places him within the below average range of nonverbal intelligence. His performance was better than 24 percent of the people in the national norm group.

### Academic Functioning:

On 06/04/02, A▬ completed the Wechsler Individual Achievement Test (WIAT) which assesses his current level of functioning in specific academic areas.

### Reading

A▬ performed in the low average range on tasks that required him to match sounds and printed words to corresponding letters and pictures as indicated by his Basic Reading standard score (86). His skills in this area exceed those of only approximately 18% of students his age.

### Mathematics

In overall mathematics skills A▬ performed in the low average range, as indicated by his Mathematics Composite standard score (89). His achievement in this area is better than that of only approximately 23% of students his age. A▬'s performance on tasks that required him to write dictated numerals up to two digits and to add and subtract one-digit numbers (Numerical Operations standard score = 89) is comparable to his performance on tasks that required him to understand elementary number concepts, including unit and geometric measurement and simple one-step word problems (Mathematics Reasoning standard score = 91).



## Language

Amin performed in the low average range on tasks that required him to verbalize a target word based on contextual clues, describe scenes, give directions, and explain steps as indicated by his Oral Expression standard score (83). His skills in this area exceeded those of only approximately 13% of students his age.

## Writing

On tasks that required him to write dictated letters, sounds, and words Amin performed in the low average range. He achieved a Spelling standard score of 84. His skills in this area exceed those of only approximately 14% of students his age.

## Strengths and Weaknesses

There are no obvious strengths or weaknesses in Amin's profile of subtest scores. His performance was reasonably consistent between the various skill areas assessed. He achieved his highest score on Mathematics Reasoning and lowest score on Oral Expression. However, his performance across these areas does not differ significantly.

## Perceptual-Motor Functioning:

On the VMI, a visual-motor perception/integration test requiring the copying of geometric designs, Amin performed approximately 11 months below his chronological age. He attained a standard score of 90 and age equivalent of 5.10 years-old. His perceptual motor skills appear to be adequate for his age level.

## Summary:

Amin is a 6-year-old child who completed a psychoeducational evaluation. His general cognitive ability, as estimated by the WISC-III, is borderline (FSIQ = 72). Amin's verbal and performance ability scores were also both in the borderline range (VIQ = 73, and PIQ = 75). Amin's overall achievement was in the low average range as measured by the WIAT Screener score. He is currently functioning at the kindergarten level (GE=K:7). Amin displayed a relative strength in math where he is able to add single digit numbers. Amin exhibits significant deficits in spelling and oral language. Amin's phonics skills are poorly developed, his reading comprehension skills are nonexistent. However, Amin achieved WIAT scores commensurate with his overall level of cognitive ability in all areas tested. No significant differences were observed between Amin's WIAT scores and the levels of achievement expected for him, based on his Full Scale IQ score of 72.

A███ M█████                          06/05/02                                    6

## Recommendations:

1. A multidisciplinary conference will be held to evaluate A████'s current level of functioning and to plan appropriate educational programs or placement.

2. Strategies by which A████ can expand both his sight-word vocabulary and his spelling ability should be developed.

3. A████'s activities can be shortened and then lengthened. If he is completing three of ten arithmetic problems, for example, the teacher might give him five instead of ten problems to complete and gradually increase the number of problems that are presented.

4. A████ should practice weekly spelling and sight-vocabulary words with different modalities. A computer, chalkboard, or even plastic magnetic letters could be used to provide motivation. Rehearsal and practice would strengthen A████'s visual memory abilities.

5. A████'s teachers should use behavioral techniques to keep him on task in the classroom by recognizing on-task behavior daily and by establishing an appropriate reward system for on-task behaviors.

6. A████'s parents should encourage him to participate in activities that foster interaction with other children his age such as scouting or sports.

7 If possible, A████ should be provided the use of computer-aided learning of vocabulary words. If he enjoys video games, learning can be integrated into this fun activity.

8. A████ should learn a new vocabulary word each day and keep a record of the words that he has learned.

9. A████'s teachers should positively reward his spontaneous speech or establish a series of successive approximations of spontaneous communication.

10. A████ should be presented with an incomplete story and asked to free-associate an ending for the story.

11. A████ should receive a speech and language assessment to examine the extent of his deficits in these areas.


*Anthony White*
_____
**Anthony White, M.S.**
**DCPS School Psychologist**



EXHIBIT

**Friendship-Edison Public Charter School,**
**Chamberlain Campus**
**1345 Potomac Avenue, SE**
**Washington, D.C. 20003**
202-547-5800

Speech/Language Report

**Student's Name: A⬛⬛M⬛⬛⬛**
**Date of Birth: ⬛⬛/95**

**Date of Evaluation: 02/27/03**
**Examiner: Michele Morrissey**
**Title: CCC-SLP**

## Reason for Evaluation:

Speech/Language testing was conducted as a part of an evaluation to determine current speech/language levels of functioning.

