Mar 31 04 03:57p

| Student Name G ████ CU ████ ███ ███7 | Managing School F.G.C.A | IEP Page 3 of 4 |
|---|---|---|
| Student ID Number ████████ DOB ████ | Attending School F.G.C.A | Goal Number: |

**VII. SPECIALIZED SERVICES**

Additional Comments:
Area addressed by goal:_____

Gloria will apply appropriate strategies to reason and solve problems by mastering the following short-term objectives with 80 % accuracy.

Provider(s): Special Ed & General Ed.

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Gloria will compare and order fractions with like and unlike denominators with 4 out of 5 trials | | Quarterly |
| Gloria multiplies by one and two digit numbers; divides multi-digit numbers by one digit and Multiples of 10 with 4 out of 5 trials presented. | | quarterly |
| Gloria will read and answer word problems with 4 out of 5 trials presented. | | Quarterly |
| Gloria will add like and unlike fractions with 4 out of 5 trials presented. | | Quarterly |
| | | |

**EVALUATION PROCEDURE(S)**

Portfolio    Log    Chart    Test    Documented Observation    Report    Other_____

51

Mar 31 04 03:57p

**Friendship** Edison Collegiate
Public Charter School    Community Vision... World Class Education
"Carter G. Woodson Campus
4095 Minnesota Avenue, NE
Washington, DC 20019

Draft

Student _____    Managing School __F.E.C.A__

Student ID Number _____    DOB _____    Attending School _____    Goal Number: |

VIII. SPECIALIZED SERVICES    Additional Comments

Area addressed by goal: _Social Emotional_

ANNUAL GOAL: (including mastery criteria)

Achieve and maintain a healthy balance between
accomplishing academic goals and meeting her
social, emotional, and self-esteem goal    To be
80% mastery.    developed
with Gloria
Provider(s): Psychologist, Social Worker, Counselor    involvement

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Maste |
|---|---|
| 1) ___ will develop effective test-taking strategies to decrease anxiety and improve test performance. 80% mastery. | monthly |
| 2) ___ will develop and implement coping mechanisms, relaxation techniques and positive self-talk, when dealing with frustrations or difficulty with school-work. by 80% mastery. | |
| 3) ___ will be able to list positive traits and talents when therapist requests 4 out of 5 trials. | 12/03 - mastered |
| 4) ___ will identify and associate herself with at least one "affirmation" or positive quote to use as a motto — with 80% accuracy. | |

EVALUATION PROCEDURE(S)

Portfolio    Log    Chart    Test    Documented Observation    Report    Other _____

| | | DCPS - IEP Page 4 of 4 |
|---|---|---|

Student Name: ▮▮▮▮▮▮▮    Managing School: F.E.C.A
Student ID Number: ▮▮▮▮   DOB ▮▮▮▮   Attending School: F.E.C.A.

Additional Comments: ☐

## IX. LEAST RESTRICTIVE ENVIRONMENT (LRE) DETERMINATION
## SERVICE ALTERNATIVES

Can curricular modification, accommodation and/or supplemental aids and services be used for a LRE setting in regular education? ☐ Yes ☒ No

Explanation for removal out of regular education classroom.

*Student will continue to experience frustration and inability to comprehend/complete assignments.*

## X. Supplementary Aids and Services

| Classroom Needs (Do not name products or companies.) | SETTING GenEd | SpEd | Total | FREQUENCY Hr./Min | D/W/M. | PROVIDER (by discipline) | BEGINNING DATE (mm/dd/yyyy) |
|---|---|---|---|---|---|---|---|
| *calculators* | | | | | | | |

Check and list modifications and/or accommodations for testing: ☐ None needed

Timing/Scheduling: *Extended time, frequent breaks*
Setting: *small group setting*
Presentation: *repeated simplified directions*
Response: *read assessment,*
Equipment: *calculators*

## XI. STATE AND DISTRICT ASSESSMENTS:

☐ Level I   Tested with non-disabled peers under standard conditions without accommodations.

☒ Level III (Describe non-uniform conditions for level III) Tested under non-standard conditions with permissible accommodations

☐ Level V   Portfolio

☐ Level II   (Describe accommodations for level II) Tested under standard conditions with special accommodations.

☐ Level IV   (Describe the alternative assessment)

## XII. Areas Requiring Specialized Instruction and Related Services:

☒ Reading
☐ Physical/Sensory
☒ Mathematics
☒ Social Emotional
☒ Written Expression
☐ Physical Development
☐ Other:
☐ None

☒ Transition
☐ Vocational
☐ Independent Living
☒ Speech/Language

### Modifications:
☐ Language Arts/English
☒ Social Sciences
☒ Biological & Physical Sciences
☐ Fine Arts

Apply annual goal(s), objectives and/or modifications to address barriers in each area checked above.

## XIII. PLACEMENT CONSIDERATIONS AND JUSTIFICATION

| DESCRIBE CONSIDERATIONS | ACCEPT/REJECT REASONS | POTENTIAL HARMFUL EFFECTS |
|---|---|---|
| *general education* | *Reject* | *inability to obtain carnegie units* |
| *self contained* | *Reject* | |
| *combination/gen ed and* | *Accept* | |
| *specialed* | | |
| *Out of General Ed* | *Reject* | |

Modification(s)/Accommodation(s) to address the harmful effects:

*Provision of parallel instruction while in gen-ed setting with special educator support. Access to resource labs for remediation of deficient skills.*

Location for Services: *F.E.C.A.*

Mar 31 04 03:58p

## DOCUMENTED LEVEL OF SERVICE (PERM)
Complete and attach to MDT/IEP meeting notes

School _T.E.D.A_   Principal _Mr. Michael Cov?_  Special Education Coordinator _Mr. Wallace Henry_

Technical Support Supervisor

Date _12_  _1/03_  Case Manager

Student _____ Williams_   DOB _8-7_ Age _10_ Grade _11_ ID# _____ SSN#

Parent _Sowanda Williams_   Telephone (H) _____   (W)

Address: _7300 Rwenhill Rd._   Quad __ Apt. No __  City _Oxon Hill_  (MCI)  State __ Zip Code

Street #   Street

REFERRAL SOURCE: (Check)   ☐ 120 Day   ☐ Reeval   ☐ HOD   ☐ SA   ☐ MA

☐ Nonpublic   ☐ Residential   ☐ Citywide   ☐ Courts   ☒ Local School   ☒ Other: _Charter School_

Previous least restrictive environment (LRE Setting)

### JUSTIFICATION FOR SETTING CONSIDERATION
(Submit TAT/MDT Documentation)

#### SUPPORTIVE DATA/DOCUMENTATION

**2. ACCOMMODATIONS/ MODIFICATIONS**

- modified testing and some assignments
- preferential seating
- preestablished cues for redirection of inappropriate behavior

**3. DATA REQUIREMENTS**

| | Yes | No |
|---|---|---|
| Current IEP | ☒ | ☐ |
| Signatures of required participants (MDT notes) | ☒ | |
| Intervention Behavior Plan | ☒ | |
| Copies of current class work and homework assignments | ☐ | ☐ |
| Medical Reports | ☐ | ☐ |
| Clinical Reports | ☐ | ☐ |
| Psychiatric Reports | ☐ | ☐ |
| Medications | ☐ | |
| Attendance Record | ☒ | |
| Copies of most recent evaluation(s) | | |

**4. Results of all interventions: (TAT, MDT, etc. and attach meeting notes.)**

**5. Resources needed for program implementation**

### 6. CURRENT SETTING CONSIDERATIONS

| ROW | SETTING in neighborhood school (Determined through the IEP team.) | SERVICE PROVIDER (Based on documented need) | LEVEL OF SERVICE (Based on documented need) |
|---|---|---|---|
| 1 | ☐ in general education classroom setting | ☐ general educators with consultation from special education staff | ☐ between 0% and 20% of service time |
| 2 | ☐ combination general education and resource classroom | ☒ combination of general educators, special educators and related service providers | ☐ between 21 % and 60% of service time |
| 3 | ☐ *out of general education classroom | ☐ special educators and related service providers | ☐ between 61 % and 100% of service time |

*In providing or arranging for the provision of nonacademic and extracurricular service and activities, including meals, recess period, and the services and activities, each public agency shall ensure that each child with a disability participates with non-disabled children in those services and activities (300.306) to the maximum extent appropriate to the needs of that child. (300.553) Nonacademic settings

Check the level of need as indicated:

#### DIRECTIONS:

| If two or three boxes are checked in the Row 1, check LOW. | If one box is checked in each row, |
| If two or three boxes are checked in the Row 2, check MODERATE. | check either MODERATE or HIGH, |
| If two or three boxes are checked in the Row 3, check HIGH. | depending on the need of the student. |

### 7. LEVEL OF NEED

| ☐ LOW | ☒ MODERATE | ☐ HIGH |
|---|---|---|

Attention: Technical Support Supervisor / PERM Compliance Team

07-02-2001

54

## EVALUATION TO JUSTIFY TRANSPORTATION

Student ▮▮▮▮▮▮▮ D# ▮▮▮▮▮▮ DOB ▮▮▮/▮/87

Attending School _F.E.C.A_ _____ Neighborhood School _____

Attach a copy to the Transportation Data Form and maintain as a part of the IEP

Justification for Transportation as a related service as stipulated in 300.24 (15). (Check all that apply):

1. ☐ Medical reports document a severe health condition that prevents the student from walking to school. Specify _____

2. ☐ Medical reports document a physical disability that prevents the students from walking to or getting to school independently. Specify _____

3. ☐ A documented severe cognitive disability prevents the students from walking or getting to school independently. Specify _____

4. ☐ A visual and/or hearing disability interferes with the student's ability to arrive at school independently. Documentation source _____

5. ☐ A severe communication disability prevents the student from communicating for his/her own safety. Documentation source _____

6. ☐ A behavior /emotional disability is so severe or erratic that there is concern for the safety of the student and/or others. Documentation source _____

7. ☐ The student is eligible for the preschool special education program and could not participate without special transportation.

8. ☐ The student is/will attend a distant school because the IEP cannot be implemented at the zoned school.

9. ☐ The student is medically fragile. Documentation source _____

10. ☐ The student requires assistance to get on and off the bus. Documentation source _____

11. ☐ The student is unable to function independently due to the severity of the disability. Documentation source _____

12. ☐ The student requires a non-routine transportation schedule (i.e. contract services, abbreviated school day). Explain _____

13. ☐ Medical reports document that the student has a physical disability and/or severe health condition that prevents him or her from walking to school. Documentation source _____

14. ☐ A documented severe cognitive disability prevents the student from walking to school. Documentation source _____

15. ☒ Other (Specify)
   _Does not qualify for transportation_

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
SPECIAL EDUCATION
MULTIDISCIPLINARY TEAM
(MDT)
Meeting Notice



Student ███████████   DOB ███████  Age 16  Grade 11  ID ██████████

You have the right to challenge the recommendations by requesting Mediation or a Due Process Hearing before an impartial hearing officer. To initiate a mediation or hearing, you will need to complete a REQUEST FOR MEDIATION or DUE PROCESS HEARING form and mail it to the address listed below:

Office of Mediation and Compliance D.C.
Public Schools 825 North Capitol Street,
N.E. 6th floor 202-442-4800

You have the right to be represented at the hearing by legal counsel. A copy of Parents Procedural Safeguards handbook is provided. A list of free or low cost legal service, for which you may qualify depending on your income, is included. If you would like an additional copy, please contact the principal.

