

# DISTRICT OF COLUMBIA PUBLIC SCHOOLS

## REPORT FORM

07/03/01
*FRANCIS JUNIOR HIGH SCHOOL*
REPORT TO PARENTS ON STUDENT PROGRESS

EXHIBIT
GW-5
ALL-STATE LEGAL

STUDENT ID: ███████        STUDENT NAME: W████, G████
GRADE:      08              HOMEROOM:      8116                              176

| COURSE SEC SUBJECT<br>TEACHER | COMMENTS | ADV 1 | ADV 2 | ADV 3 | ADV 4 | FINAL | EARN CRED | CLASS ABSENCE ADV YTD |
|---|---|---|---|---|---|---|---|---|
| E02   11  ENGLISH 8<br>SEWELL | POOR BEHAVIOR<br>POOR BEHAVIOR | D | D- | D- | D | *D-* | | 0 |
| H15   11  AMER HISTORY<br>BRILEY | NEEDS MORE STUDY<br>DOES NOT BRING MATERIALS | D | C- | F | D | *D* | | 0 |
| L11   03  FRENCH I<br>GLOVER | NEEDS MORE STUDY<br>DOES NOT BRING MATERIALS | P | D- | F | D | *D-* | 1.00 | 0 |
| M08   10  PRE-ALGEBRA 8<br>BURNS | POOR BEHAVIOR<br>DOES NOT PARTICIPATE | F | D- | F | F | *F* | | 3 |
| P12   09  HLTH & PE 8<br>CABINESS | DOES NOT PARTICIPATE<br>DOES NOT BRING MATERIALS | | | F | F | *F* | | 0 |
| S02   11  PHYSICAL SCIENC<br>UKAEGBU | LACKS INITIATIVE<br>DOES NOT BRING MATERIALS | C | B- | C+ | C | *C+* | | 0 |



PROMOTED PENDING
SUMMER SCHOOL

HOMEROOM ABSENCES: 31.0    EXCUSED: 0.0    UNEXCUSED: 31.0    TARDY: 16

G████ W████
201 37TH PL SE
WASHINGTON, DC 20019

151



# DISTRICT OF COLUMBIA PUBLIC SCHOOLS

## REPORT FORM

EXHIBIT

GW-6

ALL-STATE LEGAL®

07/20/01
*LINCOLN SUMMER SCHOOL*
REPORT TO PARENTS ON STUDENT PROGRESS

STUDENT ID: ██████    STUDENT NAME: W██████, G██████
GRADE: 08    HOMEROOM: 215    PROGRAM: MAKE                    30

| COURSE TEACHER | SEC | SUBJECT COMMENTS | ADV 1 | ADV 2 | FINAL | EARN CRED | CLASS ABSENCE ADV YTD |
|----------------|-----|------------------|-------|-------|-------|-----------|------------------------|
| M08 ADAMS | 15 | PRE-ALGEBRA | D+ | | | | 0 |

HOMEROOM ABSENCES: 0.0    EXCUSED: 0.0    UNEXCUSED: 0.0    TARDY: 0

G██████ W██████
201 37TH PL SE
WASHINGTON, DC 20019



STANFORD ... ES, NINTH EDITION

EXHIBIT
GW-7
ALL-STATE LEGAL®

**STUDENT REPORT FOR**
G‗‗‗‗ R W‗‗‗‗
Age: 13 Yrs 08 Mos
Student No:

TEACHER: MR LEE
SCHOOL: FRANCIS JHS - 409
DISTRICT: DC PUBLIC SCHOOLS
TEST TYPE: MULTIPLE CHOICE

GRADE: 08
TEST DATE: 09/00

| SUBTESTS AND TOTALS | No. of Items | Raw Score | Scaled Score | National PR-S | National NCE |
|---|---|---|---|---|---|
| Total Reading | 84 | 25 | 608 | 2-1 | 6.7 |
| Vocabulary | 30 | 14 | 638 | 11-3 | 24.2 |
| Reading Comp. | 54 | 11 | 589 | 1-1 | 1.0 |
| Total Mathematics | 80 | 12 | 601 | 2-1 | 6.7 |
| Problem Solving | 50 | 5 | 577 | 1-1 | 1.0 |
| Procedures | 30 | 7 | 632 | 9-2 | 21.8 |
| Partial Battery | 164 | 37 | NA | 4-2 | 12.0 |



NATIONAL GRADE PERCENTILE BANDS
1   10   30   50   70   90   99

| CONTENT CLUSTERS | RS/ NP/ NA | Below Average | Average | Above Average |
|---|---|---|---|---|
| **Reading Vocabulary** | 14/ 30/ 30 | ✓ | | |
| Synonyms | 11/ 16/ 16 | | ✓ | |
| Context | 2/ 7/ 7 | ✓ | | |
| Multiple Meanings | 1/ 7/ 7 | ✓ | | |
| **Reading Comprehension** | 11/ 54/ 54 | ✓ | | |
| Recreational | 7/ 18/ 18 | ✓ | | |
| Textual | 1/ 18/ 18 | ✓ | | |
| Functional | 3/ 18/ 18 | ✓ | | |
| Initial Understanding | 2/ 10/ 10 | ✓ | | |
| Interpretation | 5/ 24/ 24 | ✓ | | |
| Critical Analysis | 3/ 10/ 10 | ✓ | | |
| Process Strategies | 1/ 10/ 10 | ✓ | | |
| **Mathematics: Problem Solving** | 5/ 50/ 50 | ✓ | | |
| Measurement | 0/ 5/ 5 | | ✓ | |
| Estimation | 2/ 6/ 6 | ✓ | | |
| Problem-Solving Strategies | 0/ 5/ 5 | ✓ | | |
| Number & No. Relationships | 0/ 6/ 6 | ✓ | | |
| Number Systems & No. Theory | 0/ 4/ 4 | | ✓ | |
| Patterns & Functions | 1/ 3/ 3 | ✓ | | |
| Algebra | 1/ 4/ 4 | ✓ | | |
| Statistics | 1/ 5/ 5 | ✓ | | |
| Probability | 0/ 3/ 3 | ✓ | | |
| Geometry | 0/ 9/ 9 | ✓ | | |
| **Mathematics: Procedures** | 7/ 30/ 29 | ✓ | | |
| Computation/Symbolic Notation | 1/ 8/ 7 | ✓ | | |
| Computation in Context | 5/ 18/ 18 | | ✓ | |
| Rounding | 1/ 4/ 4 | ✓ | | |

STANFORD LEVEL/FORM: Advanced 1/S

  **ACHIEVEMENT TEST SERIES, NINTH EDITION SELECT**

**STUDENT REPORT with PERFORMANCE STANDARDS FOR**

G___ R W___

Age: 13 Yrs 08 Mos
Student No: ___

TEACHER:  MR LEE
SCHOOL:  FRANCIS JHS - 409
DISTRICT:  DC PUBLIC SCHOOLS
TEST TYPE: MULTIPLE CHOICE

GRADE:  08
TEST DATE:  09/00

| SUBTESTS AND TOTALS | No. of Items | Raw Score | PERFORMANCE STANDARD |
|---|---|---|---|
| Total Reading | 84 | 25 | BELOW BASIC |
| Vocabulary | 30 | 14 | BELOW BASIC |
| Reading Comp. | 54 | 11 | BELOW BASIC |
| Total Mathematics | 80 | 12 | BELOW BASIC |
| Problem Solving | 50 | 5 | BELOW BASIC |
| Procedures | 30 | 7 | BELOW BASIC |

Performance Standards are content-referenced scores that reflect what students know and should be able to do in given subject areas. The Stanford Performance Standards were determined by expert panels of educators, who judged each test question on the basis of how students at different levels of achievement should perform. These expert judgments yielded four categories or levels of student performance.

**Below Basic** indicates little or no mastery of fundamental knowledge and skills.

**Basic** denotes partial mastery of the knowledge and skills that are fundamental for satisfactory work. At the high school level, this is higher than minimum competency skills.

**Proficient** represents solid academic performance, indicating that students are prepared for the next grade. At the high school level, this indicates preparedness for democratic citizenship, responsible adulthood, and productive work.

**Advanced** signifies superior performance beyond grade-level mastery. At the high school level, this shows readiness for rigorous college courses, advanced technical training, or employment requiring advanced academic achievement.

**NOTES**

STANFORD LEVEL/FORM: Advanced 1/S

Copy 03
Process No. 10092010-3082031-0029-33383-3

# FRIENDSHIP-EDISON COLLEGIATE ACADEMY
## CARTER G. WOODSON
### QUARTERLY DEFICIENCY/PROGRESS REPORT

Quarter: _First_    Grade: _9_    Team: _Apex_    Advisor: _Bobo_

Student Name: _W___, G.

| Subject | Teacher | Academic Performance | Behavior | Comments |
|---|---|---|---|---|
| Math | Fannsie | U | U | 5, 6, 7, 8 |
| Literature and Language Arts | Bobo | U | S – | 4, 5, 6 |
| Science | Edwards | U | U | 5, 6, 7, 8, 9 Excessive Tardies Abs |
| Social Studies | Phillips | U | S – | 5, 6, 8 tut 4 |
| World Language Spanish | Wilson | Fail | S – | 5, 6 |
| Art | Johnson | E | | E |
| Music | | | | |
| Health and Fitness | | | | |
| Tutorial | | | | |

**S: Satisfactory    U: Unsatisfactory**

5. Has missing and/or incomplete assignments
6. Has low quiz and/or test scores
7. Often disrupts class
8. Not working up to potential

9. Failing subject
10. Parent Conference requested
11. Please contact teacher

**Comments Codes:**
1. Outstanding Student
2. Comes to class prepared and ready to work
3. Is eager to learn
4. Is showing improvement

Original: Student's File
Pink: Parent
Yellow: Advisor

EXHIBIT GW-8
ALL-STATE LEGAL

# FRIENDSHIP-EDISON COLLEGIATE ACADEMY

## CARTER G. WOODSON
### QUARTERLY DEFICIENCY/PROGRESS REPORT

Quarter: _____

Student Name: W____ G.    Grade: 9th    Team: Apex    Advisor: Bobo

| Subject | Teacher | Academic Performance | Behavior | Comments |
|---|---|---|---|---|
| Math | Faux Turner | U | S | 5, 8 |
| Literature and Language Arts | Bobo | S | S | 4 |
| Science | Edwards | S-/U | S-/U | 4, but 5, 8, 12 |
| Social Studies | Hudgins | U | S-/U | 5, 8, (12), 9 |
| World Language | Carter | U | — | |
| Art | | | | |
| Music | | | | |
| Health and Fitness | Harris | S | — | 2, 3 |
| Tutorial | Bobo | U | — | has never attended |

**S: Satisfactory    U: Unsatisfactory**

| Original: Student's File |
|---|
| Pink: Parent |
| Yellow: Advisor |

**Comments Codes:**
1. Outstanding Student
2. Comes to class prepared and ready to work
3. Is eager to learn
4. Is showing improvement
5. Has missing and/or incomplete assignments
6. Has low quiz and/or test scores
7. Often disrupts class
8. Not working up to potential
9. Failing subject
10. Parent Conference requested
11. Please contact teacher
12. **DEFICIENCY NOTICE**

156

# Quarterly Learning Contract
**Edison Friendship Collegiate Acad**



EXHIBIT
GW-9

| Student: | G___R W_____ | House: | | Teaching Team: |
| Advisor: | | Qtr/Year: **1st Quarter 2001 - 2002** | | |
| Academy: **Senior** | | Tardy: | | |
| Grade Level: **09** | | Absent: | | |
| GPA: **0.00** | | | | |

**REPORT: First Quarter 2001 - 2002**                    **Gloria R Williams**

**Course: MID MTG**

| | 1st Qtr. | 2nd Qtr. | 3rd Qtr. | 4th Qtr. |
|---|---|---|---|---|
| Class | MID MTG | | | |
| Teacher | Candice Bobo | | | |
| Level | On | | | |
| Performance | Beginning | | | |
| Grade | S-/U | | | |

**Comments:**
Needs to spend more time focusing on the Edison Core Values. Gloria cuts advisory an average of 3 days a week. When she is in attendance, she is does not put effort into learning. Gloria is uses inappropriate tone and language when addressing her intstuctors. She is very argumentative and easy to take offense. Gloria also speaks to her classmates in a demeaning and discouraging manner.

