IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **JANICE DICKENS,** *et al.* )<br>)<br>   **Plaintiffs,** )<br>)<br>v. )<br>)<br>**Friendship-Edison P.C.S.** )<br>)<br>   **Defendant.** )<br>) | Civil Action No. 06-01466(AK) |

### AMENDED JOINT RULE 16.3 REPORT

COME NOW the parties, Plaintiff Dickens and Defendant District of Columbia, by their respective counsel and pursuant to Local Rule 16, file an Amended Joint 16.3 Report based on the recent filing of the Administrative Record and to establish a current briefing schedule. Counsel for the parties conferred and respectfully submit the following:

**I.  Statement of the case**

The Plaintiffs are seeking reimbursement for reasonable attorney fees incurred in litigation for the abovementioned claimants.

**II.  Matters discussed by the Parties Pursuant to Local Rule 16.3©**

1. Based on the information available, the parties believe that this case can be decided by dispositive motion.

2. The parties do not anticipate the need for joining parties or amending the pleadings. At this time, the parties do not believe that the factual and legal issues can be agreed upon or narrowed.

3. The parties believe that this matter should be assigned to a magistrate judge.

4. The parties will discuss settlement, but do not believe that a settlement is possible at this time.

5. The parties believe that ADR will be beneficial in this case.

6. This case can be decided by dispositive motion and the parties propose the following schedule:

   a. The Defendant has filed the administrative record on June 2, 2008 and will provide the Court with a paper copy as well.

   b. The Plaintiff will file its Motion for Summary Judgment on or before July 2, 2008.

   c. The Defendant will file its Cross Motion for Summary Judgment and its Opposition on or before August 1, 2008.

   d. The Plaintiff will file its Opposition and Reply on or before September 2, 2008.

   e. Defendants will file its Reply on or before September 9, 2008.

7. The parties agree to stipulate to dispense with the initial disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure.

8. The parties do not believe that discovery will be necessary.

9. The parties do not believe that there will be a need for expert witnesses.

10. The instant case is not a class action.

11. There is no need to bifurcate discovery or trial.

12. There is no need for a pretrial conference at this time.

13. At this point, there is no need to set a trial date.

14. The parties are not aware of any other matters that require inclusion in a scheduling order.

15. The Defendant believes that the following items are not applicable to this case: electronically stored information, preservation of discoverable information, and assertions of privilege or of protection as trial-preparation materials. The Plaintiffs believe that the aforementioned items may be applicable in this case.

Dated this 4th day of June 2008.

|  |  |
|---|---|
| /s/ | /s/ |
| Tilman L. Gerald [928796] | Paul S. Dalton [439118] |
| Roxanne D. Neloms [478157] | Dalton & Dalton P.C. |
| James E. Brown & Associates, PLLC | 1008 Pendleton Street |
| 1220 L Street, N. W., Suite 700 | Alexandria, VA 22314-1837 |
| Washington, D.C. 20005 | (703) 739-4300 (O) |
| 202-742-.2000 (O) | (703) 739-2323 (F) |
| 202-742-2098 (F) | Attorney for Defendant |
| Attorneys for the Plaintiffs |  |