IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **JANICE DICKENS**, *et al.* ) | ) |
| Plaintiffs, ) | ) |
| v. ) | Civil Action No. 06-01466(AK) |
| Friendship-Edison P.C.S. ) | ) |
| Defendant. ) | ) |

## PLAINTIFFS' STATEMENT OF MATERIAL FACTS

1. That Janice Dickens, parent and next friend of T.D., a minor, filed through counsel, an administrative due process hearing request on April 14, 2006, alleging that Friendship Edison failed to timely evaluate, failed to convene a MDT to review the evaluations, failed to determine eligibility, and failed to develop an IEP, if necessary. *See Administrative Record at 10-18.* As relief, the parent sought funding for the evaluations and a meeting to determine eligibility. *Id.* As a result of the June 19, 2004 due process hearing, the hearing officer found that Friendship Edison failed to comply with the provisions of IDIEA and ordered that upon the student's eligibility, Friendship Edison provide the student with compensatory education services from May 2006 until the implementation of his IEP. *See Administrative Record at 2-5.*

2. That Dorothea Dixon, parent and next friend of T.D., a minor, on April 26, 2004, filed an administrative due process hearing request, alleging that Friendship Edison failed to develop an appropriate Individualized Education Plan ("IEP"), failed to

1

        timely reconvene an MDT/IEP meeting to review the student's IEP, and failed to deliver compensatory education services. *See Administrative Record at 38-47.* As relief, among other things, the parent sought funding of compensatory education services for speech and language services not delivered; the convening of an MDT meeting within ten calendar days of the hearing to review all evaluations, review and revise the student's IEP, discuss and determine an appropriate disability classification, develop appropriate annual goals and benchmarks, and discuss and determine an appropriate placement; and consider all placement options proposed by the parent. *Id.* As a result of the May 17, 2004 administrative due process hearing, the Hearing Officer, among other things, ordered Friendship Edison to provide compensatory education services in the amount of 18 hours of speech-language services, and 2) DCPS/FEPCS to convene an MDT/IEP meeting to discuss and determine an appropriate compensatory education plan to resolve issues concerning missed services prior to the voluntary removal of the student from FEPCS.. ***See AR at 2-8.***

3.    That William Marrow and Edwina Sumpter, parents and next friends of A.M. filed an administrative due process hearing request on November 19, 2003, alleging Friendship Edison failed to provide speech-language services from April 22, 2003 through the time the hearing request was filed; and failed to conduct an adaptive behavioral assessment. ***See AR at 16-24.*** As relief, the parents requested that speech-language therapy begin within five school days of the issuance of the HOD; that Friendship Edison conduct or fund an adaptive behavior assessment within 15

business days; provide the parent's counsel with written notice within five business days as to when the adaptive behavior assessment will take place; to convene an MDT meeting within five school days of completion of the adaptive behavior assessment to review and revise the student's Individualized Education Plan ("IEP"), to determine the manner of speech-language compensatory education due, and identify an appropriate placement. *Id*. As a result of the due process hearing held on January 16, 2004, the hearing officer ordered Friendship Edison to convene a BLMDT/IEP meeting within 30 calendar days of the issuance of the Hearing Officer's Determination ("HOD") to develop a compensatory education plan for the student's missed speech-language services during the 2002-2003 and 2003-2004 school years, and 2) to determine the amount and means of delivering and implementing his compensatory education plan. ***See AR at 2-8.***

4. That Towanda Willliams, parent and next friend of G.W., a minor, filed an administrative due process hearing request alleging that, among other things, Friendship Edison failed to complete a requested reevaluation, failed to complete an annual review of the IEP, and the failure to provide related services. ***See AR 84-94; 139-144.*** As relief, the parent requested that Friendship Edison re-evaluate the student, and convene a meeting on the student's behalf. *Id*. On April 1 and 29, 2004, and May 27, 2004, the parent appeared before an Administrative Hearing Officer, who ordered Friendship Edison to convene an MDT/IEP/Placement meeting within thirty (30) days of the issuance of the Hearing Officer's Determination ("HOD") to discuss the form, amount, and delivery of compensatory education. ***See AR 2-18.***

5.  That all Plaintiffs obtained prevailing party status, and timely submitted their invoices to the Defendants and the Defendants refused to reimburse parents for their reasonable attorneys fees.

Respectfully submitted,

/s/
Roxanne D. Neloms [478157]
Domiento C.R. Hill [MD14793]
James E. Brown & Associates, PLLC
1220 L Street, NW, Suite 700
Washington, D.C.  20005
(202) 742-2000
(202) 742-2098 (fax)
***Attorney for Plaintiffs***