UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANICE DICKENS, *et alia* : | |
| : | |
| Plaintiffs : | |
| : | |
| v. : | CA NO.  1:06CV01466 (AK) |
| : | |
| FRIENDSHIP-EDISON P.C.S. : | |
| : | |
| Defendants : | |
| : | |

**PLAINTIFF'S REPLY TO DEFENDANT, DICKENS MOTION  FOR SUMMARY JUDGMENT AND DEFENDANT'S MOTION FOR SUMMARY JUDGMENT.**

COMES NOW, the Defendant, by and through undersigned counsel, and respectfully moves this Court to deny Plaintiff's Motion for Summary Judgment and grant Defendant's Motion for Summary Judgment.  Pursuant to this Court's Order of July 31, 2007, Defendant files its Reply and Opposition to Plaintiff's Motion for Summary Judgment and its Opposition to Plaintiff's Motion for Summary Judgment.  In support of this Reply and Opposition, the Defendantf submits its Memorandum of Points and Authorities in Support of its Reply and Opposition and a proposed Order.

Dated: July 31, 2008

                                                                                Respectfully submitted,
                                                                                  /s/
                                                            Paul S. Dalton, Esq
                                                           D.C. Bar No. 439118
                                                           Dalton & Dalton, P.C.
                                                           1008 Pendleton Street
                                                           Alexandria, Virginia 22314
                                                           (703) 739-4300 (ph)
                                                           (703) 739-2323 (fax)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**JANICE DICKENS**, *et alia*  :
:
    **Plaintiffs** :
:
    v.  :    CA NO.  1:06CV01466 (AK)
:
**FRIENDSHIP-EDISON P.C.S.** :
:
    **Defendants** :
:

**PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S REPLY TO DEFENDANT, DICKENS MOTION FOR SUMMARY JUDGMENT AND DEFENDANT'S MOTION FOR SUMMARY JUDGMENT.**

COMES NOW, the Defendant, by and through undersigned counsel, and replies to Plaintiff's Motion for Summary Judgment and also seeks Summary Judgment on its own behalf, as follows:

**I. THIS COURT SHOULD DENY PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND REVERSE THE HEARINGS OFFICERS' DETERMINATIONS.**

As stated in the Defendant's Answer to Plaintiff's Complaint even accepting the Hearing Officer's Determination in the Te. D. case, Plaintiff was not the prevailing party.[1] Although noting that it took longer than the permitted 120 days to evaluate T.D.[2] nevertheless by the time of the hearing all evaluations had been completed and the

---

[1] Te. D. A.R. pages 2-4.

[2] *Id* at 4.

2

parties were set to meet to review said evaluations on June 20, 2006.[3] This date being at the end of the school year any compensatory education ordered from May 1st could easy be implemented over summer or the beginning of the following school year. Thus resulting in no loss of educational benefits to the student.

In the alternative if this Court that Plaintiff was the prevailing party then the Defendant respectively request the opportunity to examine Plaintiff's fee petition as it is the position of Defendant that Plaintiffs' counsel's fees are both excessive and in some cases non reimbursable.

In the Tr. D. case, Plaintiff was not the prevailing party.  The Hearing Officer found"

"Upon careful review of relevant documents and the record in this matter, FEPCS has retained its burden of proof."[4]

In the A.M. case, Plaintiff prevailed on only one of the six issues raised in their complaint, that of missed speech and language services.[5] Therefore they were not the prevailing party and are not entitled to attorney fees.  In the alternative since Plaintiff in this case prevailed on only one issue their fees should be reduced by 83%.

Counsel for the Plaintiff moved on March 9, 2007, to formally withdraw the case of B.S., therefor no attorney fees are warranted in this case.

---

[3] *Id.*

[4] A.R. Tr. D. at 6. The reference to compensatory education made by the Hearing Officer was for a previous compensation plan already proposed by FEPCS.

[5] A.R. A.M. at 19.

In the G.W. case, Plaintiff prevailed on only one of the four issues raised in their complaint, that of missed speech and language services.[6] Therefore they were not the prevailing party and are not entitled to attorney fees. In the alternative since Plaintiff in this case prevailed on only one issue their fees should be reduced by 75%.

## CONCLUSION

Based on the arguments above the Defendant requests that this Court issue a Summary Judgment for the Defendant and against the Plaintiffs.

Respectfully submitted,

/s/
Paul S. Dalton, Esq
D.C. Bar No. 439118
Dalton & Dalton, P.C.
1008 Pendleton Street
Alexandria, Virginia 22314
(703) 739-4300 (ph)
(703) 739-2323 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document with its attachments was filed electronically on this 1st day of August, 2008.

/s/

Paul S. Dalton, Esq.

Counsel for Plaintiff

---

[6] A.R. G.W. at 143.