UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JANICE DICKENS,** *et alia* : | |
| : | |
| **Plaintiffs** : | |
| : | |
| v. : | CA NO. 1:06CV01466 (AK) |
| : | |
| **FRIENDSHIP-EDISON P.C.S.** : | |
| : | |
| **Defendants** : | |
| : | |

## ORDER

Upon consideration of the Defendant's Motion for Summary Judgment, and any opposition thereto, it is hereby

ORDERED: that Defendant's Motion for Fees and Costs is GRANTED;

SO ORDERED.

_____        _____
Date                                       Alan Kay
                                                United States Magistrate Judge