## Tests Administered and Observations:

Informal articulation, voice, and fluency observation
Clinical Evaluation of Language Fundamentals-Third Edition (CELF-3)
Receptive One-Word Picture Vocabulary Test (ROWPVT)
Expressive One-Word Picture Vocabulary Test (EOWPVT)
Test of Auditory-Perceptual Skills-Revised (TAPS-R)
The Assessment of Phonological Processes-Revised

## Description of Tests Administered and Observations:

An informal evaluation was conducted to determine whether formal assessments were needed for articulation, voice and fluency.

The EOWPVT assesses the examinee's English speaking vocabulary and to what extent that vocabulary can be accessed and recalled to produce meaningful communication. The student is asked to name illustrated objects, actions, and concepts.

The ROWPVT assesses the examinee's comprehension of vocabulary. The student is asked to identify which picture matches a given word.

The CELF-3 is useful for identifying and diagnosing language deficits. It is also appropriate for determining eligibility for services, classification, and making follow-up decisions.

The TAPS-R assesses the examinee's ability to perceive process, discriminate, understand and interpret auditory stimuli.

The Assessment of Phonological Processes-Revised assesses patterns of articulation errors.

## Results:

Voice volume, pitch, and resonance appear appropriate for age and gender. Fluency also appears to be within normal limits. The structure and function of the speech system appears adequate for speech production. The Assessment of Phonological Processes-Revised revealed the use backing, deaffrication and cluster reduction.

Scores are reported in terms of standard scores, age equivalents and percentile ranks. Standard scores provide a means by which a student's performance can be described in terms of severity ratings. Severity ratings include: average -86 to115, mild range-78 to 85, moderate-70 to 77, severe 69 and below. Age equivalents indicate the age group for which the score is considered average. Percentiles allow the student to be compared to students within their age group.

**Assessment Results:**

| Areas of Concern/ Subtests: Skill Assessed | Assessment Instrument | Standard Score | Age Equivalent Years-Months |
|---|---|---|---|
| Concepts and Directions: Evaluates whether the student's skills are adequate for interpretation, recall and performance of oral directions of varying length and complexity. | CELF-3 | 6 Mild range | NA |
| Word Classes: Evaluates whether the student's skills are adequate for perceiving part-whole, synonym and antonym word relationships. | CELF-3 | 5 Moderate range | NA |
| Sentence Structure: Evaluates the student's understanding of simple, compound, and complex sentences. | CELF-3 | 8 Average range | NA |
| Formulated Sentences: Evaluates the student's ability to produce simple, compound, and complex sentences. | CELF-3 | 5 Moderate range | NA |
| Recalling Sentences: Evaluates recall and duplication of active and passive sentences with various clauses. | CELF-3 | 5 Moderate range | NA |
| Word Structure: Evaluates student's ability to use primary morphological rules of English in structured elicitation. | CELF-3 | 7 Low-Average range | NA |
| Receptive Language Score | CELF-3 | 78 Mild range | NA |
| Expressive Language Score | CELF-3 | 92 Moderate range | NA |
| Total Language Score | CELF-3 | 73 Moderate range | 5-4 |
| Expressive Vocabulary: Picture naming | EOWPVT | 71 Moderate range | 4-4 |

| | | | |
|---|---|---|---|
| Receptive Vocabulary: Picture identification | **ROWPVT** | 86 Average range | 5-10 |
| Auditory Number Memory-Forward: Evaluates the student's ability to retain non-meaningful auditory stimuli. | **TAPS-R** | 73 Moderate range | <4-0 |
| Auditory Number Memory-Reversed: Evaluates the student's ability to concentrate and perform activities requiring mental control. | **TAPS-R** | 80 Mild range | <4-0 |
| Auditory Sentence Memory: Evaluates the student's ability to remember for immediate recall in sequence. | **TAPS-R** | 77 Moderate range | <4-0 |
| Auditory Word Memory: Evaluates the student's ability to recall a series of single, unrelated words. | **TAPS-R** | 90 Average range | 5-1 |
| Auditory Interpretation of Directions: Evaluates the student's ability to comprehend, understand and interpret meaningful auditory matter well enough to verbally express, such that the student may successfully follow directions. | **TAPS-R** | 81 Mild range | <4-0 |
| Auditory Word Discrimination: Evaluates the student's ability to make judgments about sounds. | **TAPS-R** | 55 Severe range | <4-0 |
| Auditory Processing (Thinking and Reasoning): Evaluates the student's ability to use common sense and ingenuity in solving common thought problems. | **TAPS-R** | 61 Severe range | <4-0 |
| Auditory Perceptual Quotient | **TAPS-R** | 56 Severe range | <4-0 Median Auditory Perceptual Age |

## Strengths and Weaknesses:

ROWPVT:

Vocabulary scores reflect understanding of word and word concepts that have been acquired through home, school and community experience. A█████ was presented with a page of four pictures and asked to point to the picture that matched the word presented. Results reveal vocabulary comprehension to be within the average range. A█████ performed as well as 18% of his same-age peers in the standardization sample.

EOWPVT:

On the expressive vocabulary task, A█████ was presented with a page and asked to provide a word to match the picture or group of pictures. A█████'s understanding of words is significantly stronger than his use of them. Expressive vocabulary addresses