## EVALUATION PROCEDURES, TEST, RECORDS OR REPORTS USED

☐ Wechsler Intelligence Scale for Children-III (WISC 111) – commonly employed individually administered test designed to measure the intelligence of individuals ages 6 1/2 to 16 1/2 years.    Date of Report _____

☐ Wechsler Preschool and Primary Scale of Intelligence-Revised (WPPSI-R) – measures specific mental abilities and processes in ages 4 1/2 to 6 1/2 years. Date of Report _____

☐ Wechsler Adult Intelligence Scale-III (WIAS 111) – an individually administered test designed to measure the intelligence of individuals ages 16 and over. Date of Report _____

☐ Bayley Scales of Infant Development-11 – an individually administered instrument that measures motor, mental and social development in infants and children from 1 month to 42 months of age. Date of Report _____

☐ Wechsler Individual Achievement Test (WIAT) – a commonly used individually administered instrument designed to assess the educational achievement of children and adolescents in areas of basic reading, mathematics reasoning, spelling, reading comprehension, numerical operations, listening comprehension, oral expression, and written expression. Date of Report _____

☐ Peabody Individual Achievement Test-Revised (PIAT-R) – an individually administered test measuring achievement in areas of general information, reading recognition, reading comprehension, spelling, written expression, and mathematics. Date of Report _____

☐ Kaufman Test of Educational Achievement (KTEA) – an individually administered instrument measuring achievement skills in reading decoding, mathematics applications, spelling, reading comprehension, and mathematics computation. Date of Report _____

☒ Woodcock-Johnson Psycho-Educational Battery – a diagnostic and evaluation instrument composed of twenty-seven tests divided into three major parts: tests of cognitive ability, tests of achievement, and tests of interests. Date of Report 1/13/03

☐ Bender Visual Motor Gestalt Test – measures perceptual motor skills to determine visual-motor gestalt functioning and neurological soft-signs in ages 4 to 12 years using the Koppitz Scoring System. Date of Report _____

☐ Developmental Test of Visual Motor Integration (VMI) – assesses visual perception and motor coordination in ages 3 years and up using a more structured booklet format. Date of Report _____

☐ Children's Apperception Test – a projective story-telling technique for personality evaluation in ages 5 to 10 years. Date of Report _____

☐ Thematic Apperception Test – a projective story-telling technique for personality evaluation in older children and adolescents. Date of Report _____

☐ House-Tree-Person – a projective drawing technique providing insight into personality structure, physical concerns, and social-emotional adjustment in children and adolescents.    Date of Report _____

2

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
SPECIAL EDUCATION
MULTIDISCIPLINARY TEAM
(MDT)
Meeting Notice

DOB ___ Age _16_ Grade _11_ ID _____

Student _____

☐ **Kinetic Family Drawing** - a projective drawing technique measuring one's perception of her family and her role within the family.
   Date of Report _____

☐ **Rorschach Psychodiagnostic Test** - a projective measure y which one's responses to inkblots reveal personality structure, ego strengths and
   reality testing in ages 3 and older.    Date of Report _____

☐ **Goodenough-Harris Drawing Test** - a projective drawing procedure measuring intellectual perceptual-motor maturity and personality    Date of Report _____
   through the use of drawings of self and a member of the opposite sex in ages 3 to 15.11 years.

☐ **Conner's Parent and Teacher Rating Scales** - a paper-and-pencil instrument measuring problem behaviors of children and adolescents as
   reported by the child's teacher, parents, or alternate caregiver. Date of Report _____

☐ **The Vineland Adaptive Behavior Scales** - assesses adaptive and social competency skills and specific strengths and
   weaknesses in language skills. Date of Report _____

☐ **Test of Language Development Primary - Revised (TOLD-P)** - measures primary language proficiency and specific strengths and

☐ **Kaufman Assessment Battery for Children** - assesses the ability to solve problems using simultaneous and sequential metal processes in
   four global areas: Sequential Processing, Simultaneous Processing, Mental Processing, and Achievement.
   Date of Report _____

☐ **Preschool Language Scale** - measures auditory comprehension and verbal ability skills. Date of Report _____

☐ **Oral Peripheral Speech Examination** - a procedure to determine whether the examinee can appropriately use the lips, tongue, mouth, etc.
   Date of Report _____

☐ **Clinical Evaluation of Language Fundamentals - III** - assesses the child's language functioning including processing and production.
   Date of Report _____

☐ **Expressive One Word Picture Vocabulary Test** - assesses the child's single word expressive vocabulary.
   Date of Report _____

☐ **Receptive One Word Picture Vocabulary Test** - assesses the child's single word receptive vocabulary
   Date of Report _____

☐ **Goldman-Fristoe Test of Articulation** - assesses the production of consonants in simple and complex contexts.
   Date of Report _____

☐ **Peabody Picture Vocabulary Test-Revised** - individually administered, multiple choice test measuring nonverbal, receptive vocabulary.
   Date of Report _____

☐ **Fisher-Logemann Test of Articulation Competence** - assesses articulation proficiency with single sounds, consonant blends, and vowel production.
   Date of Report _____

☐ **Classroom Observation** - assesses present functioning of the student within the classroom environment.

Free or Low Cost Legal Services

Neighborhood Legal Services
701 4' Street, N.E.
Washington, D.C. 20001
202-682-2700 (NW)
202-682-2732 (NE)
Fax 202-682-0588

Neighborhood Legal Services
1213 Good Hope Road, S.E.
Washington, D.C. 20020
202-678-2000
Fax 202-889-3374

University Legal Services
300 I Street, N.E.
Washington, D.C. 20002
202-547-0198
Fax 202-547-2662

The Children's Law Center Inc.
1050 Connecticut Avenue, N.W.
Suite 1200 Washington Square
Washington, D.C. 20036-5317
202-467-4900
Fax 202-467-4949

National Coalition for Students with Disabilities
10560 Main Street, Suite 417
Fairfax, VA 22030
703-267-6588    (fax) 703-267-6992

3

# Collegiate Academy
Community Vision…World Class Education

MULTIDISCIPLINARY TEAM (MDT)

PRIOR NOTICE

Check Purpose:
Initial Evaluation
Initial Placement
(Reevaluation)
Change in Category Exit
Related Service Add
Related Service
Change in Placement
Other _Annual_

Date __3/31/04__                          DOB __/ /03__

Student _____ W _____

School __F.E.C.A__

Current Disability Category __Learning Disabled__

Setting __Combination Gen ed/ Resource setting__

Dear __Ms. Williams__

State and federal laws regarding students with disabilities require school systems to notify and inform parents of certain changes being made to their children's education program.
Therefore, you are being notified of the following proposed changes:
   Proposes to initiate or change the identification, evaluation, educational placement or provision of FAPE to your child.
   Refuses to initiate or change the identification, evaluation, educational placement or provision of FAPE to your child.
   Other _____

A multidisciplinary team (MDT), of which you were an invited member, has made the following decisions about
your child: (check all that apply)
   Your child is not eligible for special education service(s).
   Your child is eligible or continues to be eligible to receive special education services as a student with __Learning Disability__
   Your child will begin receiving __Psychological counseling__ as a related service(s).
   Your child will no longer receive __Speech Therapy__ as a related service(s).
   Your child's category of disability is being changed from __MR__ to __LD__
   Your child's alternative placement on continuum (next setting) is being changed.
      from _____ to _____
   Your child is no longer eligible and will be exited from the special education program.

Other: _____

### Description and Explanation of agency action proposed or refused
MDT determined that a combination gen education/
resource setting would sufficiently meet students needs

### Description of Other Options Considered and reasons for rejection of each option
MDT determined that out of general education
and in general ed setting are too restrictive and
inappropriate to address students needs

Other relevant factors to the decision

MDT Members:  ✓ Principal or Designee        ✓ General Education Teacher        ✓ Psychologist
              ✓ Parent                       ✓ Special Education Teacher        Other: _Transition_
              ✓ Student                       ✓ Speech and Language                     _Coordinator_
              Social Worker                   *LEA & Interpreter (*may be one)

Any questions you may have concerning your child's program may be directed to the principal.
You are protected under the Procedural Safeguards for parents, which are enclosed for your information.
If I can be of assistance to you, or have questions regarding the Procedural Safeguards,
please contact __Kelly Johnson__ at __2/396-5500__ (school telephone number).
                                            X123l

See attachments for - EVALUATION PROCEDURES, TEST, RECORDS OR REPORTS USED

MDT Prior Written Notice to the Parent
07-02-2001

58

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.
SPECIAL EDUCATION SERVICES

COMPLETION OF SERVICES
FORM

STUDENT: G___ W___

ADDRESS: 7300 Riverhill Rd.
Street #    Street Name    Quadrant  Apartment #

Oxon Hill    MD
City,    State.    Zip Code

TELEPHONE: (301) 839-2076

ID #: ___    DOB: ___    87    GRADE: 11

Date: 3 31 04

SCHOOL: F.E. Collegiate Academy
ADDRESS: 4095 Minnesota Avenue, NE
Washington, DC 20019

TELEPHONE: (202) 396-5500

A multidisciplinary team meeting is required in order to determine whether a student has completed special education and related services identified on the IEP, including the consideration of information from the evaluation (for which you provided consent) in the area(s) to be considered. Complete the sections below identifying the services.

## COMPLETION OF SERVICE(S) (Check all services that are being considered)

| | SERVICE | GOALS/OBJ. COMP. | RESULTS OF EVALUATION | DATE |
|---|---|---|---|---|
| 1. | Speech-Language Therapy | Ⓨ  N | Exp. lang = 96  Recept. lang = 86 | 3/4/04 |
| 2. | Orientation & Mobility | Y  N | | |
| 3. | Occupational Therapy | Y  N | | |
| 4. | Physical Therapy | Y  N | | |
| 5. | Counseling | Y  N | | |
| 6. | Adaptive PE | Y  N | | |
| 7. | Audiology | Y  N | | |
| 8. | Transportation | Y  N | | |
| 9. | Other (specify): ___ | Y  N | | |
| 10. | Specialized Instruction: | | | |
| | ___ | Y  N | | |
| | ___ | Y  N | | |
| | ___ | Y  N | | |

## Reason for Completion of Services:

Graduated    Completed Services    Aged Out    Transferred Out of District    Dropped Out

Other: Tested out of S/L Services

☐ I agree with the proposed termination of the special education and related service(s) identified above.

☐ I have been provided with my procedural safeguards and questions answered. I understand that my consent is voluntary, and that I have the right to appeal the decision of the multidisciplinary team (MDT).