**Course: Visual Arts 1201** Fine Arts

| | 1st Qtr. | 2nd Qtr. | 3rd Qtr. | 4th Qtr. |
|---|---|---|---|---|
| Class | Visual Arts 1201 | | | |
| Teacher | Byron Johnson | | | |
| Level | Below | | | |
| Performance | Developing | | | |
| Grade | F | | | |

**Comments:**
This advisory was spent studying the elements of design, human proportions and basic drawing/ sketching techniques including mutli-point perspective, shading and thumbnails. Gloria has to pay more attention to the lessons taught in class and work at completing the assigned projects. She needs to learn to focus and realize that her inactivity will have negative consequences

**Course: Hist.-S. Sci. 3102** History/Social Science

| | 1st Qtr. | 2nd Qtr. | 3rd Qtr. | 4th Qtr. |
|---|---|---|---|---|
| Class | Hist.-S. Sci. 3102 | | | |
| Teacher | Alicia Hudgins | | | |
| Level | On | | | |
| Performance | Beginning | | | |
| Grade | F | | | |

**Comments:**
During the first quarter, students were expected to demonstrate understanding of the conception and development of the American nation from 1600 to 1877 (Standard 1). Grades are comprised of three equal parts: participation (attendance, behavior, classwork, homework, and class participation); assessments (quizzes, tests, and papers); and projects.

Gloria has the potential to be a satisfactory student; however, she has produced little to no work. Additionally, her attendance is sporadic which negatively affects her academic performance. Her behavior is also a hinderance to her achievement.

157

**Course: Lit/Lang Arts 4103** Literature/Language Arts

| | 1st Qtr. | 2nd Qtr. | 3rd Qtr. | 4th Qtr. |
|---|---|---|---|---|
| Class | Lit/Lang Arts 4103 | | | |
| Teacher | Candice Bobo | | | |
| Level | Below | | | |
| Performance | Beginning | | | |
| Grade | F | | | |

**Comments:**
This quarter students worked on effectively communicating information, ideas and opinion through writing, speaking and representing. They continuously practiced vocabulary building and began applying the tools of literary analysis to works of literature.

Gloria does not complete assignments. She needs to stay focused and find more tactful ways of expressing herself.

**Course: Mathematics 5102** Mathematics

| | 1st Qtr. | 2nd Qtr. | 3rd Qtr. | 4th Qtr. |
|---|---|---|---|---|
| Class | Mathematics 5102 | | | |
| Teacher | YaYa Fanusie | | | |
| Level | Below | | | |
| Performance | Beginning | | | |
| Grade | F | | | |

**Comments:**
Students were expected to understand numbers, ways of representing numbers and the relationships among numbers, as well as utilize appropriate methods of estimation.

Gloria sits in class, does very little work is very disrespectful.

**Course: Community Service** Other

| | 1st Qtr. | 2nd Qtr. | 3rd Qtr. | 4th Qtr. |
|---|---|---|---|---|
| Class | Community Service | | | |
| Teacher | Administrator 1 | | | |
| Level | | | | |
| Performance | | | | |
| Grade | F | | | |

**Comments:**

**Course: Active Physics: Science 7001** Science

| | 1st Qtr. | 2nd Qtr. | 3rd Qtr. | 4th Qtr. |
|---|---|---|---|---|
| Class | Physics | | | |
| Teacher | Stacey Edwards | | | |
| Level | | | | |
| Performance | Beginning | | | |
| Grade | F | | | |

**Comments:**
Standards:  Inference and Evidence: SCIENCE AS INQUIRY:  Analyze data in order to synthesize evidence-based explanations and models based on established scientific explanations and models of scientific concepts, and assess these explanations and models based on established scientific knowledge and logic. Employ sound experimental design, organized and accurate data collection, necessary mathematical and technological skills, and appropriate communication skills to explore concepts and generate evidence-based explanations and models. Construct physical, conceptual, or mathematical models or an evidence-based explanation as a culmination of an inquiry.

Gloria is clearly not putting forth any effort and is not working up to her potential.  She needs to study more to improve classroom test scores, she is missing classroom assignments, did not turn in notebook for notebook check, did not turn in journal for journal check, she is often disruptive in class and refuses to follow correct procedures, excessive absences that are unexcused, and excessive tardies.

158

**Course: Intro to Spanish A** World Language

|  | 1st Qtr. | 2nd Qtr. | 3rd Qtr. | 4th Qtr. |
|---|---|---|---|---|
| Class | Intro to Spanish A | | | |
| Teacher | Clarence Wilson | | | |
| Level | On | | | |
| Performance | Developing | | | |
| Grade | F | | | |

**Comments:**
Standard:APPLY knowledge of language and its functions to communicate effectively in Spanish.
Ms. Williams is not working up to her potential and is missing assignments.  She is also missing a major project and did not score well on the midterm exam.

**Character & Ethics**

**General Comments**

# Quarterly Learning Contract
## Edison Friendship Collegiate Acad

| | | |
|---|---|---|
| **Student:** G█████ R W██████ | **House:** 9-1 | **Teaching Team:** |
| **Advisor:** Candice Bobo | **Qtr/Year:** 4th Quarter 2001 - 2002 | Candice Bobo |
| **Academy:** Senior | **Tardy:** | Stacey Edwards |
| **Grade Level:** 09 | **Absent:** | Yaya Fanusie |
| **GPA:** 0.85    **Cumulative:** 0.62 | | Alicia Hudgins |

## REPORT: Fourth Quarter 2001 - 2002          Gloria R Williams

### Course: Introduction to Visual Arts Fine Arts

| | 1st Qtr. | 2nd Qtr. | 3rd Qtr. | 4th Qtr. |
|---|---|---|---|---|
| **Class** | Visual Arts 1201 | Visual Arts 1201 | | |
| **Teacher** | Byron Johnson | Byron Johnson | | |
| **Level** | Below | Below | | |
| **Performance** | Developing | Beginning | | |
| **Grade** | F | F | | |

Comments:

### Course: Health 1 Fitness & Health

| | 1st Qtr. | 2nd Qtr. | 3rd Qtr. | 4th Qtr. |
|---|---|---|---|---|
| **Class** | | | Fit. & Health 2201 | |
| **Teacher** | | | Diane Harris | |
| **Level** | | | On | |
| **Performance** | | | Developing | |
| **Grade** | | | C | |

Comments:

### Course: US History, 1877 to Present History/Social Science

| | 1st Qtr. | 2nd Qtr. | 3rd Qtr. | 4th Qtr. |
|---|---|---|---|---|
| **Class** | US History, 1877 to Present | US History, 1877 to Present | | |
| **Teacher** | Alicia Hudgins | Alicia Hudgins | | |
| **Level** | On | Below | | |
| **Performance** | Beginning | Beginning | | |
| **Grade** | F | F | | |

Comments:

160

Course: US History, 1877 to Present S2    History/Social Science

| | 1st Qtr. | 2nd Qtr. | 3rd Qtr. | 4th Qtr. |
|---|---|---|---|---|
| Class | | | Hist.-S. Sci. 3102 | Hist.-S. Sci. 3102 |
| Teacher | | | Alicia Hudgins | Alicia Hudgins |
| Level | | | Below | Below |
| Performance | | | Beginning | Beginning |
| Grade | | | F | D- |

Comments:
In the final quarter, students examined key historical events in America during the early twentieth century, including the Second Great Migration, the emergence of the United States as a world power, the causes, consequences, and events of World War I, and the social movements and technological advancements of the twenties. Students were expected to demonstrate understanding through classwork, homework, independent study assignments, projects, and assessments.

This semester grade is calculated using the following computation:
3rd Quarter (40%):F
4th Quarter (40%):D-
Semester Examination (20%):D-

Course: Modern American Literature and Language Arts    Literature/Language Arts

| | 1st Qtr. | 2nd Qtr. | 3rd Qtr. | 4th Qtr. |
|---|---|---|---|---|
| Class | Modern American Literature | Modern American Literature | | |
| Teacher | Candice Bobo | Candice Bobo | | |
| Level | Below | Below | | |
| Performance | Beginning | Developing | | |
| Grade | F | F | | |

Comments:

Course: Modern American Literature and Language Arts S2    Literature/Language Arts

| | 1st Qtr. | 2nd Qtr. | 3rd Qtr. | 4th Qtr. |
|---|---|---|---|---|
| Class | | | Modern American Literature | Lit/Lang Arts 4103 |
| Teacher | | | Candice Bobo | Candice Bobo |
| Level | | | Below | Below |
| Performance | | | Developing | Developing |
| Grade | | | D+ | D- |

Comments:
Exam Grade:F
Quarter Grade:D

This quarter students studied and exhibited knowledge of the major literature and writing movements from the Post War period through the Harlem Renaissance. Students were able to identify and demonstrate an understanding of conflict, theme, plot, subplots, and message. Students demonstrated recognition of the significance of gender, race, geography, and economic conditions on a writer's view, purpose and style. For the second half of the third quarter, students have primarily read and analyzed the The Great Gatsby, by F. Scott Fitzgerald. Students were expected to meet language and writing objectives through class discussions and journal entries.

Course: Pre-Algebra    Mathematics

| | 1st Qtr. | 2nd Qtr. | 3rd Qtr. | 4th Qtr. |
|---|---|---|---|---|
| Class | | Pre-Algebra | Mathematics 5101 | |
| Teacher | | Ikeshia Turner | Ikeshia Turner | |
| Level | | On | On | |
| Performance | | Developing | Developing | |
| Grade | | D+ | D | |

Comments:

161

Course: Pre-Algebra S2 Mathematics

|  | 1st Qtr. | 2nd Qtr. | 3rd Qtr. | 4th Qtr. |
|---|---|---|---|---|
| Class | | | | Mathematics 5101 |
| Teacher | | | | Ikeshia Turner |
| Level | | | | On |
| Performance | | | | Developing |
| Grade | | | | D- |

Comments:

Course: Reading Tutorial Other

|  | 1st Qtr. | 2nd Qtr. | 3rd Qtr. | 4th Qtr. |
|---|---|---|---|---|
| Class | | | Reading Tutorial | |
| Teacher | | | Ikeshia Turner | |
| Level | | | | |
| Performance | | | | |
| Grade | | | S | |

Comments:

Course: Other

|  | 1st Qtr. | 2nd Qtr. | 3rd Qtr. | 4th Qtr. |
|---|---|---|---|---|
| Class | | | World Lang. | World Lang. |
| Teacher | | | Wayne Carter | Wayne Carter |
| Level | | | On | On |
| Performance | | | Developing | Developing |
| Grade | | | P | P |

Comments:
Standards: Develope knowledge of language and its function to communicate in Spanish.

TUTORIAL

Course: MID MTG Other

|  | 1st Qtr. | 2nd Qtr. | 3rd Qtr. | 4th Qtr. |
|---|---|---|---|---|
| Class | MID MTG | MID MTG | MID MTG | MID MTG |
| Teacher | Candice Bobo | Candice Bobo | Candice Bobo | Candice Bobo |
| Level | On | On | On | On |
| Performance | Beginning | Developing | Developing | Developing |
| Grade | S-/U | U | S- | S |

Comments:

Course: Community Service Other

|  | 1st Qtr. | 2nd Qtr. | 3rd Qtr. | 4th Qtr. |
|---|---|---|---|---|
| Class | Community Service | Community Service | Community Service | Community Service |
| Teacher | Administrator 1 | Administrator 1 | Administrator 1 | Administrator 1 |
| Level | | | | |
| Performance | | | | |
| Grade | F | F | F | |

Comments:

162

**Course: Physics Science**

|  | 1st Qtr. | 2nd Qtr. | 3rd Qtr. | 4th Qtr. |
|---|---|---|---|---|
| Class | Physics | Science 7001 |  |  |
| Teacher | Stacey Edwards | Stacey Edwards |  |  |
| Level |  | Below |  |  |
| Performance | Beginning | Beginning |  |  |
| Grade | F | D- |  |  |

Comments:

**Course: Physics S2 Science**

|  | 1st Qtr. | 2nd Qtr. | 3rd Qtr. | 4th Qtr. |
|---|---|---|---|---|
| Class |  |  | Science 7001 | Science 7001 |
| Teacher |  |  | Stacey Edwards | Stacey Edwards |
| Level |  |  | On | Below |
| Performance |  |  | Developing | Beginning |
| Grade |  |  | D+ | D- |

Comments:
This advisory was based on warm-ups, homework, tests & quizzes, project, class assignment, classroom participation, and a journal check. To get the final grade 40% of First Semester + 40% of Second Semester + 20% of Final Exam.