Signature: ___    Date: ___
Parent/Eligible Student
(Student if age of majority has been reached and the transfer of rights has been officially documented)

District of Columbia Public Schools    07-02-2001    Division of Special Education    COMPLETION OF SERVICES

| Student Name | G___ W___ | | Managing School | Friendship-Edison (FECA) | DCPS - TRANSITION SERVICES PLAN PAGE 1 OF 2 |
| Student ID Number | | DOB | 8 7 Attending School | Friendship - Edison (FECA) | |

Date Developed: 12-4-03

## DCPS TRANSITION SERVICES PLAN

Note: The MDT determines if the IEP must include a statement of transition service needs which focuses on the Courses of study if the student will turn 14 during the implementation of the IEP. Furthermore, the MDT must include a detailed transition plan for a student who will turn 16 during the implementation of the IEP.

I. **Record student's post-secondary goals and interests.**

Employment: G___ would like to become a Preacher

Community Participation: G___ would like to help those that have problems in there homes and in the community

Post-Secondary Education and Training: G___ would like to attend college

Independent Living: G___ would like to live in her own home

II. **Courses of study leading to student's post-high school goals.**

| Grade or School Year | Courses of Study |
| --- | --- |
| 2003-2004 | Career Exploration/Awareness - Job-Seeking Skills |
| 2004-2005 | Career Exploration/Awareness + Job Seeking Skills (continued) College Preparation/Placement - Job-Seeking Skills (continued) |
| | |
| | |

III. **Transition Services Needed.**
   Evaluate the student's present level of performance in the following areas: Academic, Career Courses, Community-based Training, Supported or Competitive Employment, Communication, Independent Living Skills, Community Travel, Transportation, Employability Skills, Social Skills, Community Resources, Educational, Financial, Career Training, Community-Based Instruction, Skill/Trade Training, Vocational, or Social Relationships.

| Transition Services | Coordinated Activities and Strategies | Agency Responsible |
| --- | --- | --- |
| Employment<br><br>If service is not needed, provide explanation. | Job-Seeking - Application - Resume writing workshop Involvement | Friendship-Edison (FECA) |
| Community Participation<br><br>If service is not needed, provide explanation. | Development of a Plan for completion of community service hours in the area of career interest | Friendship-Edison (FECA) |
| Post-Secondary Education and Training<br><br>If service is not needed, provide explanation. | Student Investigation and application of college/Training Programs in area of career interest | Friendship-Edison (FECA) |
| Independent and Adult Living<br><br>If service is not needed, provide explanation. | Workshops relating to personal management which may focus on self-determination Interpersonal relationships | Friendship-Edison FECA |

60

District of Columbia Public Schools    07-01-2000    Division of S___

| Student Name | ▓▓▓▓▓▓▓ | | Managing School | Friendship-Edison | (FECN) | DCPS – TRANSITION SERVICES PLAN PAGE 2 OF 2 |
| Student ID Number | ▓▓▓▓▓▓ | DOB ▓▓ 87 | Attending School | Friendship-Edison (FECA) | | |

Date Developed: 12-4-03

| Transition Services | Coordinated Activities and Strategies | Agency Responsible |
|---|---|---|
| **Daily Living Skills** If service is not needed, provide explanation. | Participation in Personal management workshops which discuss and demonstrate appropriate social skills | Friendship-Edison PCS FECA |
| **Functional Vocational Evaluation** If service is not needed, provide explanation. | participation in a vocational evaluation | Friendship-Edison FECA |
| **Other** | | |

IV.

| Projected Exit Category (check one) | | High School Diploma Status | | Projected Exit Date (M/D/Y) |
|---|---|---|---|---|
| DC High School Diploma | 10.50 | # Credits Earned toward graduation | | |
| ·High School Certificate at age 21 | | | | |
| High School Certificate <u>prior</u> to age 21 | | # Community Service Hours Completed | | |

| State Test Requirements | Area | Date Taken / Score Received |
|---|---|---|
| | | |
| | | |
| | | |

**V.** *Identify any other agencies likely to be responsible for providing or paying for specific transition services.*

Examples of Agency Linkages Needed for Transition
- Rehabilitation Services Administration (RSA)
- Mental Retardation and Developmental Disabilities Administration (MRDDA)
- Commission on Mental Health Services (CMES)
- UDC or other higher education institutions

| Agency | Agency Representative/ Telephone Number | Purpose of Contact | Date |
|---|---|---|---|
| D.C. Rehabilitation Service Admin | Darlene Gropper Telephone No. 202 442-8469 | Post-Secondary planning | |
| | Telephone No.: | | |
| | Telephone No.: | | |
| | Telephone No.: | | |

61

Mar 31 04 04:01p

**Friendship**Edison **Collegiate Academy**
Public Charter School   Community Vision...World Class Education
Carter G. Woodson Campus
4095 Minnesota Avenue, NE
Washington, DC 20019
Tel 202.396.5500
Fax 202.396.8229

## IEP ADDENDUM FOR ESY SERVICES

Student Name: G____ W_____     Initial _____     Date of Birth: _____

Gender: ☐ Male  ☐ Female     Grade: 11

School: FECA     Date IEP Written 3/31/04

### Checklist:

| | Yes | No |
|---|---|---|
| 1. IEP is appropriate and reasonable for student | ☑ | ☐ |
| 2. All or most IEP goals and objective are being achieved | ☑ | ☐ |
| 3. Severity of student's disability requires individualized programming in areas of : | ☐ | ☑ |
| • Self sufficiency and independence from caretaker or | ☐ | ☑ |
| • _____ | | |
| 4. Student record shows serious regression following interruptions in the school program. | ☐ | ☑ |
| 5. Student record shows inability to recoup skills a reasonable time following regression. | ☐ | ☑ |
| 6. Student has critical need for continuity in programming to facilitate achieving educational benefit from her or his education program. | ☐ | ☑ |
| 7. Transportation services needed | ☐ | ☑ |

### Determination

| | | |
|---|---|---|
| After review the IEP team RECOMMENDS the provision of an extended school year program for the above student. | ☐ | ☑ |

**Reason**

NOT determined student doesn't meet
criteria for services

07-02-2001     Division of Special Education     Extended School Year 2000-2001     Page 1 of 2

62

## Special Education Goal and Objective for ESY

| Goals and objectives from the IEP which are to be specifically addressed during ESY are: | Skills Area(s) |
|---|---|
| Annual Goal(s) | |
| _____ will make 6-10 months growth from their current level of performance in the area of math by mastering different term objectives with 80% accuracy | Math |
| _____ will make 6-10 months growth from their current level of performance in this area of reading by mastering the short term objectives with 80% accuracy | Reading |
| _____ will make 6-10 months growth in written language level of performance by mastering the short term objectives w/ 80% accuracy | Written Expression |

| Special Education Services for ESY | | RELATED SERVICES | | | |
|---|---|---|---|---|---|
| Skills Area(s) | * Setting | Time to be Provided | | Projected Date of Initiation | Number of Weeks |
| | | Amount | Unit ( Hours/ Mins ) | Period ( D/ W/ M ) | |
| Math | R | 5 | hrs | | 5 |
| Reading | R | 5 | hrs | | 5 |
| Written Expression | R | 5 | hrs | | 5 |

* Setting : A - Full Time General Education; B - Combo. General Education / Resources Classroom ; C - Out of Regular Education

| ESY Least Restrictive Environment (LRE) | | |
|---|---|---|
| [✓] Placement as in regular school year | Hours/Week | 15 |
| [ ] Placement different from regular school year | | |

**Placement**
Specify placement (setting and alternate) of ESY service:


Explain why options selected above are the most appropriate and the least restrictive.


Describe any other options considered, and provide reasons those options rejected.


| Parent Name | Date | Signature |
|---|---|---|
| | | |



**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
WASHINGTON, D.C.

INDIVIDUALIZED EDUCATION PROGRAM
(IEP) MST
**MEETING NOTES**

STUDENT ▮▮▮ W ▮▮▮▮    SCHOOL Collegiate    DATE: 3/31/04

| PARTICIPANTS: | PARTICIPANTS: (Sign Name) | DISCIPLINE |
|---|---|---|
| Parent | did not attend | |
| Wallace Henry III | Wallace Henry III | Dir of Special Edison |
| Nancy Opalack | Nancy Opalack | Cluster lead / LEA repre |
| Brian S. Smith | Brian S Smith | Trans trans coord. notes |
| Patricia M. Smith | PM Smith, MA CCC P | Speech lang. pathologist |
| Cynthia Sparrow | Cynthia Sparrow, Ph.D. | Clinical Psychologist |
| Shertonna Whiting | Shertonna Qee fitty | Speed teacher |
| ▮▮▮▮ | | Spec. Ed. teacher |
| Kya Lewis | | School Psychologist |
| Ms. Dalton | | gen Ed teacher |

Introductions — (Parents Rights)
School History & Background — Nancy Opalack

Records at Frances JHS — Frances' archives has a cumulative file
for J▮▮▮ — it includes grades from 6th grade at Adams ES for
SY 98/99. J▮▮▮ earned Satisfactory in all subject areas.
She had good attendance. At the end of the year, Gloria
was "on grade levels in reading" and "below grade level in
math." SAT 9 scores from 4/99 placed her Basic in Reading,
Proficient in Vocabulary, Basic in math (Calc) and
Below Basic in math Procedures. J▮▮▮ attended Frances
JHS for 7th grade during SY 99/00. SAT 9 scores
from 9/99 place her Below Basic in all areas. She
continued at Frances through 8th grade — again scoring
Below Basic in all areas in 4/01 and required to attend
Summer School for math. She failed math (Pre-algebra)

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, DC

MDT REFERRAL DATE: 11/25/03      MULTIDISCIPLINARY TEAM (MDT)      Page: 2 of 9
CONTINUATION MEETING NOTES
MEETING TYPE: MDT

STUDENT: ■■■■■■■      SCHOOL: Collegiate      DATE: 3/31/04

In summer school, but still enrolled as a ninth grader
at Friendship's Collegiate Academy. (admission date is
9/3/01) Grades from 8th grade include 3 Ds & 2 Fs.
The counselor at Francis reports remembering declining
motivation and questions about residency.

During 9th grade at Collegiate, ■■■ earned
poor grades and tested Below Basic although she
was enrolled using her mother's address, staff
suspected residency at her grandmother's home in
Maryland. ■■■ earned 3 Fs, 2 Ds & 1 C.

■■■ withdrew from Collegiate in august 02
and enrolled at Oxon Hill SHS — she came
back to Collegiate on 10/3/02 as a repeat ninth grader.

■■■ was referred for sped evaluation at
Collegiate during fall of 01. Testing was completed
in fall of 01 — ■■■'s cognitive ability tested in
the Mentally Deficient Range (V: 59, P 54, FS 53)
She demonstrated mild deficits in sp/L areas.
There is no documentation in Collegiate files to indicate
that an eligibility meeting was held during 5th ⊗ NO
01/02. More testing was conducted in may of 02.
■■■ was apparently resistant to testing. Cognitive
Scores (from 01) placed ■■■ in the mentally deficient
range — and adaptive scales (mother was interviewed) supported
an eligibility determination of M.R. She tested at
the 4.0 in reading and spelling and the 3.0 level in math

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, DC

MDT REFERRAL DATE: 11/25/03

MULTIDISCIPLINARY TEAM (MDT)
CONTINUATION MEETING NOTES
MEETING TYPE: _____

Page 3 of 7

STUDENT: ██████ W ██████    SCHOOL: Collegiate    DATE: 3/31/04

Collegiate convened a MDT/SEP meeting on 6/13/02. She was determined eligible for sped as a MR student. Her SEP included 16 hrs. of instruction (including sp/L and counseling for 1½ hrs weekly). ██████ earned 5 Ds for SY 01/02 - as a repeat ninth grader.