4th Advisory: D

**Course: Intro to Spanish A World Language**

|  | 1st Qtr. | 2nd Qtr. | 3rd Qtr. | 4th Qtr. |
|---|---|---|---|---|
| Class | Intro to Spanish A | Intro to Spanish A | Intro to Spanish A | Intro to Spanish A |
| Teacher | Clarence Wilson | Wayne Carter | Wayne Carter | Wayne Carter |
| Level | On | On | On | On |
| Performance | Developing | Developing | Developing | Developing |
| Grade | F | C | C- | D+ |

Comments:
Standard: Students were expected to learn basic concepts of grammar and vocabulary in Spanish.

FIANL EXAM SCORE - 60%
4TH QTR GRADE - D
FINAL ACCUM. GRADE - C

**Character & Ethics**

**General Comments**

Gloria R Williams  Page 4



STUDENT REPORT FOR
G▮▮▮▮ W▮▮▮

TEACHER: LEE
SCHOOL: FRANCIS JHS - 4▮
DISTRICT: DC PUBLIC SCHO▮▮
TEST TYPE: MULTIPLE CHO▮▮

GRADE: 08
TEST DATE: 04/01

Age: 14 Yrs 02 Mos
Student No: ▮▮▮▮▮▮▮

EXHIBIT
ALL-STATE LEGAL®
GW-10

| SUBTESTS AND TOTALS | No. Items | Scaled Score | | National NCE | NATIONAL GRADE PERCENTILE BANDS |
|---|---|---|---|---|---|
| Total Reading | 84 | 25 | 625 | 5-2 | 15.4 |
| Vocabulary | 30 | 8 | 621 | 4-2 | 13.1 |
| Reading Comp. | 54 | 17 | 626 | 15-3 | 28.2 |
| Total Mathematics | 82 | 22 | 641 | 12-3 | 25.3 |
| Problem Solving | 52 | 13 | 629 | 24-4 | 35.1 |
| Procedures | 30 | 9 | 663 | 10-2 | 23.1 |
| Partial Battery | 166 | 47 | NA | | |

National Grade Percentile Bands: 1  10  30  50  70  90  99

| CONTENT CLUSTERS | RS/ NP/ NA | Below Average | Average | Above Average |
|---|---|---|---|---|
| Reading Vocabulary | 8/ 30/ 30 | ✓ | | |
| Synonyms | 4/ 16/ 16 | ✓ | | |
| Context | 3/ 7/ 7 | | ✓ | |
| Multiple Meanings | 1/ 7/ 7 | ✓ | | |
| | | | | |
| Reading Comprehension | 17/ 54/ 51 | ✓ | | |
| Recreational | 7/ 18/ 17 | ✓ | | |
| Textual | 6/ 18/ 17 | ✓ | | |
| Functional | 4/ 18/ 17 | ✓ | | |
| Initial Understanding | 1/ 10/ 10 | ✓ | | |
| Interpretation | 7/ 24/ 22 | | ✓ | |
| Critical Analysis | 5/ 10/ 9 | ✓ | | |
| Process Strategies | 4/ 10/ 10 | ✓ | | |
| | | | | |
| Mathematics: Problem Solving | 13/ 52/ 52 | ✓ | | |
| Measurement | 1/ 5/ 5 | | ✓ | |
| Estimation | 3/ 6/ 6 | | ✓ | |
| Problem-Solving Strategies | 2/ 5/ 5 | | ✓ | |
| Number & No. Relationships | 2/ 6/ 6 | | ✓ | |
| Number Systems & No. Theory | 1/ 4/ 4 | ✓ | | |
| Patterns & Functions | 0/ 3/ 3 | ✓ | | |
| Algebra | 0/ 5/ 5 | ✓ | | |
| Statistics | 1/ 5/ 5 | ✓ | | |
| Probability | 1/ 4/ 4 | | ✓ | |
| Geometry | 2/ 9/ 9 | ✓ | | |
| | | | | |
| Mathematics: Procedures | 9/ 30/ 30 | | ✓ | |
| Computation/Symbolic Notation | 2/ 8/ 8 | | ✓ | |
| Computation in Context | 6/ 18/ 18 | ✓ | | |
| Rounding | 1/ 4/ 4 | | ✓ | |

OTHER INFO: 2▮▮▮▮▮    Copy 01
Process No. 10192001-1661722-0233-38124-1

STANFORD LEVEL/FORM: Advanced 2/T
1995 NORMS: Spring    National

Scores based on normative data copyright © 1996 by Harcourt, Inc. All rights reserved.

TEACHER: LEE
SCHOOL: FRANCIS JHS - 409
DISTRICT: DC PUBLIC SCHOOLS
TEST TYPE: MULTIPLE CHOICE

GRADE: 08
TEST DATE: 04/01

STUDENT REPORT with
PERFORMANCE STANDARDS FOR
G████ R ████████
Age: 14 Yrs 02 Mos
Student No: 9045743

| SUBTESTS AND TOTALS | No. of Items | Raw Score | PERFORMANCE STANDARD |
|---|---|---|---|
| Science | 40 | 15 | BELOW BASIC |

Performance Standards are content-referenced scores that reflect what students know and should be able to do in given subject areas. The Stanford Performance Standards were determined by expert panels of educators, who judged each test question on the basis of how students at different levels of achievement should perform. These expert judgments yielded four categories or levels of student performance.

Below Basic indicates little or no mastery of fundamental knowledge and skills.

Basic denotes partial mastery of the knowledge and skills that are fundamental for satisfactory work. At the high school level, this is higher than minimum competency skills.

Proficient represents solid academic performance, indicating that students are prepared for the next grade. At the high school level, this indicates preparedness for democratic citizenship, responsible adulthood, and productive work.

Advanced signifies superior performance beyond grade-level mastery. At the high school level, this shows readiness for rigorous college courses, advanced technical training, or employment requiring advanced academic achievement.

## NOTES

STANFORD LEVEL/FORM: Advanced 2/S
1995 NORMS: Spring    National

Scores based on normative data copyright © 1996 by Harcourt, Inc. All rights reserved.

OTHER INFO: 2--------    Copy 02
Process No. 10192007-1661630-2936-32590-2

...dship Edison Collegiate  AcadID [redacted]  Williams, Gl... R.

Grade
10

## Fourth Quarter Grade Report

04/22/03  06/27/03

| Teacher | 1st Qtr | 2nd Qtr | ExamSem | 1st Sem | 3rd Qtr | 4th Qtr | ExamSem | 2nd Sem | All ABS | All Tdy | CitzEarned | Teacher Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ...Literature Butler | D | C- | F | D | C+ | A+ | A | A- | | | 0.00 | |
| Fit. & Health 21 Harris | D | D- | F | D- | | F | F | F | | | 0.75 | |
| US Hist.1877/Pre Hudgins | | | | | | | | | | | 0.00 | |
| Mod. World Histo Jackson | D | | D | | D | F | F | F | | | 0.00 | |
| Geometry Bangura | | | | | | | | | | | 0.00 | |
| Geometry Mahaney | D | D | F | D | I | F | F | F | | | 0.00 | |
| Visual Arts 120 1 Johnson | C | | | | I | I | F | F | | | 0.00 | |
| Computers Anderson | D | D- | F | F | D- | F | F | F | | | 0.00 | |
| Chemistry Hollingswort | | | | | | | | | | | 0.00 | |
| Chemistry Hollingswort | D- | D | | D- | | F | F | F | | | 0.00 | |
| Fit. & Health 21 Harris | B | B | B | B | | F | F | F | | | 0.00 | |
| World Literature Samuels | | | | | | | | | | | | |

GP3 GPA:  0.666
GP3 GPA:  0.666

Absent: 0
Present: 0

Towanda Williams
RE: Gloria R. Williams
201 37th Place SE
Washington, DC 20019

Summer School is July 7-August 1, 2003
August 25, 2003 - 1st Day of School

** PAGE 1 OF 1 **

ACADEMIC MARKS
A = Excellent
B = Above Average
C = Satisfactory
D = Below Average
F = Failing
I = Incomplete
W = Withdrawal

EXHIBIT GW-11
*ALL-STATE LEGAL®

166

# FRIENDSHIP-EDISON COLLEGIATE ACADEMY
## CARTER G. WOODSON

### Quarter 4 ~~~ PROGRESS/DEFICIENCY REPORT ~~~ 2002-03

**Edison Schools**

**P. Williams**

| | | 10 | 10-2 | |
|---|---|---|---|---|
| Social Studies | Ms. Jackson | F | S | 5,8,9,12 |
| Art | Mr. Johnson | S | S | |
| Science (Chemistry) | Ms. Hollingsworth | S- | S | 5,6,8 |
| Health & Fitness | Ms. Harris | U | U | |
| Literature & Language Arts | Mr. Butler | U | S | 5,6 absences and tardies |
| Math (Geometry) | Mrs. Pendergrass | U | S | 5, 8, 9, 12. |
| Health & Fitness | Ms. Harris | O | S | 4 |
| | | | | |
| | | | | |
| | | | | |

**Comment Codes:**
1 Outstanding student
2 Comes to class prepared and ready to work
3 Is eager to learn
4 Is showing improvement

**Comment Codes:**
5 Has missing and/or incomplete assignments
6 Has low quiz and/or test scores
7 Often disrupts class
8 Not working up to potential

**Comment Codes:**
9 Failing subject
10 Parent conference requested
11 Please contact teacher
12 Deficiency notice

GW-12

**EXHIBIT**
**GW-13**
ALL-STATE LEGAL®

*KILLS, FOURTH EDITION*

TEACHER: BOBO
SCHOOL: EDISON-FRIEND
DISTRICT: DC PUBLIC SCHO
EST TYPE: MULTIPLE CHOI

GRADE: 09
TEST DATE: 04/02

**STUDENT REPORT**
**FOR**
G_____ R W_____
Age: Unknown
Student No: _____

| SUBTESTS AND TOTALS | No. of Items | Raw Score | Scaled Score | National PR-S | National NCE |
|---|---|---|---|---|---|
| Total Reading | 84 | 29 | 642 | 7-2 | 18.9 |
| Vocabulary | 30 | 16 | 679 | 26-4 | 36.5 |
| Reading Comp. | 54 | 13 | 619 | 3-1 | 10.4 |
| Mathematics | 48 | 12 | 652 | 16-3 | 29.1 |



NATIONAL GRADE PERCENTILE BANDS

| CONTENT CLUSTERS | RS/ NP/ NA | Below Average | Average | Above Average |
|---|---|---|---|---|
| **Reading Vocabulary** | 16/ 30/ 30 | | ✓ | |
| Synonyms | 7/ 16/ 16 | | ✓ | |
| Context | 3/ 7/ 7 | | ✓ | |
| Multiple Meanings | 6/ 7/ 7 | | ✓ | |
| | | | | |
| **Reading Comprehension** | 13/ 54/ 54 | ✓ | | |
| Recreational | 4/ 18/ 18 | ✓ | | |
| Textual | 5/ 18/ 18 | ✓ | | |
| Functional | 4/ 18/ 18 | ✓ | | |
| Initial Understanding | 3/ 10/ 10 | ✓ | | |
| Interpretation | 8/ 24/ 24 | ✓ | | |
| Critical Analysis | 0/ 10/ 10 | ✓ | | |
| Process Strategies | 2/ 10/ 10 | ✓ | | |
| | | | | |
| **Mathematics** | 12/ 48/ 48 | | ✓ | |
| Problem-Solving Strategies | 2/ 6/ 6 | ✓ | | |
| Algebra | 1/ 6/ 6 | ✓ | | |
| Statistics | 3/ 6/ 6 | | ✓ | |
| Probability | 1/ 5/ 5 | | ✓ | |
| Functions | 1/ 5/ 5 | | ✓ | |
| Geometry from a Synthetic Perspective | 2/ 6/ 6 | | ✓ | |
| Geometry from an Algebraic Perspective | 0/ 5/ 5 | ✓ | ✓ | |
| Trigonometry | 1/ 3/ 3 | | ✓ | |
| Discrete Mathematics | 1/ 3/ 3 | | ✓ | |
| Conceptual Underpinnings of Calculus | 0/ 3/ 3 | ✓ | | |

Copy 01

Process No. 10292003-1600002-3139-20144-1

STANFORD LEVEL/FORM: TASK 1/T

*TEST OF ACADeMIC SKILLS, FOURTH EDITION*
SELECT

STUDENT REPORT with
PERFORMANCE STANDARDS FOR
G____ R W_____
Age: Unknown
Student No: _____

TEACHER: BOBO
SCHOOL: EDISON-FRIENDSHIP/CO - 004
DISTRICT: DC PUBLIC SCHOOLS
TEST TYPE: MULTIPLE CHOICE

GRADE: 09
TEST DATE: 04/02

| SUBTESTS AND TOTALS | No. of Items | Raw Score | PERFORMANCE STANDARD |
|---|---|---|---|
| Total Reading | 84 | 29 | BELOW BASIC |
| Vocabulary | 30 | 16 | BASIC |
| Reading Comp. | 54 | 13 | BELOW BASIC |
| Mathematics | 48 | 12 | BELOW BASIC |

Performance Standards are content-referenced scores that reflect what students know and should be able to do in given subject areas. The Stanford Performance Standards were determined by expert panels of educators, who judged each test question on the basis of how students at different levels of achievement should perform. These expert judgments yielded four categories or levels of student performance.