██████ continued at Collegiate as a 10th grader for SY 02/03. On Oct 9, ██████'s mother's attorney requested evaluations be conducted including: a psycho-ed, sp/L, soc. history, hearing/vision, clinical, and a formal classroom observation. However, the release of another client was attached. The appropriate authorizations and consent forms were forwarded on 11/25 - and Collegiate sped staff began the 120 time line to evaluate ██████. Testing was conducted and meeting dates of March 16, 17, 18 were proposed to the attorney with no response (3/24). The dates of 23, 24, 25 were proposed (3/5/04) with no response. The meeting date of March 24 was confirmed with no response (3/14/04). The 4th attempt to schedule a meeting was the date of March 31st (mch 22) - again with no response from the attorney. The 31st was confirmed by Mrs. Williams (appointed Ms. Ravenell as representative) and by Ms. Ravenell. The advocate confirmed the 31st on March 24 but reneged on March 25. Since the 31st is a 4th attempt to schedule the MDT/SEP close to timeline, the MDT decided to convene and move forward

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, DC

MDT REFERRAL DATE: 11/25/03          MULTIDISCIPLINARY TEAM (MDT)          Page: 4 of 9
                                     CONTINUATION MEETING NOTES
                                     MEETING TYPE: MDT

STUDENT: J███ W███     SCHOOL: Collegiate          DATE: 3/3/04

Purpose of the Meeting  Nancy Opalack

- to review evaluations and determine eligibility
- to develop IEP
- to consider Collegiate as a placement for SY 04/05
- to discuss compensatory education

- General Education teacher: Ms. Dalton

    D███'s performance has improved significantly - Ms. Dalton and Ms. Johnson (sped) work closely together. Is building self-esteem as she accomplishes more and more assignments. (see attached)

    All general ed teachers agree there has been improvement in both academic and self-esteem areas. A in English, a general education class - completes work - hands in on time.

- Transition Specialist - Brian Smith. created a transition services plan - based on an interview and a career interest survey. Is interested in becoming a minister. although D███ is an 11th grader, she only has 14 credits (see attached) and will most likely need an additional year to earn a diploma. D███ could be a candidate for

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, DC

MDT REFERRAL DATE 11/25/03    MULTIDISCIPLINARY TEAM (MDT)    Page 5 of 9
CONTINUATION MEETING NOTES
MEETING TYPE: MDT

STUDENT: G_____ W_____    SCHOOL: Collegiate    DATE: 3/31/04

for career/vocational training and possibly a community college.

Special Education teacher – Ms. Johnson

G___'s attitude has definitely changed — good news from the evaluations and her exchange with Dr. Sparrow boosted her self esteem. Ms. Johnson works closely with Gloria's teacher and within the classes.

Ms. Johnson provides pull-out support for G___ — pre teaches assignments/lessons, guided notes for government; modified exams & tests — and same assignments. Ms. Johnson helps with organization; but reports that G___ is well organized and fastidious about keeping herself & things together.

One example of G___'s lessons includes — writing a speech — simulated "state of union" address and making an oral presentation. Gloria followed a rubric — and will now be video taped for presentation to the entire class. (see attached). Speech/language therapist is also working on the speech presentation with G___

Math resource teacher reports ongoing concerns in math (see attached). Reading teacher reports significant progress (see attached)

Mar 31 04 03:49p

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, DC

Page: 6 of 9

MULTIDISCIPLINARY TEAM (MDT)
**CONTINUATION** MEETING NOTES
MEETING TYPE: _____

STUDENT: G____ W_____    DATE OF BIRTH: ___ |8 7

SCHOOL: FECA    DATE: 3/3/04

Social History - Mr. Wallace to Mrs. Tanner-Dean
A social work / evaluation was conducted on March 4, 2004 by
Angela Tanner-Dean, LCPC. The findings of this evaluation were:

- increased psychosocial counseling may be helpful in raising
  G____'s awareness of her strengths and weaknesses, and
  educating her about her learning challenges

- intensive specialized instruction to address G____'s math and
  reading deficits continues to be warranted

- G____'s feelings should be explored in counseling so she can
  learn more appropriate coping and problem-solving skills,
  as well as more appropriate ways to communicate and express
  herself. G____ reports that she resides with her grandmother
  however her grandmother and mother report that she lives with
  her mom.

- G____'s attorney has confirmed that Mr. Ravenel
  does not claim G____ as a dependent so G____
  can legitimately attend Collegiate. Ms. Ravenel &
  Ms. Williams need to be honest — thus decreasing
  some of G____'s anxiety about her residency.

- G____ and her mother should consider a
  way to reconnect.

DISTRICT OF COLUMBIA PUBLIC SCHOOLS    02-12-02    DIVISION OF SPECIAL EDUCATION – NON PUBLIC    MDT MEETING NOTES    APPENDIX A

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, DC

MULTIDISCIPLINARY TEAM (MDT)
CONTINUATION MEETING NOTES
MEETING TYPE: MDT                    Page: 7 of 5

STUDENT: _____          DATE OF BIRTH: _____
SCHOOL: Collegiate                DATE: 3·3·04

S/L Evaluation    [Name], MA CCC SLP    See next document to be
                                         signed on following page

[Name] was seen for a S/L evaluation on 3/4/04. She was initially quite resistant to testing and indicated that she would just say anything to get it over with quickly. [Name] did warm up to this examiner and demonstrated good attention and effort. Overall expressive language skills in the average range (SS=96). Some scatter was noted between subtest scores with a specific deficit noted in oral formulation and organization. Vocabulary skills were moderately below average. Overall receptive language skills were also in the average range (SS=96) with specific deficits noted in processing, integrating, and retaining auditory information with and without visual cues. This area is a significant area of improvement (+33 pts) since 2001. Vocabulary skills were mildly below average. Overall language score was 90. Direct S/L services are not recommended at this time.

Speech/Language Pathologist    Beth Wilkinson

[Name] is seen 60 minutes a week in the classroom for speech/lang. Overall, [Name] is able to function successfully in the classroom without significant speech/language support. [Name] understands classroom matter + related directions, and she is able to express herself appropriately. I felt that her previous speech/language test scores were not an accurate reflection of her skills. I am in agreement with the current recommendation to discharge Gloria from speech/language services. [Name] MA CCC SLP

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, DC

MULTIDISCIPLINARY TEAM (MDT)
CONTINUATION MEETING NOTES
MEETING TYPE: _____

Page: 8 of 9

STUDENT: ▮▮▮▮ W ▮▮▮▮    DATE OF BIRTH: ▮▮ 87
SCHOOL: Collegiate    DATE: 3/31/04

Psycho-ed & Clinical - Dr. Sparrow

G▮▮ is a seventeen year old female who has been in a part-time special education program for mildly mentally retarded students. A psycho educational, adaptive behavior rating scale and clinical measures were administered to assess her current functioning. Gloria's cognitive scores have increased significantly although still in the intellectually deficient range. Cognitive testing revealed the following.

WAS I : Verbal IQ = 73  Performance IQ = 57  FSIQ = 63

Achievement Testing was conducted using the WIAT:

Basic Reading                4:5
Mathematics Reasoning        2:7
Spelling                     5:4
Reading Comprehension        5:2
Numerical Operation          3:1

Her adaptive living skills are at least average, hence she can not be identified as mentally retarded. G▮▮ profile suggests the presence of a mathematical learning disability.

A clinical evaluation was also conducted to assess her social emotional functioning. There is no indication of a mood disorder or psychopathology.

Kia lewis — G▮▮ has shown improvement in self-esteem but continues to need curaely & behavioral direction. Behavior Plan developed 2/20/04 will be in effect through 1/05 and revisited to determine need during 2nd semester.

Mar 31 04 03:49p

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, DC

MULTIDISCIPLINARY TEAM (MDT)
CONTINUATION MEETING NOTES
MEETING TYPE: MDT

Page: 9 of 9

STUDENT: J___ W___                      DATE OF BIRTH: ___
SCHOOL: Lafayette                       DATE: 3/31/04

Summary    The Team

① J___ does not qualify for special education as a MR student based on cognitive & academic testing — cognitive and academic scores have improved

② J___ is more available for learning & is motivated to complete assignments & try new tasks — increased self esteem & better grades

③ J___ verbal skills have greatly improved — 15 pts higher on cognitive testing and 33 pts higher for receptive language assessment. She does have some weakness in information & organization but will be exited from services.

Conclusions    The Team

The MDT has determined that J___ qualifies for special education as a Learning Disabled student in math areas. Her reading is commensurate with her cognitive ability. Although she does not demonstrate a reading disability, J___ would benefit from support in Reading to improve fluency and sight vocabulary. In addition, Gloria would benefit from counseling support to help her continue to apply herself, learn self advocacy skills, and decrease anxiety when confronted with new and/or challenging tasks. J___ should participate in developing goals and determining frequency with mother's.

DISTRICT OF COLUMBIA PUBLIC SCHOOLS    7-03-01    DIVISION OF SPECIAL EDUCATION    MDT CONTINUATION MEETING NOTES    APPENDIX A

The Behavior Plan will stay in effect until 1/04 and then will be revisited for continuing need.

72

Mar 31 04 03:50p

Ms. Dalton's Observation of G█████ W██████                    3/31/04

    G████'s performance in class has constantly improved since she

has been placed in the 3rd Block class. I believe her success has

been directly related to her move into the inclusion class. in addition

to growth in her reading skills, her self confidence in her abilities

has also undergone quite a change for the better. I believe I will

see G████ continue to grow and flourish this school year.

                                     Ms. Dalton

Mar 31 04 03:50p

G███ W████

G██ has been in my class since February 9th, 2004. She came reluctant. However, she has made a great change. Her attitude and enthusiasm towards learning has paid off. G███ ask questions, volunteers to read, and assist other students in class who ask for help. If she doesn't understand her assignment, she immediately ask for assistance.

G██'s goal was to test out of my Reading class. I feel with a little assistance in reading comprehension, G███ will be able to function at an appropriate level with the help of an inclusion teacher in the general education classroom. Her willingness, enthusiasm, and overall attitude will help her succeed in the general education setting.

Even though I feel G███ can perform in the general education setting, she will need extended time, and repeated instructions. Often I must repeat the instructions to her. It takes a little longer for G███ to process the information given to her. After repeated directions, she is able to complete the task at hand.

I believe G███ can move into the general education classroom without many complications. Her progress and attitude towards achieving her goal has been proven.