Below Basic indicates little or no mastery of fundamental knowledge and skills.

Basic denotes partial mastery of the knowledge and skills that are fundamental for satisfactory work. At the high school level, this is higher than minimum competency skills.

Proficient represents solid academic performance, indicating that students are prepared for the next grade. At the high school level, this indicates preparedness for democratic citizenship, responsible adulthood, and productive work.

Advanced signifies superior performance beyond grade-level mastery. At the high school level, this shows readiness for rigorous college courses, advanced technical training, or employment requiring advanced academic achievement.

NOTES

169  Copy 01

STANFORD LEVEL/FORM: TASK 1/T
1995 NORMS: Spring        National

Process No. 10292003-1600002-3139-20145-1

Scores based on normative data copyright © 1996 by Harcourt, Inc. All rights reser



**STANFORD** ... *LLS, FOURTH EDITION*

EXHIBIT
ALL-STATE LEGAL
GW-1A

**STUDENT REPORT**
**FOR**
G_____ R W_____

TEACHER: DYSON
SCHOOL: EDISON-FRIENDS...
DISTRICT: DC PUBLIC SCHOO...
TEST TYPE: MULTIPLE CHOIC...

GRADE: 10
TEST DATE: 04/03

Age: 16 Yrs 03 Mos
Student No: _____

| SUBTESTS AND TOTALS | No. of Items | Raw Score | Scaled Score | National PR-S | National NCE |
|---|---|---|---|---|---|
| Total Reading | 84 | 26 | 636 | 3-1 | 10.4 |
| Vocabulary | 30 | 13 | 666 | 11-3 | 24.2 |
| Reading Comp. | 54 | 13 | 620 | 2-1 | 6.7 |
| Mathematics | 48 | 12 | 664 | 13-3 | 26.3 |

NATIONAL GRADE PERCENTILE BANDS

1    10   30  50  70   90    99

| CONTENT CLUSTERS | RS/ NP/ NA | Below Average | Average | Above Average |
|---|---|---|---|---|
| Reading Vocabulary | 13/ 30/ 30 | ✓ | | |
| Synonyms | 6/ 16/ 16 | ✓ | | |
| Context | 2/ 7/ 7 | ✓ | | |
| Multiple Meanings | 5/ 7/ 7 | | ✓ | |
| | | | | |
| Reading Comprehension | 13/ 54/ 54 | ✓ | | |
| Recreational | 5/ 18/ 18 | ✓ | | |
| Textual | 3/ 18/ 18 | ✓ | | |
| Functional | 5/ 18/ 18 | ✓ | | |
| Initial Understanding | 4/ 10/ 10 | ✓ | | |
| Interpretation | 6/ 24/ 24 | ✓ | | |
| Critical Analysis | 1/ 10/ 10 | ✓ | | |
| Process Strategies | 2/ 10/ 10 | ✓ | | |
| | | | | |
| Mathematics | 12/ 48/ 48 | ✓ | | |
| Problem-Solving Strategies | 3/ 6/ 6 | | ✓ | |
| Algebra | 0/ 6/ 6 | ✓ | | |
| Statistics | 2/ 6/ 6 | | ✓ | |
| Probability | 2/ 5/ 5 | | ✓ | |
| Functions | 0/ 5/ 5 | ✓ | | |
| Geometry from a Synthetic Perspective | 2/ 6/ 6 | | ✓ | |
| Geometry from an Algebraic Perspective | 1/ 5/ 5 | ✓ | | |
| Trigonometry | 0/ 3/ 3 | ✓ | | |
| Discrete Mathematics | 0/ 3/ 3 | ✓ | | |
| Conceptual Underpinnings of Calculus | 2/ 3/ 3 | | ✓ | |

OTHER INFO: 2——     170    Copy 01
Process No. 10392005-1621159-1635-16196-1

STANFORD LEVEL/FORM: TASK 2/T
1995 NORMS: Spring    National

... data copyright © 1996 by Harcourt, Inc. All rights rese...

**STANFORD** *TEST OF ACADEMIC SKILLS, FOURTH EDITION*
SELECT

STUDENT REPORT with
PERFORMANCE STANDARDS FOR
G_____ R W_____

Age 16 Yrs 03 Mos
Student No.

TEACHER: DYSON
SCHOOL: EDISON-FRIENDSHIP/CO - 004
DISTRICT: DC PUBLIC SCHOOLS
TEST TYPE: MULTIPLE CHOICE

GRADE: 10
TEST DATE: 04/03

| SUBTESTS AND TOTALS | No. of Items | Raw Score | PERFORMANCE STANDARD |
|---|---|---|---|
| Total Reading | 84 | 26 | BELOW BASIC |
| Vocabulary | 30 | 13 | BELOW BASIC |
| Reading Comp. | 54 | 13 | BELOW BASIC |
| Mathematics | 48 | 12 | BELOW BASIC |

Performance Standards are content-referenced scores that reflect what students know and should be able to do in given subject areas. The Stanford Performance Standards were determined by expert panels of educators, who judged each test question on the basis of how students at different levels of achievement should perform. These expert judgments yielded four categories or levels of student performance.

Below Basic indicates little or no mastery of fundamental knowledge and skills.

Basic denotes partial mastery of the knowledge and skills that are fundamental for satisfactory work. At the high school level, this is higher than minimum competency skills.

Proficient represents solid academic performance, indicating that students are prepared for the next grade. At the high school level, this indicates preparedness for democratic citizenship, responsible adulthood, and productive work.

Advanced signifies superior performance beyond grade-level mastery. At the high school level, this shows readiness for rigorous college courses, advanced technical training, or employment requiring advanced academic achievement.

NOTES

STANFORD LEVEL/FORM: TASK 2/T
1996 NORMS: Spring    National

...tion data copyright © 1996 by Harcourt, Inc. All rights re...d.

09/16/03
9:16

Friendship Edison Collegiate Acad

CLS33

EXHIBIT
GW-15
ALL-STATE LEGAL®

Term:
Student ID: ███████     Name: W████, G████ R.   Grd: 11   Gen: F

----------------------------------------------------------------

|        | A-Day | B-Day |

----------------------------------------------------------------

PER 1 | Fashion    Fashion
8:00AM | W. Carte   W. Carte
9:35AM | B248       B248

PER 2 | Fashion    Fashion
8:00AM | W. Carte   W. Carte
9:35AM | B248       B248

PER 3 | Spanish    Spanish          Mr. Carter   B-days
9:42AM | D. Franc   D. Franc
11:17AM| B242       B242                  ↱↱

PER 4 | Spanish    Spanish
9:42AM | D. Franc   D. Franc
11:17AM| B242       B242

PER 5 | Biology    Biology
11:24AM| Isaac      Isaac             Mr. Carter   B-days
1:33PM | B344       B344

PER 6 | Biology    Biology
11:24AM| Isaac      Isaac
1:33PM | B344       B344

PER 7 |
11:24AM|
1:33PM |
                                    Teacher
                                    ~~~~~~~   Bdays
                                    Mr. Carter  A-days

PER 8 | Early Am   Algebra
1:40PM | Dalton     Ruffin
3:15PM | B448       B447

PER 9 | Early Am   Algebra
1:40PM | Dalton     Ruffin
3:15PM | B448       B447





## Collegiate Academy
Community Vision…World Class Education

**Friendship Edison
Public Charter School**
Carter G. Woodson Campus
4095 Minnesota Avenue, NE
Washington, DC 20019
Tel 202.396.5500
Fax 202.396.8229

### INITIAL PLACEMENT

6 _____ DOB _____ 87 Age _15_ Meeting Date _6-13-02_

201 37th Pl. S.E W.D.C. _____ Telephone (W) _____ (H) _____

Dear Parent:

You have been provided a copy of the "Procedural Safeguards – Parents Rights" booklet. We would like to remind you at this time that:

granting consent is a voluntary action on your part;
this consent may be revoked at any time although the school district is required to take all necessary action to provide appropriate service(s) and may be required t initiate due process procedures to obtain consent; and
by granting consent in writing, you are agreeing to the process indicated below.

_√_ Initial Placement

After development of an IEP, the MDT, with the parent, determined that your child will receive special education and related services at _Friendship Edison Collegiate Academy_ school, for:

__ 0% - 20%,        ✗ 21% - 60%,  or        √ 61% - 100%,

### Parent Response Section:

I give permission for District of Columbia Public Schools to proceed with the initial placement for my child.

_Joventia williams_                    _6 -13-02_
Parent/Guardian Signature                  Date

District of Columbia Public Schools          Division of Special Education          April 30, 2001
Consent for Initial Placement

173



EXHIBIT
GW-17

# SOCIAL WORK EVALUATION REPORT

**Student's Name:** G████ R. W██████          **DOB:** J██████, 1987          **AGE:** 17

**Student ID Number:** ████████

**Grade:** 11<sup>th</sup>          **DOE:** January 19, 2004

**Current School:** Friendship Edison Collegiate Campus

**Primary Language:** English

**Parent/Guardian:** Towanda Williams

**Address:** 201 37<sup>th</sup> Place, SE Washington, DC 20019

**Home Phone:** 202-581-9558

**Referral Source:** End to End Solutions

**Person(s) Interviewed:** Towanda Williams, Gloria Ward-Ravenell, and G███ W█████

**Relationship to Student:** Mother, Paternal Grandmother, and Student

**Evaluator:** Angela Tanner-Dean, LCPC

**Reason for Referral:** G███ W█████, age 16, was referred for an evaluation to further determine her eligibility for special education services. Based on WISC-III scores obtained in her most recent psychological (June 2002), G███ is classified as mildly mentally retarded. She is currently receiving specialized academic instruction, speech and language therapy, and psychological counseling as part of her education program. G███ parent and educational advocate are concerned about her academic progress and the consistency of her services. They would like to explore alternative placement options for G███

174

Name: G▮▮ W▮▮▮
DOB: ▮▮▮ 1987
Evaluator: A. Tanner-Dean

## FAMILY DATA
### Household Composition

| Name | Age | Relationship | Occupation |
|------|-----|-------------|------------|
| John Williams | | Grandfather | |
| Virginia Williams | | Grandmother | |
| Towanda Williams | 41 | Mother | Porter |
| Deanna Williams | | Aunt | |
| Timothy Williams | 21 | Cousin | |
| William Williams | 20 | Cousin | |
| Sherri Williams | 18 | Cousin | |
| Mercedes Williams | 3 | Half sister | |

### Family Members/Significant Others not in Household

| Name | Age | Relationship |
|------|-----|-------------|
| Gloria Ward-Ravenell | | Paternal Grandmother |

### Family Relationship and Living Situation:

G▮▮ lives with her biological mother, Towanda Williams, as well as her younger half sister, maternal grandparents, aunt, and three older cousins. G▮▮ has always lived with her biological mother except for a brief period a couple of years ago when she temporarily resided with her paternal grandmother, G▮▮ Ward-Ravenell. During this time, G▮▮ and her mother were experiencing significant conflict around her mom's relationship with a boyfriend. Ms. Williams reported that when she moved out of her parent's home and in with her boyfriend, G▮▮ did not want to join her. Additionally, the birth of G▮▮'s half sister, Mercedes, was a source of stress. Ms. Williams states that G▮▮ "does not accept" her sister and their relationship has been more tenuous since her birth. Ms. Williams describes their current relationship as "up and down".

G▮▮ does not have a relationship with her biological father. He and her mother were never married. According to Ms. Ward-Ravenell he is currently unemployed and does not provide any financial support to G▮▮.