3/31-04

G███ W██████ is a pleasant student, who is most of the time eager to learn. Her skills for doing basic multiplication and division are good, but G███ is very dependent on a calculator. G███ is a wonderful self avocate and is never afraid to ask for help or ask questions. At times, G███ has trouble getting his work in on time, but it is nothing she can't improve upon. G███ needs to work on being able to recall basic multiplication facts from memory a little better in order to prepare her for meeting future goals such as learning to add, subtract and multiply fractions (also simplify) If you have any questions please feel free to call me Ms. Whiting @ 396-5500 ext 1199

Ms Whiting

Mar 31 04 03:51p

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

INDIVIDUALIZED EDUCATION PROGRAM
(IEP)
MEETING NOTES

STUDENT G___ W___    SCHOOL F.E.C.A    DATE: ___

| PARTICIPANTS: | PARTICIPANTS: (Sign Name) | DISCIPLINE |
|---|---|---|
| R Wallace Henry III | Wallace Henry III | Dir of Special Edison |
| Nancy DeLair | Nancy DeLair | Cluster Lead IEP rep. |
| Kellie Johnson | Kellie Johnson | Spec. Ed. Coordinator |
| Geneva J Lynn | Geneva J Lynn | Spec. Ed. Teacher |
| Patricia M Smith | Montel Maccco P | SLP |
| Cynthia Sparrow | Cynthia Sparrow Ph.D | clinical psychologist |
| K. Lewis | Lya Edin | School Psychologist |
| Ms. Dalton | see below | see below |
| Beth Wilkinson MSCCC SLP | Beth Wilkinson MSCCC SLP | Speech Pathologist |
| Jennifer Delk | Jennifer Delk | Gen. Ed. Teacher |
| Sheronne Whiting | Sheronne Whiting | Sped teacher |

The MDT recommend instructional services in math, reading and written language. ___ will be in math resource 3.5 hrs weekly; reading lab 1 hr weekly (for 1st semester and to be determined for 2nd semester) and written language through inclusion instruction for 2 hrs weekly. Frequency of counseling will be determined by ___ and Ms. Lewis. Transition services will be provided on average 3 hrs weekly.

Placement: Gloria will attend the work study program at this program includes a modified high schools and allows longer time to complete core subject areas.

G.E.A

FROM :    FAX NO. :    Mar. 18 2003 04:19PM  P4

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
WASHINGTON, DC

MULTIDISCIPLINARY TEAM (MDT)
CONTINUATION MEETING NOTES
MEETING TYPE: _____

Page: 2 of 2

STUDENT: C___ W_____    DATE OF BIRTH: _____/87
SCHOOL: F.C.A    DATE: 8/31/04

The program is structured to provide blocks of instruction four days weekly and transition, jobs shadowing community service and ultimately job training one day weekly. Students are prepared for the world of work a post secondary training. The team determine the F.C.A program is a appropriate placement for Gloria.

Compensatory education:
The MDT has determined that Gloria instructional program would not have differed if she had been labeled MR or LD because she participated in inclusion class and resource classes with support. The MDT does believe however that F.C.A failed to focus on her math disability and prepared to offer 30 hrs of math tutoring in both individual and small group sessions (8-12pm Sat)



# MACS

METROPOLITAN AREA
COMMUNICATION SERVICES LLC

6529 3RD ST., NW ◆ WASHINGTON, DC 20012 ◆ 202-723-6627

Summary of Audiologic Screening

Date: April 20, 2004

To:   Wallace Henry
      Special Education Coordinator
      Edison Friendship School at the
      Collegiate Campus

      Belinda Shade-Moor
      ETES

From: Annette Forseter CCC-A
      Metropolitan Area Communication
      Services

RE:   Gl▊▊ W▊▊▊▊

BD:   ▊▊▊▊87

Grade: 11th

An audiological screening on April 16, 2004 revealed hearing within normal limits in
both ears. The pure tone screening was performed at frequencies ranging from 500Hz.
thru 8000Hz. at a 15dB level. A middle ear screening revealed normal tympanograms in
both ears with reflexes present at 1000Hz. Results indicate normal middle ear function at
this time. All responses were consistent and repeatable. No further audiological testing is
recommended at this time.

F.E.P.C.S 17

# TRANSITION SERVICES EVALUATION/ASSESSMENT

Student Name:          G███W███

Grade:                 11th

Date of Birth:         ███/87

Age:                   17 years

Evaluation Date:       04/22/04

Parent/Guardian:       Towanda Williams

Examiner:              Brian S. Smith, Sr.
                       Transitions Coordinator
                       Friendship-Edison Collegiate Academy Public Charter


## Rational for Assessment for Transition Planning:

The Reauthorization of the Individuals with Disabilities Education Act (IDEA) Public
Law 105-17, 1997 mandates that the students with disabilities have transitional services
initiated at the age of 14 years and by the age of 16 years a statement of needed transition
responsibilities or any needed linkage be stated.

## The Harrington – O'Shea Career Decision-Making System:

This assessment designed by Thomas Harrington, Ph.D. and Arthur O'Shea provides an
individual with the opportunity to complete a Career Decision Making System that allows
for the respondent to express his/her likes and dislikes about many activities. This survey
will suggest what jobs one might like. The survey will not tell one which career they
should choose. It will suggest careers one may explore.

The students are initially evaluated by responding to their **Career Choices** – (student is
asked to respond by identifying two career choices); **School Subjects** – (student picks
two course subjects that they like the best); **Future Plans** – (student responds to what
plans they have for more schooling); **Work Values** – (Student is asked to respond to
what it is they want to get out of a job, things that bring job satisfaction; **Abilities** –
(student identifies from a given list, what they believe to be their talents and the things

F.E.P.C.S. 198

that they are good at; **Interest** – (the culmination of this survey are the 120 statements that a student is asked to respond by expressing numerically to how they feel about an activity).
Summary of statement responses;

1) **Career Choices** are in the area of **Customer Service** and **Management.** G█████ has expressed a career Interest in becoming an employee in social services; specifically, a Pastor, Counselor, or Government Administrator.
2) **School Subjects of Interest are;** Social Science (specifically history), and English (specifically communications).
3) **Future plans** are to attend a four-year college or university.
4) **Work Values**█████ values Leadership (directing the work of others and making decisions affecting others), Good Salary (being paid well for your work), Job Security (having a steady job from which you are unlikely to be fired), and Prestige (having a job where you are respected and feel important).
5) **Abilities**█████ has expressed that her talents or the things she is able to do well are in the area of **Leadership** (leading group activities, getting things started, having others usually look to you fro help in getting things done), **Social** (working well with people and helping them, **Musical** (singing, writing music, dancing playing a musical instrument), and **Manual** (working with your hands)
6) **Interest:** Following the numerical responses to her likes and dislikes of 120 statements, G███shows strong career interest in the area of Social Service and Business.

G████'s response to the Harrington – O'Shea Career Decision Making System Survey, indicates four Career Clusters in which she should review;
1) Social Service
2) Management
3) Sales
4) Legal

Typical Jobs or Careers of interest within each category included within **Social Service** (Religious Work (Clergy), Counselor; **Management** (Government Administration), **Sales** (Purchasing Agent, Buyer), and **Legal** (Safety/law enforcement).

**Recommendations:**
Based on the results if this evaluation and my conversations with Gloria, I recommend that G███ explore careers that prepare workers through Community College and four year degree, or On-the-Job Training.  One career that G███has expressed an interest in the area of Social Service (becoming a Pastor).  A secondary career interest as indicated by the results of this Career Survey is in Counseling and Government Administration. These careers do require some college experience.

1) In addition, it is also recommended that G███ receive 1 ½ hours of Transition Services training at least once a twice a week.

2) Exploration of career interest fields outlined in this report to be facilitated by the school program.

3) The school program should provide opportunities for G███ to attend career fairs and to shadow employees working in careers of her interest.

4) G███ should be linked to Rehabilitations Services (RSA) in DC. to obtain assistance.

5) G███ should be introduced to agencies within her career interest to conduct community service.

If there are any questions concerning the contents of this document, please feel free to contact Mr. Brian Smith, Sr. at (202) 396-5500 X 1501

Date: 4/22/04

# JAMES E. BROWN & ASSOCIATES, PLLC

*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Juan J. Fernandez! |
| Domiento C.R. Hill* | 1220 L Street, NW | Christina Busso |
| Brenda McAllister* | Suite 700 | Ann E. FordΔ |
| Roberta Gambale | Washington, D.C. 20005 | Tilman L. GeraldΔ |
| Miguel A. Hull | Telephone: (202) 742-2000 | Roxanne D. Neloms |
| Christopher L. West | Facsimile: (202) 742-2098 | John A. Straus* |

------------------------------------

\* Admitted in Maryland Only
  Admitted in New York Only

! Admitted in Bolivia Only
Δ Member of the DC Federal Bar

April 22, 2004

**Hand Delivered**
T iffany Puckett, Esq.
Office of General Counsel
District of Columbia Public Schools
825 North Capitol Street, NE, 9th Floor
Washington, DC 20002

### Re: Supplemental Five-Day Disclosure for G██ W████/ DOB:████-87

Dear Ms. Puckett:

For the upcoming hearing scheduled for April 29, 2004 at 11:00 a.m. or any subsequent hearing regarding this student and pursuant to 34 C.F.R. 300.509 (a)(3), and in addition to any documents and witnesses that the District of Columbia Public Schools ("DCPS") may disclose, the parent may rely on the following documents and witnesses:

### Documents

| | |
|---|---|
| GW-1 | DCPS Hearing Notice dated 3/09/04; |
| GW-2 | Correspondence to Educational Support Systems, Inc with fax confirmation dated 2/25/04; |
| GW-3 | Due Process Hearing Request dated 2/13/04; |
| GW-4 | Correspondence from Educational Support Systems, Inc dated 12/19/03; |
| GW-5 | Report Card dated 7/03/01; |
| GW-6 | Report Card dated 7/20/01; |
| GW-7 | Stanford Report dated 09/00; |
| GW-8 | Quarterly Deficiency /Progress Report; |
| GW-9 | Quarterly Learning Contract SY 2001-2002; |
| GW-10 | Stanford Report dated 4/01; |
| GW-11 | Fourth Quarter Grade Report dated 4/22/03-6/27/03; |
| GW-12 | Progress/Deficiency Report dated 2002-03; |
| GW-13 | Stanford Report dated 4/02; |
| GW-14 | Stanford Report dated 4/03; |
| GW-15 | Student Schedule of Classes dated 9/16/03; |
| GW-16 | Initial Placement dated 6/13/02; |

*"Practice is limited solely to matters before the District of Columbia Public Schools' Office of Student Hearings under the District of Columbia Court of Appeals Rule 49(c)(5)."*

82

GW-17   Social Work Evaluation Report dated 1/19/04;
GW-18   Psycho-Educational Evaluation dated 2/27/04;
GW-19   Educational Evaluation dated 11/13/03;
GW-20   Speech Therapy Evaluation dated 3/04/04;
GW-21   New Addendum Meeting Page dated 12/04/03;
GW-22   MDT Continuation Meeting Notes dated 1/30/87;
GW-23   Individualized Education Program dated 6/13/02;
GW-24   Psychological Evaluation dated 5/6,13, & 6/13/02;
GW-25   Speech & Language Evaluation dated 10/5, & 6, 01;
GW-26   Individualized Educational Program dated 6/13/02;
GW-27   Amended Due Process Hearing Request dated 4/16/04;
GW-28   Correspondence to Paul S. Dalton, Esq. from Roberta Gambale Esq. dated 4/13/04;
GW-29   Correspondence to Paul S. Dalton, Esq. from Roberta Gambale Esq. dated 4/14/04;
GW-30   Correspondence to Friendship Edison PCS from Educational Advocate with fax
          confirmation dated 3/23/04;
GW-31   Correspondence to Friendship Edison PCS from Educational Advocate with fax
          confirmation dated 3/29/04.