Although G▮▮ is currently back at home with her mother, she still spends a significant amount of time, and frequently stays with, Ms. Ward-Ravenell. Ms. Ward-Ravenell reported that she has tried to be supportive of G▮▮ and has taken an active role in her education. She is aware of the conflicts between G▮▮ and her mother and has suggested counseling to try to repair the relationship. According to Ms. Williams and Ms. Ward-Ravenell, G▮▮ gets along well with other family members and the conflicts are typically only between G▮▮ and her mom.

175

**Name:** G█████W████████
**DOB:** ███████████ 1987
**Evaluator:** A. Tanner-Dean

## Developmental and Medical History

Ms. Williams reports a normal full term pregnancy. Labor and delivery were uncomplicated, and G███ was 6lbs. 13oz. at birth. G████ reached all developmental milestones within age appropriate limits. She has never been hospitalized, but had medical treatment when she was younger after she fell and broke her arm. Last year, G███ was seen in the emergency room on several occasions for severe headaches. Ms. Ward-Ravenell believes the headaches were stress related. G███ did not receive any specific treatment, and the headaches have since subsided. G███ is not currently taking any medication.

There are indications in the school record that G████ may suffer from some depression and anxiety. Ms. Williams and Ms. Ward-Ravenell deny any family history of mental illness or substance abuse.

## Educational History and School Performance

G███ attended Our Lady Queen of Peace for Kindergarten through 4th grade. During her 4th grade year, G████ began to struggle academically. She needed a lot of extra help in class to complete her work, but even still, she had failing grades. She was disruptive in class and teachers reported out of control behavior. Ms. Williams is unsure what happened to cause G████ to have such difficulties in school, but speculates that perhaps G███ had a hard time "fitting in" because she is not Catholic.

G███ attended Adams Elementary School for her 5th grade year and Ms. Williams reports that she had a more successful year. However, by the 6th grade, she began to have problems again. According to Ms. Williams, G████ found it hard to keep up with the work and was easily frustrated. Similar difficulties continued through her middle school years at Frances Middle School.

Since attending Friendship Edison, records indicate that G████ has struggled with frustration and anxiety related to her academic performance. She has earned failing grades in many subjects and had significant attendance issues. G████ had a total of 24 unexcused absences as of November, 2003

Ms. Ward-Ravenell reports that G████ does have aspirations to attend college and is interested in the Ministry. She has "lots of friends" at school and in the community and is very active in her church. She also has a mentor.

176

Name: G██████ W█████
DOB: J███████, 1987
Evaluator: A. Tanner-Dean

## Psychosocial Summary and Education Implications

G████ is a 17 year old African American eleventh grade student at Friendship Edison Public Charter School, Collegiate Campus. G█████ has been classified as mildly mentally retarded. She is significantly below grade level and is receiving specialized instruction in Reading and Math. Additionally, Gloria is receiving Speech and Language therapy and Psychological Counseling.

The Multidisciplinary Team recommended that G████ receive a Social History as part of her reevaluation for special education services. It is this writer's impression that intensive specialized instruction to address G█████'s math and reading deficits continues to be warranted. Also, she should continue to receive speech and language services. Increased Psychosocial counseling may be helpful in raising G████'s awareness of her strengths and weaknesses, and educating her about her learning challenges.

Initially, this writer was unable to interview G████ for this report. G█████'s grandmother felt that it would be too difficult and upsetting for G████ to participate in this process. However, a second attempt was made to meet with G█████, and she did participate willingly (see Social Work Evaluation Addendum dated March 4, 2004). G████ does demonstrate some reluctance to be an active participant in her education (as evidenced by her refusal to cooperate with previous testing). It is unclear whether this behavior is related to possible feelings of anxiety and depression or due to her cognitive limitations. Regardless of the source, G████s feelings should be explored in counseling so she can learn more appropriate coping and problem solving skills, as well as more appropriate ways to communicate and express herself. Vocational counseling is recommended as well to help G████ plan for life after high school.

It is unclear how significantly G█████'s estranged relationship with her mother impacts her functioning. Although she does not seem to want to fully "reunite" with her mother, it may be beneficial for G█████ and her mom to reestablish some level of communication. This possibility should be further explored in counseling.

Another area needing clarification is G████'s living situation. G████ reports that she resides with her grandmother, however her grandmother and mother report that she lives with her mom. Based on the information G████ provided regarding her relationship with her mother and their lack of contact, it seems unlikely that she spends anytime in her mother's home. If G████ does, in fact, reside with her grandmother, G████'s placement at Friendship Edison Public Charter School would be impacted.

ATD — Electronically    Nancy Palace
**Angela Tanner-Dean, LCPC**    Submitted
**Evaluator**

177

EXHIBIT

ALL-STATE LEGAL®

GW-18

CYNTHIA S. SPARROW, PH.D.
LICENSED CLINICAL PSYCHOLOGIST
650 PENNSYLVANIA AVENUE, SE
SUITE 330
WASHINGTON, DC 20003
(202) 543-6021

CONFIDENTIAL PSYCHOLOGICAL REPORT

PSYCHO-EDUCATIONAL EVALUATION

| | |
|---|---|
| NAME | G█████W███████ |
| D.O.B.: | ███████/87 |
| C.A.: | 17 YEARS, 1 MONTHS |
| EDUCATION: | SPECIAL EDUCATION |
| D.O.E.: | 02/27/04 |

INTRODUCTION AND REASON FOR REFERRAL

G█████ WAS REFERRED FOR A PSYCHO-EDUCATIONAL RE-EVALUATION TO ASSESS HER CURRENT LEVELS OF COGNITIVE, EDUCATIONAL AND ADAPTIVE FUNCTIONING. THIS EVALUATION WILL BE USED TO HELP DEVELOP G█████'S EDUCATIONAL PLAN AND AID IN SCHOOL PLACEMENT.

BACKGROUND HISTORY

G█████ IS CURRENTLY ENROLLED AT FRIENDSHIP-EDISON COLLEGIATE PUBLIC CHARTER SCHOOL WHERE SHE RECEIVES SPECIAL EDUCATION SERVICES AS A MILDLY MENTALLY RETARDED STUDENT. TESTING WAS ATTEMPTED IN 2002; HOWEVER, G█████ WAS UNCOOPERATIVE AND REFUSED TO PARTICIPATE. ACCORDING TO SCHOOL RECORDS, G█████ WAS LAST EVALUATED IN NOVEMBER 2001. REPORTEDLY, G█████ WAS FUNCTIONING IN THE MILDLY RETARDED RANGE (WISC-III VERBAL IQ=59, PERFORMANCE IQ=54, FULL SCALE IQ=53). HER READING AND SPELLING SKILLS WERE AT THE FOURTH GRADE LEVEL AND MATHEMATICS SKILLS WERE AT THE FIFTH GRADE LEVEL, AS MEASURED BY THE WRAT. THE VINELAND WAS CONDUCTED WITH G█████'S MOTHER AS RESPONDENT. REPORTEDLY, SHE FUNCTIONED WITHIN THE ADEQUATE RANGE (STANDARD SCORE 89) ON THE DAILY LIVING DOMAIN, BUT SHE WAS DEFICIENT IN THE COMMUNICATION DOMAIN (STANDARD SCORE 34) AND THE SOCIALIZATION DOMAIN STANDARD SCORE 54).

BEHAVIORAL OBSERVATION

G█████ WAS ASSESSED AT FRIENDSHIP-EDISON. WHEN GREETED BY THIS EXAMINER IN THE TESTING ROOM, SHE PRESENTED AS A QUIET ATTRACTIVE YOUNG WOMAN. SHE WAS APPROPRIATELY DRESSED IN THE SCHOOL UNIFORM AND LOOKED HER STATED AGE. SHE WAS COOPERATIVE AND COMPLIANT AND ENGAGED EASILY IN SPONTANEOUS CONVERSATION.

2

TESTS ADMINISTERED/RESULTS

REVIEW OF RECORDS

CLINICAL INTERVIEW WITH G████

WECHSLER ABBREVIATED SCALE OF INTELLIGENCE (WASI)

| SUBTEST | T-SCORE | SCALED SCORE |
|---|---|---|
| VOCABULARY | 26 | 3 |
| BLOCK DESIGN | 24 | 2 |
| SIMILARITIES | 35 | 6 |
| MATRIX REASONING | 20 | 1 |
| | | |
| VERBAL IQ | 73 | |
| PERFORMANCE IQ | 57 | |
| FULL IQ | 63 | |

WECHSLER INDIVIDUAL ACHIEVEMENT TEST III (WIAT-III)

| SUBTEST | STANDARD SCORE | GRADE EQUIVALENT |
|---|---|---|
| BASIC READING | 66 | 4:5 |
| MATHEMATICS REASONING | 55 | 2:7 |
| SPELLING | 73 | 5:4 |
| READING COMPREHENSION | 81 | 5:2 |
| NUMERICAL OPERATIONS | 49 | 3:1 |
| | | |
| BROAD READING | 66 | 4:9 |
| BROAD MATHEMATICS | 51 | 2:9 |

AAMR ADAPTIVE BEHAVIOR SCALE-SCHOOL

| PART ONE FACTORS | STANDARD SCORE |
|---|---|
| PERSONAL SELF-SUFFICIENCY | 137 |
| COMMUNITY SELF-SUFFICIENCY | 102 |
| PERSONAL —SOCIAL RESPONSIBILITY | 99 |

| PART TWO FACTORS | |
|---|---|
| SOCIAL ADJUSTMENT | 72 |
| PERSONAL ADJUSTMENT | 110 |

TEST INTERPRETATION

DATA FROM WASI SUGGESTS THAT G████ FUNCTIONS IN THE INTELLECTUALLY DEFICIENT RANGE OF INTELLIGENCE (FULL SCALE IQ=63). SHE SCORED IN THE BORDERLINE RANGE ON THE VERBAL SCALE (VIQ=73) AND IN THE INTELLECTUALLY DEFICIENT RANGE ON THE PERFORMANCE SCALE (PIQ=57). THERE IS A SIGNIFICANT (16 POINT) DISCREPANCY BETWEEN HER VERBAL AND PERFORMANCE TEST SCORES, SUGGESTING THAT HER VERBAL COGNITIVE SKILLS ARE BETTER DEVELOPED THAN HER NON-VERBAL ABILITIES. THESE CURRENT COGNITIVE SCORES ARE AN ACCURATE ESTIMATION OF G████'S ABILITIES.

THE AAMR ADAPTIVE BEHAVIOR SCALE WAS CONDUCT WITH MS. K. JOHNSON, A FRIENDSHIP-EDISON STAFF PERSON, AS RESPONDENT. ALL OF G████ ADAPTIVE LIVING SKILLS SCORES FELL IN THE AVERAGE TO VERY SUPERIOR RANGE. SHE SCORED POORLY ON THE SOCIAL ADJUSTMENT FACTOR. REPORTEDLY, SHE SOMETIMES LIES, SHE TEASES OR GOSSIPS ABOUT OTHERS, SHE SOMETIMES USES ANGRY LANGUAGE, IGNORES REGULATIONS AND RESISTS FOLLOWING INSTRUCTIONS.

DATA FROM ACHIEVEMENT TESTING REVEALS THAT G████'S READING SKILLS ARE AT THE BEGINNING FIFTH GRADE LEVEL WHILE HER MATHEMATICS SKILLS ARE AT THE BEGINNING THIRD GRADE LEVEL. HER MATHEMATICS SKILLS ARE SIGNIFICANTLY BELOW THAT WHICH WOULD BE EXPECTED GIVEN HER LEVEL OF COGNITIVE FUNCTIONING.

2

## SUMMARY

Gloria W█████ is a seventeen-year-old female who is enrolled at Friendship-Edison Public Charter School. She has been receiving part-time special education services as mildly mentally retarded student. Gloria's cognitive scores appear to have increased significantly, in particular her verbal cognitive abilities; however, she continues to function in the intellectually deficient range. Given her at least average adaptive living skills, she cannot be identified a mentally retarded. Rather her profile suggests the presence of a mathematical learning disability.

## RECOMMENDATIONS

1. G█████ continues to be in need of special education services.

2. G█████ should receive individual counseling to address maladaptive school behaviors.

Cynthia S. Sparrow, Ph.D.
Licensed Clinical Psychologist

**3**



EXHIBIT
GW-19

# EDUCATIONAL EVALUATION

Name: William, Gloria
Date of Birth: 00/00/1987
Age: 16 years, 9 months
Sex: Female
Date of Testing: 11/13/2003

School: F.E.C.A
Teacher: Special Edison
Grade: 11.2
Examiner: Kya E. Lewis

## TESTS ADMINISTERED

*WJ III Tests of Achievement*

These tests provide measures of Gloria's academic achievement. A description of each ability is
provided. Her performance in each broad category is compared to grade peers using a standard score
range. Gloria's proficiency is described categorically, ranging from very limited to limited; her test
performance can be generalized to similar, non-test, grade-level tasks. Additional interpretation of
academic task performance is provided.