### Witnesses

1.   Towanda Williams, Parent;
2.   Gloria Ward, Grandmother;
3.   G██ W████, Student;
4.   Michelle Moody, Educational Advocate, James Brown & Associates, PLLC or designee;
5.   Carolyn Monford, Educational Advocate, James Brown & Associates, PLLC or designee;
7.   Dr. Robin Boucher, Educational Expert, James Brown & Associates, PLLC or designee;
8.   Heidi Romero, Legal Assistant or designee;
9.   Yamileth Amaya, Legal Assistant or designee.

          Parent reserves the right to have witnesses to testify via telephone. Please contact me at
(202) 742-2000 (ext. 2021) should you wish to discuss the case at more length.

Sincerely,

Roberta Gambale Esq.

Attachments
cc: Student Hearing Office



EXHIBIT
GW-27

## STUDENT HEARING OFFICE OF THE DISTRICT OF COLUMBIA
## AMENDED REQUEST FOR MEDIATION/HEARING

➤ **This form shall be used to give notice to the District of Columbia Public Schools and/or a District of Columbia Public Charter School of parental disagreement with the identification, evaluation or educational placement of their child with a disability, or the timely provision of a free appropriate public education to that child, and to request a hearing and/or mediation regarding the same.**
➤ **This form must be sent to the Student Hearing Office of the District of Columbia, 825 North Capitol Street, N.E., 8ᵗʰ Floor, Washington, D.C. 20002.  Fax number 202-442-5556**

---

Federal law requires that when a parent or representative requests mediation, it shall be offered at no cost to the parent. Mediation may be beneficial in your case.  Please indicate your decision:

___  I REQUEST MEDIATION  ___  I REQUEST MEDIATION AND A HEARING  _X_  I REQUEST A HEARING

---

### STUDENT FOR WHOM MEDIATION/DUE PROCESS HEARING IS REQUESTED

Student Name: G▮▮ W▮▮▮▮▮           DOB: ▮▮▮▮▮ 1987

Address:    201 37ᵗʰ Place S.E.,  Washington D.C. 20019

Present School of Attendance:          Home School:
                                       (Neighborhood school where child is registered)

Friendship Edison Collegiate Academy                N/A

**COMPLAINT IS MADE AGAINST:**  DCPS/Friendship Edison Public Charter School
                                DCPS and/or D.C. Public Charter School-specify  charter school

### INDIVIDUAL REQUESTING MEDIATION/DUE PROCESS HEARING

 Towanda Williams

Address:  201 37ᵗʰ Place S.E.,  Washington D.C. 20019

Phone:  (H) (202)581-9558 (W) _____  (Fax) _____

Relationship to Student: X Parent  ___ Self  __ Legal Guardian  __ Parent Surrogate  ___ Public Agency

### PARENT REPRESENTATIVE/ATTORNEY/ADVOCATE (if applicable):

Name:    Roberta L. Gambale Esq.   ( James Brown & Associates, PLLC)

(Phone)  202-742-2000 (ext 2021)          (Fax)  202-742-2098

84

Address:    1220 L Street, Suite 700, Washington, DC 20005

1.  You must indicate three (3) dates when you and your representative (if you have one) are available within the next twenty (20) days for mediation (if you are requesting mediation) and/or three (3) dates within the next 35 days (or 30 days if you represent a student enrolled at ETS or Rock Creek Academy) when you, your representative, and witnesses will be available to appear for a hearing (if you are requesting a hearing). Please indicate whether you are available in the AM, PM, or both on the identified dates.

Hearings:   April 29, 2004          April 29, 2004          April 29, 2004

Mediation:   _____   _____   _____

**FOR ALL DCPS STUDENTS, IF YOU PROPOSE DATES MORE THAN 35 DAYS FROM THE DATE OF YOUR REQUEST, YOUR SIGNATURE BELOW WILL INDICATE YOUR WAIVER OF YOUR RIGHT TO A HEARING OFFICER DETERMINATION WITH 45 DAYS OF THIS REQUEST. IN THE CASE OF A WAIVER, THE STUDENT HEARING OFFICE WILL CONTINUE TO USE BEST EFFORTS TO ISSUE A HEARING OFFICER DETERMINATION WITHIN 45 DAYS OF YOUR REQUEST (OR AS CLOSE TO 45 DAYS AS IS POSSIBLE).**

**FOR STUDENTS ATTENDING ETS OR ROCK CREEK ACADEMY, IF YOU PROPOSE DATES BEYOND THE 30-DAY PERIOD, YOUR SIGNATURE BELOW WILL INDICATE YOUR WAIVER OF YOUR RIGHT TO A HEARING WITHIN THAT PERIOD.**

Every effort will be made to accommodate your requested dates. Please be aware that proposed hearing dates which fall fewer than 21 days from the date of your request are difficult to accommodate. Your dates are most likely to be available if you propose hearing dates between 21 and 35 (or 30, for students enrolled at ETS or Rock Creek Academy) days from the date your request is received and docketed by the Student Hearing Office.

If none of your proposed dates are available, or if you fail to specify any dates, the Student Hearing Office will schedule your hearing for the first available date. Upon receipt of a Hearing Notice confirming the date of your hearing, you will have an opportunity to file a Motion for Continuance, if necessary, by using the form Motion attached to your Hearing Notice. *Please do not contact the Hearing Office by phone to request a continuance. Only the Hearing Officer assigned to your case is authorized to grant requests for continuances.*

Unless you receive notice that the Hearing Officer has granted your request for a continuance, you must appear for the hearing as scheduled. Failure to report for the hearing may result in dismissal of this case, or in a default decision against you. Disclosure of evidence and witnesses to the opposing party is required at least five business days prior to the hearing, with copies to the Special Education Student Hearing Office.

2.  Special Accommodation Requests for Mediation/Due Process Hearing (please be specific):
    Interpreter:
    ___ Foreign Language
    ___ Sign Language _____
    ___ Other _____

85

Special Communications _____

Special Accommodation for Disability _____

Other _____

3. In accordance with the Individuals with Disabilities Education Act (IDEA), please answer below: (You may attach additional pages to provide more information if needed.)

**Describe the nature of the problem**:

1.   *Failure to Conduct Re- Evaluations in a Timely Manner Pursuant to Parent Request and/or Agreement of the Multidisciplinary Team.*

On or about October 29, 2003, Ms. Towanda Williams, parent of Gloria Williams, (hereinafter referred to as "parent"), through counsel, requested that her child, Gloria Williams, DOB: 1/30/87, be comprehensively re-evaluated. The request for re-evaluations was submitted in writing to Friendship Edison Collegiate Academy ("FEPCS"). A copy of the request was submitted to District of Columbia Public Schools' ("DCPS") Office of Mediation and Compliance. The request included an evaluation authorization form signed by the parent. The request was made pursuant to the Individuals with Disabilities Education Act, 34 C.F.R. Section 300.536(b) which requires the public agency to conduct re-evaluations *"if conditions warrant a reevaluation, or if the child's parent or teacher requests a reevaluation, but at least once every three years"*.

Not only did the Charter School and/or DCPS fail to fully respond to the parent's request for reevaluations, but they also failed to follow through on the decision made by the Multidisciplinary team that convened on or about December 4, 2004 to re-evaluate the student and reconvene a meeting within a forty-five day time period.    To date counsel for parent has yet to receive copies of all completed re-evaluations. Based upon lack of progress, parent strongly suspects that the current placement may not be appropriate for Gloria and/or that all of her educational needs have not been identified. As a result the student has been denied a Free and Appropriate Public Education ("FAPE").

To date, the following evaluations and/or re-evaluations are warranted and have not been received by the parent: 1) Hearing and/or Vision Screening; 2) Vocational Evaluation; 3) Vineland Evaluation and Occupational Therapy Evaluation.

2.   *Failure to Conduct an Annual Review of the Student's Individualized Educational Program ("IEP") and/or to Have a Current IEP in Effect at the Start of the 2003/2004 School Year.*

Pursuant to 34 C.F.R. Section 300. 342 of the Individuals with Disabilities Education Act ("IDEA")  the public agency is required to have an IEP in effect for each student with a disability "at the beginning of the school year". Furthermore 34 C.F.R. Section 300.343 requires that the student's educational program be reviewed *"not less than annually"*.  To the best of the parent's knowledge, both DCPS and/or the Charter School failed to review

the student's IEP program dated June 2002 on or before June 2003 and/or prior to the commencement of the 2003/2004 school year. The IEP was not reviewed until December 2003. At the December 2003 meeting- it was determined that further testing was needed for this student and that the re-evaluations were needed to enable the team to revise he program. If meeting had been convened as required, testing could have been conducted during the summer months and the student's needs could have been more fully addressed prior to the commencement of the school year rather than prior to the conclusion of the school year. In addition, at the December 2003 meeting significant changes were made to this student's program. Prior to the review, the student was receiving all of her specialized instruction in an inclusion setting, subsequent to the meeting Gloria was supposed to be placed in a resource class to receive the majority of her instructional services. As a result the child has been denied FAPE and should be awarded compensatory education.

3.   *Failure to Provide Related Services Pursuant to the Requirement of the Student's Individualized Educational Program in violation of 34 C.F.R. Section 300.401 during the 2002/2003 school year to date.*

District of Columbia Public Schools ("DCPS") and/or Friendship Edison Public Charter School ("FEPCS") have failed to provide Gloria Williams, DOB: 1/30/87, with the full extent of specialized instruction and/or related services pursuant to the requirements of her Individualized Educational Program ("IEP"). According to Gloria's IEP she is and was supposed to receive .5 hours of psychological, 1 hour of speech and language therapy, and 20 hours of specialized instruction per week. This student has not received the full extent of services required by her program. As a result, DCPS and/or FEPCS are in violation of 34 C.F.R. Section 300.401 which requires that the public agency ensures that each disabled child "is provided special education and related services in conformance with an IEP that meets the requirements of Secs. 300.340-300.350. By failing to provide these services they have failed to provide this student with a Free and Appropriate Public Education as required by 34 C.F.R Section 300.121; 125 of the Individuals with Disabilities Education Act (IDEA) as a remedy the student should be entitled to an award of Compensatory Education.

*Failure to develop an adequate Compensatory Education Program for the Student.*

During the first half of the 2003/2004 school year the student was placed in a regular education setting despite the fact that her educational program required that she receive services on a full-time basis. She was enrolled in classes such as Fashion, Biology, Spanish and Math. She was not enrolled in an English or Reading class. She has performed poorly in the classroom as indicated by her report forms and lack of progress seen in the re-evaluation results.   At the March 31, 2004, without parent participation, FEPCS determined that they would provide the student with 30 hours of math tutoring services to compensate her for services not provided during the school year. Given the amount of services and instruction that FEPCS failed to provide the 30 hours of math

87

tutoring offered to the student on Saturdays only- is insufficient to remediate denials of FAPE that have occurred.