## ACHIEVEMENT

Basic Reading Skills includes sight vocabulary, phonics, and structural analysis skills. Although Gloria's
overall basic reading skills standard score is within the low average range when compared to others in her
grade, her performance varied on two different types of tasks measuring reading skills. Gloria's
performance is limited to average on tasks requiring the ability to induce grapheme-phoneme
relationships from unfamiliar multi-letter units, given only grapheme information about the relationship.
Her performance is very limited on tasks requiring reading decoding and the ability to identify words.

Broad Written Language includes production of written text, including spelling ability, writing fluency, and
quality of written expression. Gloria's written language standard score is within the low range (percentile
rank range of 3 to 8; standard score range of 72 to 79) for her grade. Her overall written language ability
is limited; tasks measuring effective expression in written language above the grade 7.3 level will be quite
difficult for her.

Broad Reading includes reading decoding, reading speed, and the ability to comprehend connected
discourse while reading. Gloria's reading standard score is within the low range (percentile rank range of
3 to 5; standard score range of 73 to 76) for her grade. Her overall reading ability is very limited; reading
tasks above the grade 6.2 level will be quite difficult for her.

Written Expression measures Gloria's fluency of production and quality of expression in writing. Gloria's
written expression standard score is within the low range (percentile rank range of 2 to 7; standard score
range of 70 to 78) for her grade. Her overall ability to express herself in writing is limited; writing fluency
tasks above the grade 6.7 level will be quite difficult for her.

Academic Knowledge includes science knowledge, social studies knowledge, and cultural knowledge.
Gloria's academic knowledge standard score is within the very low to low range (percentile rank range of
1 to 2; standard score range of 62 to 70) for her grade. Her academic knowledge is very limited; she will
probably find grade-level tasks requiring knowledge in the sciences, history, geography, government,
economics, art, music, and literature extremely difficult.

Math Calculation Skills measures Gloria's computational skills and automaticity with basic math facts.
Gloria's mathematics calculation skills standard score is within the very low range (percentile rank range

Educational Evaluation
Williams, Gloria
November 13, 2003

of <1 to 1; standard score range of 60 to 67) for her grade. Her mathematics calculation skills are limited; math calculation tasks above the grade 5.7 level will be quite difficult for her.

Broad Math includes mathematics reasoning and problem solving, number facility, and automaticity. Gloria's mathematics standard score is within the very low range (percentile rank range of <1 to 1; standard score range of 57 to 63) for her grade. Her overall mathematics ability is very limited; math tasks above the grade 5.0 level will be quite difficult for her.

<u>Academic Processing</u>

Academic Skills. Gloria's spelling is limited. Her sight reading ability and math calculation skill are very limited.

The fluency with which Gloria performs academic tasks is very limited. Specifically, her fluency with mathematics problems is limited. Her writing fluency is very limited. Gloria's fluency with reading tasks is negligible.

Academic Applications. Gloria's writing ability is limited to average. Her passage comprehension ability is limited. Her quantitative reasoning is negligible.

<div align="center">SUMMARY</div>

When compared to others at her grade level, Gloria's fluency with academic tasks and her ability to apply academic skills are both within the low range. Her academic knowledge and skills are both within the very low range.

When compared to others at her grade level, Gloria's performance is low average in basic reading skills; low in broad reading, written language, and written expression; and very low in mathematics and math calculation skills.

Educational Evaluation
W█████, G█████
November 13, 2003

## TABLE OF SCORES: *Woodcock-Johnson III Tests of Achievement*

Report Writer for the WJ III, Version 1.1
Norms based on grade 11.2

| CLUSTER/Test | Raw | GE | EASY to DIFF | | RPI | PR | SS(68% BAND) | | AE |
|---|---|---|---|---|---|---|---|---|---|
| BROAD READING | – | 4.9 | 4.0 | 6.2 | 8/90 | 4 | 74 | (73–76) | 10–4 |
| BROAD MATH | – | 3.8 | 2.9 | 5.0 | 13/90 | 0.4 | 60 | (57–63) | 9–4 |
| BROAD WRITTEN LANG | – | 5.2 | 3.8 | 7.3 | 48/90 | 5 | 76 | (72–79) | 10–6 |
| BASIC READING SKILLS | – | 5.6 | 4.4 | 7.3 | 40/90 | 12 | 83 | (80–85) | 11–3 |
| MATH CALC SKILLS | – | 4.1 | 3.0 | 5.7 | 24/90 | 1 | 63 | (60–67) | 9–8 |
| WRITTEN EXPRESSION | – | 4.7 | 3.2 | 6.7 | 45/90 | 4 | 74 | (70–78) | 10–1 |
| ACADEMIC SKILLS | – | 4.8 | 3.9 | 6.0 | 20/90 | 1 | 66 | (63–69) | 10–2 |
| ACADEMIC FLUENCY | – | 4.8 | 3.8 | 6.1 | 9/90 | 3 | 72 | (71–74) | 10–3 |
| ACADEMIC APPS | – | 4.1 | 3.0 | 5.8 | 34/90 | 2 | 70 | (67–74) | 9–7 |
| ACADEMIC KNOWLEDGE | – | 3.4 | 2.1 | 4.8 | 8/90 | 1 | 66 | (62–70) | 8–6 |

Form A of the following achievement tests was administered:

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Letter-Word Identification | 53 | 4.8 | 4.1 | 5.8 | 11/90 | 5 | 75 | (72–78) | 10–4 |
| Reading Fluency | 44 | 5.0 | 4.2 | 5.9 | 0/90 | 7 | 77 | (76–79) | 10–5 |
| Calculation | 15 | 3.8 | 3.1 | 4.8 | 9/90 | 1 | 64 | (59–69) | 9–4 |
| Math Fluency | 63 | 4.9 | 2.8 | 7.5 | 51/90 | 3 | 72 | (70–74) | 10–4 |
| Spelling | 37 | 6.2 | 4.8 | 8.2 | 54/90 | 15 | 84 | (80–88) | 11–10 |
| Writing Fluency | 15 | 4.6 | 3.6 | 5.7 | 16/90 | 5 | 75 | (71–79) | 10–0 |
| Passage Comprehension | 31 | 5.1 | 3.5 | 8.0 | 54/90 | 12 | 82 | (77–87) | 10–3 |
| Applied Problems | 30 | 3.5 | 2.8 | 4.2 | 3/90 | 1 | 66 | (62–70) | 9–0 |
| Writing Samples | 14–C | 5.1 | 2.3 | 12.2 | 77/90 | 9 | 80 | (70–89) | 10–6 |
| Word Attack | 26 | 7.5 | 5.3 | 12.1 | 78/90 | 36 | 94 | (91–98) | 13–5 |
| Academic Knowledge | – | 3.4 | 2.1 | 4.8 | 8/90 | 1 | 66 | (62–70) | 8–6 |

Mar 05 04 06:29P



**EXHIBIT
GW-20**

**Patricia M. Smith, M.A.,CCC-SLP
Speech-Language Pathologist
1647 Hunting Creek Drive
Alexandria, VA 22314**

### SPEECH THERAPY EVALUATION

**Identifying Information:**

Name: G███ W█████        Referred by:  ETES
Date Of Birth: ████/87     School: Collegiate Academy
Date Of Evaluation: 3/4/04  Grade: 11
Age: 17.1 yrs.

**Reason for Referral/Assessment:** G████ was referred for a speech and language evaluation to determine current levels of language functioning and make recommendations for the 2003-2004 school year.  This evaluation is part of the triennial review process.

**Background:** G████ has a current disability classification of Mental Retardation.  She receives specialized instruction in the areas of reading, written expression, and math.  She also receives counseling for 30 minutes per week and speech therapy for 60 minutes per week.  G████'s last speech and language evaluation done in 10/01 indicated average expressive language skills (SS=90), severely deficient receptive language skills (SS=53), and mild to moderately deficient vocabulary skills.  Services were recommended at that time on a 60-minute weekly basis.  By teacher report, G████ is frequently absent and frequently does not complete assignments, labs, and projects.
     Today's evaluation was conducted in G████'s school environment in a quiet, 1:1 setting.  The results of today's evaluation are felt to be an accurate reflection of her speech and language skills as determined by a battery of formal and informal evaluation procedures.

**Clinical Observations:** G████ was initially resistant to testing but did cooperate appropriately after the evaluation began.  She was responsive and engaged for all tasks.  G████ did not initiate or expand any topics of conversation with the examiner but was appropriate in her responses to questions. G████ expressed frustration at having been tested several times in recent weeks and indicated that she had just said anything to get it over with.  In contrast, she demonstrated good attention and effort during today's evaluation.

**Evaluation Tools:**

1.  Expressive One-Word Picture Vocabulary Test
2.  Receptive One-Word Picture Vocabulary Test
3.  Clinical Evaluation of Language Fundamentals-3

184

03/04/2004  21:27   783519᷄  3          PATTY SMITH MAQᴏ ᴌP          PAGE  03/06

W_____s, G_____
SLE
Page 2

4. **Test of Written Language -3**, selected subtests, deferred
5. **Test of Word Reading Efficiency**, deferred
6. Clinical observations
7. Records review

**Receptive Language Skills:** Receptively, G_____ demonstrated single word vocabulary at the 10.6 year level (SS=80) indicating skills to be mild-moderately below average. Overall receptive language testing yielded subtest scores in the poor to average range as evaluated by the CELF-3.

G_____ demonstrated average ability in the area of recalling, interpreting, and executing spoken directions of increasing length and complexity, and understanding basic linguistic concepts (Concepts and Directions, SS=9). These are important skills for classroom success across the curriculum. She also scored in the average range for her ability to perceive relationships in the meaning of words and form word associations, essential for classroom listening and reading comprehension (Word Classes, SS=9). These skills are important for making predictions, creating meaning, making inferences, and using reasoning for problem solving. In contrast, Gloria had difficulty in her ability to interpret different semantic relationships presented in sentence form (Semantic Relationships, SS=5). Additionally, the student must retain information in short-term memory while determining the best two responses from a total of four choices. Deficits in this area indicate that the student has difficulty understanding sentences that make comparisons, identify location or direction, include time relationships, serial order, or are expressed in passive voice. These are critical skills for classroom success across the curriculum. G_____s greatest area of difficulty was in the area of interpreting information presented in spoken form (Listening to Paragraphs, SS=5). Specifically, the information is presented in paragraph form and assesses the student's listening comprehension skills at the factual and inferential levels. Deficits in this area effect making inferences, understanding implied reasoning, and problem solving based on context. Gloria indicated that this kind of activity was very difficult for her by stating, "It goes in one ear and out the other.".

Taken together, G_____ is demonstrating overall receptive language skills in the low average range with specific deficits in processing, integrating, and retaining auditory information presented with and without visual (text) cues. Auditory memory deficits are suspect at this time. However, it is important to note that G_____'s performance on these subtests represents a significant area of improvement since the time of her last evaluation.

03/04/2004  21:27    7835196    3                    PATTY SMITH MACC... ...P                    PAGE  04/06



**SLE**
**Page 3**

**Expressive Language Skills:** Expressively, G_____ demonstrated single word vocabulary at the 9.0 year level (SS=73) indicating skills to be moderately below average. A 7 point difference exists between expressive and receptive vocabulary skills indicating that G_____'s ability to identify target words and concepts in pictures is somewhat better developed than her ability to name on confrontation. Overall expressive language testing yielded subtest scores ranging from poor to high average as evaluated by the CELF-3.

G_____ scored in the poor range for her ability to plan and formulate descriptive sentences related to a picture and targeting specific vocabulary (Formulated Sentences, SS=5). Deficits in this area affect the generative aspects of language related to planning and producing sentences for conversation, classroom discourse, academic interactions, and written language. In contrast, G_____ scored in the average range for her ability to recall sentences of increasing length and complexity (Recalling Sentences, SS=11). This is an important skill as it relates to associated classroom tasks, such as writing to dictation, taking notes, remembering the teacher's instructions, and copying from the chalkboard. G_____ scored in the high average range for her ability to manipulate and transform syntactic structures within the constraints imposed by content words and grammatical markers (Sentence Assembly, SS=12). These are important skills as they relate to the student's ability to formulate descriptions, questions, responses, or conversation.