4. ***Failure to Develop an Appropriate Individualized Educational Program ("IEP") for the Student during the 2002/2003 and a Portion of the 2003/2004 School Year and/or Denial of FAPE.***

34 C.F.R. Section 300.347 requires that the Individualized Educational Program ("IEP") for each disabled child contain information regarding the student's present levels of performance and/or transition services for students age 14 or older. District of Columbia Public Schools ("DCPS") and/or Friendship Edison Public Charter School ("FEPCS") failed to meet the standards set forth in this section and failed to develop an appropriate program for Gloria Williams during the 2002/2003 and 2003/2004 school years by failing to include sufficient information regarding present levels of performance and transition service needs in Gloria's IEP. As a result she has been denied a Free and Appropriate Public Education ("FAPE") as required by the Individuals with Disabilities Education Act ("IDEA") and should be entitled to compensatory relief.

5. ***Inappropriate and/or Inadequate Individualized Educational Program ("IEP").***

Friendship Edison Public Charter School ("FEPCS") failed to develop an adequate and/or appropriate Individualized Educational Program ("IEP") for Gloria Williams, DOB: 11/30/87, in accordance with the standards set forth in 34 C.F.R. Section 300.347. A meeting was held without parent participation on or about March 31, 2004 for the purpose of reviewing evaluations and revising the student's existing program. At the time of the March 2004 IEP meeting comprehensive re-evaluations requested in October 2003 had not been completed. The parent objects to the IEP that was developed on March 31, 2004 for reasons to include, but not limited to:

a) The IEP fails to specify the frequency and duration of psychological counseling services to be provided to Gloria and the IEP fails to provide a mechanism for evaluating progress relating to achievement of social and emotional goals despite the fact that recommendations were made to increase psycho-social counseling for Gloria for the purpose of raising her awareness of strengths and weakness and learning more appropriate coping and problem-solving skills, as well as, more appropriate ways to communicate and express herself.

b) The IEP does not contain a transition service plan and/or any goals and/or objectives related to meeting this student's transitional service needs as identified in the MDT meeting notes. Gloria is currently 16 years old and in the 11th grade. It has been determined that it will not be feasible for her to earn the credits that she needs to graduate with a high school diploma by the end of her senior year. She will likely need at least one additional year to earn the requisite credits. It has been determined that she could be a candidate for vocational training.

c) The IEP does not provide sufficient instructional services to the student to meet her educational needs. The amount of instructional services to be provided to the student have been significantly reduced despite the fact that the most recent educational evaluation conducted for this student indicates that she is only function on a 4-5[th] grade level in reading and a 3rd grade level in math.

d) The IEP inaccurately reflects the student's disability classification and is not based on appropriate or adequate testing information. Prior to the March 31, 2004 meeting, Gloria was diagnosed as student with mild mental retardation based on the results of previous psycho-educational evaluation test scores and a Vineland Evaluation. Parent has yet to receive a copy of a completed Vineland Re-evaluation and/or other Adaptive Assessment conducted for Gloria. The information provided to the team concerning this student's adaptive skills was vague and undocumented.

e) The IEP fails to address deficits in vocabulary, as well as weaknesses in oral formulation and organization and possible auditory memory deficits. These are all identified areas of weakness in the educational program. Furthermore, how the impact that student's deficits in reading and math will have on her ability to perform in other academic areas has not been adequately addressed by the current program.

As a result of these defects, Gloria Williams continues to be denied a Free and Appropriate Public Education (FAPE) and should be entitled to compensatory relief.

6.    *Failure to Allow Parent and/or her Representative to participate on the IEP team.*

The parent specifically requested that the meeting proposed for March 31, 2004 be rescheduled and that notice of the meeting be provided to and the meeting be scheduled through her legal representative. Ms. Michelle Moody, the educational advocate working with parent's counsel, contacted the school and identified alternate dates and times for the meeting and was not informed that the school was intending to go forward with the meeting despite the parent's request. Furthermore, all of the re-evaluations that the MDT deemed necessary to adequately revise the student's program had not been completed and/or supplied to the parent and/or counsel for the parent at the time the meeting was proposed.

Pursuant to 34 C.F.R. Section 300.344 the public agency must ensure the parent and/other individuals at the parent's discretion be included in the IEP team. Furthermore, pursuant to 34 C.F.R. Section 300.345 meetings are supposed to be scheduled at mutually agreed upon time and place. The agency is not authorized to proceed without the parent where they have not attempted to arrange the meeting at a mutually agreed upon time and place

Parent is not in agreement with the program developed for Gloria. The parent is not in agreement that the Compensatory Education offered to Gloria is sufficient to address past denials of FAPE. The parent is not in agreement with the change in the disability classification of the student.

## Describe issues to be addressed at the mediation and/or hearing, with specificity:

1. Whether or not District of Columbia Public Schools ("DCPS") and/or the Charter School failed to conduct re-evaluations for the student?

2. Whether or not District of Columbia Public Schools ("DCPS") and/or the Charter School failed to convene an annual IEP review meeting?

3. Whether or not District of Columbia Public Schools ("DCPS") and/or the Charter School failed to provide the student with services pursuant to the requirements of her IEP?

4. Whether or not District of Columbia Public Schools ("DCPS") and/or the Charter School failed to provide the student with an appropriate IEP for the 2002/2003 and 2003/2004 school years?

5. Whether or not District of Columbia Public Schools ("DCPS") and/or the Charter School failed to develop an appropriate compensatory education program for the student

6. Whether or not District of Columbia Public Schools ("DCPS") and/or the Charter School failed to appropriately include the parent as part of the IEP team for the student on 3/31/04 and/or scheduled the meeting at a mutually agreeable time and place as required by IDEA?

7. Whether or not the Individualized Educational Program ("IEP") developed for the student on or about March 31, 2004 was appropriate and/or adequate in order to meet the student's needs?

## Describe relevant facts relating to the problem:

Gloria Williams is currently an Eleventh Grade Student at Friendship Edison Collegiate Academy. She was classified as a Mentally Retarded student until March 31, 2004 when FEPCS changed her classification to Learning Disabled despite the fact, that to the best knowledge of the parent, a Vineland Re-evaluation was never completed. Prior to the modification of her IEP in December

2003 she was supposed to be placed in an inclusion setting at FEPCS, however, her class schedule for that time period indicates she was placed in a regular education setting.

**State how you would like to see the problem corrected:**

1.    DCPS/Charter School shall conduct the following re- evaluations for the student, to include but not limited to: 1) Vineland; 2) Hearing and Vision Screening;  3) Occupational Therapy and/or Physical Therapy if warranted and  4) Level III Vocational Assessment and provide copies of all  completed evaluations to the parent's counsel within 15 calendar days of the issuance of the HOD;

2.    In the event that DCPS/Charter School fails to conduct reevaluations for the student, DCPS/Charter School shall fund the parent's Independent Educational Evaluations;

3.    The MDT shall be convened within 10 calendar days of the completion/receipt of the evaluation reports to review reevaluations, revise the IEP, discuss placement and develop a compensatory education plan for denials of FAPE over the past 3 years;

4.    All meetings shall be scheduled through counsel for the parent;

5.    The hearing officer should order any and all other relief that is deemed to be appropriate.

_____    April 16, 2004
Signature of Applicant/Parent (Required)          Date (Required)

**MAIL, FAX, OR DELIVER APPLICATION TO:**
**Student Hearing Office of the District of Columbia**
**828 North Capitol Street, NE, 8th Floor**
**Washington, DC  20002          FAX:  (202) 442-5556**

*FOR OFFICE USE ONLY:*
Case Number: _____
Student ID#: _____

Form 101                                    Revised 02/01/2003

04/16/2004 10:11 FAX 202 742 2098          Murrell Brown                          ☎001

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO              0886
CONNECTION TEL                    94425098
CONNECTION ID        OFF.OF GENERAL C
ST. TIME             04/16 09:34
USAGE T              01'32
PGS. SENT                  9
RESULT               OK
```

# JAMES E. BROWN & ASSOCIATES, PLLC
### A Professional Limited Liability Company

James E. Brown
Domiento C.R. Hill*◊∆
Brenda McAllister*◊∆
Roberta Gambale
Miguel A. Hull

Attorneys at Law
1220 L Street, NW
Suite 700
Washington, DC 20005
Telephone: (202) 742-2000
Facsimile: (202) 742-2098

Christopher L. West◆◊
Juan J. Fernandez! ◊
Christina Busso◆◊
Anne E. Ford
Tilman L. Gerald∆

---

* Admitted in Maryland Only
◆ Admitted in New York Only
! Admitted in Bolivia Only

● Admitted in Mass. Only
∆ Member of the DC Federal Bar

# *FAX COVER SHEET*

DATE:        4/16/04

TO:          Tiffany Puckett, Esq.

PHONE:       (202) 442-5000

FAX NO:      (202) 442-5098

FROM:        Roberta L. Gambale Esq.

SUBJECT:     Amended Due Process Hearing Request for G▒▒ W▒▒, DOB: ▒▒/87

NUMBER OF PAGES INCLUDING COVER SHEET: 9

COMMENTS:

```
*********************
***   TX REPORT   ***
*********************


TRANSMISSION OK

TX/RX NO            0887
CONNECTION TEL                    94425556
CONNECTION ID
ST. TIME            04/16 09:36
USAGE T             01'26
PGS. SENT            9
RESULT             OK
```

# JAMES E. BROWN & ASSOCIATES, PLLC
### *A Professional Limited Liability Company*

James E. Brown
Domiento C.R. Hill*◊△
Brenda McAllister*◊△
Roberta Gambale
Miguel A. Hull

Attorneys at Law
1220 L Street, NW
Suite 700
Washington, DC 20005
Telephone: (202) 742-2000
Facsimile: (202) 742-2098

Christopher L. West◆◊
Juan J. Fernandez! ◊
Christina Busso◆◊
Anne E. Ford
Tilman L. Gerald△

------------------------------
\* Admitted in Maryland Only
◆ Admitted in New York Only
! Admitted in Bolivia Only

------------------------------
● Admitted in Mass. Only
△ Member of the DC Federal Bar

# *FAX COVER SHEET*

DATE:       4/16/04

TO:         DCPS Student Hearing Office (Attn: Mr. Phoenix)

PHONE:      (202) 442-5432

FAX NO:     (202) 442-5556

FROM:       Roberta L. Gambale Esq.

SUBJECT:    Amended Due Process Hearing Request for G▇▇ W▇▇▇, DOB:▇▇/87

NUMBER OF PAGES INCLUDING COVER SHEET: 9

COMMENTS:   Hearing has been scheduled for 4/29/04 at 11:00 a.m.

04/16/2004 10:11 FAX 202 742 2098    Murrell Brown    001