Taken together, G_____ is demonstrating overall expressive language skills solidly in the average range with a specific deficit in the area of oral formulation and organization. A deficit in this area can impact the student's ability to give oral presentations, formulate answers that require explanation, participate effectively in academic discourse (group discussions, debate), and write effectively in an essay format.

**Articulation:** Within normal limits.

**Fluency:** Within normal limits.

**Voice:** Within normal limits.

**Hearing:** Hearing appears to be within normal limits at this time.

**Conclusions:** Impression is of a 17 year old demonstrating low average expressive language skills, average receptive language skills, and mild to moderately deficient vocabulary skills. Although specific deficit areas continue to be evident, G_____ has demonstrated significant improvement in her abilities, particularly in receptive language skills, since her last

03/04/2004  21:27    703519    8                PATTY SMITH MAC, LP                    PAGE  05/06

W_____, G_____
SLE
Page 4

evaluation.  Information from all team members should be
considered as G_____'s educational plan is being developed.

**Recommendations:**

1.  Direct speech and language services are not recommended at
this time.

2.  G_____'s vocabulary, formulation, and organizational deficits
should be addressed as part of her specialized instruction in the
language arts.

3.  Updated psychoeducational evaluation to reassess cognitive
and academic skills.

It was a pleasure evaluating G_____.  If I can be of further
assistance, please call me at (703)862-5001.

_____
Patricia M. Smith, M.A.,CCC-SLP
Speech Language Pathologist


*Score report attached*

187

03/04/2004  21:27  703519 ,8          PATTY SMITH MAC..-SLP          PAGE  06/06

## SCORE REPORT FORM

NAME: Glenn Williams          Examiner: Patricia M. Smith, M.A.,CCC-SLP
DOB: ....87
DOE: 3/4/04

Expressive One-Word Picture Vocabulary Test (EOWPVT)
(Mean=100; SD=+/-10)
SS=73 ; %=4 ; AE=9.0  yrs.

Receptive One-Word Picture Vocabulary Test(ROWPVT)
(Mean=100; SD=+/-10)
SS=80  ; %=9 ; AE=10.6  yrs.

Clinical Evaluation of Language Fundamentals-3 (CELF-3)
(Mean=100; SD=+/-10)
Concepts and Directions: SS=9 ; PR=37
Word Classes: SS=9  ; PR=37
Semantic Relationships: SS=5  ; PR=5
Listening to Paragraphs: SS=5  ;PR=5
RECEPTIVE LANGUAGE SCORE: SS=86  ; PR=18
Formulated Sentences: SS=5  ; PR=5
Recalling Sentences: SS=11  ; PR=63
Sentence Assembly: SS=12  ; PR=75
EXPRESSIVE LANGUAGE SCORE: SS=96  ; PR=39
TOTAL LANGUAGE SCORE: SS=90  ; PR=25

FORM
F

MDT

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

CONSENT FOR EVALUATION - INITIAL OR REEVALUATION
(*CHECK ONE ONLY - INITIAL OR REEVALUATION)

I.   **INITIAL EVALUATION CONSENT** ☐

As a result of the review of the screening information at the MDT meeting on _____
it was determined in a MDT meeting that your child, _____
is in need of a full and individual evaluation to assist us in developing the most appropriate educational
program. You have been provided a copy of the "Procedural Safeguards - Parental Rights" booklet. We
would like to remind you at this time that:
   - granting consent for this evaluation is a voluntary action on your part;
   - this consent may be revoked at any time although the school district is required to take all
     necessary action to provide an appropriate program and may be required to initiate due
     process procedures to obtain consent; and
   - by granting consent in writing, you are agreeing to the evaluation(s) in Section 111.

II.   **REEVALUATION** ☒

The MDT received the following request for a reevaluation for _____
by /for a:     ☒ **parent request**       ☐ **teacher request**       ☐ **3 year reevaluation**
The MDT will collect supportive documentation in the area of the disability to determine the need for
continued special education and related services. The school is required to only evaluate in those areas of
documented need or consensus of the MDT (parent is a member of team). Parents have the right to
request assessments to determine if the child continues to be a child with a disability. DCPS may
reevaluate your child, without your consent, if the school district can demonstrate that it has taken
reasonable steps to get parental consent and the parent has not responded.
   - granting consent for this evaluation is a voluntary action on your part;
   - this consent may be revoked at any time although the school district is required to take all
     necessary action to provide a Free Appropriate Public Education program and may be
     required to initiate due process procedures to obtain consent; and
   - by granting consent in writing, you are agreeing to the evaluation(s) on the student
     evaluation plan (SEP) .

III.   I give permission for District of Columbia Public Schools to proceed with the evaluation(s) based on the
Student Evaluation Plan (attached ) for my child, _____

Within a reasonable period of time days after completion of the evaluation, we will hold another MDT meeting (to which
you will be invited) to determine if your child is eligible for special education and related services. The written reports of all
procedures administered will be provided to you at that meeting, along with explanations and interpretations. We will use
this information to determine an appropriate program for your child. If records are to be obtained/released as part of
this evaluation, the "Consent for Release of Records" form is completed and attached.
If you have questions or concerns at any time during the evaluation process, feel free to contact me
at _396- 5500  ext. 1504 or 1200_
          (telephone number)

☐ INITIAL EVALUATION                          ☒ REEVALUATION

**Parent Response Section:**

☑ I agree to the proposed evaluation(s)                    ☐ I do NOT agree to the proposed evaluation(s)

_Gloria Ward-Ravenell_                                      _12/04/03_
Parent/Guardian Signature                                          Date

DCPS     DIVISION OF SPECIAL EDUCATION       07-02-2001       MDT - CONSENT FOR EVALUATION       APPENDIX - A

FORM D

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, DC

## MULTIDISCIPLINARY TEAM (MDT)
## MEETING NOTES/REEVALUATION SUMMARY REPORT

**REEVAL PREP** MEETING NOTES
**REVALUATION** MEETING NOTES
**ANNUAL REVIEW** MEETING NOTES
**IEP DEVELOPMENT** MEETING NOTES

### Section I.

STUDENT: ████████ ████ ████  SCHOOL: _J.E.C.A_  DATE: _12/4/03_

DATE OF LAST ELIGIBILITY DETERMINATION: _____

| PARTICIPANTS: (Print Name) | PARTICIPANTS: (Sign Name) | POSITION |
|---|---|---|
| Gloria Ward-Ravenell | Gloria Ward-Ravenell | Student's Parent or Legal Guardian |
| Charlene C. Glymph | Charlene Gly | LEA Representative |
| | | Special Education Teacher |
| Jennifer Dalton | Jenny E Dal | General Education Teacher |
| | | Evaluator |
| Lyn E. Lewis | Lyn E. Lewis | Others (i.e. Related Service Providers) _Psychologist_ |
| | | Others (i.e. ESL Teacher, etc.) |
| Carolyn Monford | Carolyn Monford | Others (i.e. Student, etc.) _advocate_ |
| Brian S. Smith | B_____ | Others _Transition Coordinator_ |
| Beth Wilkinson | Beth Wilkinson - MSCCC-SLP | Others _Speech Pathologist_ |

### Section II.

The Team Reviewed the following documentation:

Date of last Psychoeducational Assessment _____
Date of last Clinical Assessment _____
Date of last Physical Therapy Assessment _____
Date of last Education Assessment _11/13/03_
Date of last Vision Assessment _____
Date of last Classroom Observation _____
Date of last Vocational Assessment _____

Date of last Speech and Language Assessment _____
Date of last Occupational Therapy Assessment _____
Date of last IEP _____
Date of last Psychiatric Assessment _____
Date of last Audiological Assessment _____
Date of last Medical Assessment _____
Other (specify): _____

For each assessment reviewed, each discipline specific provider/evaluator, must write a justification/summary of their findings.

**Psychologist Summary:** _The psychoeducational Educational assessment given to Gloria on 11/13/03 was not reviewed_

**Clinical Psychologist Summary:**

**Speech and Language Pathologist Summary:**

**Occupational Therapist Summary:**

**Physical Therapist Summary:**

**Other Summary (Audiologist, Ophthalmologist, Psychiatrist, Health Care Provider, etc.):**

DISTRICT OF COLUMBIA PUBLIC SCHOOLS     02-12-02     DIVISION OF SPECIAL EDUCATION – NON PUBLIC     MDT MEETING NOTES     APPENDIX A   PAGE 1

190

**Teacher Summary:**

**Parent Comments:**

# Section III.  TEAM DETERMINATION:

Based on the review of the documentation, the team determined that:

**A)** _____    Existing data is sufficient to determine
_____ that the student continues to have the same disability - _____
_____ that the student continues to need special education and related services

At this POINT, the team MUST move forward and complete the Reevaluation Meeting, the Annual Review and the Development of the IEP.

(1)  Discuss the progress the student has made over the course of the past year on the goals and objectives outlined in the IEP (Annual Review).

(2)  Discuss the development of the new IEP.  Be sure to include discussion about the LRE Service, LRE Setting and LRE Location (IEP Development Meeting).

**(B)** _____    Additional Assessments are Needed

Additional assessments need to be completed IF:
_____ There is a suspected change in the Disability
_____ There is a suspected change in the amount of services the student is receiving
_____ There is a suspected change in the setting in which the student will receive the services
_____ There is a suspected change in the location of where the student will be receiving services

At this POINT, the team MUST move forward and complete a Student Evaluation Plan (SEP) to determine which specific assessments need to be completed based on the documentation reviewed (only assess in the areas of suspected disability).

SUMMARY OF MEETING:
☑ EXISTING DATA IS SUFFICIENT *(DISCUSS WHAT DATA WAS REVIEWED IN THE CONTEXT OF THE MEETING NOTES)*
☐ EXISTING DATA IS INSUFFICIENT; ADDITIONAL ASSESSMENTS NEED TO BE ORDERED. (*Complete Student Evaluation Plan – SEP*)
☐ STUDENT CONTINUE TO BE ELIGIBLE FOR SPECIAL EDUCATION AND RELATED SERVICES
☐ STUDENT IS **NO LONGER** ELIGIBLE FOR SPECIAL EDUCATION AND RELATED SERVICES

DISTRICT OF COLUMBIA PUBLIC SCHOOLS    02-12-02    DIVISION OF SPECIAL EDUCATION – NON PUBLIC    MDT MEETING NOTES    APPENDIX A  PAGE 2

191

EXHIBIT
CW-21
ALL-STATE LEGAL

**District of Columbia Public Schools Division of Special Education Washington, D.C.**

NEW ADDENDUM MEETING PAGE
Attach to the IEP and check the box on page one.

Student Name ▮▮▮▮ DOB ▮▮▮ /83 DATE 12/4/03

Student ID Number ▮▮▮▮ School F.E.C.A.

| PARTICIPANTS: (Print Name) | PARTICIPANTS: (Sign Name) | DISCIPLINE |
|---|---|---|
| Gloria Ward-Ravenell | Gloria Ward Ravenell | Parent |
| Charlene Glymph | Charlene | Sp. Ed. Teacher |
| Jennifer Dabor | Jenny EDS | Gen. Ed. Teacher |
| Kya E. Lewis | Kya E. L | Psychologist |
| Beth Wilkinson | | Speech Pathologist |
| Brian S. Smith Sr. | | Transition Coord |
| Carolyn Monford | Carolyn Monford | Advocate |
| Katrina Lamont | Lamont | Administration |

**INSTRUCTIONS:** Use this addendum, in an IEP/MDT meeting, when changing levels of services on an IEP section or part. Discipline service providers must participate in the meeting. Attach addendum to the IEP and check the appropriate box on page one.

Purpose of this meeting is to: Develop a S.E.P. for ▮▮ W▮▮ and to continue servicing her current S.E.P. with the change in service delivery 15 hours in Sp. Ed. Resource 5 hours in inclusion

SERVICES TO BE ADDED TO THE IEP

| SERVICES | SETTING GenEd | SpEd | Total | FREQUENCY Hr/Min | D/W/M. | PROVIDER (by discipline) | BEGINNING DATE mm/dd/yyyy | DURATION # wks/mos | DATE ADDED mm/dd/yyyy |
|---|---|---|---|---|---|---|---|---|---|
| Specialized Instruction | 5 | 15 | 20 | hr. | w | Sp. Ed. and Gen. Ed. teachers | 12-04-03 | 10 mo | |
| Speech and Language Therapy | | 1 | 1 | hr | w | Speech Pathologist | 12-04-03 | 10 mos | |
| Psychological Counseling | | 30 | 30 | min | w | School Psychologist | 12-04-03 | 10 mo | |
| TOTAL | 5 | 16.5 | 21.5 | Hours Per Week | | | | | |

CURRENT IEP : Percent of time in Special Services
[ ] 0-20%  [ ] 21-60%  [X] 61-100%

THIS ADDENDUM : Percent of time in Special Services
[ ] 0-20%  [ ] 21-60%  [X] 61-100%

Describe: Reading and Math Resource classes

PARENT SIGNATURE FOR ADDITION(S) APPROVAL: Gloria Ward-Ravenell   DATE: _____

FORM
E

**EXHIBIT**
6W-22

MDT
SEP

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
DIVISION OF SPECIAL EDUCATION
WASHINGTON, D.C.