```
************************
***   TX REPORT   ***
************************

TRANSMISSION OK

TX/RX NO              0888
CONNECTION TEL                97036423101
CONNECTION ID
ST. TIME             04/16 09:38
USAGE T              01'42
PGS. SENT            9
RESULT               OK
```

# JAMES E. BROWN & ASSOCIATES, PLLC
### *A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Christopher L. West*◊ |
| Domiento C.R. Hill*◊△ | 1220 L Street, NW | Juan J. Fernandez! ◊ |
| Brenda McAllister*◊△ | Suite 700 | Christina Busso◊◊ |
| Roberta Gambale | Washington, DC 20005 | Anne E. Ford |
| Miguel A. Hull | Telephone: (202) 742-2000 | Tilman L. Gerald△ |
| | Facsimile: (202) 742-2098 | |

* Admitted in Maryland Only
● Admitted in New York Only
! Admitted in Bolivia Only

● Admitted in Mass. Only
△ Member of the DC Federal Bar

# *FAX COVER SHEET*

DATE:        4/16/04

TO:          Paul Dalton, Esq.

PHONE:       (703)941-4455

FAX NO:      (703) 642-3101

FROM:        Roberta L. Gambale Esq.

SUBJECT:     Amended Due Process Hearing Request for G███ W██████ DOB:██/87

NUMBER OF PAGES INCLUDING COVER SHEET: 9

COMMENTS:

94

EXHIBIT
CW-28

## James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

James E. Brown
Domiento C.R. Hill*◊△
Brenda McAllister*◊△
Roberta Gambale
Miguel A. Hull

Attorneys at Law
1220 L Street, NW
Suite 700
Washington, DC 20005
Telephone: (202) 742-2000
Facsimile: (202) 742-2098

Christopher L. West◆◊
Juan J. Fernandez!
Christina R. Busso◆◊
Ann E. Ford
Tilman L. Gerald△

------------------------------------
\* Admitted in Maryland Only
◆ Admitted in New York Only
! Admitted in Bolivia Only

------------------------------------
● Admitted in Mass. Only
△ Member of the DC Federal Bar

**April 13, 2004**

**Via Facsimile Only**
Paul S. Dalton, Esq.
6303 Little River Turnpike, Ste 310
Alexandria, VA. 22312-5045

RE:   G█ W█████, DOB: ██/87

Dear Mr. Dalton:

I am writing to follow up on the evaluation status and IEP for G█ W█████. To date, I am in receipt of the following evaluations:

- Psycho-educational dated 2/27/04
- Educational dated 11/13/03
- Clinical dated 3/15/04
- Social Work dated 1/19/04
- Social Work Addendum dated 3/4/04
- Speech Therapy Evaluation dated 3/4/04
- Classroom observation dated 3/3/04.

I do not have copies of the Hearing and/or Vision Screening, the Vocational evaluation, the Vineland and/or the Occupational Therapy evaluation. Please forward these if completed.

I also do not have a copy of the student's most recent IEP. I suspect that someone inadvertently picked up my copy at the last hearing. I have talked to the school and they have indicated that they will fax me a copy of the March IEP and meeting notes.

Sincerely,

Roberta L. Gambale, Esq.

◊ *"Practice is limited solely to matters before the District of Columbia Public Schools' Office of Student Hearings under the District of Columbia Court of Appeals Rule 49(c) (5)."*

95

## James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

EXHIBIT
GW-29
ALL-STATE LEGAL®

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Christopher L. West◆◊ |
| Domiento C.R. Hill*◊∆ | 1220 L Street, NW | Juan J. Fernandez! |
| Brenda McAllister*◊∆ | Suite 700 | Christina R. Busso◆◊ |
| Roberta Gambale | Washington, DC 20005 | Ann E. Ford |
| Miguel A. Hull | Telephone: (202) 742-2000 | Tilman L. Gerald∆ |
| | Facsimile: (202) 742-2098 | |

-----------------------------------

\* Admitted in Maryland Only
◆ Admitted in New York Only
! Admitted in Bolivia Only

-----------------------------------

● Admitted in Mass. Only
∆ Member of the DC Federal Bar

**April 14, 2004**

**<u>Via Facsimile Only</u>**
Paul S. Dalton, Esq.
6303 Little River Turnpike, Ste 310
Alexandria, VA. 22312-5045

<u>RE:   G██ W████ DOB: ██/87</u>

Dear Mr. Dalton:

I still have not received a copy of G███'s IEP and meeting notes. As I indicated previously, when I returned to my office following our last hearing, I discovered that the IEP was not in my possession. I suspect that someone inadvertently picked up my copy. Mr. Arrington, in Special Education Department at the school has been very cordial concerning this matter but has indicated that he is also having difficulty locating the document and has been unable to fax me a copy.

I will not be able to address the parent's concerns regarding the program unilaterally developed by the school without access to the document.

I appreciate your cooperation and look forward to hearing from you.

Sincerely,

Roberta L. Gambale, Esq.

**James E. Brown & Associates, PLLC**
*A Professional Limited Liability Company*

EXHIBIT
GW-30
ALL-STATE LEGAL®

| James E. Brown | Attorneys at Law | Christo... |
| Domiento C.R. Hill*◊∆ | 1220 L Street, NW | Juan J. Fernandez. |
| Brenda McAllister*◊∆ | Suite 700 | Rachel K. Rubenstein●◊ |
| Roberta Gambale | Washington, DC 20005 | Christina R. Busso◊◊ |
| Miguel A. Hull | Telephone: (202) 742-2000 | Ann E. Ford ◊◊ |
| | Facsimile: (202) 742-2098 | |

----------------------------------
\* Admitted in Maryland Only
◆ Admitted in New York Only
! Admitted in Bolivia Only

----------------------------------
● Admitted in Mass. Only
∆ Member of the DC Federal Bar

March 23, 2004

Friendship Edison Public Charter School
Mr. Wallace Henry, Special Education Coordinator
4800 Minnesota Ave
Washington D.C. 20019



RE: ██████ W██████

Dear Mr. Henry;

It has come to my attention that you are trying to schedule a multidisciplinary team meeting for
G██ W█████. Please be advised, the parent and I are unable to meet on March 30, 2004. Please
consider the following dates and times to convene a meeting:  4/4/04 in the morning anytime, 4/6/04
anytime, or 4/8/04 anytime. Please call me at your earliest convenience in regards to your
availability. My phone number is 202-742-2006 and my fax number is 202-742-2098.

Thank You,

Michelle Moody
Educational Advocate

◊ *"Practice is limited solely to matters before the District of Columbia Public Schools' Office of Student Hearings under the District of Columbia
Court of Appeals Rule 49(c)(5)."*

97

March 23, 2004


Friendship Edison Public Charter School
Mr. Wallace Henry, Special Education Coordinator
4800 Minnesota Ave
Washington D.C. 20019

RE: G████ W██████


Dear Mr. Henry;


It has come to my attention that you are trying to schedule a multidisciplinary team meeting for
G████ W██████. Please be advised, the parent and I are unable to meet on March 30, 2004. Please
consider the following dates and times to convene a meeting: 4/4/04 in the morning anytime, 4/6/04
anytime, or 4/8/04 anytime. Please call me at your earliest convenience in regards to your
availability. My phone number is 202-742-2006 and my fax number is 202-742-2098.



Thank You,

Michelle Moody
Educational Advocate



◊ "Practice is limited solely to matters before the District of Columbia Public Schools' Office of Student Hearings under the District of Columbia
Court of Appeals Rule 49(c)(5)."


```
                                                     RESULT              OK
                                                   PGS. SENT             1
                                                   USAGE T           00.32
                                                   ST. TIME      03/23 19:58
                                                CONNECTION ID
                                                  SUBADDRESS
                                                CONNECTION TEL     12023968229
                                                   TX/RX NO           2242

                                           TRANSMISSION OK


                           *********************
                     ***     TX REPORT     ***                              98
                           *********************
```

**James E. Brown & Associates, PLLC**
*A Professional Limited Liability Company*

ALL-STATE LEGAL®

EXHIBIT

GW-31

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Christo[...] |
| Domiento C.R. Hill*◊∆ | 1220 L Street, NW | Juan J. Fernandez! |
| Brenda McAllister*◊∆ | Suite 700 | Rachel K. Rubenstein●◊ |
| Roberta Gambale | Washington, DC 20005 | Christina R. Busso◊◊ |
| Miguel A. Hull | Telephone: (202) 742-2000 | Ann E. Ford ◊◊ |
| | Facsimile: (202) 742-2098 | |

---

\* Admitted in Maryland Only
◆ Admitted in New York Only
! Admitted in Bolivia Only

● Admitted in Mass. Only
∆ Member of the DC Federal Bar

March 29, 2004

Edison Friendship Public Charter School
4300 Minnesota Ave NE
Washington, DC 20019

<u>RE: G&#9608;&#9608; W&#9608;&#9608;</u>

Dear Mrs. Opelac;

I am writing as a following up to the voice mail that I received from you March 26, 2004 which was in response to two voice mails I left for you March 26, 2004. In my voice both of my voice mails, I indicated that the parent of G&#9608; W&#9608; and I were unable to agree to a meeting without all of the necessary evaluations for G&#9608; In your voice mail, you indicated that you planned to go forward with the meeting for G&#9608; W&#9608; without the parent. The parent of G&#9608; W&#9608; requests that you do not go forward with the meeting without her present. In addition, the parent requests that a meeting be scheduled upon receipt of the completed evaluations. Please call me regarding this matter. My phone number is 202-742-2006 and my fax number is 202-742-2098.

Thank You,

Michelle Moody
Educational Advocate

cc: Mr. Wallace Henry , Special Education Coordinator

---

◊ *"Practice is limited solely to matters before the District of Columbia Public Schools' Office of Student Hearings under the District of Columbia Court of Appeals Rule 49(c)(5)."*

99

March 29, 2004

Edison Friendship Public Charter School
4300 Minnesota Ave NE
Washington, DC 20019

<u>RE: G████ W██████</u>

Dear Mrs. Opelac;

I am writing as a following up to the voice mail that I received from you March 26, 2004 which was in response to two voice mails I left for you March 26, 2004. In my voice both of my voice mails, I indicated that the parent of G████ W██████ and I were unable to agree to a meeting without all of the necessary evaluations for G████ In your voice mail, you indicated that you planned to go forward with the meeting for G████ Williams without the parent. The parent of G████ W██████ requests that you do not go forward with the meeting without her present. In addition, the parent requests that a meeting be scheduled upon receipt of the completed evaluations. Please call me regarding this matter. My phone number is 202-742-2006 and my fax number is 202-742-2098.

Thank You,

Michelle Moody
Educational Advocate

cc: Mr. Wallace Henry , Special Education  Coordinator

◊ "Practice is limited solely to matters before the District of Columbia Public Schools' Office of Student Hearings under the District of Columbia Court of Appeals Rule 49(c)(5)."

| RESULT | OK |
| --- | --- |
| PGS. SENT | 1 |
| USAGE T | 00.35 |
| ST. TIME | 03/29 20:03 |
| CONNECTION ID | |
| SUBADDRESS | |
| CONNECTION TEL | 12023968229 |
| TX/RX NO | 1670 |

TRANSMISSION OK

*********************
***  TX REPORT  ***
*********************

100