MULTIDISCIPLINARY TEAM
(MDT)

STUDENT EVALUATION PLAN
(SEP)

MDT REFERRAL DATE: 12/04/03                    MEETING DATE: 12/4/03

STUDENT: ▇▇▇▇▇▇▇    DOB: ▇▇/▇▇/87  AGE: 16  GRADE: 11  SCHOOL: A.E.C.A

STUDENT IDENTIFICATION NUMBER: ▇▇▇▇▇    TEACHER / HOMEROOM: Ms Glymph

ADDRESS: 201  37th Place S.E.          Washington, D.C. 20019
             Street #    Street Name,     Quadrant #    Apartment #    City,    State,    Zip Code

PARENT(S)/GUARDIAN: Ms. G▇▇▇ Ward Randll  TELEPHONE (H): 3/859-2016 (W): 2/374-6024

**Summarize Area(s) of Concern:**

The appropriateness of the last assessments
completed by Dr. Graham

**Team Recommendations:**

That Gloria be reevaluated
- Psychological & Psychoeducational
- Educational &
- Adaptive

| EVALUATION(S) IN AREA(S) OF LEARNING CONCERN(S) | | | TIMELINE | |
|---|---|---|---|---|
| ASSESSMENT | ASSESSOR | TEST INSTRUMENT | ASSIGNED | DUE DATE |
| ☑ Psychological | TBD | TBD | | |
| ☐ Speech/Language | | | | |
| ☐ Social History | | | | |
| ☐ Audiological | | | | |
| ☐ Vision Screening | | | | |
| ☐ Medical | | | | |
| ☑ Educational | TBD | TBD | | |
| ☐ Hearing Screening | | | | |
| ☑ Other  Other: Adaptive | | Other: TBD | | |

| TEAM MEMBERS: | NAME | POSITION | TEAM MEMBERS: | NAME | POSITION |
|---|---|---|---|---|---|
| | ▇▇am O.▇ | Administration | Renie Clark | | teacher |
| | Gloria Ward-Randll | Parent | Carolyn Morford | Associate | |
| | Karlene Glymph | Hs Sp. Ed Teacher | B▇▇▇ S▇▇ | | Transitione Coordinator |
| | ▇▇▇▇▇▇ MSCC-SLP | Speech Pathologist | Kyp E. Lewis | | School Psychology |

The MDT meeting to discuss the evaluation results is scheduled on  January 28, 2003 at 11:00  in room  TBD

Place completed form in MDT folder.
DISTRICT OF COLUMBIA PUBLIC SCHOOLS       07-02-2001    DIVISION OF SPECIAL EDUCATION    MDT - SEP    APPENDIX - A

EXHIBIT

GW-23

ALL-STATE LEGAL®

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, DC

MULTIDISCIPLINARY TEAM (MDT)
CONTINUATION MEETING NOTES

Page: 3 of 4

MEETING TYPE: *Annual*

STUDENT: ▓▓▓▓▓▓         DATE OF BIRTH: ▓▓▓ /1/87

SCHOOL: S.E.C.H.         DATE: 12/4/03

*Introductions were made and procedural safe guards and parental rights were explained and signed for.*

*General Education Teacher.*
*Ms. Morgan: sent notes stating that G▓▓ has 16/20 absences in her Biology class. She is missing assignments, labs, projects and a test*

*Ms. Dalton: G▓▓ has had difficulties in going to classes. While in class with Ms. Dalton Mr. Carter and Ms. Dalton decided to place her with a peer partner and place the text on tape. At the last meeting Ms. Dalton and Mr. Carter requested for G▓▓ to be moved into a block where there were more accomodations and the text was simplified. She has only missed 3 assignments and she was absent for two days.*

*Parent: Was concerned about G▓▓'s progress because she has not been receiving services consistently if at all this school year.*

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, DC

MULTIDISCIPLINARY TEAM (MDT)
CONTINUATION MEETING NOTES

Page: 4 of 4

MEETING TYPE: _Annual_

STUDENT: ▮▮▮▮ ▮▮▮▮            DATE OF BIRTH: _/ /87_
SCHOOL: _J.E.C.A._            DATE: _December 4, 2003_

_Advocate:_ Advocate is requesting a re-evaluation for G▮▮▮ based on the Psychoeducational completed by Dr. Graham. Requesting a Vineland be completed pending the Psychoeducational Results.

Parent and Advocate are requesting that the placement specialist from D.C.P.S. attend the next meeting to explore other placement options available to Gloria.

The team agreed to:
· Implement G▮▮▮'s previous I.E.P with an addendum attached.
· Place G▮▮▮ in the Reading Resource and Transitions Math
· The team will reconvene in 45 days to review the assessments completed





Office:  1.877.557.3422
Fax:    1.877.875.2500
rpiusg@rehabpiusgroup.com
www.rehabpiusgroup.com

# PSYCHOLOGICAL EVALUATION

Name: G████ W███████          Dates of Evaluation: 5/6,13;6/13/02
DOB: █/██/87                  Evaluated by: Q. Graham, Ph.D.

Reason for Referral
An evaluation was requested to determine G████'s educational needs

Sources of Information
Interview
Psychological Evaluation (dated 11/18/01) by D. Kim,Ph.D.
Wide range Achievement Test – 3<sup>rd</sup> edition (dated 10/23/01) by J. Washington
Vineland  Adaptive Behavior Scales ( Interview edition), undated completed by Ms
Tawanda Williams (G████'s mother)

Background Information
This report is a summary of evaluations conducted by several evaluators over a period of
seven months. Originally, the plan had been to complete a new evaluation which would
supplement information already obtained. Unfortunately, this plan was aborted by
G████'s refusal to participate. According to G████, she was doing better in her classes
and did not need additional testing. She stated, "I'm not taking any tests; I don't need
them !" . Efforts by school staff and her family were unsuccessful in getting her to
change her mind. The results contained in this report must be interpreted cautiously. It
would be useful to conduct a re-evaluation  after G████'s cooperation increases.

HEADQUARTERS
Maryland Trade Center II
7474 Greenway Center Drive Suite 620

BALTIMORE OFFICE
400 E. Pratt Street Suite 800

G███ W███
Psychological Evaluation
Page Two

RESULTS

G███is functioning in the mentally deficient range of cognitive abilities as measured by the WISC.

| IQ/Index | Scale Score | %ile |
|---|---|---|
| Verbal | 59 | .3 |
| Performance | 54 | .1 |
| Full Scale | 53 | .1 |
| Verbal Comprehension | 59 | .3 |
| Perceptual Organization | 50 | <.1 |

| Subscale | Scale Score | Subscale | Scale Score |
|---|---|---|---|
| Information | 2 | Picture Completion | 2 |
| Similarities | 2 | Coding | 7 |
| Arithmetic | 5 | Picture Arrangement | 1 |
| Vocabulary | 2 | Block Design | 1 |
| Comprehension | 3 | Object Assembly | 1 |

There was little variability in her performance. The difference between verbal and non verbal skills was not significant. These finding suggested that G███s abilities were fairly represented by these scores. A relative strength was the ability to sustain attention, use her short term memory and reproduce geometric designs. Another relative strength was the ability to perform mental calculations requiring addition and subtraction. Her performance in this area was still deficient but was better developed than other skills. Overall, the results suggested that G███would have great difficulty in meeting the expectations held for a high school student.

Gloria was administered the Wide Range Achievement Test – 3rd edition to measure her current academic performance. She received the following scores:

| Scores | Standard Score | Grade Equiv. |
|---|---|---|
| Reading | | 4 |
| Spelling | 82 | 4 |
| Arithmetic | 63 | 3 |

Information is not available concerning her performance in this area. Clearly, G███'s performance is lower than expected for a high school student. She has learned some basic skills but would have difficulty with more complex material.

G███'s adaptive skills were measured with the Vineland Adaptive Behavior Scales. This form was completed by G███'s mother but it is unclear if she was interviewed for completion or filled it out alone. She received the following scores:

197





G████ W████
Psychological Evaluation
Page Three

| Domain | Standard Score | %ile | Age Equiv. |
|---|---|---|---|
| Communication | 34 | <.1 | 5-0 |
| Daily Living Skills | 89 | 23 | 12-9 |
| Socialization | 54 | .1 | 6-6 |
| Adaptive Behavior Composite | 54 | .1 | 8-2 |

Overall, G████'s adaptive skills were at the first percentile when compared with her peers. This represents a seven year discrepancy when compared to her chronological age (adaptive behavior composite = 8 years two months versus chronological age = 15 years four months). These findings support the presence of significant cognitive developmental delays and deficiencies. A relative strength was the daily living skills domain.. Reportedly, G████ can clean the house, cook meals and manage money.

Social skills were less developed but G████ was described as a friendly and thoughtful person. She remembers birthdays of family members, repays debts and apologizes for mistakes. She participates in organized social events. Continued participation in organized and supervised recreational activities would assist in the development of her social skills..

Overall, G████ seems to qualify for special education services as a mildly mentally retarded student. She scored in the mentally deficient range of cognitive abilities on the WISC-III. The data suggested that the use of language imposed an additional burden on her performance but her abilities are still significantly below her age. She demonstrated weaknesses in reading and math. A more indepth academic evaluation should be conducted when G████ becomes more cooperative. Finally, her adaptive living skills are underdeveloped when compared with her chronological age. The seven year difference is significant and suggests that it would be difficult for G████ to perform in the manner expected of a fifteen year old student.

G████ requires an intensive academic program to prepare her for the future. An effective vocational exposure and work training consistent with her abilities should be an integral part of her program. Counseling should be regularly provided for G████. She will require assistance in increasing her self confidence as well as understanding how she learns best. G████ is eager to improve her academic skills but will require a vbigorous and intensive intervention..



G███ W████████
Psychological Evaluation
Page Four

<u>Recommendations</u>
1. Placement in special education as a mildly mentally retarded student.
2. Individual counseling
3. Psychoeducational evaluation in one year

Prepared by

Quentin Graham, Ph.D.
Licensed Psychologist
DC License # 1333

6/20/02
Date

199





RehabPlus Staffing Group
Office: 1.877.557.3422
Fax: 1.877.875.2300
www.rehabplusgroup.com

## SPEECH-LANGUAGE EVALUATION

| | |
|---|---|
| NAME: G███ W█████ | BIRTHDATE: ████████, 1987 |
| AGE AT EVAL.: 14;8 | SCHOOL: Friendship Edison Collegiate Academy |
| DATE OF EVAL: October 5$^{th}$ and 6$^{th}$, 2001 | DATE OF REPORT: October 19, 2001 |

### Background Information

G███ W█████ is a 14-year-old ninth grade student currently attending Friendship-Edison Collegiate Academy in Washington, D.C. This assessment was performed in response to the school's concerns of G███'s speech and language skills. G███'s teachers are concerned because G███ is not consistently completing her class work, nor is she consistently performing well on tests. It is believed that G███'s poor performance in school may be indicative of G███'s speech and language skills.

### Assessment

#### *Behavioral Observations*

G███ was somewhat reluctant to participate in this assessment. The assessment procedure was stopped when G███ lost focus and responded to each item with "I don't know." Testing was resumed and completed the following day. On the first day of testing, she seemed at ease in the testing situation but had difficulty with some of the test items presented. It is felt that the results of this evaluation are representative of G███'s speech and language skills at this time.

#### *Oral-Motor Skills*

An oral peripheral examination revealed structures and their movements to be adequate for speech.

#### *Voice*

The vocal parameters of pitch, quality, and intensity appeared to be appropriate for the age, size, and gender of the client.

#### *Fluency Skills*

Analysis of spontaneous speaking samples revealed fluency to be within normal limits.

HEADQUARTERS
Maryland Trade Center II
7474 Greenway Center Drive Suite 620

200

BALTIMORE OFFICE
400 E. Pratt Street Suite 800